| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**BENJAMIN HESTON (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Gladys Grace Liad Villacorta | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/28/2024     Gladys Grace Liad Villacorta     */s/ signature*
                     Printed name of Debtor 1          Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____  _____
                        Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

# Earnings Statement 

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Period Beginning: 03/25/2024
Period Ending: 04/07/2024
Pay Date: 04/12/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 23,076.96 |
| **Gross Pay** | | | **$2,884.62** | 22,788.50 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -296.38 | 2,332.02 |
| Social Security Tax | | -171.96 | 1,364.68 |
| Medicare Tax | | -40.22 | 319.16 |
| CA State Income Tax | | -121.90 | 959.59 |
| CA SDI Tax | | -30.51 | 242.12 |
| **Other** | | | |
| Med 125 Ded | | -111.08* | 777.56 |
| **Net Pay** | | **$2,112.57** | |
| Chkck1 | | -2,112.57 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:        Single
Exemptions/Allowances:
  CA:        0

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,773.54
Your CA taxable wages this period are $2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Advice number: 00000150039
Pay date: 04/12/2024

Deposited to the account of
**GLADYS GRACE VILLACORTA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3359 | xxxx xxxx | $2,112.57 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Period Beginning: 03/11/2024
Period Ending:   03/24/2024
Pay Date:        03/29/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 20,192.34 |
| **Gross Pay** | | | **$2,884.62** | 19,903.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 2,035.64 |
| | Social Security Tax | -171.96 | 1,192.72 |
| | Medicare Tax | -40.21 | 278.94 |
| | CA State Income Tax | -121.90 | 837.69 |
| | CA SDI Tax | -30.51 | 211.61 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 666.48 |
| | **Net Pay** | **$2,112.58** | |
| | Chkck1 | -2,112.58 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:                Single
Exemptions/Allowances:
  CA:                0

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

---

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Advice number:  00000130039
Pay date:       03/29/2024

**Deposited to the account of** | account number | transit ABA | amount
GLADYS GRACE VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,112.58

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Period Beginning: 02/26/2024
Period Ending: 03/10/2024
Pay Date: 03/15/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Social Security Number: XXX-XX-5024

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 17,307.72 |
| **Gross Pay** | | | **$2,884.62** | 17,019.26 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -296.38 | 1,739.26 |
| Social Security Tax | | -171.96 | 1,020.76 |
| Medicare Tax | | -40.22 | 238.73 |
| CA State Income Tax | | -121.90 | 715.79 |
| CA SDI Tax | | -30.51 | 181.10 |
| **Other** | | | |
| Med 125 Ded | | -111.08* | 555.40 |
| **Net Pay** | | **$2,112.57** | |
| Chkck1 | | -2,112.57 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information** — this period — total to date
Totl Hrs Worked — 80.00

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,773.54
Your CA taxable wages this period are $2,773.54

© 2000 ADP, Inc.

---

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Advice number: 00000114038
Pay date: 03/15/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GLADYS GRACE VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Period Beginning: 02/12/2024
Period Ending: 02/25/2024
Pay Date: 03/01/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 14,423.10 |
| **Gross Pay** | | | **$2,884.62** | 14,134.64 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -296.38 | 1,442.88 |
| Social Security Tax | | -171.96 | 848.80 |
| Medicare Tax | | -40.22 | 198.51 |
| CA State Income Tax | | -121.90 | 593.89 |
| CA SDI Tax | | -30.51 | 150.59 |
| **Other** | | | |
| Med 125 Ded | | -111.08* | 444.32 |
| **Net Pay** | | **$2,112.57** | |
| Chkck1 | | -2,112.57 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 80.00 |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 CA: Single
Exemptions/Allowances:
 CA: 0

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

---

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

**Advice number:** 00000090038
**Pay date:** 03/01/2024



**Deposited to the account of**
GLADYS GRACE VILLACORTA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**