United States Bankruptcy Court

Central District of California

In re:  Case No. 24-13211-DS
Gladys Grace Liad Villacorta  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 2
Date Rcvd: Jun 07, 2024  Form ID: ustabus1  Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gladys Grace Liad Villacorta, 5421 Thornburn St, Los Angeles, CA 90045-2224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jun 08 2024 00:23:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 08 2024 00:24:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 08 2024 00:23:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41946180 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2024 00:34:43 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41946183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2024 00:35:33 | CITICARDS CBNA, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |
| 41946182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2024 00:35:29 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 41946181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 08 2024 00:20:10 | CHASE CARD SERVICES, PO Box 15298, Wilmington, DE 19850-5298 |
| 41946184 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 08 2024 00:24:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3700, MERRIFIELD, VA 22119-3700 |
| 41946185 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 08 2024 00:35:08 | SYNCB/VENMO, PO BOX 965015, ORLANDO, FL 32896-5015 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 07, 2024 | Form ID: ustabus1 | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Gladys Grace Liad Villacorta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Heide Kurtz (TR) | trustee@hkurtzco.com C169@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

**DEBTOR(S) INFORMATION:**
Gladys Grace Liad Villacorta
**SSN:** xxx–xx–5024
**EIN:** N/A

5421 Thornburn St
Los Angeles, CA 90045-2224

**BANKRUPTCY NO.** 2:24-bk-13211-DS
**CHAPTER** 7

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: June 6, 2024

For the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 07/06) abusecac1                                                10 / NMTr