1    PETER C. ANDERSON
     UNITED STATES TRUSTEE
2    MICHAEL JONES, State Bar No. 271574r
     ASSISTANT UNITED STATES TRUSTEE
3    NOREEN A. MADOYAN, State Bar No. 279227
     TRIAL ATTORNEY
4    OFFICE OF THE UNITED STATES TRUSTEE
     915 Wilshire Boulevard, Suite 1850
5    Los Angeles, California 90017
     Telephone No. (202) 934-4064
6    Facsimile No. (213) 894-2603
     email:  Noreen.Madoyan@usdoj.gov

7

8

9                  **UNITED STATES BANKRUPTCY COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11                  **LOS ANGELES DIVISION**

| In re: | ) | Case No.: 2:24-bk-13211-DS |
|---|---|---|
| | ) | |
| | ) | Chapter 7 |
| **GLADYS GRACE LIAD VILLACORTA**, | ) | |
| | ) | **UNITED STATES TRUSTEE'S** |
| Debtor. | ) | **NOTICE OF MOTION AND MOTION** |
| | ) | **TO DISMISS CHAPTER 7 CASE** |
| | ) | **PURSUANT TO 11 U.S.C. § 707(b)(1),** |
| | ) | **(b)(2) AND (3)(B) AND CONTINGENT** |
| | ) | **MOTION TO EXTEND BAR DATE FOR** |
| | ) | **FILING COMPLAINT UNDER 11 U.S.C. §** |
| | ) | **727 OBJECTING TO DEBTOR'S** |
| | ) | **DISCHARGE; MEMORANDUM OF** |
| | ) | **POINTS AND AUTHORITIES AND** |
| | ) | **DECLARATION OF MARLENE** |
| | ) | **FOUCHE IN SUPPORT THEREOF** |
| | ) | |
| | ) | DATE:   July 25, 2024 |
| | ) | TIME:    11:30 a.m. |
| | ) | CTRM:   1639 |
| | ) |           255 E. Temple Street |
| | ) |           Los Angeles, CA 90012 |
| | ) | |
| | ) | |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY**

**JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR and DEBTOR'S**

**COUNSEL OF RECORD, CREDITORS AND ALL PARTIES IN INTEREST:**

- 1 -

1    PLEASE TAKE NOTICE THAT, on July 25, 2024, at 11:30 a.m., or as soon thereafter as

2  the matter may be heard, Peter C. Anderson, United States Trustee for the Central District of

3  California (hereafter "U.S. Trustee"), through the undersigned attorney, will and hereby does move

4  this Court to enter an Order dismissing this case under 11 U.S.C. § 707(b)(1) and (b)(2) and/or

5  (3)(B).   In the alternative, in the event that the requested case dismissal is not granted, the U.S.

6  Trustee also moves the Court for an order extending the filing deadline for the U.S. Trustee only for

7  commencing an adversary action under § 727 seeking denial of the Debtor's discharge.

8    If you wish to oppose or respond to this motion, you must file a written response with the

9  Clerk of the United States Bankruptcy Court at Edward R. Roybal Building and Courthouse, 255 E.

10  Temple Street, Room 940, Los Angeles, California 90012, serve a copy of it on the United States

11  Trustee at the address set forth above and upon the Chapter 7 Trustee (see attached service list) no

12  less than 14 days prior to the above hearing date.  If you fail to file a response to this motion within

13  such time period, the Court may treat such failure as a waiver of your right to oppose the motion

14  and may grant the requested relief.

15    This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points

16  and Authorities attached hereto, the Declaration of Marlene Fouche, the Request for Judicial

17  Notice, and all other papers and pleadings on file with this Court.

18  DATED:  July 2, 2024

19                                        Respectfully submitted,
                                          PETER C. ANDERSON
20                                        UNITED STATES TRUSTEE

21

22    _/s/ Noreen A. Madoyan_ _____

23                                        By:    Noreen A. Madoyan
                                                 Attorney for the United States Trustee

24

25

26

27

28

- 2 -

# TABLE OF CONTENTS

MEMORANDUM OF POINTS AND AUTHORITIES....................................................7

I.      INTRODUCTION......................................................................................7

II.     JURISDICTION AND STANDING.........................................................7

III.    FACTUAL BACKGROUND ....................................................................8

IV.     DEBTOR'S CASE SHOULD BE DISMISSED AS AN ABUSE OF
        CHAPTER 7…………………………………………………………………9

        A.      Dismissal Under § 707(b) Generally ................................. …….9

                1.      The Debtor Owes Primarily Consumer Debts.............................9

        B.      Debtor's Case Is Presumptively Abusive Pursuant to 11 U.S.C. § 707(b)(2).......10

                1.      Debtor's Actual Income ...........................................................11

                2.      Debtor has Overstated Allowed Expense Deductions.............................11

                3.      Dismissal Is Justified Because The Presumption Of Abuse Arises ……...13

        C.      Dismissal Pursuant to § 707(b)(3)(B) Under The Totality Of Circumstances Of The
                Debtor's Financial Situation Is Applicable and Demonstrates Abuse .................14

                1.      The Standard for Finding Abuse is Lower than Finding Abuse Under the Pre-
                        BAPCPA "Substantial Abuse" Standard................................................15

                2.      The Ability to Repay Unsecured Debts is Primary Ground for Dismissal
                        Under the "Abuse" Standard of § 707(b)(3)(B). ......................................16

                3.      CMI Amounts Set Forth in § 707(b)(2) Establish Guideline Standards for
                        "Ability to Pay" Under the "Totality of the Circumstances" Test Pursuant to
                        § 707(b)(3)(B) ........................................................................................17

                4.      The Debtor has the Ability to Repay Unsecured Debt and the Court Should
                        Dismiss this Case as Abusive ...............................................................19

                        a.      The Debtor's Schedules Show that the Debtor has the Ability to
                                Repay the Scheduled Unsecured Debts………………………..19

                5.      Dismissal of the Debtor's Case is Warranted Under § 707(b)(3)(B)…….22

V.      IN THE ALTERNATIVE, IF A MOTION TO DISMISS PURSUANT TO §707(b) (2) OR
        (3) IS NOT GRANTED, THE U.S. TRUSTEE REQUESTS AN ORDER EXTENDING

THE BAR DATE FOR THE FILING OF A COMPLAINT FOR THE DENIAL OF
DISCHARGE UNDER §727 ............................................................................................... 22

VI.    CONCLUSION…………………………………………………………………..23

# TABLE OF AUTHORITIES

**CASES**

*In re Egebjerg*, 2009 WL 2357706 (9th Cir. Aug. 3, 20 .......................................... 15, 20

*Blausey v. U.S. Trustee*, 552 F.3d 1124 (9th Cir. 2009) …………………….......................10

*In re Baeza,* 398 B.R. 692 (Bankr. E.D. Cal. 2008)....................................................... 17

*In re Calhoun*, 650 F.3d 338 (4th Cir. 2011) ......................................................... 16, 17

*In re Colgate*, 370 B.R. 50, 54 (Bankr. E.D.N.Y. 2007)................................................. 16

*In re Haney*, 2006 WL 3020961, *2, *unpublished slip copy*, (Bankr. W.D. Ky. October 19, 2006) ................................................................................................................................. 16

*In re James*, 345 B.R. 664 (Bankr. N.D. Iowa 2006)................................................... 16

*In re Kelly*, 841 F.2d 908 (9th Cir. 1988)............................................................. 9, 20

*In re Lamanna*, 153 F. 3d 1 (1st Cir. 1998) ............................................................... 15

*In re MacNamara,* 2009 WL 1606985 (Bankr. M.D. Pa. June 5, 2009).................... 19, 20

*In re Maya*, 374 B.R. 750 (Bankr. S.D. Cal. 2007)..................................................... 18

*In re Pak*, 343 B.R. 239 (Bankr. N.D. Cal. 2006) .................................................. 17, 18

*In re Price*, 353 F. 3d 1135 (9th Cir. 2004)............................................................... 16

*In re Ricci,* 456 B.R. 89 (Bankr. M.D. Fla. 2009)....................................................... 20

**STATUTES**

11 U.S.C. § 101(10A).................................................................................................... 9

11 U.S.C. § 101(8)......................................................................................................... 9

11 U.S.C. § 341(a)............................................................................................... 7, 8, 22

11 U.S.C. § 704(b)(1)(A).............................................................................................. 7

11 U.S.C. § 704(b)(2).................................................................................................... 7

11 U.S.C. § 707(b)........................................................................ 7, 8, 9, 16, 17, 20

11 U.S.C. § 707(b)(1)......................................................................................... 7, 9, 15

11 U.S.C. § 707(b)(2)............................... 7, 8, 9, 10, 11, 14, 15, 18, 19, 22, 23

11 U.S.C. § 707(b)(3)............................................................... 8, 15, 17, 18, 21

11 U.S.C. § 707(b)(3)(B)........................................................... 7, 15, 17, 22

11 U.S.C. § 727 ...................................................................................................... 22, 23

28 U.S.C. § 1334(a) and (b) .......................................................................................... 7

28 U.S.C. § 151 ............................................................................................................. 7

28 U.S.C. § 157 (b)(2)(A) and (B) ................................................................................ 7

28 U.S.C. § 157(a) and (b)(1) ....................................................................................... 7

**RULES**

Federal Rules of Bankruptcy Procedure 1017 ......................................................... 8, 23

Federal Rules of Bankruptcy Procedure 4004(a) and (b) ........................................... 23

Federal Rules of Bankruptcy Procedure 9006(a) ......................................................... 8

Federal Rules of Bankruptcy Procedure 9017 .............................................................. 8

Federal Rules of Evidence 201 ...................................................................................... 8

Federal Rules of Evidence 801(d) ................................................................................. 8

**OTHER AUTHORITIES and SECONDARY MATERIALS**

146 Cong. Rec. S11683-11729, Dec. 2000 ................................................................ 16

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

The instant Chapter 7 case filed by Debtor, Gladys Grace Liad Villacorta ("Debtor"), demonstrates the type of abuse § 707(b) was intended to prevent.  The U.S. Trustee's investigation reveals that the Debtor has overstated her allowed expense deductions in the Means Test.  Not only does the Debtor's case represent presumed abuse under 11 U.S.C. § 707(b)(2), in that the **Debtor has $3,754.75 in monthly disposable income after allowed deductions (equaling $225,285 over a five year period**), the totality of the circumstances of the Debtor's financial situation demonstrates abuse under 11 U.S.C. § 707(b)(3)(B) because the Debtor clearly has the ability to repay a sufficient amount of the scheduled unsecured debt.

Accordingly, whether based on the presumption of abuse, or the actual abuse demonstrated by the totality of the circumstances, this court should dismiss Debtor's case.

**II.    JURISDICTION AND STANDING**

This Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1) and 28 U.S.C. § 151. This is a core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (B).  This motion is filed pursuant to 11 U.S.C. § 707(b)(1), (b)(2) and (b)(3).[1]

Section § 707(b)(1) provides that upon motion of the United States Trustee, a court may dismiss a Chapter 7 case filed by an individual debtor who owes primarily consumer debts if it finds that the granting of relief would be an abuse of the provisions of Chapter 7 of the Bankruptcy Code.[2]  Further, § 704(b)(1)(A), provides that the U.S. Trustee must review the materials filed by the Debtor and file a Statement of Presumed Abuse within 10 days of the conclusion of the § 341(a) meeting.  Based on that requirement, on June 6, 2024, the U.S. Trustee filed a Statement of Presumed Abuse ("10 Day Statement").  Section 704(b)(2) and Federal Rules of Bankruptcy Procedure 9006(a) provide that the U.S. Trustee must file any motion to dismiss or convert within 30 days of the filing of the 10 Day Statement.  Pursuant to that requirement, the U.S. Trustee has

---

[1] All further references to statutes will be to Title 11 of the United States Code, also known as the Bankruptcy Code.
[2] *See* 11 U.S.C. § 707(b)(1).

1  filed this Motion within thirty (30) days of the 10 Day Statement, pursuant to Federal Rule of

2  Bankruptcy Procedure 9006(a).  The U.S. Trustee's motion pursuant to § 707(b)(2) is therefore

3  timely and procedurally proper.

4        Under the Federal Rules of Bankruptcy Procedure 1017(e)(1), motions to dismiss a Chapter

5  7 case pursuant to § 707(b) that are not based on the presumption of abuse contained in § 707(b)(2)

6  must be filed within 60 days after the first date set for the meeting of creditors under § 341(a),

7  unless the deadline is extended by the court.  The deadline to file a motion pursuant to § 707(b)(3)

8  is July 22, 2024.[3]  Thus, the motion to dismiss pursuant to § 707(b)(3) is timely and procedurally

9  proper.

10 **III.    FACTUAL BACKGROUND**

11      1.      The Debtor filed a voluntary Chapter 7 petition in the United States Bankruptcy

12 Court for the Central District of California, Los Angeles Division on April 25, 2024.[4]

13      2.      The Debtor's debts are primarily consumer in nature.  The Debtor checked the box

14 on the Voluntary Petition indicating that his debts are primarily "Consumer/Non-Business."  The

15 Debtor's nonpriority unsecured debt totals $43,168.[5]

16      3.      The § 341(a) Meeting of Creditors, initially set for May 21, 2024 was held, and

17 continued to May 30, 2024 and concluded on the same day.[6]

18      4.      In the Debtor's Chapter 7 Statement of Current Monthly Income also known as

19 Official Form 122A-1 ("Form 122A-1"), the Debtor states that the annualized Current Monthly

20 Income[7] is $111,047.40.[8]  The applicable state median family income for the Debtor's family of

21

22 [3] *See* Case Docket for *In re: Gladys Grace Liad Villacorta, Case No. 2:24-bk-13211-DS* ("Case
   Docket"), attached for the Court's convenience to the U.S. Trustee's Request for Judicial Notice.

23 The U.S. Trustee respectfully requests that the Court take judicial notice of Debtor's Petition,
   Schedules, Statement of Financial Affairs and other documents filed therewith and any amendments

24 thereto which are in the Court's file, pursuant to Fed. R. Evid. 201, as made applicable to

25 bankruptcy proceedings by Fed. R. Bankr. P. 9017.  The information contained in these documents,
   signed under penalty of perjury by Debtor, are admissible admissions of Debtor pursuant to Fed. R.

26 Evid. 801(d).  *See also* Declaration of Marlene Fouche ("Fouche Dec."), attached hereto.
   [4]*See* Case Docket attached to the Fouche Dec. as Exhibit 1.

27 [5]*See* Petition and Schedules attached to the Fouche Dec. as Exhibit 2.
   [6] *See* Case Docket attached to the Fouche Dec. as Exhibit 1.

28 [7] As defined by §§ 101(10A) and 707(b)(2) of the Bankruptcy Code.

1  three is $109,458.00.  Accordingly, the CMI exceeds the applicable state median family income

2  amount.

3      5.    On March 23, 2023, the U.S. Trustee filed a timely Statement of Presumed Abuse

4  with the U.S. Bankruptcy Court.

5      6.    On June 20, 2024, Counsel filed the Debtor's rebuttal of presumption of abuse as

6  well as an Amended Schedule I, an Amended Schedule J, Summary of Assets and Liabilities

7  (Official Form 106Sum or 206Sum), Declaration About an Individual Debtor's Schedules (Official

8  Form 106Dec), Chapter 7 Statement of Your Current Monthly Income (Official form 122A-1), and

9  the Chapter 7 Means Test Calculation (Official form 122A-2) (the "Amended Means Test"). [9]

10      7.    Pursuant to the Debtor's Amended Means Test, the Debtor's annualized CMI is

11  $145,689.96 (hereinafter "CMI"). The Debtor included a previously undisclosed monthly amount

12  of $2,454.18 for the Debtor's non-filing spouse as Net income from operating a business,

13  profession, or a farm on Line 5.

14  **IV.  DEBTOR'S CASE SHOULD BE DISMISSED AS AN ABUSE OF CHAPTER 7**

15      **A.  Dismissal Under § 707(b) Generally**

16  Section 707(b)(1) provides that the court may dismiss a case filed by an individual whose debts

17  are "primarily consumer debts" if it finds that granting discharge relief would be an "abuse" of the

18  provisions of chapter 7.[10]  Courts may determine that either (1) a presumption of abuse arises

19  pursuant to § 707(b)(2), or (2) if the presumption does not arise or is rebutted, the debtor's bad faith

20  or the totality of the circumstances of the debtor's financial situation point to abuse.[11]

21      In this case, the debt is "primarily consumer debt."  The term "consumer debt" is defined as

22  a "debt incurred by an individual primarily for a personal, family, or household purpose."[12]  The

23  Ninth Circuit interprets "primarily" to mean that the overall ratio of consumer to non-consumer

[8] *See* Fouche Dec. as Exhibit 2.
[9] *See Case Docket.*
[10] 11 U.S.C. § 707(b)(1).
[11] 11 U.S.C. § 707(b)(2), (3).
[12] 11 U.S.C. § 101(8).

debt is greater than 50%.[13]   The Debtor indicated in his petition that the nature of the debt is "consumer/non-business."

### B.    Debtor's Case Is Presumptively Abusive Pursuant to 11 U.S.C. § 707(b)(2)

Section 707(b)(2)(A)(I) provides, in pertinent part:

. . . the court shall presume abuse exists if the debtor's currently monthly income reduced by [certain deductions] and multiplied by 60 is not less than the lesser of –

(I) 25 percent of the debtor's nonpriority unsecured claims in the case or $7,700, whichever is greater; or
(II)       $13,650.[14]

The purpose of the means test is to "help the courts determine who can and who cannot repay their debts and, perhaps most importantly, how much they can afford to pay."[15]   In other words, it is "intended to ensure that debtors repay creditors the maximum they can afford."[16]   Under this provision, the Debtor's case is presumptively abusive because a correctly filled-out Form 122A-1 would show that the Debtor has $3,754.75 in monthly disposable income after allowed deductions, which projects to more than $184,485.00 over 60 months.   Rather than reflecting this amount, however, the Debtor's Form 122A-1 contains erroneous information which results in a significant understatement of the Debtor's monthly disposable income.   In particular, the Debtor has overstated allowed expense deductions on Form 122A-1.

### 1.    Debtor's Actual Income

---

[13] *See In re Kelly*, 841 F.2d 908, 913 (9th Cir. 1988).   The most common consumer debts are home mortgages, credit card debts and personal loans.   *Id.*

[14] Pursuant to 11 U.S.C. § 104(b), the Judicial Conference of the United States published in the Federal Register (at 72 B.R. 7082) its Revision of Certain Dollar Amounts in the Bankruptcy Code Prescribed under Section 104(b) of the Code, effective for bankruptcy cases filed after April 1, 2019.   As applicable to the instant case, under the Means Test, the presumption of abuse arises under § 707(b)(2)(A)(I) when the Debtor's net disposable income over a 60-month period is greater than $13,650.00.   Therefore, the primary abuse presumption threshold increases from $214.17 to $227.50 per month.   Secondarily, the presumption of abuse arises when the Debtor's net disposable income over a 60-month period is between $8,175.00 and $13,650.00 and repays 25 % of the debtor's nonpriority unsecured claims in the case.

[15] *See Blausey v. U.S. Trustee*, 552 F.3d 1124, 1133-34 (9th Cir. 2009).

[16] *Id.*

The Debtor's original Form 122A-1 filed with the petition showed a monthly income of $9,253.95.[17]   Schedule I disclosed Debtor has been employed by Bay Design Group, LLC for 4 months. The Debtor submitted copies of pay advices from his respective employer for the pay dates covering the pay period ending December 3, 2023 through April 12, 2024. According to the pay advices, the Debtor's average gross monthly salary income for the six-month "look-back" period prior to the bankruptcy filing was $4,230.78. The Debtor also disclosed additional income of $5,455.87 per month in income from her non-filing spouse, who is a Graphic Designer. To properly calculate Debtor's actual gross monthly earnings, the U.S. Trustee prepared a spreadsheet to calculate Debtor's estimated gross monthly income, payroll deductions and monthly expenses for the six-month "look-back" period prior to the bankruptcy filing. According to the pay advices the Debtor and her non-filing spouse's combined gross monthly salary income is $10,142.41, reflecting an annualized salary income of $121,709.04.

However, after the U.S. Trustee filed its Notice of Presumed Abuse, the Debtor filed an amended means test, *which revealed an even higher CMI*. Pursuant to the Debtor's Amended Means Test, which includes a previously undisclosed monthly amount of $2,454.18 for the Debtor's non-filing spouse as net income from operating a business.  Thus, adding the additional net income to the Debtor's accurate annualized salary, these corrections result in the increased gross monthly income of $12,596.60 inclusive of the non-filing spouse's income and as reflected by the U.S. Trustee Means Test, Debtor's estimated annualized income of $151,159.20 should be on Form 122A-1, Line 12b.[18]

## 2.     Debtor has Overstated Allowed Expense Deductions

The Debtor has claimed a total of all deductions allowed under § 707(b)(2) in the amount of $9,816.[19]   The resulting monthly disposable income under § 707(b)(2) calculated by the Debtor is $2,324.83.[20]

---

[17] *See* Fouche Decl. at Exhibit 2.
[18] *See* Fouche Dec. at ¶16.
[19] *See* Fouche Dec. at Exhibit 2.
[20] *Id.*

**a.** **The Debtor Overstated his Monthly Payroll Tax Deduction at Line 16.**

At Line 16 of Debtor's Means Test Form 122A-2, Debtor claimed an average monthly payroll tax deduction of $1,8757.57.  Based on the salary advices provided by the Debtor, the average monthly payroll tax deduction is $1,865.60.  However, the Debtor's tax returns (Debtor and Debtor's non-filing spouse are filing separately as Married filing Separately) for 2023 shows that the Debtor received a refund for 2023. Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average monthly payroll deduction should be increased to $1,865.60.[21]

**b.** **The Debtor Overstated his Monthly Life Insurance Deductions at Line 18.**

At Line 18 of Debtor's Means Test Form 122A-2, Debtor claimed average monthly life insurance deductions of $33.17. Based on the salary advices produced by the Debtor, the average monthly involuntary deduction is $28.22. Therefore, as reflected in the U.S. Trustee Means Test, Line 21, Debtor's average monthly involuntary deductions should be decreased from $33.170 to $28.22[22]

**c.** **The Debtor Overstated the Amount of his Childcare Deduction at Line 21.**

At Line 21 of Debtor's Means Test Form 122A-2, Debtor claimed an amount of 450.00 for childcare.  The U.S. Trustee requested proof of such expense, however none was provided. As such, based on the lack of any documentation, as reflected in the U.S. Trustee Means Test, Debtor's average monthly deduction for childcare should be decreased to $0.[23]

**d.** **The Debtor Overstated the Amount of his Additional Health Care Expense at Line 22.**

At Line 22 of Debtor's Means Test Form 122A-2, Debtor claimed an amount of $400.00 for additional health care.  The U.S. Trustee requested proof of such expense, however only one dental

---

[21] *Id.*
[22] *Id.*
[23] *Id.*

bill in the sum of $1,650 was provided for the period covering September 1, 2023, to April 30, 2024, that's an average expense of $206.25 per month for the requested eight (8) months. However, the Debtor provided evidence that he receives an out-of-pocket allowance of $237/month. Given this allowance is greater than $206.25, as reflected in the U.S. Trustee Means Test, Debtor's average monthly deduction for additional health care should be decreased to $0.[24]

**e.      The Debtor Overstated the Amount of his Optional Telephone Expense at Line 23.**

At Line 22 of Debtor's Means Test Form 122A-2, Debtor claimed an amount of $22.00 for optional telephone expense.  The U.S. Trustee requested proof of such expense, however the Debtor only provided phone bills covering the period September 1, 2023, to April 30, 2024 – which averages $218.07 per month for the requested eight (8) months.  The Means test, line 8, allows Debtors an IRS allowance of housing and utilities, including phone costs, of $799/month. Debtor has failed to provide justification for any further expense beyond the IRS allowance. As such, the Debtor's average monthly deduction for optional telephone expense should be decreased to $0.[25]

**f.      The Debtor Overstated the Amount of his Health Insurance at Line 25.**

At Line 22 of Debtor's Means Test Form 122A-2, Debtor claimed an amount of $321.38 for health insurance, $95.10 for disability insurance, and $80.78 for a health savings account.  The U.S. Trustee reviewed the pay advices, and noted that the average payroll deductions was $334.96 for Health Insurance, $7.68 for Disability insurance, and $87.19 for Health Savings account. As such, the Debtor's average monthly deduction for such expenses should be reduced accordingly.

**g.      The Debtor Overstated the Amount of his Contribution to Family at Line 26.**

At Line 22 of Debtor's Means Test Form 122A-2, Debtor claimed an amount of $100.00 for family contributions. The U.S. Trustee requested proof of such expense, however none was

---

[24] *Id.*
[25] *Id.*

provided. As such, based on the lack of any documentation, as reflected in the U.S. Trustee Means Test, Debtor's average monthly deduction for family contributions should be decreased to $0.[26]

**h.    The Debtor Overstated the Amount of his Additional Food and Clothing at Line 30.**

At Line 22 of Debtor's Means Test Form 122A-2, Debtor claimed an amount of $57.00 for additional food and clothing.  The Debtor has failed to provide any justification for claiming the additional expense above the IRS allowance on line 30 ($1,700/month). As such, as reflected in the U.S. Trustee Means Test, Debtor's average monthly deduction for additional food and clothing should be decreased to $0.[27]

**i.    The Debtor Overstated the Charitable Contributions at Line 31.**

At Line 31 of Debtor's Means Test Form 122A-2, Debtor claimed an amount of $80.00 for charitable contributions.  The U.S. Trustee requested proof of such expense, however none was provided. As such, based on the lack of any documentation, as reflected in the U.S. Trustee Means Test, Debtor's average monthly deduction for charitable contributions should be decreased to $0.[28]

**f.    The Debtor Understated the Chapter 13 Administrative Expense at line 36.**

At Line 36 of Debtor's Means Test Form 122A-2, Debtor incorrectly calculated the Chapter 13 administrative expense as $0.   Line 36 of the Debtor's Means Test Form 122A-2 captures the Chapter 13 administrative expense if Debtor's case is filed under Chapter 13.  Here, the Chapter 13 Trustee would be responsible for making payments in the estimated amount of $417.20 each month. Therefore, based upon the U.S. Trustee's calculations, Debtor's monthly administrative expenses at Line 36 should be $417.20 ($74,171.95 x 0.01%) instead of $0.00 as calculated by the Debtor.[29]

**3.    Dismissal Is Justified Because the Presumption of Abuse Arises.**

---

[26] *Id.*
[27] *Id.*
[28] *Id.*
[29] *Id.*

In sum, after adjusting the income and expenses as detailed above, the Debtor actually has at least **$3,754.75** in monthly disposable income.  The amount multiplied by 60 equals $225,285.00 and exceeds $43,168.00[30], as follows[31]:

| Income and Expense Deductions Listed by Debtor on his amended CMI and Means Test Forms 122A-1 & 122A-2 | Income and Expense Deductions in the United States Trustee's CMI and Means Test Forms 122A-1 & 122A-2 |
|---|---|
| $12,140.83 Gross Wages, Line 12a (122A-1) | $12,596.60 Gross Wages, Line 12a (122A-1) |
| $145,689.96 Annual CMI, Line 12b (122A-1) | $151,159.20 Annual CMI, Line 12b (122A-1) |
| $1,875.57 Taxes, Line 16 (122A-2) | $1,865.60 Taxes, Line 16 (122A-2) |
| $33.17 Life insurance, Line 18 (122A-2) | $28.22 Life insurance, Line 18 (122A-2) |
| $450.00 Childcare, Line 21 (122A-2) | $0.00 Childcare, Line 21 (122A-2) |
| $400.00 Additional health care, Line 22 (122A-2) | $0.00 Additional health care, Line 22 (122A-2) |
| $222.00 Optional phone, Line 23 (122A-2) | $0.00 Optional phone, Line 23 (122A-2) |
| $321.38 Health insurance, Line 25 (122A-2) $95.10 Disability insurance, Line 25 (122A-2) $80.78 Health Savings, Line 25 (122A-2) | $334.96 Health insurance, Line 25 (122A-2) $7.68 Disability insurance, Line 25 (122A-2) $87.19 Health Savings, Line 25 (122A-2) |
| $100.00 Contributions to Family, Line 26 (122A-2) | $0.00 Contributions to Family, Line 26 (122A-2) |
| $57.00 Additional food and clothing expense care, Line 30 (122A-2) | $0.00 Additional food and clothing expense care, Line 30 (122A-2) |
| $80.00 Charitable contribution, Line 31 (122A-2) | $0.00 Charitable contribution, Line 31 (122A-2) |
| $0.00 Ch. 13 Administrative Expense Line 36 (122A-2) | $417.20 Ch. 13 Administrative Expense Line 36 (122A-2) |
| $0.00 All Debt Payment Line 37 (122A-2) | $417.20 All Debt Payment Line 37 (122A-2) |
| $9,816.00 Total deduction for debt payment Line 38 (122A-2) | $8,841.85 Total deductions for debt payment Line 38 (122A-2) |
| **$2,324.83 Total Disposable Income Line 39c (122A-2)** | **$3,754.75 Total Disposable Income Line 39c (122A-2)** |

Accordingly, the presumption of abuse arises in this case.  The Court should therefore dismiss this case pursuant to § 707(b)(1), based upon the presumption of abuse that arises under § 707(b)(2).

---

[30] *Id.*

[31] *Id.*

**C.     Dismissal Pursuant to § 707(b)(3)(B) Under the Totality Of Circumstances Of
The Debtor's Financial Situation Is Applicable and Demonstrates Abuse**

Alternatively, to the extent that this court is not inclined to find that the presumption of abuse arises under § 707(b)(2), this case should be dismissed as an abuse under § 707(b)(3)(B), based upon the totality of the circumstances surrounding the Debtor's financial situation, because the Debtor has the ability to repay a sufficient amount of the scheduled unsecured debt.

In pertinent part, 11 U.S.C. § 707(b)(3) provides:

> In considering under paragraph (1) whether the granting of relief would be an abuse of provisions of this chapter in a case in which the presumption in subparagraph (A)(I) of such paragraph does not arise or is rebutted, the court shall consider –
> (A)     whether the debtor filed the petition in bad faith; or
> (B)     the totality of the circumstances . . . of the debtor's financial situation demonstrates abuse.

The Ninth Circuit determined that under § 707(b)(3)(b), "[e]ven if a debtor's financial situation does not create a presumption of abuse (or if the presumption is rebutted), the bankruptcy court may still dismiss the petition if the debtor filed in bad faith or if the 'totality of the circumstances' demonstrates 'abuse' of Chapter 7."[32]   Therefore, even if the Court finds that the presumption of abuse does not arise under § 707(b)(2), the Court should find that the totality of the circumstances warrant dismissal of this case under § 707(b)(3)(B).

**1.     The Standard for Finding Abuse is Lower than Finding Abuse Under the Pre
BAPCPA[33] "Substantial Abuse" Standard.**

In 2005, Congress amended § 707(b) to replace and lower the standard of dismissal from "substantial abuse" to "abuse."   The legislative history of earlier bankruptcy reform legislation provides that courts have additional discretion under the "abuse" standard than under the "substantial abuse" standard.[34]   A case that would have been dismissed under the old "substantial

---

[32] *In re Egebjerg*, 574 F.3d 1045, 1048 (9th Cir. 2009).
[33] The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA"), which made certain modifications to the Bankruptcy Code, took effect on October 17, 2005.
[34] *See* 146 Cong. Rec. S11683-11729, Dec. 2000 (stating "since the standard is 'abuse' rather than 'substantial abuse,' the courts are clearly given additional discretion to control abusive use of

1  abuse" standard would still be dismissed under the new "abuse" standard.[35]  In addition, cases that

2  may not have been dismissed under the old "substantial abuse" standard may now be dismissed

3  under the new "abuse" standard.  In sum, the standard for dismissing under the revised § 707(b) is

4  less stringent.[36]

5          **2.      The Ability to Repay Unsecured Debts is Primary Ground for Dismissal Under**

6          **the "Abuse" Standard of § 707(b)(3)(B).**

7          Prior to BAPCPA, a chapter 7 case could be dismissed for "substantial abuse" under §

8  707(b) based on the debtor's ability to repay.[37]   It therefore follows that a Chapter 7 case should

9  still be dismissed based on the debtor's ability to repay under the lower standard of "abuse," even if

10  that ability is not presumed under the Chapter 7 Means Test Calculation.[38]  Indeed, because the

11  "abuse" standard of § 707(b)(3) expressly applies when the presumption of abuse under the Means

12

13

---

14  chapter 7 when that is appropriate . . .").  Although this legislative history pertains to an earlier

15  version of bankruptcy reform legislation, the amendment to § 707(b) in the BAPCPA is
    substantially the same.

16  [35] *See* 146 Cong. Rec. S11683-11729, Dec. 2000 (stating "[i]f a debtor's case would be dismissed
    today for 'substantial abuse' as in *In re Lamanna*, 153 F. 3d 1 (1st Cir. 1998), it is intended that the

17  case should be subject to dismissal under H.R. 2415").

18  [36] *In re Haney*, 2006 WL 3020961, *2, *unpublished slip copy*, (Bankr. W.D. Ky. October 19,
    2006)("the standard to be shown for dismissal under the revised 11 U.S.C. § 707(b) has been

19  lowered from substantial abuse to just simple abuse"); *In re James*, 345 B.R. 664, 667 (Bankr. N.D.
    Iowa 2006) ("Congress in BAPCPA reduced the test for dismissal from 'substantial abuse' to

20  'abuse'"); *In re Colgate*, 370 B.R. 50, 54 (Bankr. E.D.N.Y. 2007) ("BAPCPA made significant
    changes to this section of the Bankruptcy Code, making it easier to find that a debtor's case should

21  be dismissed.  First, in subsection (b)(1), the standard for dismissal of the case has been reduced
    from 'substantial abuse' to 'abuse'").

22  [37] *See e.g. In re Price*, 353 F. 3d 1135 (9th Cir. 2004).

23  [38]*In re Fox*, 521 B.R. 520,  531 (Bankr. D. Md. Nov. 12, 2014) [The court found the debtor's ability
    to pay creditors must be given greater weight under section 707(b)(3)(B) than that factor was given

24  prior to the BAPCPA amendments to section 707(b). Finding that *In re Green*, 934 F.2d 568 (4th
    Cir. 1991) (holding that ability to repay is not enough to justify dismissal for "substantial abuse")

25  had been superseded by the 2005 amendments to the Bankruptcy Code, changing the standard from
    "substantial abuse" to "abuse;" eliminated the presumption that chapter 7 relief was appropriate;

26  and limited the "totality of the circumstances" test to one which considers "the debtor's financial
    condition." In addition, by providing alternative grounds for dismissal based on either bad faith

27  (section 707(b)(3)(A)) or the "totality of the circumstances . . . of the debtor's financial condition,"
    Congress had made clear that courts could dismiss cases for abuse without a finding of bad faith.]

28

Test does <u>not</u> arise, "passing" the Means Test cannot preclude a discretionary finding of abuse by the court.[39]

In considering the "totality of the circumstances," a number of cases have held that debtor's actual ability to repay unsecured debts is an important factor in determining whether the case is abusive.[40]  Indeed, courts across the country have determined that the debtor's ability to repay may be the sole grounds for demonstrating abuse under a totality of the circumstances analysis.[41] Therefore, this court should consider whether the Debtor has an ability to pay as an important part of the totality of the circumstances of the Debtor's financial condition, and dismiss this case as "abusive" if the Debtor has the ability to repay a significant portion of the unsecured debt.

**3.    CMI Amounts Set Forth in § 707(b)(2) Establish Guideline Standards for "Ability to Pay" Under the "Totality of the Circumstances" Test Pursuant to § 707(b)(3)(B)**

While section 707(b)(3)(B) does not establish a minimum repayment percentage required to find that the totality of circumstances demonstrate abuse, case law has established that courts should find abuse under § 707(b)(3) where a given debtor's monthly disposable income exceeds the threshold amount of monthly disposable income considered to be presumptively abusive.  In cases like *In re Pak*, the Northern District of California Bankruptcy Court found that even where a

---

[39] *See Calhoun v. United States Trustee*, 650 F.3d 338, at 342 (4th Cir. 2011) (stating that the means test is not conclusive and a court may still find abuse under § 707(b)(3) even if there is no presumption under § 707(b)(2)).

[40] *See e.g. Calhoun*, 650 F.3d 338 (dismissing the debtors' case under § 707(b)(3) because they were able to pay their creditors based on the totality of the circumstances of their financial situation); *In re Ross-Tousey*, 549 F.3d 1148, 1162 (7th Cir. 2008) (stating that the court can take into consideration a debtor's actual income and expenses under a totality of the circumstances analysis under § 707(b)(3)); *In re Baeza*, 398 B.R. 692 (Bankr. E.D. Cal. 2008) (stating that a court must consider a debtor's actual financial situation under the plain meaning of § 707(b)(3)(B)).

[41] *See In re Reed*, 422 B.R. 214 (C.D. Cal. 2009) (holding that the debtor's ability to repay is, by itself, sufficient to find abuse under the totality of the circumstances test under § 707(b)(3)); *In re Lowe*, 561 B.R. 688, 692 (Bankr. N.D. Ill. Dec. 29, 2016) [The court granted the United States Trustee's motion to dismiss under § 707(b)(3)(B) based entirely on the debtor's ability to pay creditors];  *In re Gourley*, 549 B.R. 210 (Bankr. N.D. Iowa 2016) [Granting U.S. Trustee's motion to dismiss for abuse under section 707(b)(3)(B), based on the debtors' ability to pay creditors, the court noted that, in the Eighth Circuit, ability to pay by itself may constitute cause for dismissal].

1    debtor's monthly income was below the applicable median income, the court should review the

2    debtor's ability to repay his debts under the totality of the circumstances prong of  § 707(b)(3)(B).[42]

3    In doing so, the court considered actual and anticipated future income of the debtor.[43]   After

4    reviewing the debtor's actual monthly expenses and projected monthly disposable income, the court

5    concluded that the debtor had the ability to repay 19% of his unsecured debt.[44]  In concluding that it

6    would be abusive to grant relief when the debtor could repay 19% of his unsecured debts to

7    creditors, the court noted that (1) the standard is "abuse" not "substantial abuse," (2) the actual

8    amount of repayment, $33,497.28, was still a large amount, and (3) some of the debtor's expenses

9    were excessive.[45]

10       Other courts have held that the "abuse threshold" contained in § 707(b)(2)(A) is helpful to

11    determine whether a case should be dismissed for abuse under § 707(b)(3)(B).[46]  Implementing

12    BAPCPA, courts have determined that, at a minimum, it is an abuse to grant relief in a Chapter 7

13    case when the debtor's ability to repay exceeds a 25% threshold where abuse is presumed.[47]

14       However, while the threshold repayment percent is helpful, it is not required to demonstrate

15    that a particular case is abusive under the totality of a given debtor's financial circumstances.  *See*

16    *In re Jones*, 556 B.R. 327 (Bankr. E.D. Mich. Aug. 24, 2016) [In a Chapter 7 case filed in lieu of a

17    Chapter 13, in part, because under chapter 13, after paying all unsecured creditors pro rata, debtor

18    would have still owed $37,000 in interest on her nondischargeable student loans, the court granted

19

20    [42] *In re Pak*, 343 B.R.239, 241-44 (Bankr. N.D. Cal. 2006).

21    [43] *Pak*, 343 B.R. at 245-46; *see also In re Maya*, 374 B.R. 750, 754 (Bankr. S.D. Cal. 2007) (stating
that post-petition events or circumstances should be considered under a § 707(b)(3)(B) analysis).

22    [44] *Pak*, 343 B.R. at 246.

     [45] *Id.*

23    [46] *See In re Mestemaker*, 359 B.R. 849 (Bankr. N.D. Ohio 2007) [Court granted the U.S. Trustee's

24    motion to dismiss under § 707(b)(3) where the debtor's ability to pay exceeded the abuse threshold
contained in § 707(b)(2)(A)(I)]; *In re Pennington*, 348 B.R. 647 (Bankr. D. Del. 2006) [Court held

25    that granting chapter 7 relief would constitute an abuse where the debtor could repay 42% of his
unsecured debt in a three-year plan and 69% of his unsecured debt in a five-year plan, which is

26    significantly above the 25% threshold for presumption of abuse]; *In re Mondragon*, 2007 WL
2461616 (Bankr. D.N.M. Aug. 24, 2007) [Court held that "a debtor's ability to repay 25% or more

27    of his or her unsecured non-priority debts is persuasive evidence that allowing the debtor to proceed
under Chapter 7 would constitute an abuse." *Mondragon*, 2007 WL 2461616, at *6.

28    [47] *Id.*

1   U.S. Trustee's motion for dismissal under § 707(b)(3)(B) because the debtor had the ability to pay

2   all creditors a 20% dividend in chapter 13.]

3          In reviewing the "totality of the circumstances . . . of the debtor's financial situation," the

4   court should consider the Debtor's ability to pay.  In determining when the Debtor's ability to pay

5   demonstrates abuse, the court should find abuse if the Debtor's ability to pay rises above the

6   presumptively abusive level set by Congress in § 707(b)(2) of $214.17 per monthly disposable

7   income or at least $128.33 per monthly disposable income that can pay at least 25% of the Debtor's

8   nonpriority unsecured debt in five years.

9          **4.      The Debtor has the Ability to Repay Unsecured Debt and the Court Should**

10                  **Dismiss this Case as Abusive**

11         In this case, dismissal is warranted under § 707(b)(3)(B) because the record shows that the

12  Debtor can repay a sufficient portion of the scheduled unsecured debt.  As set forth above, after

13  adjustment to the Debtor's income and expenses, the Debtor's Form 122A-1 reflects that the Debtor

14  has $3,754.75 per month in disposable income which, when multiplied by 60, would equal debt

15  payment of $225,285.  Alternatively, the Debtor has sufficient disposable income to pay 100% of

16  his unsecured debt in 12 months.

17                 **a.      The Debtor's Schedules Show that the Debtor has the Ability to Repay**

18                         **the Scheduled Unsecured Debts.**

19         Similarly, based on a review of the Debtor's Schedules I and J, the Debtor has the ability to

20  repay her creditors under § 707(b)(3)(B).

21         In determining the amount of disposable income that a debtor would have available to repay

22  a sufficient amount to creditors under § 707(b), the Court is not bound by the debtor's actual

23  expenses.  The Court may correctly reduce the expenses to those reasonable for necessities and then

24  forecast a repayment plan based on the reduced expenses.[48]   While "reasonably necessary

25  _____

26  [48] *See In re MacNamara*, 2009 WL 1606985, at *3 (Bankr. M.D. Pa. June 5, 2009) (dismissing the
    debtors' case under § 707(b)(3)(B) after eliminating unnecessary expenses such as the automobile

27  insurance premiums, cellular phone bills for the debtors' adult children, and the premiums for life
    insurance policies*); In re Hoffman*, 413 B.R. 191, 195 (Bankr. M.D. Pa. 2008) (dismissing the

28  debtor's Chapter 7 case after finding that the debtor's monthly housing expense was excessive and

expenses" are determined on a "case by case basis," courts have generally ruled that "reasonable" amounts are permissible for "essential" expenses such as food, clothing, shelter, utilities and other necessities.[49]

In addition to the inaccuracies previously noted in Debtor's Means Test, the U.S. Trustee notes the following excessive items, which reflect that Debtor would also have the ability to repay her creditors under a totality of the circumstances analysis as follows[50]:

**(1)    Income**

The Debtor has listed monthly gross wages for her non-filing spouse as $5,924.97. According to the pay advices provided by the Debtor for her non-filing spouse for the bi-weekly pay period ending dates covering September 01, 2023 through and including April 12, 2024, the Debtor's non-filing spouse's salary for the bi-weekly period starting pay date November 9, 2023 was consistently $2,734.60 per period, for 26 pay periods per year, that amounts to $5,924.97 per month

**(2)    Payroll Deductions.**

The Debtor has listed $2,113.37 in payroll deductions for tax, Medicare and social security However, the Debtor's pay advices reflect $2,517.45. As such, the accurate tax deductions should

---

unreasonable); *In re Ricci,* 456 B.R. 89 (Bankr. M.D. Fla. 2009) ("The payout to unsecured creditors would increase dramatically if the Debtors' budget included only reasonable and necessary expenses"); *In re Durczynski,* 450 B.R. 880, 885 (Bankr. N. D. Ohio 2009) (dismissing the debtors' case under § 707(b)(3)(B) after finding that the debtors could do some "belt tightening" by moving from a home that consumed 40% of their income or reducing the alleged monthly food expense of $1,150).

[49] *See Ricci*, 2009 WL 3381517, at * 16 ("A budget is unreasonable where a debtor's expenditures manifest a desire to maintain a standard of living which precipitated the bankruptcy filing"); *Hoffman,* 413 B.R. at 195 (considered "whether the debtor's expenses can be reduced significantly without depriving him of adequate food, clothing, shelter and other necessities" in determining the debtor's ability to repay); *MacNamara,* 2009 WL 1606985, at *2-3; *In re Gillead*, 171 B.R. 886, 891-92 (Bankr. E.D. Cal. 1994) (holding that the debtors' expenses related to cable television, work lunches, entertainment, periodicals, spring water, and a health club membership were discretionary and not necessary); *In re Attanasio*, 218 B.R. 180, 210 fn. 30 (Bankr. N.D. Ala. 1998); *In re Kelly*, 841 F.2d 908 (9th Cir. 1988) (stating that expenses for going out to dinner, entertaining, buying toys for the children or going to the movies were not reasonably necessary for the support of a debtor or a dependent of the debtor). Although *Kelly* was a pre-BAPCPA "substantial abuse" case, it indicates what expenses the Ninth Circuit would consider excessive under that higher standard.

[50] *See* Fouche Dec. at ¶19.

be $2,517.45. The Debtor has listed $682.62 in tax, medical, and social security deductions on Schedule J. This figure is not accurate under this analysis as the salary advices provided by the Debtor[51] reflects a deduction rate of $619.23 on a bi-weekly basis. Further, the U.S. Trustee' review of the Debtor's pay advices reflect a monthly deduction of $28.84 for life insurance.

Therefore, the total monthly take home pay for the Debtor should be increased from $8,909.89 to $9,009.46, as summarized in the chart below:

| Monthly Income and Payroll Deductions Listed by Debtor on Amended Schedule "I" | Combined Income, Deductions under § 707(b)(3) Totality of the Circumstances Analysis |
|---|---|
| $ 6,250.01 Debtor's Monthly gross wages, Line 4 | $ 6,250.01 Debtor's Monthly gross wages, Line 4 |
| $ 5,455.87 Debtor's non-filing spouse Monthly gross wages, Line 4 | $ 5,924.97 Debtor's non-filing spouse Monthly gross wages, Line 4 |
| $ 2,113.37 Tax, Medicare, Social Security deductions, Line 5a. | $ 2,517.45 Tax, Medicare, Social Security deductions, Line 5a. |
| $ 682.62 Insurance, Line 5e. | $ 619.23 Insurance, Line 5e. |
| $ 0.00 Life Insurance, Line 5g. | $ 28.84 Life Insurance, Line 5g. |
| **$ 8,909.89 Total Monthly Income** | **$ 9,009.46 Total Monthly Income** |

       **(2)**     **Expenses.**

Additionally, by correcting adjustments to some of the Debtor's scheduled expenses, as outlined in the UST Analysis section below (which are either unnecessary, unsubstantiated or discretionary), the Debtor has $1,100.21 of disposable income (after the payment of a chapter 13 administrative fee), or $66,012.60 over 60 months to fund a chapter 13 plan, resulting in a repayment of over 100% of the Debtor's unsecured debt in sixty months.[52]

The UST Analysis applies the following changes:

- ***Clothing, Laundry and Drycleaning***: Debtor claimed a monthly deduction of $250, however no documentation was provided in support for such. As a result, the U. S. Trustee adjusted the expense to the IRS National Standard of $207.00 per month. [53]

---

[51] *See Id.*

[52] *Id.*

[53] *Id.*

- **_Personal Care Products_:** Debtor claimed a monthly deduction of $250, however no documentation was provided in support for such. As a result, the U. S. Trustee adjusted the expense to the IRS National Standard of $91.00 per month.[54]

- **_Medical and Dental Expenses_:** Debtor claimed a monthly deduction of $400, however no documentation was provided in support for such, beyond one dental bill for $1,650 for the period covering September 1, 2023 to April 30, 2024, that's an average expense of $206.25 per month for the requested eight (8) months. As a result, the U. S. Trustee adjusted the expense to the $206.25 per month.[55]

- **_Vehicles:_** Debtor claimed a monthly deduction of $1,100 for vehicles. Debtor's Schedule A/B however reflected the Debtor owned two vehicles: 2008 Honda Fit, worth $1,000.00 (Non-filing property), and a 2004 Chevrolet Colorado, worth $1,000.00. However, at the time of filing, the Debtor had no vehicle expense as no secured debt for these vehicles was listed. As a result, the U. S. Trustee adjusted the expense to the $0 per month.

All other deductions claimed by Debtor remains unchanged.  As noted by the UST Analysis, with these adjustments Debtor's monthly expenses would be adjusted to $7,787.00.  As a result, the Debtor's monthly net income as reflected on Schedule J would increase from negative $179.11 to $1,222.46.[56]

After payment of a projected Chapter 13 expense of $122.25, the Debtor would have $1,100.21 per month in disposable monthly income, which over 60 months would equal $66,012.60 or a projected repayment of 100% of his total unsecured debts in 60 months.[57]

5.      **Dismissal of the Debtor's Case is Warranted Under § 707(b)(3)(B)**

For the reasons set forth above and without adjusting any of the Debtor's present expenses, the U.S. Trustee has demonstrated that Debtor has the ability to repay a substantial portion of her debt over a five-year period because Debtor has approximately $1,222.46 in disposable monthly

---

[54] *Id.*
[55] *Id.*
[56] *Id.*
[57] *Id.*

income available under the totality of the circumstances analysis.  Accordingly, it would be an abuse of chapter 7 to discharge the Debtor's debts when she clearly has the ability to repay a sufficient amount to her creditors.

**V.      DEBTOR'S CASE WAS FILED IN BAD FAITH AND WARRANTS DISMISSAL WITH A 180-DAY BAR**

During the Debtor's 341(a) meeting the Debtor testified that the $9,000.00 in her savings account was savings for a new car because their current vehicle, the 2008 Honda Fit was breaking down. The Trustee asked about the source of the savings, per the Debtor it was from her husband's wages. On June 20, 2024, after the U.S. Trustee had filed its statement of presumed abuse, the Debtor filed amended Schedules I and J, as well as an amended Means Test. The Debtor also filed a Rebuttal of Presumption of Abuse ("Rebuttal") in response stating that they were struggling to make minimum payments on their debts and had saved approximately $10,000 for a down payment for a vehicle.[58]

Per the Debtor's Rebuttal, the Debtor is in the process of purchasing a new vehicle and plans to replace the other vehicle with a newer, but still used vehicle. The U.S. Trustee reached out to the Debtor to verify the purchase of the vehicles and to request the supporting documents. The Debtor provided 4 documents in response: a Motor Vehicle Order agreement form for a new 2024 Tesla Model 3; a Navy Federal Credit Union pre-approved loan in the amount of $37,000; an estimate for a second vehicle, a 2019 Lexus RX hybrid in the amount of $30,197.00; and an Insurance Policy listing the 2008 Honda Fit and the 2024 Tesla Model 3.

The U.S. Trustee believes that the Debtor's post-petition purchase (and anticipated purchase) of two luxury vehicles is not aligned with the bankruptcy process, especially since the new vehicles would allow the Detor to incur debts in excess of what their current Schedule E/F lists.  Further, the Debtor has not demonstrated why the purchase of two vehicles which are drastically more upscale than the current vehicles is warranted. In fact, the U.S. Trustee did a review of newer model versions of the Debtor's current vehicles and determined that the price of

---

[58] *See Case Docket (Docket #12).*

such replacement vehicles is significantly lower than what the Debtor currently intends to purchase.[59]

As such, unless Debtor affirmatively proves that the new vehicle expense for a brand-new high-end vehicle and a used high-end vehicle are necessary to the health and welfare of the Debtor, the monthly expense should be denied or more affordable options should be pursued as the Debtor's current Schedule E/F debt is a total of $43,168.00, with the anticipated vehicle purchases (cost plus financing costs) the Debtor will incur close to double the current Schedule E/F debt.

Even if the Court is willing to consider the Debtor's new vehicle expense, the U.S. Trustee has calculated that if the Debtor's new car payment is $500, the Debtor's monthly net income would decrease from $1,222.46 to $722.46 and after payment of projected Chapter 13 administrative expenses in the amount of $72.25 ($722.46 x 0.01%) results in $650.21 a month to repay Schedule E/F unsecured debt in the amount of $43,168.00. The Debtor will be able to repay $39,012.57 of the Schedule F debt of $43,168.00 (90.37%) in 60 months.

Finaly, given the Debtor's post-petition actions in an attempt to not pay his creditors and incur additional debts which are in excess of the Schedule E/F debts, the U.S. Trustee believes a bar to refiling is warranted here.

## VI.    IN THE ALTERNATIVE, IF A MOTION TO DISMISS PURSUANT TO §707(b)(2) OR (3) IS NOT GRANTED, THE U.S. TRUSTEE REQUESTS AN ORDER EXTENDING THE BAR DATE FOR THE FILING OF A COMPLAINT FOR THE DENIAL OF DISCHARGE UNDER §727

Federal Rules of Bankruptcy Procedure 4004(a) and 1017(e)(1) control the time frames for the filing of a complaint under § 727 of the Bankruptcy Code. These Rules provide in a Chapter 7 case that such a complaint shall be filed no later than sixty (60) days following the first date set for the § 341(a) Meeting of Creditors. Pursuant to FRBP 4004(b) and 1017(e)(1), this Court may extend the bar date for filing complaints objecting to the debtors' discharge if the motion to extend time is filed before the 60-day time period has expired.

---

[59] *See* Fouche Dec. at Exhibit 14.

1    As reflected on the Debtor's bankruptcy petition, the first date set for the § 341(a) Meeting

2    of Creditors was May 21, 2024, and thus the deadline for filing a complaint under § 727 or a motion

3    to extend the bar date is July 22, 2024.  Thus, this motion is timely filed.

4    The U.S. Trustee is currently and has been diligently investigating this matter regarding

5    potential violations of Bankruptcy Code § 707(b)(2) and (3), and § 727.  The U.S. Trustee's

6    analysis of the case to date has led to the conclusion that a motion under § 707(b)(2) and (3) is the

7    appropriate action to take with respect to the Debtor's abusive chapter 7 filing.  However, in the

8    event that the underlying case is not dismissed as requested herein, as alternative relief the U.S.

9    Trustee further requests that the Court extend the bar date for filing a § 727 complaint to deny the

10    debtor's discharge, by approximately 120 days, up to and including Friday, November 22, 2024, to

11    provide the U.S. Trustee with the opportunity to complete his pending investigation, including

12    formal discovery and a Rule 2004 examination, to obtain additional testimony and/or other

13    evidence produced by the Debtor or other parties in interest.

14    **VI.    CONCLUSION**

15    WHEREFORE, the United States Trustee prays that, pursuant to § 707(b)(1), the Court

16    dismiss this case and for such other and further relief as is just.

17

18    DATED: July 2, 2024                    Respectfully submitted,
                                              PETER C. ANDERSON
19                                            UNITED STATES TRUSTEE

20

21                                            */s/ Noreen A. Madoyan*
                                              By: Noreen A. Madoyan
22                                                Trial Attorney

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MARLENE FOUCHE

I, MARLENE FOUCHE, declare and state as follows:

1.    I am over the age of eighteen years, and if called upon to testify I could and would do so competently.  I am employed as a Bankruptcy Auditor by the Office of the United States Trustee for the Central District of California, in the Los Angeles Field Office.  I have been so employed since March 2021.  I am the Auditor assigned to In Re **_GLADYS GRACE LIAD VILLACORTA,_** Case No. **2:24-bk-13211 DS**.  I have personal knowledge of the facts set forth herein and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge.  To the extent I rely on other admissible evidence rather than on personal knowledge, I will specifically so state.

2.    The docket indicates that Gladys G.L. Villacorta ("Debtor") filed a voluntary Chapter 7 petition, schedules A/B-J, a statement of financial affairs, and related case commencement documents on April 25, 2024. The docket indicates further that the Debtor is represented by Benjamin Heston ("Counsel") and the Chapter 7 Trustee appointed to the case is Heide Kurtz. A true and correct copy of the docket is attached hereto as **Exhibit "1"**.

3.    Debtor's Declaration as to Whether Debtor(s) Received Income from an Employer with 60 days of Petition (LBR Form F1002-1), also filed on April 25, 2024, included 4 pay advices for the Debtor, for the following pay dates: April 12, 2024, March 29, 2024, March 15, 2024, and March 01, 2024 of the lookback period.[1]

4.    The initial Meeting of Creditors pursuant to 11 U.S.C. § 341(a) was commenced on May 21, 2024. The meeting was continued to May 30, 2024 and concluded on the same day.[2]

5.    The Debtor indicated in the Petition that the nature of the debt is primarily consumer debts.[3]  *See* Debtor's Petition, Part 6, item #16.

---

[1] *See Case Docket (Docket # 4).*

[2] *See Case Docket (Docket # 5).*

[3] *See Case Docket (Voluntary Petition).*

6.      On behalf of the U.S. Trustee, and in the course and scope of my regular duties, I reviewed the Debtor's petition, schedules, Chapter 7 Means Test documents and statements filed with the U.S. Bankruptcy Court.  In the Chapter 7 Means Test filed by the Debtor on April 25, 2024, the Debtor's annualized CMI was disclosed as $111,047.40, or $9,253.95 per month, for a household of three (3).  *See* Debtor's Form 122A-1, line 12 and Form 122A-2, line 1.[4]

7.      Similarly, Schedule I listed Debtor's current monthly gross salary as $6,250.01 and the Debtor's non-filing spouse's current monthly gross salary as $5,455.87 for a sum total of $11,705.88 for a household of three (3) members.[5]

8.      In order to verify the household income and monthly expenses, I sent an inquiry letter to Debtor's Counsel via email on May 08, 2024, requesting a response by May 20, 2024. A true and correct copy of said email is attached hereto as **Exhibit "2"** and is incorporated herein as if set forth in full.

9.      On May 08, 2024, Debtor provided a partial response with documents. Counsel also disclosed information regarding the Debtor's vehicle situation, according to Counsel, the Debtor is "currently using other people's vehicles which are falling apart and have very high expenses associated with that. They are going to be purchasing new vehicles soon and will almost certainly have to finance the purchases." A true and correct copy of said response is attached hereto as **Exhibit "3"** and is incorporated herein as if set forth in full.  The Debtor's responses included four (4) responsive documents. Exhibit "3" includes the responsive documents relevant to our motion.

10.     On May 21, 2024, I attended the initial Meeting of Creditors. The Debtor testified that her husband saved funds for a new vehicle. The Debtor further testified that they are currently borrowing a vehicle from her husband's dad, and they are not paying anything to use the vehicle. I reminded Counsel that the UST is still waiting for the remainder of the requested documents. A

---

[4] *See Case Docket (Official Form 122A-1).*

[5] *See Case Docket (Schedule I).*

1    true and correct copy of the transcript of the mentioned 341(a) creditor's meeting is attached hereto

2    as **Exhibit "4"** and is incorporated herein as if set forth in full.

3          11.    On May 28, 2024, the Debtor responded with additional documents. A true and

4    correct copy of said response is attached hereto as **Exhibit "5"** and is incorporated herein as if set

5    forth in full.  The Debtor's response included nine (9) responsive documents. Exhibit "5" includes

6    the responsive documents relevant to our motion. The Debtor's tax returns are not included in

7    Exhibit "5" but are available upon request.

8          12.    On May 29, 2024, I sent an e-mail to Counsel with our findings and a side-by-side

9    comparison of the Debtor's and the U.S. Trustee's Means Test, requesting a response by June 4,

10    2024. A true and correct copy of said email chain is attached hereto as **Exhibit "6"** and is

11    incorporated herein as if set forth in full.

12          13.    On June 05, 2024, I sent a follow up e-mail to Counsel asking for an update on the

13    response to my e-mail dated May 29, 2024. A true and correct copy of said email chain is attached

14    hereto as **Exhibit "7"** and is incorporated herein as if set forth in full.

15          14.    On June 05, 2024, Counsel responded that he plans to file an amended Means Test

16    that will confirm the presumption of abuse as well as a declaration rebutting the presumption. [6]

17          15.    On June 06, 2024, the U.S. Trustee filed a timely Statement of Presumed Abuse

18    with the U.S. Bankruptcy Court.[7]

19          16.    On June 20, 2024, Counsel filed The Debtor's rebuttal of presumption of abuse as

20    well as an Amended Schedule I, an Amended Schedule J, Summary of Assets and Liabilities

21    (Official Form 106Sum or 206Sum), Declaration About an Individual Debtor's Schedules (Official

22    Form 106Dec), Chapter 7 Statement of Your Current Monthly Income (Official form 122A-1),

23    and the Chapter 7 Means Test Calculation (Official form 122A-2). [8]

24

25    _____

26         [6] *See* Exhibit "7" U.S. Trustee inquiry.

27         [7] *See Case Docket (Docket # 10).*

28         [8] *See Case Docket (Docket # 12,  # 13).*

17.     My review and analysis of the underlying petition and schedules show that Debtor's Schedule A/B disclosed no ownership interest in real property, two (2) vehicles: a 2008 Honda Fit, worth $1,000.00 (Non-filing spouse's property), and a 2004 Chevrolet Colorado, worth $1,000.00, personal belongings, seven (7) bank accounts, and two (2) retirement accounts.[9]

18.     Schedule D disclosed no secured debt. [10]

19.     Schedule E/F disclosed unsecured debt in the amount of $43,168.00. [11]

20.     Schedule G disclosed no unexpired leases. [12]

21.     Schedule H disclosed no codebtors. [13]

22.     Schedule I disclosed that the Debtor has been employed with Bay Design Group for four (4) months, the Debtor's non-filing spouse has been employed by Hot Topic Merchandising, the Debtor did not specify for how long. [14]  The Debtor submitted copies of pay advices from her employer for the bi-weekly pay period ending dates covering December 03, 2023 through and including April 12, 2024. The Debtor also submitted copies of pay advices from her non-filing spouse's employer for the bi-weekly pay period ending dates covering September 01, 2023 through and including April 12, 2024. For the Court's convenience, true and correct copies of the Debtor's pay advices are collectively attached as part of **Exhibit "8"** hereto.

23.     To properly calculate Debtor's actual gross monthly earnings, I personally prepared a spreadsheet calculating the Debtor's estimated gross monthly income, payroll deductions and monthly expenses for the six-month "look-back" period prior to the bankruptcy filing.  A true and correct copy of said spreadsheet is attached hereto as **Exhibit "9"** and is incorporated herein as if

---

[9] *See Case Docket (Voluntary Petition).*

[10] *See Case Docket (Voluntary Petition).*

[11] *See Case Docket (Voluntary Petition).*

[12] *See Case Docket (Voluntary Petition).*

[13] *See Case Docket (Voluntary Petition).*

[14] *See Case Docket (Voluntary Petition).*

set forth in full.   According to the pay advices, the Debtor's average gross monthly salary income for the six-month "look-back" period prior to the bankruptcy filing was $4,230.78 and the Debtor's non-filing spouse's income for the six-month "look-back" period prior to the bankruptcy filing was $5,911.64 for a combined income of $10,142.41, reflecting an annualized salary income of $121,709.04. In Addition, the Debtor's response dated May 28, 2024 disclosed additional income of $2,454.18 [15] that was not previously included on the Means Test filed on April 25, 2024. The total combined annualized income for the Debtor is $151,159.20 after taking the previously undisclosed income into account.

24.     Pursuant to the Debtor's amended Means Test, the Debtor's annualized CMI is $145,689.96. The Debtor included a previously undisclosed monthly amount of $2,454.18 for the Debtor's non-filing spouse as Net income from operating a business, profession, or a farm on Line 5. [16]  *See* Debtor's amended Form 122A-1, line 12b.

25.     The applicable state median income for a household of three (3) persons, like the Debtor claimed, is $109,458.00.  Accordingly, Debtor's CMI exceeds the applicable state median family income amount.

26.     According to my review of the Debtor's amended Means Test, the Debtor overstated the expenses claimed on the amended Means Test.

27.     At Line 16 of Debtor's amended Means Test Form 122A-2, the Debtor claimed an average monthly payroll tax deduction of $1,875.57. The U.S. Trustee's review of the monthly payroll taxes deducted per the pay advices for the six-month "look-back" period prior to the bankruptcy filing determined that the average payroll deductions was $1,865.60.[17] The Debtor's tax returns (Debtor and Debtor's non-filing spouse are filing separately as Married filing

---

[15] *See* Exhibit "5" Debtor's response on May 28, 2024.

[16] *See* Exhibit "5" Debtor's response on May 28, 2024.

[17] *See* Exhibit 9 Auditor's Spreadsheet,

Separately) for 2023 shows that the Debtor received a refund for 2023[18], thus the Debtor's increased amount claimed on the amended Means Test Line 16 doesn't appear to be justified. Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average monthly payroll deduction should be decreased to the actual payroll deduction of $1,865.60.[19]

|  | Income per Tax return | Federal tax return | State Tax return |
|---|---|---|---|
| Debtor | $50,619.00 includes Pensions and annuities of $9,029.00 | $5,410.00 Refund | $1,600.00 Refund |
| Non-filing Spouse | $75,819.00 includes Capital loss of $1,500.00 | $2,223.00 Owed | $1,027.00 Owed |
| **Combined totals** | **$126,438.00** | **$3,187.00 refund** | **$573.00 refund** |

28.     At Line 18 of the Debtor's amended Means Test Form 122A-2, Debtor claimed an amount of $33.17 for Life Insurance. The U.S. Trustee's review of the monthly payroll deduction for Life Insurance per the pay advices provided for the six-month "look-back" period prior to the bankruptcy filing determined that the average payroll deduction for Life Insurance was $28.22 [20], a review of the Debtor's Amended Schedule J did not show any additional monthly Life Insurance expense. Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average monthly Life Insurance deduction should be limited to $28.22.

29.     At Line 21 of the Debtor's amended Means Test Form 122A-2, Debtor claimed an average monthly Childcare expense of $450.00. Despite requesting proof of the expense [21], Debtor did not provide the U.S. Trustee with proof of this expense. [22] Furthermore, the Childcare amount is inconsistent, a review of the Debtor's Schedule J, filed on April 25, 2024, showed an amount of

---

[18] Debtor's 2023 Federal and State tax returns are available upon request.

[19] *See* Exhibit "9" U.S. Trustee Auditor's Spreadsheet.

[20] *See* Exhibit "9" U.S. Trustee Auditor's Spreadsheet.

[21] *See* Exhibit "2" U.S. Trustee Inquiry Letter.

[22] *See* Exhibit "3" and Exhibit "5" Debtor's Responses.

1    $350.00, however the Debtor's Amended Schedule J, filed on June 20, 2024, showed an amount

2    of $450.00. Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average Childcare

3    amount should be reduced to $0.00.

4        30.    At Line 22 of the Debtor's amended Means Test Form 122A-2, Debtor claimed

5    Additional health care expenses of $400.00.  In response to the U.S. Trustee's request for proof of

6    the claimed expense [23], the Debtor provided the U.S. Trustee with one dental bill in the estimated

7    amount of $1,650.00 for the period covering September 1, 2023 to April 30, 2024, that's an average

8    expense of $206.25 per month for the requested eight (8) months. [24]  Per the Means Test, line 7,

9    the Debtor receives an out-of-pocket allowance of $237.00 per month, this amount is more than

10   the Debtor's proof provided, therefore, as reflected in the U.S. Trustee Means Test, Debtor's

11   average Additional health care expense should be limited to $0.00.

12       31.    At Line 23 of the Debtor's amended Means Test Form 122A-2, Debtor claimed

13   Optional telephone expenses of $222.00 per month.  In response to the U.S. Trustee's request for

14   proof of the claimed expense [25], the Debtor provided the U.S. Trustee with phone bills covering

15   the period September 1, 2023 to April 30, 2024, the calculated average expense is $218.07 per

16   month for the requested eight (8) months. [26]  The Means Test, line 8, allows Debtors an IRS

17   allowance for Housing and utilities, including phone costs, of $799.00 per month. [27] The Debtor

18   did not provide justification for claiming the full expense as Optional telephone when the phone

19   expense when the Debtor is already receiving the IRS allowance on line 8 of the Means Test.

20   Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average Optional phone expense

21   should be limited to $0.00.

22

23   _____

24       [23] *See* Exhibit "2" U.S. Trustee Inquiry Letter.

25       [24] *See* Exhibit "3" and Exhibit "5" Debtor's Responses.

26       [25] *See* Exhibit "2" U.S. Trustee Inquiry Letter.

27       [26] *See* Exhibit "3" and Exhibit "5" Debtor's Responses.

28       [27] *See* **Exhibit "10"** IRS allowance for Local Housing and Utilities.

32.     At Line 25 of Debtor's amended Means Test Form 122A-2, Debtor claimed an amount of $321.38 for Health insurance, an amount of $95.10 for Disability insurance, and an amount of $80.78 for Health Savings account.  The U.S. Trustee's review of the monthly payroll deduction for health insurance per the pay advices provided for the six-month "look-back" period prior to the bankruptcy filing determined that the average payroll deductions were $334.96 for Health Insurance, $7.68 for Disability insurance, and $87.19 for Health Savings account .[28] Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average monthly payroll deduction should be $334.96 for Health insurance, $7.68 for Disability insurance, and $87.19 for Health Savings account.

33.     At Line 26 of the Debtor's amended Means Test Form 122A-2, Debtor claimed an average monthly Continuing contribution to the care of the household or family members of $100.00.  Further review of the Debtor's Means Test Form 122A-2 filed on April 25, 2024 showed no amount claimed on line 26, and the Debtor's amended Schedule J, filed on June 20, 2024 also showed no monthly expense for Continuing contribution to the care of the household or family members. The Debtor also did not provide proof of this expenses claimed. Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average monthly Continuing contribution to the care of the household or family members amount should be limited to $0.00.

34.     At Line 30 of the Debtor's amended Means Test Form 122A-2, Debtor claimed Additional food and clothing expenses $57.00 per month.  The Means Test, line 6, allows Debtors an IRS allowance for Food, clothing and other items of $1,700.00 per month. [29] The Debtor did not provide justification for claiming the additional expense above the IRS allowance on line 30 of the Means Test. Therefore, as reflected in the U.S. Trustee Means Test, Debtor's Additional food and clothing expense should be limited to $0.00.

---

[28] *See* Exhibit "9" U.S. Trustee Auditor Spreadsheet.

[29] *See* **Exhibit "11"** IRS National Standards for Allowable Living Expenses

35.     At Line 31 of the Debtor's amended Means Test Form 122A-2, Debtor claimed an average monthly Charitable Contribution deduction of $80.00.  Further review of the Debtor's Means Test Form 122A-2 filed on April 25, 2024 showed no amount claimed on line 31, and the Debtor's amended Schedule J showed no monthly expense for Charitable Contributions. The Debtor also did not provide proof of this expenses claimed. Therefore, as reflected in the U.S. Trustee Means Test, Debtor's average monthly charitable contribution amount should be limited to $0.00.

36.     At Line 36 of Debtor's Means Test Form 122A-2, Debtor incorrectly calculated the Chapter 13 administrative expense.   Line 36 of the Debtor's Means Test Form 122A-2 captures the Chapter 13 administrative expense if Debtor's case is filed under Chapter 13. Here, the Chapter 13 Trustee would be responsible for making payments in the estimated amount of $4,171.95 each month.  Therefore, based upon my calculations, Debtor's monthly administrative expenses at Line 36 should be $417.20 ($4,171.95 x 0.01%) instead of $0.00 as calculated by the Debtor.

37.     Line 37 of Debtor's Means Test Form 122A-2 incorrectly captured the total deductions related to debt payment.  Based upon the aggregate of the above, the amount at line 37 should be $417.20, not $0.00, a difference of $417.20.  Thus, as demonstrated by the parallel entry on the U.S. Trustee Means Test, the amount at Line 37 should be $417.20.

38.     Line 38 of Debtor's Means Test Form 122A-2 incorrectly captured the total of allowed deductions which includes the sums from lines 24, 32 and 37 respectively.  As reflected on the U.S. Trustee's Means Test, the amount at line 24 is $7,994.82, line 32 is $429.83 and at line 37 is $417.20.  The resulting total sum at line 38 should be $8,841.85, rather than $9,816.00.

39.     Line 39 of the Debtor's Means Test Form 122A-2 incorrectly calculated his monthly disposable income for 60 months.  Debtor's total current monthly income is $12,140.83 with total deductions of $9,816.00, which erroneously reflect a monthly disposable income of $2,324.83. Instead, my calculations show that Debtor's average monthly income is $12,596.60 with total deductions in the amount of $8,841.85, resulting in an average monthly excess income

of $3,754.75.   Thus, as demonstrated by the parallel entry on the U.S. Trustee Means Test, the

amount at line 39c is $3,754.75, calculated as follows:

| Income and Expense Deductions Listed by Debtor on his amended CMI and Means Test Forms 122A-1 & 122A-2 | Income and Expense Deductions in the United States Trustee's CMI and Means Test Forms 122A-1 & 122A-2 |
|---|---|
| $12,140.83 Gross Wages, Line 12a (122A-1) | $12,596.60 Gross Wages, Line 12a (122A-1) |
| $145,689.96 Annual CMI, Line 12b (122A-1) | $151,159.20 Annual CMI, Line 12b (122A-1) |
| $1,875.57 Taxes, Line 16 (122A-2) | $1,865.60 Taxes, Line 16 (122A-2) |
| $33.17 Life insurance, Line 18 (122A-2) | $28.22 Life insurance, Line 18 (122A-2) |
| $450.00 Childcare, Line 21 (122A-2) | $0.00 Childcare, Line 21 (122A-2) |
| $400.00 Additional health care, Line 22 (122A-2) | $0.00 Additional health care, Line 22 (122A-2) |
| $222.00 Optional phone, Line 23 (122A-2) | $0.00 Optional phone, Line 23 (122A-2) |
| $321.38 Health insurance, Line 25 (122A-2) | $334.96 Health insurance, Line 25 (122A-2) |
| $95.10 Disability insurance, Line 25 (122A-2) | $7.68 Disability insurance, Line 25 (122A-2) |
| $80.78 Health Savings, Line 25 (122A-2) | $87.19 Health Savings, Line 25 (122A-2) |
| $100.00 Contributions to Family, Line 26 (122A-2) | $0.00 Contributions to Family, Line 26 (122A-2) |
| $57.00 Additional food and clothing expense care, Line 30 (122A-2) | $0.00 Additional food and clothing expense care, Line 30 (122A-2) |
| $80.00 Charitable contribution, Line 31 (122A-2) | $0.00 Charitable contribution, Line 31 (122A-2) |
| $0.00 Ch. 13 Administrative Expense Line 36 (122A-2) | $417.20 Ch. 13 Administrative Expense Line 36 (122A-2) |
| $0.00 All Debt Payment Line 37 (122A-2) | $417.20 All Debt Payment Line 37 (122A-2) |

| $9,816.00 Total deduction for debt payment Line 38 (122A-2) | $8,841.85 Total deductions for debt payment Line 38 (122A-2) |
|---|---|
| **$2,324.83 Total Disposable Income Line 39c (122A-2)** | **$3,754.75 Total Disposable Income Line 39c (122A-2)** |

40.     With $3,754.75 in disposable monthly income, my calculations reflect that Debtor could repay 100% of the Debtor's Schedule E/F debt of $43,168 in 60 months, in fact the total debt can be paid off in 12 months.   Based upon the foregoing, the presumption of abuse arises.

41.     The Debtor filed an amended Means Test on June 20, 2024, after the U.S. Trustee reach out to the Debtor [30] regarding the presumption of abuse, amending the Means Test to show an agreement with the U.S. Trustee that the presumption of abuse arises.

42.     I prepared a U.S. Trustee Means Test using the numbers obtained from the pay advices and the expenses discussed in above paragraph 27 through paragraph 39.  A true and correct copy of said Means Test (Form 122A-1 and Form 122A-2) is attached hereto as **Exhibit "12"** and is incorporated herein as if set forth in full.

43.     In addition to the inaccuracies previously noted in Debtor's amended Means Test, I also noticed under-reported income and deductions on Debtor's Schedule I, which reflect that Debtor has the ability to repay her creditors under a totality of the circumstances analysis.

44.     As more fully detailed herein and summarized in the table below, the following income, at the levels listed on Debtor's Schedule "I" should be adjusted under a totality of the circumstances analysis to include the undisclosed income from the non-filing Spouse:

| **Monthly Income and Payroll Deductions Listed by Debtor on Amended Schedule "I"** | **Combined Income, Deductions under § 707(b)(3) Totality of the Circumstances Analysis** |
|---|---|
| $ 6,250.01   Debtor's Monthly gross wages, Line 4 | $ 6,250.01   Debtor's Monthly gross wages, Line 4 |

---

[30] *See* Exhibit "6" U.S. Trustee Inquiry.

| $ 5,455.87  Debtor's non-filing spouse Monthly gross wages, Line 4 | $ 5,924.97  Debtor's non-filing spouse Monthly gross wages, Line 4 |
|---|---|
| $ 2,113.37  Tax, Medicare, Social Security deductions, Line 5a. | $ 2,517.45  Tax, Medicare, Social Security deductions, Line 5a. |
| $   682.62  Insurance, Line 5e. | $   619.23  Insurance, Line 5e. |
| $      0.00  Life Insurance, Line 5g. | $     28.84  Life Insurance, Line 5g. |
| **$ 8,909.89  Total Monthly Income** | **$ 9,009.46  Total Monthly Income** |

45.     At line 4 of the Debtor's Amended Schedule I, the Debtor listed the monthly gross wages for her non-filing spouse as $5,924.97. According to the pay advices provided by the Debtor for her non-filing spouse for the bi-weekly pay period ending dates covering September 01, 2023 through and including April 12, 2024, the Debtor's non-filing spouse's salary for the bi-weekly period starting pay date November 9, 2023 was consistently $2,734.60 per period, for 26 pay periods per year, that amounts to $5,924.97 per month, the Debtor had $5,455.87 per month.[31]

46.     At line 5a of the Debtor's Amended Schedule I, the Debtor listed the payroll deductions for Tax, Medicare, and Social Security as $2,113.37 per month.  According to the pay advices provided by the Debtor for the bi-weekly pay period ending dates covering December 03, 2023 through and including April 12, 2024, the Debtor's salary and payroll deduction for Tax, Medicare, and Social Security for the bi-weekly period starting pay date January 19, 2024 was consistently $2,884.62 (salary) and $660.96 (Tax, Medicare, and Social Security) per period, for 26 pay periods per year, that amounts to $1,432.08 per month for Tax, Medicare, and Social Security.[32] According to the pay advices provided by the Debtor for her non-filing spouse for the bi-weekly pay period ending dates covering September 01, 2023 through and including April 12, 2024, the Debtor's non-filing spouse's salary for the bi-weekly period starting pay date November 9, 2023 was consistently $500.94 per period, for 26 pay periods per year, that amounts to

[31] *See* Exhibit "9" U.S. Trustee Auditor's Spreadsheet.

[32] *See* Exhibit "4" U.S. Trustee Auditor's Spreadsheet.

$1,085.37 per month.[33] That amounts to a total combined payroll deduction for Tax, Medicare, and Social Security of $2,517.45 per month.

47.    At line 5e of the Debtor's Amended Schedule I, the Debtor listed the payroll deductions for Insurance as $682.62 per month.  According to the pay advices provided by the Debtor for the bi-weekly pay period ending dates covering December 03, 2023 through and including April 12, 2024, the Debtor's payroll deduction for health insurance for the bi-weekly period starting pay date January 19, 2024 was consistently $111.08 per period, for 26 pay periods per year, that amounts to $240.67 per month for Health insurance.[34] According to the pay advices provided by the Debtor for her non-filing spouse for the bi-weekly pay period ending dates covering September 01, 2023 through and including April 12, 2024, the Debtor's non-filing spouse's bi-weekly consistent payroll deduction for Health insurance was $128.85, disability insurance was $3.56, and Health savings accounts was $42.31, for 26 pay periods per year, that amounts to $279.18 for Health insurance, $7.71 for disability insurance, and $91.67 for Health savings accounts, for a total of $378.56 per month.[35] That amounts to a total combined payroll deduction for insurance of $619.23 per month.

48.    At line 5e of the Debtor's Schedule I, the Debtor did not list the payroll deductions for Life insurance.  According to the pay advices provided by the Debtor for her non-filing spouse for the bi-weekly pay period ending dates covering September 01, 2023 through and including April 12, 2024, the Debtor's non-filing spouse's bi-weekly consistent payroll deduction for Life insurance was $13.31 per month.[36]

49.    In addition to the inaccuracies previously noted in Debtor's Means Test, I also noticed a number of potentially unnecessary or discretionary expenses on their Schedule J.

---

[33] *See* Exhibit "9" U.S. Trustee Auditor's Spreadsheet.

[34] *See* Exhibit "9" U.S. Trustee Auditor's Spreadsheet.

[35] *See* Exhibit "9" U.S. Trustee Auditor's Spreadsheet.

[36] *See* Exhibit "9" U.S. Trustee Auditor's Spreadsheet.

50.     As more fully detailed herein and summarized in the table below, the following expense, at the amounts listed on Debtor's Amended Schedule "J" should be adjusted under a totality of the circumstances analysis as factually incorrect, unnecessary, excessive, or purely discretionary in nature:

| Monthly Expense Level Listed by Debtor on Amended Schedule "J" | Expense Adjustment under § 707(b)(3) Totality of the Circumstances Analysis |
|---|---|
| $250.00   Clothing, Laundry and dry cleaning, Line 9 | $207.00   Clothing, Laundry and dry cleaning, Line 9 |
| $250.00   Personal care products and services, Line 10 | $91.00   Personal care products and services, Line 10 |
| $400.00   Medical and dental expenses, Line 11 | $206.25   Medical and dental expenses, Line 11 |
| $1,100.00   Vehicle payments, Line 17 | $0.00   Vehicle payments, Line 17 |
| **$ 2,000.00   Listed Subtotals** | **$ 504.25   Reasonable Allowances** |

51.     At Line 9 of the Debtor's Amended Schedule J, the Debtor claimed a monthly expense of $250.00 for Clothing, laundry and dry cleaning for a household of three (3) persons. Debtor did not provide the U. S. Trustee with any documentation to support the monthly expense in the amount claimed.  As a result, the U. S. Trustee adjusted the expense to the IRS National Standard of $207.00 per month.[37] Therefore, even if the Debtor can substantiate the actual amount of this expense, unless Debtor affirmatively proves that the $250.00 expense is necessary to the health and welfare of the Debtor to maintain this Clothing, laundry and dry cleaning expense at this monthly rate, the monthly expense should be reduced to no more than $207.00.

52.     At Line 10 of the Debtor's Amended Schedule J, the Debtor claimed a monthly expense of $250.00 for Personal care products and services for a household of three (3) persons.

---

[37] *See* Exhibit "11" IRS Local standards.

1   Debtor did not provide the U. S. Trustee with any documentation to support the monthly expense

2   in the amount claimed.  As a result, the U. S. Trustee adjusted the expense to the IRS National

3   Standard of $91.00 per month. [38] Therefore, even if the Debtor can substantiate the actual amount

4   of this expense, unless Debtor affirmatively proves that the $250.00 expense is necessary to the

5   health and welfare of the Debtor to maintain this Personal care products and services expense at

6   this monthly rate, the monthly expense should be reduced to no more than $91.00.

7       53.     At line 11 of the Debtor's Amended Schedule J, the Debtor claimed a monthly

8   expense of $400.00 for Medical and dental expenses on top of the Debtor and Debtor's non-filing

9   spouse's payroll deduction for health insurance.  In response to the U.S. Trustee's request for

10  proof of the claimed expense [39], the Debtor provided the U. S. Trustee with one dental bill in the

11  estimated amount of $1,650.00 for the period covering September 1, 2023 to April 30, 2024,

12  that's an average expense of $206.25 per month for the requested eight (8) months. [40]  See

13  paragraph 31 above. As a result, the U. S. Trustee adjusted the expense to the actual proof

14  provided of $206.25 per month.

15      54.     At line 17 of the Debtor's Amended Schedule J, the Debtor claimed 2 vehicle

16  payments.  At the time of filing, the Debtor owned two (2) vehicles: a 2008 Honda Fit, worth

17  $1,000.00 (Non-filing spouse's property), and a 2004 Chevrolet Colorado, worth $1,000.00 per

18  the Debtor's Schedule A/B, the Debtor listed no secured Debtor on Schedule D related to the

19  vehicles. [41]

20      55.     On June 20, 2024, the Debtor filed amended Schedules I and J, as well as an

21  amended Means Test, after the U. S. Trustee reached out to Counsel regarding the presumption

22  of abuse. The Debtor also filed a Rebuttal of Presumption of abuse in response stating that they

23

24

25      [38] *See* Exhibit "11" IRS Local standards.

26      [39] *See* Exhibit "2" U.S. Trustee Inquiry Letter.

27      [40] *See* Exhibit "3" and Exhibit "5" Debtor's Responses.

28      [41] *See Case Docket (Petition).*

were struggling to make minimum payments on their debts and had saved approximately $10,000 for a down payment for a vehicle. [42] During the Debtor's 341(a) meeting the Debtor testified that the $9,000.00 in her savings account was savings for a new car because the car they currently have, the 2008 Honda Fit was basically breaking down. The Trustee asked about the source of the savings, per the Debtor it was from her husband's wages.[43]

56.     Per the Debtor's Rebuttal of Presumption of abuse filed, the Debtor is in the process of purchasing a new vehicle and plans to replace the other vehicle with a newer, but still used vehicle. The U.S. Trustee reached out to the Debtor to verify the purchase of the vehicles and to request the supporting documents. The Debtor provided 4 documents in response: a Motor Vehicle Order agreement form for a 2024 Tesla Model 3 for a purchase price of $42,130.00; a Navy Federal Credit Union pre-approved loan in the amount of $37,000; an estimate for a second vehicle, a 2019 Lexus RX hybrid in the amount of $30,197.00; and an Insurance Policy listing the 2008 Honda Fit and the 2024 Tesla Model 3. A true and correct copy of said e-mail is attached hereto as **Exhibit "13"** and is incorporated herein as if set forth in full.

57.     The Debtor planned to replace her current vehicles a 2008 Honda Fit, and a 2004 Chevrolet Colorado with a new 2024 Tesla Model 3 ($42,130.00) and a used 2019 Lexus RX hybrid ($30,197.00). For a cost comparison, I researched online for used hybrid vehicles. A true and correct copy of said research is attached hereto as **Exhibit "14"** and is incorporated herein as if set forth in full. Unless Debtor affirmatively proves that the new vehicle expense for a brand-new luxury vehicle and a used luxury vehicle are necessary to the health and welfare of the Debtor, the monthly expense should be denied or more affordable options should be pursued. The Debtor's current Schedule E/F debt is a total of $43,168.00, with the anticipated vehicle purchases (cost plus financing costs) the Debtor will incur close to double the current Schedule E/F debt.

---

[42] *See Case Docket (Docket #12).*

[43] *See* Exhibit "4" 341(a) Transcript of Creditor's meeting.

1    58.    Therefore, by simply starting with the Debtor's adjusted monthly income amount

2    of $12,174.98, reduced by the adjusted payroll deductions in the amount of $3,165.52, results in

3    a net monthly income of $9,009.46.

4    59.    With respect to Debtor's Schedule J, by reducing the unsubstantiated Clothing,

5    laundry and dry cleaning, the personal care products and services, the Medical and dental

6    expenses, as well as the estimated proposed vehicle expenses, results in an adjusted average

7    monthly expense of $7,787.00.  The Debtor's monthly net income as reflected on Schedule J

8    would increase from negative $179.11 to $1,222.46.

9    60.    After payment of projected Chapter 13 administrative expenses in the amount of

10    $122.25 ($1,222.46 x 0.01%) results in $1,100.21 a month to repay Schedule E/F unsecured debt

11    in the amount of $43,168.00.  This amounts to a total repayment of 100% of the disclosed the

12    Schedule F debt of $43,168.00 in 60 months, the Debtor would be able to repay 100% of the debt

13    in 39 months.

14    61.    In the alternative, if one vehicle is purchased at the monthly proposed payment of

15    $500.00 for a used vehicle, the Debtor's monthly net income as reflected in paragraph 60 above

16    would decrease from $1,222.46 to $722.46, and after payment of projected Chapter 13

17    administrative expenses in the amount of $72.25 ($722.46 x 0.01%) results in $650.21 a month

18    to repay Schedule E/F unsecured debt in the amount of $43,168.00.  The Debtor will be able to

19    repay $39,012.57 of the Schedule F debt of $43,168.00 (90.37%) in 60 months,.

20

21    I declare under penalty of perjury that the foregoing facts are true and correct.

22    Executed on *July 2, 2024*, in Los Angeles, California.

23

24    _____

25    Marlene Fouche

26

27

28

# EXHIBIT 1

707(b)

## U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:24-bk-13211-DS

|  |  |
|---|---|
| *Assigned to:* Deborah J. Saltzman | *Date filed:* 04/25/2024 |
| Chapter 7 | *341 meeting:* 05/30/2024 |
| Voluntary | *Deadline for objecting to discharge:* 07/22/2024 |
| No asset | *Deadline for financial mgmt. course:* 07/22/2024 |

**Debtor**
**Gladys Grace Liad Villacorta**
5421 Thornburn St
Los Angeles, CA 90045-2224
LOS ANGELES-CA
SSN / ITIN: xxx-xx-5024

represented by **Benjamin Heston**
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
949-312-1377
Fax : 949-288-2054
Email: bhestonecf@gmail.com

**Trustee**
**Heide Kurtz (TR)**
2515 S. Western Avenue #11
San Pedro, CA 90732
(310) 832-3604

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 04/25/2024 | 1 (71 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Gladys Grace Liad Villacorta (Heston, Benjamin) (Entered: 04/25/2024) |
| 04/25/2024 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Gladys Grace Liad Villacorta. (Heston, Benjamin) (Entered: 04/25/2024) |
| 04/25/2024 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Gladys Grace Liad Villacorta. (Heston, Benjamin) (Entered: 04/25/2024) |
| 04/25/2024 | 4 (5 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Gladys Grace Liad Villacorta. (Heston, Benjamin) (Entered: 04/25/2024) |
| 04/25/2024 |  | Receipt of Voluntary Petition (Chapter 7)( 2:24-bk-13211) [misc,volp7] ( 338.00) Filing Fee. Receipt number A56782070. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/25/2024) |

| | | |
|---|---|---|
| 04/25/2024 | [5](#) (3 pgs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Kurtz (TR), Heide with 341(a) meeting to be held on 5/21/2024 at 09:00 AM via TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by 7/22/2024. Last day to oppose discharge or dischargeability is 7/22/2024. (Scheduled Automatic Assignment, shared account) (Entered: 04/25/2024) |
| 04/27/2024 | [6](#) (5 pgs) | BNC Certificate of Notice (RE: related document(s)[5](#) Meeting of Creditors Chapter 7 (No Asset) (I/J No POC) (309A) (AutoAssign)) No. of Notices: 1. Notice Date 04/27/2024. (Admin.) (Entered: 04/27/2024) |
| 05/22/2024 | 7 | Trustee's Notice of 341(a) Meeting Continued to be held on 5/30/2024 at 08:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. UST Review (Kurtz (TR), Heide) (Entered: 05/22/2024) |
| 05/30/2024 | 8 | Chapter 7 Trustee's Report of No Distribution: I, Heide Kurtz (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 32998.00, Claims Scheduled: $ 43168.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 43168.00. Debtor appeared.. (Kurtz (TR), Heide) (Entered: 05/30/2024) |
| 05/30/2024 | 9 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Report of No Distribution. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 5/30/2024). Filed by Trustee Heide Kurtz (TR) (RE: related document(s) 8 Chapter 7 Trustee's Report of No Distribution: I, Heide Kurtz (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 32998.00, Claims Scheduled: $ 43168.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 43168.00. Debtor appeared.. (Kurtz (TR), Heide)). (Kurtz (TR), Heide) (Entered: 05/30/2024) |
| 06/06/2024 | [10](#) (1 pg) | UST Statement of presumed abuse. The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b). Filed by United States Trustee. (Madoyan, Noreen) (Entered: 06/06/2024) |

| 06/09/2024 | [11](#) (3 pgs) | BNC Certificate of Notice (RE: related document(s)[10](#) UST Statement of presumed abuse (BNC)) No. of Notices: 1. Notice Date 06/09/2024. (Admin.) (Entered: 06/09/2024) |
| 06/20/2024 | [12](#) (3 pgs) | Debtor's Rebuttal of Presumption of Abuse Filed by Debtor Gladys Grace Liad Villacorta. (Heston, Benjamin) WARNING: Correct chapter is chapter 7. Modified on 6/20/2024 (LG). (Entered: 06/20/2024) |
| 06/20/2024 | [13](#) (22 pgs) | Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J: Your Expenses (Official Form 106J) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Chapter 7 Means Test Calculation (Official Form 122A-2) (BNC Option) Filed by Debtor Gladys Grace Liad Villacorta. (Heston, Benjamin) (Entered: 06/20/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/01/2024 14:00:37 | | |
| **PACER Login:** | FoucheMarlene | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-bk-13211-DS Fil or Ent: filed From: 4/2/2024 To: 7/1/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT 2

| | |
|---|---|
| **From:** | Fouche, Marlene (USTP) |
| **To:** | Ben Heston |
| **Cc:** | Madoyan, Noreen (USTP); Heide Kurtz (hkurtz@hkurtzco.com) |
| **Subject:** | VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 05/20 |
| **Date:** | Wednesday, May 8, 2024 1:34:00 PM |

Dear Counsel,

The Office of the United States Trustee has reviewed the underlying Petition, Schedules and Statement of Financial Affairs. Pursuant to 28 U.S.C. § 586(a)(3)(D), the United States Trustee supervises the administration of bankruptcy cases and, when appropriate, takes such action as the United States Trustee deems appropriate to ensure that all schedules, statements, reports and fees required under Title 11 are properly and timely filed. The United States Trustee is also charged with the responsibility to prosecute motions to dismiss pursuant to 11 U.S.C. § 707.

In order to verify the information provided in the petition, schedules and form 22A, please provide an explanation and additional information and documentation to this office **on or before May 20, 2024.**

1.  Please provide the United States Trustee with copies of:
    a.  Most recently filed State and Federal Tax Returns;
    b.  W-2, W-2G and 1099 statements for 2023;
    c.  All pay advices or other proof of income (*full and part time*), including rental, commission and residual statements, SAG, AFTRA and WGA quarterly reports, cash disbursement journals and payroll ledgers and EDD, disability, retirement, pension, child support, trust funds, governmental assistance, **for all members of the Debtor's household**, for the entire period, covering **September 1, 2023 through the date of this letter**;
    d.  Current residential loan/lease agreements and monthly statements in which Debtors are a party for the entire monthly periods covering **September 1, 2023** through the date of this letter;
    e.  Current Vehicle Insurance declarations page and monthly statements, covering **September 1, 2023** through the date of this letter, for all vehicles;
    f.  Monthly bills for the entire period covering **September 1, 2023** through the date of this letter. Please include the bills for:
        i.   Childcare and children's education costs (line 8 on Schedule J);
        ii.  Medical and dental expenses (Line 11 on Schedule J);
        iii. Transportation (Line 12 on Schedule J);
        iv.  Extracurricular activities (Line 21 on Schedule J);
        v.   Phone (Line 6c on Schedule J);
    g.  A recent copy of Debtor's credit report. Debtors can obtain a free credit report by visiting https://www.annualcreditreport.com/index.action or by calling toll-

free, 1-877-322-8228.

Your response should also address any special circumstances or issues that are not readily apparent from the Schedules and Statement of Financial Affairs.  It is important for the United States Trustee to have a complete understanding of the Debtor's financial picture in order to properly evaluate this case.

Please note this production of documents does not waive your obligation to provide the Chapter 7 trustee with the documents required pursuant to 11 U.S.C. § 521(e)(2).

Please direct your response to this letter to Marlene Fouche, Bankruptcy Auditor, **Via Email only - Reply All**, with a copy to the Chapter 7 Trustee.  Responses via zip drives, zip files/folders need to be unlocked/password transmitted.  Email submissions are to be no larger than ***10mbs***. *Omit complete account numbers, **leaving only the <u>last 4 digits</u>** as disclosed on all documents submitted in response to this letter.*

Be advised that if this office does not receive the requested information **on or before May 20, 2024**, the United States Trustee will file a motion with the court requesting that this case be dismissed. If you have any additional questions regarding this letter, please contact Marlene Fouche at [Marlene.Fouche@usdoj.gov](mailto:Marlene.Fouche@usdoj.gov) .

Thank you, for your cooperation.

*Marlene Fouche, Auditor*
*Office of the United States Trustee*
*Region 16 - Los Angeles*
*915 West Wilshire Blvd*
*Suite 1850*
*Los Angeles, CA 90017*
*(213) 894-6811 / 894-2603 (f)*

# EXHIBIT 3

| | |
|---|---|
| From: | Ben Heston |
| To: | Fouche, Marlene (USTP) |
| Cc: | Madoyan, Noreen (USTP); Heide Kurtz (hkurtz@hkurtzco.com) |
| Subject: | [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 05/20 |
| Date: | Wednesday, May 8, 2024 2:27:15 PM |
| Attachments: | Gladys 2023 W2s.pdf |
| | Gladys Paystubs.pdf |
| | Credit Report.PDF |
| | Calvin Paystubs.pdf |

Hi there,

Attached is what I had on hand:

- Paystubs for the Debtor and her spouse
- Debtor's 2023 W2s
- Credit report

I'll have my client get to working on the rest of this once I have an opportunity to touch base with her.

There is a note on Schedule J regarding their car situation, but to expand on that, they are currently using other people's vehicles which are falling apart and have very high expenses associated with that. They are going to be purchasing new vehicles soon, and will almost certainly have to finance the purchases. When I asked the Debtor if she is expecting any changes to her income in the coming year, she mentioned that she's currently in a "probationary period" at her new job and is not certain that she'll continue there. I didn't think that this was worth noting on the petition. I'll check in with my client to see if there's anything else.

On Wed, May 8, 2024 at 1:34 PM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

> Dear Counsel,
>
>
> The Office of the United States Trustee has reviewed the underlying Petition, Schedules and Statement of Financial Affairs. Pursuant to 28 U.S.C. § 586(a)(3)(D), the United States Trustee supervises the administration of bankruptcy cases and, when appropriate, takes such action as the United States Trustee deems appropriate to ensure that all schedules, statements, reports and fees required under Title 11 are properly and timely filed. The United States Trustee is also charged with the responsibility to prosecute motions to dismiss pursuant to 11 U.S.C. § 707.
>
>
> In order to verify the information provided in the petition, schedules and form 22A, please provide an explanation and additional information and documentation to this office **on or before May 20, 2024.**

1.    Please provide the United States Trustee with copies of:

a.                    Most recently filed State and Federal Tax Returns;

b.                    W-2, W-2G and 1099 statements for 2023;

c.                    All pay advices or other proof of income (*full and part time*), including rental, commission and residual statements, SAG, AFTRA and WGA quarterly reports, cash disbursement journals and payroll ledgers and EDD, disability, retirement, pension, child support, trust funds, governmental assistance, **for all members of the Debtor's household**, for the entire period, covering **September 1, 2023 through the date of this letter**;

d.                    Current residential loan/lease agreements and monthly statements in which Debtors are a party for the entire monthly periods covering **September 1, 2023** through the date of this letter;

e.                    Current Vehicle Insurance declarations page and monthly statements, covering **September 1, 2023** through the date of this letter, for all vehicles;

f.                    Monthly bills for the entire period covering **September 1, 2023** through the date of this letter. Please include the bills for:

i.    Childcare and children's education costs (line 8 on Schedule J);

ii.    Medical and dental expenses (Line 11 on Schedule J);

iii.    Transportation (Line 12 on Schedule J);

iv.    Extracurricular activities (Line 21 on Schedule J);

v.    Phone (Line 6c on Schedule J);

g.                    A recent copy of Debtor's credit report. Debtors can obtain a free credit report by visiting https://www.annualcreditreport.com/index.action or by calling toll-free, 1-877-322-8228.

Your response should also address any special circumstances or issues that are not

readily apparent from the Schedules and Statement of Financial Affairs.  It is important for the United States Trustee to have a complete understanding of the Debtor's financial picture in order to properly evaluate this case.

Please note this production of documents does not waive your obligation to provide the Chapter 7 trustee with the documents required pursuant to 11 U.S.C. § 521(e)(2).

Please direct your response to this letter to Marlene Fouche, Bankruptcy Auditor, **Via Email only - Reply All**, with a copy to the Chapter 7 Trustee.  Responses via zip drives, zip files/folders need to be unlocked/password transmitted.  Email submissions are to be no larger than ***10mbs***. *Omit complete account numbers, **leaving only the <u>last 4 digits</u>** as disclosed on all documents submitted in response to this letter.*

Be advised that if this office does not receive the requested information **on or before May 20, 2024**, the United States Trustee will file a motion with the court requesting that this case be dismissed. If you have any additional questions regarding this letter, please contact Marlene Fouche at [Marlene.Fouche@usdoj.gov](mailto:Marlene.Fouche@usdoj.gov) .

Thank you, for your cooperation.

*Marlene Fouche, Auditor*

*Office of the United States Trustee*

*Region 16 - Los Angeles*

*915 West Wilshire Blvd*

*Suite 1850*

*Los Angeles, CA 90017*

*(213) 894-6811 / 894-2603 (f)*

--

Benjamin Heston, Esq.



# Earnings Statement

| | | |
|---|---|---|
| *BAY DESIGN GROUP LLC* | Period Beginning: | 03/25/2024 |
| *2170 S TOWNE CENTRE PL SUITE 300* | Period Ending: | 04/07/2024 |
| *ANAHEIM, CA 92806* | Pay Date: | 04/12/2024 |

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

Social Security Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 23,076.96 |
| **Gross Pay** | | | **$2,884.62** | 22,788.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 2,332.02 |
| | Social Security Tax | -171.96 | 1,364.68 |
| | Medicare Tax | -40.22 | 319.16 |
| | CA State Income Tax | -121.90 | 959.59 |
| | CA SDI Tax | -30.51 | 242.12 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 777.56 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
  CA:        Single
Exemptions/Allowances:
  CA:        0

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| Advice number: | 00000150039 |
|---|---|
| Pay date: | 04/12/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **GLADYS GRACE VILLACORTA** | xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**



## Earnings Statement

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 03/11/2024 |
| Period Ending: | 03/24/2024 |
| Pay Date: | 03/29/2024 |

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

Social Security Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 20,192.34 |
| **Gross Pay** | | | **$2,884.62** | 19,903.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 2,035.64 |
| | Social Security Tax | -171.96 | 1,192.72 |
| | Medicare Tax | -40.21 | 278.94 |
| | CA State Income Tax | -121.90 | 837.69 |
| | CA SDI Tax | -30.51 | 211.61 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 666.48 |
| | **Net Pay** | **$2,112.58** | |
| | Chkck1 | -2,112.58 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
    CA:           Single
Exemptions/Allowances:
    CA:           0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| Advice number: | **00000130039** |
|---|---|
| Pay date: | 03/29/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **GLADYS GRACE VILLACORTA** | xxxxxx3359 | xxxx xxxx | $2,112.58 |

**NON-NEGOTIABLE**

# Earnings Statement 

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 02/26/2024 |
| Period Ending: | 03/10/2024 |
| Pay Date: | 03/15/2024 |

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

Social Security Number: XXX-XX-5024

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 17,307.72 |
| **Gross Pay** | | | **$2,884.62** | 17,019.26 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -296.38 | 1,739.26 |
| Social Security Tax | -171.96 | 1,020.76 |
| Medicare Tax | -40.22 | 238.73 |
| CA State Income Tax | -121.90 | 715.79 |
| CA SDI Tax | -30.51 | 181.10 |

**Other**

| | | |
|---|---|---|
| Med 125 Ded | -111.08* | 555.40 |
| **Net Pay** | **$2,112.57** | |
| Chkck1 | -2,112.57 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
  CA:  Single
Exemptions/Allowances:
  CA:  0

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Advice number: | 00000114038 |
| Pay date: | 03/15/2024 |

Deposited to the account of

| | account number | transit ABA | amount |
|---|---|---|---|
| GLADYS GRACE VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,112.57 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE



**Earnings Statement**

| | |
|---|---|
| *BAY DESIGN GROUP LLC* | |
| *2170 S TOWNE CENTRE PL SUITE 300* | |
| *ANAHEIM, CA 92806* | |

| | |
|---|---|
| Period Beginning: | 02/12/2024 |
| Period Ending: | 02/25/2024 |
| Pay Date: | 03/01/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045**

Social Security Number:  XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 14,423.10 |
| **Gross Pay** | | | **$2,884.62** | 14,134.64 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 1,442.88 |
| | Social Security Tax | -171.96 | 848.80 |
| | Medicare Tax | -40.22 | 198.51 |
| | CA State Income Tax | -121.90 | 593.89 |
| | CA SDI Tax | -30.51 | 150.59 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 444.32 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:                Single
Exemptions/Allowances:
  CA:                0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.



| | |
|---|---|
| BAY DESIGN GROUP LLC | |
| 2170 S TOWNE CENTRE PL SUITE 300 | |
| ANAHEIM, CA 92806 | |

| | |
|---|---|
| **Advice number:** | **00000090038** |
| Pay date: | 03/01/2024 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **GLADYS GRACE VILLACORTA** | xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**

3C2   010062  004000

# Earnings Statement

ADP

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM,  CA 92806*

| | |
|---|---|
| Period Beginning: | 01/29/2024 |
| Period Ending: | 02/11/2024 |
| Pay Date: | 02/16/2024 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**GLADYS  GRACE  VILLACORTA**
**5421  THORNBURN  STREET**
**LOS  ANGELES  CA  90045**

Social Security  Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 11,538.48 |
| Gross Pay | | | **$2,884.62** | 11,250.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 1,146.50 |
| | Social Security Tax | -171.96 | 676.84 |
| | Medicare Tax | -40.21 | 158.29 |
| | CA State Income Tax | -121.90 | 471.99 |
| | CA SDI Tax | -30.50 | 120.08 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 333.24 |
| | **Net Pay** | **$2,112.59** | |
| | Chkck1 | -2,112.59 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER  BUSINESS  PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable  Marital Status:
  CA:        Single
Exemptions/Allowances:
  CA:       0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP,  Inc.

BAY  DESIGN  GROUP  LLC
2170  S TOWNE  CENTRE  PL SUITE 300
ANAHEIM ,  CA 92806

| Advice number: | **00000070036** |
|---|---|
| Pay  date: | 02/16/2024 |



| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| **GLADYS  GRACE  VILLACORTA** | xxxxxx3359 | xxxx xxxx | $2,112.59 |

**NON-NEGOTIABLE**



**Earnings Statement**

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 01/15/2024 |
| Period Ending: | 01/28/2024 |
| Pay Date: | 02/02/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 8,653.86 |
| **Gross Pay** | | | **$2,884.62** | 8,365.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 850.12 |
| | Social Security Tax | -171.96 | 504.88 |
| | Medicare Tax | -40.22 | 118.08 |
| | CA State Income Tax | -121.90 | 350.09 |
| | CA SDI Tax | -30.51 | 89.58 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 222.16 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:    Single
Exemptions/Allowances:
  CA:    0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| Advice number: | **00000050037** |
|---|---|
| Pay date: | 02/02/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **GLADYS GRACE VILLACORTA** | xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**

3C2    010062  004000



**Earnings Statement**

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 01/01/2024 |
| Period Ending: | 01/14/2024 |
| Pay Date: | 01/19/2024 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

**GLADYS  GRACE  VILLACORTA**
**5421  THORNBURN  STREET**
**LOS  ANGELES  CA  90045**

Social Security  Number:  XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 5,769.24 |
| **Gross Pay** | | | **$2,884.62** | 5,480.78 |

| Other Benefits and Information | this  period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296 .38 | 553.74 |
| | Social Security Tax | -171 .96 | 332.92 |
| | Medicare Tax | -40 .22 | 77.86 |
| | CA State Income Tax | -121 .90 | 228.19 |
| | CA SDI Tax | -30 .51 | 59.07 |
| | **Other** | | |
| | Med 125 Ded | -111 .08* | 111.08 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2 ,112.57 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**
EMPLOYER  BUSINESS  PH#212-287-4350

BASIS OF PAY: SALARY

**Additional  Tax  Withholding  Information**
    Taxable  Marital  Status:
        CA:             Single
    Exemptions/Allowances:
        CA:             0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY  DESIGN  GROUP  LLC
2170  S  TOWNE  CENTRE  PL  SUITE  300
ANAHEIM ,  CA  92806

| | |
|---|---|
| **Advice number:** | **00000030038** |
| Pay  date: | 01/19/2024 |



| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **GLADYS  GRACE  VILLACORTA** | xxxxxx3359 | xxxx  xxxx | $2,112.57 |

**NON-NEGOTIABLE**

3C2    010062   004000

# Earnings Statement



*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 12/18/2023 |
| Period Ending: | 12/31/2023 |
| Pay Date: | 01/05/2024 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**GLADYS  GRACE  VILLACORTA**
**5421  THORNBURN  STREET**
**LOS ANGELES CA  90045**

Social Security  Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 2,884.62 |
| Unpaid Time | | 8.00 | -288.46 | |
| **Gross Pay** | | | **$2,596.16** | 2,596.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -257.36 | 257.36 |
| | Social Security Tax | -160.96 | 160.96 |
| | Medicare Tax | -37.64 | 37.64 |
| | CA State Income Tax | -106.29 | 106.29 |
| | CA SDI Tax | -28.56 | 28.56 |
| | **Net Pay** | **$2,005.35** | |
| | Chkck1 | -2,005.35 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sic | 7.98 | |
| Vac Available | 9.24 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

EMPLOYER  BUSINESS  PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable  Marital  Status:
  CA:           Single
Exemptions/Allowances:
  CA:           0

Your federal taxable wages this period are
$2,596.16
Your CA taxable wages this period are
$2,596.16

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| **Advice number:** | **00000010037** |
| Pay date: | 01/05/2024 |



| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| **GLADYS  GRACE  VILLACORTA** | xxxxxx3359 | xxxx  xxxx | $2,005.35 |

**NON-NEGOTIABLE**

# Earnings Statement



*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 12/04/2023 |
| Period Ending: | 12/17/2023 |
| Pay Date: | 12/22/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 5,769.24 |
| Unpaid Time | | 8.00 | -288.46 | |
| **Gross Pay** | | | **$2,596.16** | 5,480.78 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -273.48 | 610.42 |
| | Social Security Tax | -160.96 | 339.81 |
| | Medicare Tax | -37.64 | 79.47 |
| | CA State Income Tax | -109.96 | 247.24 |
| | CA SDI Tax | -23.37 | 49.33 |
| | **Net Pay** | **$1,990.75** | |
| | Chkck1 | -1,990.75 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sic | 5.32 | |
| Vac Available | 6.16 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

Your federal taxable wages this period are
$2,596.16
Your CA taxable wages this period are
$2,596.16

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Advice number: | 00000514037 |
| Pay date: | 12/22/2023 |

Deposited to the account of
**GLADYS GRACE VILLACORTA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3359 | xxxx xxxx | $1,990.75 |



**NON-NEGOTIABLE**

3C2   010062   004000

# Earnings Statement



BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | | |
|---|---|---|
| Period Beginning: | | 11/20/2023 |
| Period Ending: | | 12/03/2023 |
| Pay Date: | | 12/08/2023 |

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

Social Security Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 2,884.62 |
| **Gross Pay** | | | **$2,884.62** | 2,884.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -336.94 | 336.94 |
| | Social Security Tax | -178.85 | 178.85 |
| | Medicare Tax | -41.83 | 41.83 |
| | CA State Income Tax | -137.28 | 137.28 |
| | CA SDI Tax | -25.96 | 25.96 |
| | **Net Pay** | **$2,163.76** | |
| | Chkck1 | -2,163.76 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,884.62
Your CA taxable wages this period are
$2,884.62

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sic | 2.66 | |
| Vac Available | 3.08 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:                Single
Exemptions/Allowances:
  CA:                0

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Advice number: | **00000490038** |
| Pay date: | 12/08/2023 |



Deposited to the account of

**GLADYS GRACE VILLACORTA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3359 | xxxx xxxx | $2,163.76 |

**NON-NEGOTIABLE**



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/24/2024 |
| Period End Date | 04/06/2024 |
| Pay Date | 04/12/2024 |
| Document | 5651905 |
| **Net Pay** | **$2,045.64** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $601.09 |
| SALARY | 03/25/2024 | 03/25/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/26/2024 | 03/26/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/27/2024 | 03/27/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/28/2024 | 03/28/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/29/2024 | 03/29/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/01/2024 | 04/01/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/02/2024 | 04/02/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/03/2024 | 04/03/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/04/2024 | 04/04/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/05/2024 | 04/05/2024 | 8.0000 | $34.1827 | $273.46 | $20,236.04 |

Total Hours Worked  0.0000      Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $338.48 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($150.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $666.48 | $185.82 | $1,486.56 |
| LTD BUY UP EE | No | $3.56 | $28.48 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $282.08 | $13.67 | $109.36 |
| SUPL LIFE CHILD | No | $0.92 | $7.36 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $94.80 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $4.32 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $82.24 | $0.01 | $0.08 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.08 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $13.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $173.23 | $1,292.68 |
| Employee Medicare | $37.17 | $306.07 |
| Social Security Employee Tax | $158.93 | $1,308.73 |
| CA State Income Tax | $103.41 | $602.57 |
| CA Disability Employee | $28.19 | $232.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 178.1539 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,045.64 |
| Total | | $2,045.64 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $500.93 | $188.03 | **$2,045.64** |
| YTD | $22,477.89 | $21,108.61 | $3,742.24 | $1,354.24 | $17,381.41 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 02/25/2024 |
| Period End Date | 03/09/2024 |
| Pay Date | 03/15/2024 |
| Document | 5623838 |
| **Net Pay** | **$2,095.63** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| SALARY | 02/26/2024 | 02/26/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/27/2024 | 02/27/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/28/2024 | 02/28/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/29/2024 | 02/29/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/01/2024 | 03/01/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/04/2024 | 03/04/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/05/2024 | 03/05/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/06/2024 | 03/06/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/07/2024 | 03/07/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/08/2024 | 03/08/2024 | 8.0000 | $34.1827 | $273.46 | $15,040.30 |

Total Hours Worked  0.0000    Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $253.86 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($150.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $499.86 | $185.82 | $1,114.92 |
| LTD BUY UP EE | No | $3.56 | $21.36 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $211.56 | $13.67 | $82.02 |
| SUPL LIFE CHILD | No | $0.92 | $5.52 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $71.10 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $3.24 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $61.68 | $0.01 | $0.06 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.06 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $9.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $173.23 | $813.98 |
| Employee Medicare | $37.17 | $223.02 |
| Social Security Employee Tax | $158.93 | $953.60 |
| CA State Income Tax | $103.41 | $334.26 |
| CA Disability Employee | $28.20 | $169.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 176.9231 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3359 | Checking | $2,095.63 |
| Total | | $2,095.63 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $500.94 | $138.03 | **$2,095.63** |
| YTD | $16,407.60 | $15,380.64 | $2,494.05 | $978.18 | $12,935.37 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/11/2024 |
| Period End Date | 02/24/2024 |
| Pay Date | 03/01/2024 |
| Document | 5614282 |
| **Net Pay** | **$2,045.62** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| SALARY | 02/12/2024 | 02/12/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/13/2024 | 02/13/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/14/2024 | 02/14/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/15/2024 | 02/15/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/16/2024 | 02/16/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/19/2024 | 02/19/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/20/2024 | 02/20/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/21/2024 | 02/21/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/22/2024 | 02/22/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/23/2024 | 02/23/2024 | 8.0000 | $34.1827 | $273.46 | $12,305.70 |

Total Hours Worked  0.0000      Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $211.55 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($100.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $416.55 | $185.82 | $929.10 |
| LTD BUY UP EE | No | $3.56 | $17.80 | – | – |
| PPO (DEN) PREM | Yes | $35.26 | $176.30 | $13.67 | $68.35 |
| SUPL LIFE CHILD | No | $0.92 | $4.60 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $59.25 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $2.70 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $51.40 | $0.01 | $0.05 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.05 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $8.20 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $173.23 | $640.75 |
| Employee Medicare | $37.17 | $185.85 |
| Social Security Employee Tax | $158.94 | $794.67 |
| CA State Income Tax | $103.41 | $230.85 |
| CA Disability Employee | $28.20 | $140.99 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 172.3077 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,045.62 |
| Total | | $2,045.62 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $500.95 | $188.03 | **$2,045.62** |
| YTD | $13,673.00 | $12,817.20 | $1,993.11 | $840.15 | $10,839.74 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 01/28/2024 |
| Period End Date | 02/10/2024 |
| Pay Date | 02/16/2024 |
| Document | 5605189 |
| **Net Pay** | **$2,223.53** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| SALARY | 01/29/2024 | 01/29/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/30/2024 | 01/30/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/31/2024 | 01/31/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/01/2024 | 02/01/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/02/2024 | 02/02/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/05/2024 | 02/05/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/06/2024 | 02/06/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/07/2024 | 02/07/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/08/2024 | 02/08/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/09/2024 | 02/09/2024 | 8.0000 | $34.1827 | $273.46 | $9,571.10 |

Total Hours Worked  0.0000      Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $169.24 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($100.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $333.24 | $185.82 | $743.28 |
| LTD BUY UP EE | No | $3.56 | $14.24 | – | – |
| PPO (DEN) PREM | Yes | $35.26 | $141.04 | $13.67 | $54.68 |
| SUPL LIFE CHILD | No | $0.92 | $3.68 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $47.40 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $2.16 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $41.12 | $0.01 | $0.04 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.04 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $6.56 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $116.88 | $467.52 |
| Employee Medicare | $37.17 | $148.68 |
| Social Security Employee Tax | $158.93 | $635.73 |
| CA State Income Tax | $31.86 | $127.44 |
| CA Disability Employee | $28.20 | $112.79 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 167.6923 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3359 | Checking | $2,223.53 |
| Total | | $2,223.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $373.04 | $138.03 | **$2,223.53** |
| YTD | $10,938.40 | $10,253.76 | $1,492.16 | $652.12 | $8,794.12 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/14/2024 |
| Period End Date | 01/27/2024 |
| Pay Date | 02/02/2024 |
| Document | 5594969 |
| **Net Pay** | **$2,173.54** |

**Pay Details**

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | 01/15/2024 | 01/15/2024 | 8.0000 | $34.1827 | $273.46 | $820.38 |
| SALARY | 01/16/2024 | 01/16/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/17/2024 | 01/17/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/18/2024 | 01/18/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/19/2024 | 01/19/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/22/2024 | 01/22/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/23/2024 | 01/23/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/24/2024 | 01/24/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/25/2024 | 01/25/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/26/2024 | 01/26/2024 | 8.0000 | $34.1827 | $273.46 | $6,836.50 |

Total Hours Worked  0.0000      Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $126.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($50.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $249.93 | $185.82 | $557.46 |
| LTD BUY UP EE | No | $3.56 | $10.68 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $105.78 | $13.67 | $41.01 |
| SUPL LIFE CHILD | No | $0.92 | $2.76 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $35.55 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $1.62 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $30.84 | $0.01 | $0.03 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.03 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $4.92 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $116.88 | $350.64 |
| Employee Medicare | $37.17 | $111.51 |
| Social Security Employee Tax | $158.93 | $476.80 |
| CA State Income Tax | $31.86 | $95.58 |
| CA Disability Employee | $28.19 | $84.59 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 163.0769 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 8.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,173.54 |
| Total | | $2,173.54 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $373.03 | $188.03 | $2,173.54 |
| YTD | $8,203.80 | $7,690.32 | $1,119.12 | $514.09 | $6,570.59 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 01/14/2024 |
| Period End Date | 01/27/2024 |
| Pay Date | 02/02/2024 |
| Document | 5594969 |
| **Net Pay** | **$2,173.54** |

**Pay Details**

| | | | | | |
|---|---|---|---|---|---|
| **CALVIN ALFILER GARCIA** | Employee Number | 261643 | Pay Group | US HT SALARY |
| 5421 Thornburn St | SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Los Angeles, CA 90045 | Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| USA | Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| | Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | 01/15/2024 | 01/15/2024 | 8.0000 | $34.1827 | $273.46 | $820.38 |
| SALARY | 01/16/2024 | 01/16/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/17/2024 | 01/17/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/18/2024 | 01/18/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/19/2024 | 01/19/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/22/2024 | 01/22/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/23/2024 | 01/23/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/24/2024 | 01/24/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/25/2024 | 01/25/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/26/2024 | 01/26/2024 | 8.0000 | $34.1827 | $273.46 | $6,836.50 |

Total Hours Worked  0.0000     Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $126.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($50.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $249.93 | $185.82 | $557.46 |
| LTD BUY UP EE | No | $3.56 | $10.68 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $105.78 | $13.67 | $41.01 |
| SUPL LIFE CHILD | No | $0.92 | $2.76 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $35.55 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $1.62 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $30.84 | $0.01 | $0.03 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.03 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $4.92 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $116.88 | $350.64 |
| Employee Medicare | $37.17 | $111.51 |
| Social Security Employee Tax | $158.93 | $476.80 |
| CA State Income Tax | $31.86 | $95.58 |
| CA Disability Employee | $28.19 | $84.59 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 163.0769 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 8.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,173.54 |
| Total | | $2,173.54 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $373.03 | $188.03 | **$2,173.54** |
| YTD | $8,203.80 | $7,690.32 | $1,119.12 | $514.09 | $6,570.59 |



**HOT TOPIC INC.**

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 12/31/2023 |
| Period End Date | 01/13/2024 |
| Pay Date | 01/19/2024 |
| Document | 5584148 |
| **Net Pay** | **$2,223.52** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | 01/02/2024 | 01/02/2024 | 8.0000 | $34.1827 | $273.46 | $546.92 |
| HOLIDAY | 01/01/2024 | 01/01/2024 | 8.0000 | $34.1827 | $273.46 | $546.92 |
| SALARY | 01/03/2024 | 01/03/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/04/2024 | 01/04/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/05/2024 | 01/05/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/08/2024 | 01/08/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/09/2024 | 01/09/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/10/2024 | 01/10/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/11/2024 | 01/11/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/12/2024 | 01/12/2024 | 8.0000 | $34.1827 | $273.46 | $4,375.36 |

Total Hours Worked  0.0000    Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $84.62 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($50.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $166.62 | $185.82 | $371.64 |
| LTD BUY UP EE | No | $3.56 | $7.12 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $70.52 | $13.67 | $27.34 |
| SUPL LIFE CHILD | No | $0.92 | $1.84 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $23.70 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $1.08 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $20.56 | $0.01 | $0.02 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.02 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $3.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $116.88 | $233.76 |
| Employee Medicare | $37.17 | $74.34 |
| Social Security Employee Tax | $158.94 | $317.87 |
| CA State Income Tax | $31.86 | $63.72 |
| CA Disability Employee | $28.20 | $56.40 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 158.4615 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,223.52 |
| Total | | $2,223.52 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $373.05 | $138.03 | $2,223.52 |
| YTD | $5,469.20 | $5,126.88 | $746.09 | $326.06 | $4,397.05 |

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/03/2023 |
| Period End Date | 12/16/2023 |
| Pay Date | 12/22/2023 |
| Document | 5557113 |
| **Net Pay** | **$2,259.51** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | 12/06/2023 | 12/06/2023 | 8.0000 | $34.1827 | $273.46 | |
| FLEX TIME OFF | 12/13/2023 | 12/13/2023 | 8.0000 | $34.1827 | $273.46 | $1,616.76 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,600.76 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | | | 0.0000 | $0.0000 | $0.00 | $80.02 |
| SALARY | 12/04/2023 | 12/04/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/05/2023 | 12/05/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/07/2023 | 12/07/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/08/2023 | 12/08/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/11/2023 | 12/11/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/12/2023 | 12/12/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/14/2023 | 12/14/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/15/2023 | 12/15/2023 | 8.0000 | $34.1827 | $273.46 | $65,060.24 |

Total Hours Worked  0.0000        Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $1,000.22 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($600.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,821.56 | $156.25 | $4,062.50 |
| LTD BUY UP EE | No | $3.56 | $90.14 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $186.94 | $8.10 | $210.60 |
| PR ACH FUNDING | No | $0.00 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.93 | $24.18 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $282.90 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $109.20 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.26 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $41.54 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,678.73 |
| Employee Medicare | $37.91 | $1,022.30 |
| Social Security Employee Tax | $162.11 | $4,371.21 |
| CA State Income Tax | $36.52 | $1,167.41 |
| CA Disability Employee | $23.53 | $634.53 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 165.2308 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,259.51 |
| Total | | $2,259.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.83 | $86.26 | **$2,259.51** |
| YTD | $73,621.32 | $67,317.90 | $10,874.18 | $6,173.82 | $56,573.32 |

10/29/23, 11:21 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/19/2023 |
| Period End Date | 12/02/2023 |
| Pay Date | 12/08/2023 |
| Document | 5543344 |

**Net Pay**    **$2,209.50**

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | 11/24/2023 | 11/24/2023 | 8.0000 | $34.1827 | $273.46 | $1,069.84 |
| HOLIDAY | 11/23/2023 | 11/23/2023 | 8.0000 | $34.1827 | $273.46 | $1,600.76 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | | | 0.0000 | $0.0000 | $0.00 | $80.02 |
| SALARY | 11/20/2023 | 11/20/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/21/2023 | 11/21/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/22/2023 | 11/22/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/27/2023 | 11/27/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/28/2023 | 11/28/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/29/2023 | 11/29/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/30/2023 | 11/30/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/01/2023 | 12/01/2023 | 8.0000 | $34.1827 | $273.46 | $62,872.56 |

Total Hours Worked   0.0000        Total Hours   80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $961.75 | $0.00 | $0.00 |

10/29/23, 11:21 AM

| | | | | | |
|---|---|---|---|---|---|
| HOME OFC REIMB | No | $0.00 | ($550.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,751.50 | $156.25 | $3,906.25 |
| LTD BUY UP EE | No | $3.56 | $86.58 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $179.75 | $8.10 | $202.50 |
| PR ACH FUNDING | No | $0.00 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.93 | $23.25 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $271.05 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $105.00 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.25 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $39.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,549.97 |
| Employee Medicare | $37.92 | $984.39 |
| Social Security Employee Tax | $162.11 | $4,209.10 |
| CA State Income Tax | $36.52 | $1,130.89 |
| CA Disability Employee | $23.53 | $611.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 176.6154 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,209.50 |
| Total | | $2,209.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.84 | $136.26 | **$2,209.50** |
| YTD | $70,886.72 | $64,703.22 | $10,485.35 | $6,087.56 | $54,313.81 |

11/29/23, 11:03 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/05/2023 |
| Period End Date | 11/18/2023 |
| Pay Date | 11/24/2023 |
| Document | 5530862 |
| **Net Pay** | **$2,259.50** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | | | 0.0000 | $0.0000 | $0.00 | $80.02 |
| SALARY | 11/06/2023 | 11/06/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/07/2023 | 11/07/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/08/2023 | 11/08/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/09/2023 | 11/09/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/10/2023 | 11/10/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/13/2023 | 11/13/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/14/2023 | 11/14/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/15/2023 | 11/15/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/16/2023 | 11/16/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/17/2023 | 11/17/2023 | 8.0000 | $34.1827 | $273.46 | $60,684.88 |

**Total Hours Worked**  0.0000        **Total Hours**  80.0000

## Deductions

5/29/23, 11:03 AM

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $923.28 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($550.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,681.44 | $156.25 | $3,750.00 |
| LTD BUY UP EE | No | $3.56 | $83.02 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $172.56 | $8.10 | $194.40 |
| PR ACH FUNDING | No | $0.00 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.93 | $22.32 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $259.20 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $100.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.24 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $38.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,421.21 |
| Employee Medicare | $37.91 | $946.47 |
| Social Security Employee Tax | $162.11 | $4,046.99 |
| CA State Income Tax | $36.52 | $1,094.37 |
| CA Disability Employee | $23.54 | $587.47 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,259.50 |
| Total | | $2,259.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.84 | $86.26 | **$2,259.50** |
| YTD | $68,152.12 | $62,088.54 | $10,096.51 | $5,951.30 | $52,104.31 |

11/29/23, 11:02 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/13/2023 |
| Period End Date | 11/17/2023 |
| Pay Date | 11/14/2023 |
| Document | 6027003 |

**Net Pay**    **$0.00**

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | 11/14/2023 | 11/14/2023 | | | $80.02 | $80.02 |
| SALARY | | | 0.0000 | $0.0000 | $0.00 | $57,950.28 |

Total Hours Worked   0.0000          Total Hours   0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| HLTH CARE FSA | Yes | $0.00 | $884.81 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($500.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $0.00 | $1,611.38 | $0.00 | $3,593.75 |
| LTD BUY UP EE | No | $0.00 | $79.46 | — | — |
| PPO (DEN) PREM | Yes | $0.00 | $165.37 | $0.00 | $186.30 |
| PR ACH FUNDING | No | $73.18 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.00 | $21.39 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| SUPL LIFE EE | No | $0.00 | $247.35 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $0.00 | $96.60 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| EAP ER | No | $0.00 | $0.00 | $0.00 | $0.23 |
| LTD CORE ER | No | $0.00 | $0.00 | $0.00 | $36.62 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $3,292.45 |
| Employee Medicare | $1.16 | $908.56 |
| Social Security Employee Tax | $4.96 | $3,884.88 |
| CA State Income Tax | $0.00 | $1,057.85 |
| CA Disability Employee | $0.72 | $563.93 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $80.02 | $80.02 | $6.84 | $73.18 | **$0.00** |
| YTD | $65,417.52 | $59,473.86 | $9,707.67 | $5,865.04 | $49,844.81 |

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/22/2023 |
| Period End Date | 11/04/2023 |
| Pay Date | 11/09/2023 |
| Document | 5519444 |
| **Net Pay** | **$2,209.51** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 10/23/2023 | 10/23/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/24/2023 | 10/24/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/25/2023 | 10/25/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/26/2023 | 10/26/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/27/2023 | 10/27/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/30/2023 | 10/30/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/31/2023 | 10/31/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/01/2023 | 11/01/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/02/2023 | 11/02/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/03/2023 | 11/03/2023 | 8.0000 | $34.1827 | $273.46 | $57,950.28 |

**Total Hours Worked**  0.0000        **Total Hours**  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $884.81 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($500.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,611.38 | $156.25 | $3,593.75 |
| LTD BUY UP EE | No | $3.56 | $79.46 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $165.37 | $8.10 | $186.30 |
| SUPL LIFE CHILD | No | $0.93 | $21.39 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $247.35 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $96.60 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.23 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $36.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,292.45 |
| Employee Medicare | $37.91 | $907.40 |
| Social Security Employee Tax | $162.11 | $3,879.92 |
| CA State Income Tax | $36.52 | $1,057.85 |
| CA Disability Employee | $23.53 | $563.21 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,209.51 |
| Total | | $2,209.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.83 | $136.26 | **$2,209.51** |
| YTD | $65,337.50 | $59,393.84 | $9,700.83 | $5,791.86 | $49,844.81 |

10/29/23, 11:01 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/08/2023 |
| Period End Date | 10/21/2023 |
| Pay Date | 10/27/2023 |
| Document | 5509045 |
| **Net Pay** | **$2,199.57** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 10/09/2023 | 10/09/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/10/2023 | 10/10/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/11/2023 | 10/11/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/12/2023 | 10/12/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/13/2023 | 10/13/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/16/2023 | 10/16/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/17/2023 | 10/17/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/18/2023 | 10/18/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/19/2023 | 10/19/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/20/2023 | 10/20/2023 | 8.0000 | $33.1827 | $265.46 | $55,215.68 |

Total Hours Worked  0.0000        Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $846.34 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($500.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,541.32 | $156.25 | $3,437.50 |
| LTD BUY UP EE | No | $3.45 | $75.90 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $158.18 | $8.10 | $178.20 |
| SUPL LIFE CHILD | No | $0.93 | $20.46 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $235.50 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $92.40 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.22 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $34.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $3,163.69 |
| Employee Medicare | $36.76 | $869.49 |
| Social Security Employee Tax | $157.15 | $3,717.81 |
| CA State Income Tax | $33.00 | $1,021.33 |
| CA Disability Employee | $22.81 | $539.68 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 8.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,199.57 |
| Total | | $2,199.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.88 | $86.15 | $2,199.57 |
| YTD | $62,602.90 | $56,779.16 | $9,312.00 | $5,655.60 | $47,635.30 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/24/2023 |
| Period End Date | 10/07/2023 |
| Pay Date | 10/13/2023 |
| Document | 5499004 |
| **Net Pay** | **$2,149.58** |

**Pay Details**

| | | | |
|---|---|---|---|
| CALVIN ALFILER GARCIA | Employee Number | 261643 | Pay Group | US HT SALARY |
| 5421 Thornburn St | SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Los Angeles, CA 90045 | Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| USA | Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| | Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 09/25/2023 | 09/25/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/26/2023 | 09/26/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/27/2023 | 09/27/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/28/2023 | 09/28/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/29/2023 | 09/29/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/02/2023 | 10/02/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/03/2023 | 10/03/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/04/2023 | 10/04/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/05/2023 | 10/05/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/06/2023 | 10/06/2023 | 8.0000 | $33.1827 | $265.46 | $52,561.08 |

Total Hours Worked  0.0000        Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $807.87 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,471.26 | $156.25 | $3,281.25 |
| LTD BUY UP EE | No | $3.45 | $72.45 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $150.99 | $8.10 | $170.10 |
| SUPL LIFE CHILD | No | $0.93 | $19.53 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $223.65 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $88.20 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.21 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $33.39 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $3,044.53 |
| Employee Medicare | $36.75 | $832.73 |
| Social Security Employee Tax | $157.15 | $3,560.66 |
| CA State Income Tax | $33.00 | $988.33 |
| CA Disability Employee | $22.81 | $516.87 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 176.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,149.58 |
| Total | | $2,149.58 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.87 | $136.15 | **$2,149.58** |
| YTD | $59,948.30 | $54,244.48 | $8,943.12 | $5,569.45 | $45,435.73 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/10/2023 |
| Period End Date | 09/23/2023 |
| Pay Date | 09/29/2023 |
| Document | 5483654 |
| **Net Pay** | **$2,149.58** |

**Pay Details**

CALVIN ALFILER GARCIA
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 09/11/2023 | 09/11/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/12/2023 | 09/12/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/13/2023 | 09/13/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/14/2023 | 09/14/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/15/2023 | 09/15/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/18/2023 | 09/18/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/19/2023 | 09/19/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/20/2023 | 09/20/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/21/2023 | 09/21/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/22/2023 | 09/22/2023 | 8.0000 | $33.1827 | $265.46 | $49,906.48 |

Total Hours Worked  0.0000     Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $769.40 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,401.20 | $156.25 | $3,125.00 |
| LTD BUY UP EE | No | $3.45 | $69.00 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $143.80 | $8.10 | $162.00 |
| SUPL LIFE CHILD | No | $0.93 | $18.60 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $211.80 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $84.00 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.20 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $31.80 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $2,925.37 |
| Employee Medicare | $36.75 | $795.98 |
| Social Security Employee Tax | $157.15 | $3,403.51 |
| CA State Income Tax | $33.00 | $955.33 |
| CA Disability Employee | $22.81 | $494.06 |

**Paid Time Off**

| | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 171.3846 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,149.58 |
| Total | | $2,149.58 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.87 | $136.15 | **$2,149.58** |
| YTD | $57,293.70 | $51,709.80 | $8,574.25 | $5,433.30 | $43,286.15 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
| --- | --- |
| Period Start Date | 08/27/2023 |
| Period End Date | 09/09/2023 |
| Pay Date | 09/20/2023 |
| Document | 5473195 |
| **Net Pay** | **$500.70** |

**Pay Details**

| CALVIN ALFILER GARCIA | | | | |
| --- | --- | --- | --- | --- |
| 5421 Thornburn St | Employee Number | 261643 | Pay Group | US HT SALARY |
| Los Angeles, CA 90045 | SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| USA | Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| | Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| | Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | 07/29/2023 | 07/29/2023 | | | $845.49 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | | | 0.0000 | $0.0000 | $0.00 | $47,251.88 |

Total Hours Worked  **0.0000**      Total Hours  **0.0000**

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| HLTH CARE FSA | Yes | $0.00 | $730.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $0.00 | $1,331.14 | $0.00 | $2,968.75 |
| LTD BUY UP EE | No | $0.00 | $65.55 | -- | -- |
| PPO (DEN) PREM | Yes | $0.00 | $136.61 | $0.00 | $153.90 |
| SUPL LIFE CHILD | No | $0.00 | $17.67 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $0.00 | $199.95 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $0.00 | $79.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.00 | $0.19 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $0.00 | $30.21 |

**Taxes**

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $186.01 | $2,806.21 |
| Employee Medicare | $12.26 | $759.23 |
| Social Security Employee Tax | $52.42 | $3,246.36 |
| CA State Income Tax | $86.49 | $922.33 |
| CA Disability Employee | $7.61 | $471.25 |

**Paid Time Off**

| Plan | Current | Balance |
| --- | --- | --- |
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 166.7693 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxx3359 | Checking | $500.70 |
| Total | | $500.70 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $845.49 | $845.49 | $344.79 | $0.00 | **$500.70** |
| YTD | $54,639.10 | $49,175.12 | $8,205.38 | $5,297.15 | $41,136.57 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 08/27/2023 |
| Period End Date | 09/09/2023 |
| Pay Date | 09/20/2023 |
| Document | 5473195 |
| **Net Pay** | **$500.70** |

### Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

### Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | 07/29/2023 | 07/29/2023 | | | $845.49 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | | | 0.0000 | $0.0000 | $0.00 | $47,251.88 |

Total Hours Worked **0.0000**     Total Hours **0.0000**

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $0.00 | $730.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $0.00 | $1,331.14 | $0.00 | $2,968.75 |
| LTD BUY UP EE | No | $0.00 | $65.55 | -- | -- |
| PPO (DEN) PREM | Yes | $0.00 | $136.61 | $0.00 | $153.90 |
| SUPL LIFE CHILD | No | $0.00 | $17.67 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $0.00 | $199.95 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $0.00 | $79.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.00 | $0.19 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $0.00 | $30.21 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $186.01 | $2,806.21 |
| Employee Medicare | $12.26 | $759.23 |
| Social Security Employee Tax | $52.42 | $3,246.36 |
| CA State Income Tax | $86.49 | $922.33 |
| CA Disability Employee | $7.61 | $471.25 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 166.7693 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3359 | Checking | $500.70 |
| Total | | $500.70 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $845.49 | $845.49 | $344.79 | $0.00 | **$500.70** |
| YTD | $54,639.10 | $49,175.12 | $8,205.38 | $5,297.15 | $41,136.57 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
| --- | --- |
| Period Start Date | 08/27/2023 |
| Period End Date | 09/09/2023 |
| Pay Date | 09/15/2023 |
| Document | 5463896 |
| **Net Pay** | **$2,199.57** |

**Pay Details**

| CALVIN ALFILER GARCIA | | | | Pay Group | US HT SALARY |
| --- | --- | --- | --- | --- | --- |
| 5421 Thornburn St | | Employee Number | 261643 | Location | CA - HT HEADQUARTERS |
| Los Angeles, CA 90045 | | SSN | XXX-XX-XXXX | GL Company | HTUS - HOT TOPIC USA |
| USA | | Job | GRAPHIC DESIGNER | Region | HQMER - HQ MERCHANDISING |
| | | Pay Rate | $33.1827 | Area | MERCH - MERCHANDISING |
| | | Pay Frequency | Biweekly | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | 09/04/2023 | 09/04/2023 | 8.0000 | $33.1827 | $265.46 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 08/28/2023 | 08/28/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/29/2023 | 08/29/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/30/2023 | 08/30/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/31/2023 | 08/31/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/01/2023 | 09/01/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/05/2023 | 09/05/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/06/2023 | 09/06/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/07/2023 | 09/07/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/08/2023 | 09/08/2023 | 8.0000 | $33.1827 | $265.46 | $47,251.88 |

Total Hours Worked 0.0000     Total Hours 80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| HLTH CARE FSA | Yes | $38.47 | $730.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,331.14 | $156.25 | $2,968.75 |
| LTD BUY UP EE | No | $3.45 | $65.55 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $136.61 | $8.10 | $153.90 |
| SUPL LIFE CHILD | No | $0.93 | $17.67 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $199.95 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $79.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.19 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $30.21 |

**Taxes**

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $119.16 | $2,620.20 |
| Employee Medicare | $36.75 | $746.97 |
| Social Security Employee Tax | $157.15 | $3,193.94 |
| CA State Income Tax | $33.00 | $835.84 |
| CA Disability Employee | $22.82 | $463.64 |

**Paid Time Off**

| Plan | Current | Balance |
| --- | --- | --- |
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 166.7693 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxx3359 | Checking | $2,199.57 |
| Total | | $2,199.57 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,654.60 | $2,534.68 | $368.88 | $86.15 | **$2,199.57** |
| YTD | $53,793.61 | $48,329.63 | $7,860.59 | $5,297.15 | $40,635.87 |



**HOT TOPIC INC.**

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/13/2023 |
| Period End Date | 08/26/2023 |
| Pay Date | 09/01/2023 |
| Document | 5454048 |
| **Net Pay** | **$2,149.57** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | |
|---|---|
| Employee Number | 261643 |
| SSN | XXX-XX-XXXX |
| Job | GRAPHIC DESIGNER |
| Pay Rate | $33.1827 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | US HT SALARY |
| Location | CA - HT HEADQUARTERS |
| GL Company | HTUS - HOT TOPIC USA |
| Region | HQMER - HQ MERCHANDISING |
| Area | MERCH - MERCHANDISING |
| Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 08/14/2023 | 08/14/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/15/2023 | 08/15/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/16/2023 | 08/16/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/17/2023 | 08/17/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/18/2023 | 08/18/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/21/2023 | 08/21/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/22/2023 | 08/22/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/23/2023 | 08/23/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/24/2023 | 08/24/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/25/2023 | 08/25/2023 | 8.0000 | $33.1827 | $265.46 | $44,862.74 |

Total Hours Worked  0.0000      Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $692.46 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($400.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,261.08 | $156.25 | $2,812.50 |
| LTD BUY UP EE | No | $3.45 | $62.10 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $129.42 | $8.10 | $145.80 |
| SUPL LIFE CHILD | No | $0.93 | $16.74 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $188.10 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $75.60 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.18 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $28.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $2,501.04 |
| Employee Medicare | $36.76 | $710.22 |
| Social Security Employee Tax | $157.15 | $3,036.79 |
| CA State Income Tax | $33.00 | $802.84 |
| CA Disability Employee | $22.81 | $440.82 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 162.1539 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3359 | Checking | $2,149.57 |
| Total | | $2,149.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.88 | $136.15 | **$2,149.57** |
| YTD | $51,139.01 | $45,794.95 | $7,491.71 | $5,211.00 | $38,436.30 |

# EXHIBIT 4

1 | PETER C. ANDERSON
2 | MS. FOUCHE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
3 | Noreen Madoyan, State Bar No. 279227
TRIAL ATTORNEY
4 | OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
5 | Los Angeles, California 90017-3560
(213) 894-4064 telephone
6 | (213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov
7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

10 |

11 | In re:                                   ) Case No.: 2:24-bk-13211-DS
                                           )
12 | **GLADYS GRACE LIAD VILLACORTA**          ) Chapter 7
                                           )
13 |         Debtors.                         ) **TRANSCRIPT OF 341(a) MEETING OF**
                                           ) **CREDITORS**
14 |                                          )
                                           ) Meeting Date:        May 21, 2024
15 |                                          ) Place:              Zoom (Track 2815)
                                           )
16 | _____)
                                APPEARANCES
17 |

18 |
Heide Kurtz, Trustee                        Benjamin Heston, Attorney for the Debtor
19 | 2515 S. Western Avenue #11                 Nexus Bankruptcy
San Pedro, CA 90732                        3090 Bristol Street #400
20 | 310 832-3604                               Costa Mesa, CA 92626
trustee@hkurtzco.com                       949-312-1377
21 |                                            bhestonecf@gmail.com
Gladys Grace Liad Villacorta, Debtor
22 | 5421 Thornburn Street                      Marlene Fouche, Auditor
Los Angeles, CA 90045-2224                 Office of the United States Trustee
23 |                                            915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
24 |                                            213 894-6811
marlene.fouche@usdoj.gov
25 |

26 |

27 |

28 |

1

| | | |
|---|---|---|
| 1 | TRUSTEE | Next up, case #7 Gladys Grace Liad Villacorta 13211. I have a match on the |
| 2 | | Social Security card and ID. |
| 3 | MR. HESTON | Thank you. Good morning. This is Ben Heston on behalf of the debtor. |
| 4 | TRUSTEE | Thank you. Is Miss Liad Villacorta? |
| 5 | DEBTOR | I just like got online. |
| 6 | TRUSTEE | OK, raise your right hand. Do you solemnly swear to tell the truth and |
| 7 | | nothing but the truth, so help you God? |
| 8 | DEBTOR | I do. |
| 9 | TRUSTEE | Have you read the informational brochure? |
| 10 | DEBTOR | I have. |
| 11 | TRUSTEE | Did you read and review the bankruptcy schedules and paperwork before you |
| 12 | | signed them? |
| 13 | DEBTOR | Yes, I did. |
| 14 | TRUSTEE | Is all the information true, complete, and correct? |
| 15 | DEBTOR | Yes. |
| 16 | TRUSTEE | Have you listed all your assets and all your creditors? |
| 17 | DEBTOR | Yes. |
| 18 | TRUSTEE | Were there any changes or corrections needed? |
| 19 | DEBTOR | No changes. |
| 20 | TRUSTEE | Does your spouse have any assets like a separate house or business? |
| 21 | DEBTOR | No, he doesn't. |
| 22 | TRUSTEE | OK. Have you filed bankruptcy before? |
| 23 | DEBTOR | I haven't. |
| 24 | TRUSTEE | Do you pay child or spousal support? |
| 25 | DEBTOR | No. |
| 26 | TRUSTEE | And is your address and employer's address correct? |
| 27 | DEBTOR | Yes it is. |
| 28 | TRUSTEE | And you, you're not self-employed. |

| | | |
|---|---|---|
| 1 | DEBTOR | No, I'm not. |
| 2 | TRUSTEE | As a designer, do you have any copyrights or intellectual property? |
| 3 | DEBTOR | No, I don't. |
| 4 | TRUSTEE | OK, you also show in your savings account $9,000. Where did that money |
| 5 | | come from? |
| 6 | DEBTOR | We've been saving for a new car because the car we have right now, it's 2008 |
| 7 | | and it's basically breaking down. |
| 8 | TRUSTEE | So, you've been saving from your wages? Is that correct? |
| 9 | DEBTOR | My husband's wages. |
| 10 | TRUSTEE | OK. Are you suing anyone or planning to sue anyone? |
| 11 | DEBTOR | No. |
| 12 | TRUSTEE | Does anybody owe you any money? |
| 13 | DEBTOR | No. |
| 14 | TRUSTEE | Creditors present? |
| 15 | MS. FOUCHE | Yes, good morning. This is. Marlene Fouche from the Office of the United |
| 16 | | States Trustee. I just have a couple of questions. |
| 17 | TRUSTEE | Certainly. |
| 18 | MS. FOUCHE | Miss Villacorta are you currently -- you mentioned in your e-mail |
| 19 | | conversations that you're on probation.  Are you still looking for the same |
| 20 | | employer? I'm sorry. |
| 21 | DEBTOR | I'm sorry. Can you say that again? |
| 22 | MS. FOUCHE | In our conversation or e-mail from counsel, there was a mention about you |
| 23 | | being on probation at the moment you just started the job in December. Are |
| 24 | | you planning to continue working at that employer? |
| 25 | DEBTOR | Yes.  (illegible) So far, yes. |
| 26 | MS. FOUCHE | Yes. OK. And you mentioned earlier that you own a 2008 vehicle, is that |
| 27 | | correct? |
| 28 | DEBTOR | Yes. It's under my husband's name. |

| | | |
|---|---|---|
| 1 | MS. FOUCHE | OK. Do you borrow a vehicle from anybody else? |
| 2 | DEBTOR | We had borrowed from his dad to take our sons back and forth to school |
| 3 | | while I go to work. |
| 4 | MS. FOUCHE | You mentioned your Dad's car, but you are no longer borrowing it? |
| 5 | DEBTOR | I'm sorry. What was that? |
| 6 | MS. FOUCHE | Are you still Borrowing it?  Or are you no longer borrowing it? |
| 7 | DEBTOR | Yes, we still have it. |
| 8 | MS. FOUCHE | Do you play anything for that vehicle to use it? |
| 9 | DEBTOR | No. No. |
| 10 | MS. FOUCHE | OK. I believe we are still waiting for some documentation counsel, so Miss |
| 11 | | Trustee if I can get a continuation, I'd appreciate it. |
| 12 | TRUSTEE | OK. I'm going to continue this case to May 30th at 8:00 AM. |
| 13 | MS. FOUCHE | Thank you. |
| 14 | TRUSTEE | OK. |
| 15 | MR. HESTON | And I'm sorry, I missed the name from the US Trustee's Office. |
| 16 | MS. FOUCHE | Marlene Fouche. |
| 17 | MR. HESTON | OK, that's it. |
| 18 | TRUSTEE | So, we're going to continue this to May 30th at 8:00 for US Trustee review. |
| 19 | | And if counsel, you can check with the US Trustee after you provide all the |
| 20 | | documents and she'll let you know if you need to come back or not. I'm done |
| 21 | | with my questioning. OK? |
| 22 | MR. HESTON | Alright, thank you very much. |
| 23 | TRUSTEE | Any other creditors present? OK, that'll be all. Thank you. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4

CERTIFICATION

I, PATTI ANN BRUNDIGE, certify that:

I am employed by the Office of the United States Trustee.  I am over the age of 18.

The foregoing is a true and correct transcript made by me from the electronic sound recording of the Section 341(a) Meeting of Creditors held in the above-captioned matter on May 21, 2024, commencing at or about 9:00 a.m.

The questions propounded, and all objections and statements made at the time of the examination, were recorded by means of an electronic sound recording maintained by the United States Bankruptcy Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 27, 2024 at Los Angeles, California.

Patti Ann Brundige

# EXHIBIT 5

| | |
|---|---|
| **From:** | Ben Heston |
| **To:** | Fouche, Marlene (USTP) |
| **Cc:** | Madoyan, Noreen (USTP); Heide Kurtz (hkurtz@hkurtzco.com) |
| **Subject:** | [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 05/20 |
| **Date:** | Tuesday, May 28, 2024 3:47:56 PM |
| **Attachments:** | Lease Payments.pdf |
| | Extracurricular Activities.pdf |
| | Proof of Auto Insurance.pdf |
| | Car Repairs.pdf |
| | Residential Lease.pdf |
| | 2023 Tax Return (Calvin).pdf |
| | 2023 Tax Return (Gladys).pdf |
| | Cell Phone Statements.pdf |
| | Dental Expenses.pdf |

See attached.

On Tue, May 28, 2024 at 3:27 PM Ben Heston <ben@nexusbk.com> wrote:
Hi there,

Sorry I haven't gotten back to you sooner. I've been bogged down with a couple Chapter 13s and my first Chapter 11 case. Anyways, my client provided me with a few additional documents which I will send in just a little bit once I have a chance to organize them. One of the things that she provided me was her husband's tax return which listed some additional income that she was previously not aware of. Given how close she was on the Means Test already, this will likely put her over. I will get back to you on this ASAP.


On Wed, May 8, 2024 at 2:25 PM Ben Heston <ben@nexusbk.com> wrote:
Hi there,

Attached is what I had on hand:

- Paystubs for the Debtor and her spouse
- Debtor's 2023 W2s
- Credit report

I'll have my client get to working on the rest of this once I have an opportunity to touch base with her.

There is a note on Schedule J regarding their car situation, but to expand on that, they are currently using other people's vehicles which are falling apart and have very high expenses associated with that. They are going to be purchasing new vehicles soon, and will almost certainly have to finance the purchases. When I asked the Debtor if she is expecting any changes to her income in the coming year, she mentioned that she's currently in a "probationary period" at her new job and is not certain that she'll continue there. I didn't think that this was worth noting on the petition. I'll check in with my client to see if there's anything else.

On Wed, May 8, 2024 at 1:34 PM Fouche, Marlene (USTP)
<Marlene.Fouche@usdoj.gov> wrote:

Dear Counsel,


   The Office of the United States Trustee has reviewed the underlying Petition, Schedules and Statement of Financial Affairs.  Pursuant to 28 U.S.C. § 586(a)(3)(D), the United States Trustee supervises the administration of bankruptcy cases and, when appropriate, takes such action as the United States Trustee deems appropriate to ensure that all schedules, statements, reports and fees required under Title 11 are properly and timely filed.  The United States Trustee is also charged with the responsibility to prosecute motions to dismiss pursuant to 11 U.S.C. § 707.


   In order to verify the information provided in the petition, schedules and form 22A, please provide an explanation and additional information and documentation to this office **on or before May 20, 2024.**


  1. Please provide the United States Trustee with copies of:

   a. Most recently filed State and Federal Tax Returns;

   b. W-2, W-2G and 1099 statements for 2023;

   c. All pay advices or other proof of income (*full and part time*), including rental, commission and residual statements, SAG, AFTRA and WGA quarterly reports, cash disbursement journals and payroll ledgers and EDD, disability, retirement, pension, child support, trust funds, governmental assistance, **for all members of the Debtor's household**, for the entire period, covering **September 1, 2023 through the date of this letter**;

   d. Current residential loan/lease agreements and monthly statements in which Debtors are a party for the entire monthly periods covering **September 1, 2023** through the date of this letter;

   e. Current Vehicle Insurance declarations page and monthly statements, covering **September 1, 2023** through the date of this letter, for all vehicles;

   f. Monthly bills for the entire period covering **September 1, 2023** through the date of this letter. Please include the bills for:

i.      Childcare and children's education costs (line 8 on Schedule J);

ii.     Medical and dental expenses (Line 11 on Schedule J);

iii.    Transportation (Line 12 on Schedule J);

iv.     Extracurricular activities (Line 21 on Schedule J);

v.      Phone (Line 6c on Schedule J);

g.            A recent copy of Debtor's credit report. Debtors can obtain a free credit report by visiting https://www.annualcreditreport.com/index.action or by calling toll-free, 1-877-322-8228.

Your response should also address any special circumstances or issues that are not readily apparent from the Schedules and Statement of Financial Affairs.  It is important for the United States Trustee to have a complete understanding of the Debtor's financial picture in order to properly evaluate this case.

Please note this production of documents does not waive your obligation to provide the Chapter 7 trustee with the documents required pursuant to 11 U.S.C. § 521(e)(2).

Please direct your response to this letter to Marlene Fouche, Bankruptcy Auditor, **Via Email only - Reply All**, with a copy to the Chapter 7 Trustee.  Responses via zip drives, zip files/folders need to be unlocked/password transmitted.  Email submissions are to be no larger than **10mbs**. *Omit complete account numbers, **leaving only the** **__last 4 digits__** as disclosed on all documents submitted in response to this letter.*

Be advised that if this office does not receive the requested information **on or before May 20, 2024**, the United States Trustee will file a motion with the court requesting that this case be dismissed. If you have any additional questions regarding this letter, please contact Marlene Fouche at Marlene.Fouche@usdoj.gov .

Thank you, for your cooperation.

*Marlene Fouche, Auditor*

*Office of the United States Trustee*

*Region 16 - Los Angeles*

*915 West Wilshire Blvd*

*Suite 1850*

*Los Angeles, CA 90017*

*(213) 894-6811 / 894-2603 (f)*

--

**Benjamin Heston, Esq.**
NEXUS BANKRUPTCY

--

**Benjamin Heston, Esq.**
NEXUS BANKRUPTCY

--

**Benjamin Heston, Esq.**
NEXUS BANKRUPTCY

| From: | Ben Heston |
|---|---|
| To: | Fouche, Marlene (USTP) |
| Cc: | Madoyan, Noreen (USTP); Heide Kurtz (hkurtz@hkurtzco.com) |
| Subject: | [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 05/20 |
| Date: | Tuesday, May 28, 2024 3:47:56 PM |
| Attachments: | Lease Payments.pdf |
| | Extracurricular Activities.pdf |
| | Proof of Auto Insurance.pdf |
| | Car Repairs.pdf |
| | Residential Lease.pdf |
| | 2023 Tax Return (Calvin).pdf |
| | 2023 Tax Return (Gladys).pdf |
| | Cell Phone Statements.pdf |
| | Dental Expenses.pdf |

See attached.

On Tue, May 28, 2024 at 3:27 PM Ben Heston <ben@nexusbk.com> wrote:

Hi there,

Sorry I haven't gotten back to you sooner. I've been bogged down with a couple
Chapter 13s and my first Chapter 11 case. Anyways, my client provided me with a
few additional documents which I will send in just a little bit once I have a chance to
organize them. One of the things that she provided me was her husband's tax return
which listed some additional income that she was previously not aware of. Given
how close she was on the Means Test already, this will likely put her over. I will get
back to you on this ASAP.

On Wed, May 8, 2024 at 2:25 PM Ben Heston <ben@nexusbk.com> wrote:

Hi there,

Attached is what I had on hand:

- Paystubs for the Debtor and her spouse
- Debtor's 2023 W2s
- Credit report

I'll have my client get to working on the rest of this once I have an opportunity to
touch base with her.

There is a note on Schedule J regarding their car situation, but to expand on that,
they are currently using other people's vehicles which are falling apart and have
very high expenses associated with that. They are going to be purchasing new
vehicles soon, and will almost certainly have to finance the purchases. When I
asked the Debtor if she is expecting any changes to her income in the coming year,
she mentioned that she's currently in a "probationary period" at her new job
and is not certain that she'll continue there. I didn't think that this was worth
noting on the petition. I'll check in with my client to see if there's anything else.

On Wed, May 8, 2024 at 1:34 PM Fouche, Marlene (USTP)
<Marlene.Fouche@usdoj.gov> wrote:



| Bill issue date | Account | Page |
|---|---|---|
| Sep 16, 2023 | ▬▬▬▬▬ | 1 of 6 |

## TOTAL DUE
# $215.37

Your bill is due by Oct 09, 2023.

AutoPay is scheduled for Oct 07, 2023 using Visa ****7474.

Thanks for paying your last bill of $215.37 on Sep 08, 2023.

# Hi Cesar,

### Here's your bill for September.

Congrats, you paid off your installments! See the details below.

---

## PLANS
# $160.00

5 VOICE LINES = $110.00  |  1 CONNECTED DEVICE = $50.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $30.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $26.25

1 HANDSET = $26.25

**This month's charges are the same as last month's**

- You have paid off your equipment installment plan(s). Congrats on owning your device please go to https://t-mo.co/cell-phones to view our latest devices.
- One month closer to owning your device!

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $29.12

2 ONE PLAN FEATURES = $20.00  |  1 T-MOBILE SUBSCRIPTION = $9.12

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $46.00
IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

## Largest.
## Fastest.
## Most Awarded
## 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

# THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals | | $160.00 | $26.25 | $29.12 | $215.37 |
| Account | | $80.00 | – | $9.12 | $89.12 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 – Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

# DETAILED CHARGES

## PLANS                                                            $160.00

### REGULAR CHARGES          Sep 17 - Oct 16      $160.00

🔴 Charged in advance for bill period Sep 17 - Oct 17. Changes made after Sep 16 will be shown on a future bill.

### VOICE LINES

| Account | ONE Plan Military | $80.00 |
|---|---|---|
| | Includes $10.00 AutoPay Discount | |
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+ | $10.00 |
| | Includes $5.00 AutoPay Discount | |
| (619) 964-1068 | ONE Plan Military 2+ | $10.00 |
| | Includes $5.00 AutoPay Discount | |
| (619) 394-6121 | ONE Plan Military 2+ | $10.00 |
| | Includes $5.00 AutoPay Discount | |

### CONNECTED DEVICE

| (442) 354-5252 | T-Mobile Home Internet | $50.00 |
|---|---|---|
| | Includes $5.00 AutoPay Discount | |

## EQUIPMENT                                                        $26.25

### HANDSETS

| Account | ID: 202012191101832023, Your installment plan has been completed, pending any reversal of payments that may occur. | |
|---|---|---|
| (619) 394-6121 | iPhone 12 | $26.25 |
| | ID: 20230403110759828I, Balance: $498.74, Installment 6 of 24 | |

## SERVICES                                                         $29.12

### ONE PLAN FEATURES

| (213) 435-2730 | ONE Plus | $10.00 |
|---|---|---|
| (213) 435-2747 | ONE Plus | $10.00 |

## YOU SAVED

| TOTAL | $46.00 |
|---|---|
| AutoPay discounts | $30.00 |
| $5 discount per line for applicable lines on your account | |
| Subscription discounts | $16.00 |
| Discounts on subscription services through T-Mobile | |

## YOU USED

**664.32**GB
**of unlimited data
with ONE Plan**

| T-Mobile Internet | **614.02**GB |
|---|---|
| (213) 435-2747 | **23.85**GB |
| (213) 435-2730 | **22.61**GB |
| (619) 394-6121 | **2.05**GB |
| (619) 964-1068 | **1.79**GB |
| (619) 838-4493 | **0.00**GB |



Bill issue date
Sep 16, 2023

Account ▮▮▮▮▮

Page
3 of 6

**1054 minutes** of talk &
**512 messages.**

**But no worries, it's all
unlimited with ONE Plan!**
Please see important unlimited plan details
below

## T-MOBILE SUBSCRIPTION

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| | | |
|---|---|---|
| Account | Netflix Premium with Family Allowances ($25 value) | $9.00 |
| | Includes $16.00 Family Discount | |

## TAXES & FEES

| | |
|---|---|
| T-Mobile fees & charges | $0.12 |

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government
taxes & fees



The taxes & fees below were summarized as line
items above or included in your monthly charges.
Here is the breakdown of the individual charges.

### INCLUDED TAXES & FEES

**1705 PETAL DR, San Diego CA 92114-6935**

| | |
|---|---|
| ONE Plan Military - before taxes & fees | $78.50 |

**Included T-Mobile fees & charges**

| | |
|---|---|
| Regulatory Fee | $0.01 |

**Included Government taxes & fees**

| | |
|---|---|
| State 988 | $0.08 |
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

### ADDITIONAL T-MOBILE FEES & CHARGES

| SERVICES | | |
|---|---|---|
| **1705 PETAL DR, San Diego CA 92114-6935** | | $0.12 |
| Account | Regulatory Fee | $0.01 |
| Account | Federal Universal Service Fund | $0.11 |

# WHAT YOU NEED TO KNOW

ONE Plan recurring charges include applicable Government taxes & fees & T-Mobile fees & charges as determined by your primary place of use.

## GOVERNMENT TAXES & FEES
Government taxes & fees includes sales, use, excise, public utility & E911 taxes & governmental charges & fees that we are required by law to bill & remit. These may change without notice.

## T-MOBILE FEES & CHARGES
These fees & charges are T-Mobile recovery charges, not governmentally imposed taxes. What is included in the fees & charges may vary by locale & rate plan & is subject to change. These include:

1.  Regulatory Programs & Telco Recovery Fee, collected & retained by:
    a.  Regulatory Programs Fee ($0.50 for voice lines, $0.12 data only lines) - defrays certain costs for funding & complying with government mandates, programs, & obligations, like E911 and local number portability
    b.  Telco Recovery Fee ($2.99 for voice lines, $1.28 data only lines) - defrays costs and charges imposed on us by other carriers for delivery of calls from our customers to theirs and for certain network facilities (e.g. leases), operations, and services we obtain to provide you service
2.  State & federal Universal Service Fund charges (recovers charges imposed on us by the government to support universal service).
3.  Other governmental assessments including, without limitation, gross receipt & excise taxes.

## LATE FEES
Late Fees, which are assessed up to the highest amount permitted by law, may apply on unpaid balances. This fee is a liquidated damage & not a penalty.

## PAYMENT BY CHECK
When you pay by check, you authorize us to either use information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. If we process your payment by EFT, the funds may be withdrawn the same day we receive your check, & your canceled check will not be returned. If payment is returned unpaid, you authorize us to collect additional fees as outlined in the Terms & Conditions of Service at t-mobile.com/terms-conditions. Call (800) 937-8997 with any questions.

## EQUIPMENT PROTECT
Equipment Protect by Assurant (in Puerto Rico: CAPIC) is for the equipment repair & replacement you may have selected. See Equipment Protection Terms & Conditions at t-mobile.com for details.

## CONTACT US
Contact us with any questions or disputes about your service or bill:

 PHONE
Call (800) 937-8997 or 611 from your T-Mobile device-TTY (877) 296-1018.

 MAIL
Write to T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380.

 ONLINE
View your bill & usage details online by logging into your account at t-mobile.com.

View Terms & Conditions online at t-mobile.com/terms-conditions and our Open Internet Policy at t-mobile.com/openinternet.

Partial megabytes (MB) rounded up. 1024 MB = 1 GB
You can contact the California Public Utilities Commission with any complaints that T-Mobile was unable to resolve at Consumer Affairs Branch, 505 Van Ness Ave., San Francisco, CA 94102, or by calling (800) 649-7570 or TDD (800) 229-6846, or visiting their website at http://www.cpuc.ca.gov/complaints. If you have hearing or speaking limitations and want assistance from the California Relay Service, Dial 711 or visit http://ddtp.cpuc.ca.gov/relay.aspx for more information.
For information about the California PPP Surcharge, please see https://t-mo.co/CPUC

During congestion, heavy data users and customers choosing lower-prioritized plans may notice lower speeds than other customers. Video typically streams on smartphone/tablet at DVD quality (480p), unless you add HD-capable (1080p) plan/feature. High-speed tethering up to allotment, if any, and then max 3G speeds. See plan for details.

| CHANGE OF ADDRESS | | Effective date | | |
|---|---|---|---|---|
| Address | | | | |
| City | | State | | ZIP |
| Home phone | | Business phone | | |



CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935





# T-Mobile MONEY goes further.

Join in minutes, and say goodbye to checking account
and overdraft fees.

**Get started at t-mo.co/MONEYBill**

T Mobile MONEY

ACCOUNTS HELD AT
BankMobile FDIC Member
A Division of Customers Bank

---

Please detach this portion and return with your payment. Please make sure address shows through window.

Pay by phone: *PAY(*729)   Pay online: t-mobile.com/pay

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

Total due by Oct 09, 2023

**$215.37**

You are paying by AutoPay

Amount enclosed

CESAR GARCIA
Account number: 963537851

☐ **Change your address** - Check box and provide new address on reverse side

04096353785110092300002153709211146935



Bill issue date
Sep 16, 2023

Account

Page
1 of 6

## TOTAL DUE
# $215.39

Your bill is due by Oo09, 2393. h

AutoPay is scf eduled 7or Oo09V2393.  using * isa
444N/TVTh

k f anps 7or $aying your last bill o7135  h V
on9ct9V2893. h

# Hi Cesar,
## Here's your bill for October.

C itf  your 8 OmPlan $lans2you f a0e unli!  ited talp2tewt and datahkf anps 7or
being an av eso!  e kG? obile custo!  erx

## PLANS
# $160.00

5 VSG CEQCN= $110.00  |  1 I S L L CI TCD DCV0 C= $50.00

**This month's charges are the same as last month's**

- Account recei0ed a total AutoPay discount o71. 9l99h
- - uess v f atDYou f a0e unli!  ited !  inutes2tewts and
  data v itf  your $lanx

**Your l ani d eauds: H**

- - access at no evtra cost
- BestQnG? ireless sca!  $rotection

@etails /  tG  ohcoqPlans

## EQUIPMENT
# $26.25

1 AhL DNCT = $26.25

**This month's charges are the same as last month's**

- 8 ne !  ontf closer to ov ning your de0icex

**T- s TN0 o® ast nl l as p: you sn: qyH**

- Pay your bill anyti!  eqanyv f ere
- ( $grade your $f one
- - et 3TqV su$$ort

@ov nload tf e a$$ /  tG  ohcoqA$$

## SERVICES
# $29.14

2 S L C PEhL FChTURCN= $20.00  |  1 TN0 S B0CNUBNI RQTGL = $9.1x

**This month's charges are $0.02 more**

**Dnpn ni d psgpd 4 n® rondH**

- ) tay connected and u$ to date in 35  :
  countries U destinations around tf e v orld
  v itf  nonGsto$ data and tewts

@etails /  tG  ohcoqMt&oa!

---

YSU AhVC

# $x6.00

**IN TOTAL SAVINGS**

Wφ- your l romopoi : ni d
dc eoui ρ:, you nrs : nvd 4
: oms sgprn en: - !

## Largest.
## Fastest.
## Most Awarded
## 5G Network.

YOU ARE COVERED IN

# 215+

countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

# THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals | | $160.00 | $26.25 | $29.14 | $215.39 |
| Account | | $80.00 | – | $9.14 | $89.14 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 - Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

# DETAILED CHARGES

## PLANS                                                        $160.00

### REGULAR CHARGES                    Oct 17 - Nov 16    $160.00

Charged in advance for bill period Oct 17 - Nov 16. Changes made after Oct 16 will be shown on a future bill.

### VOICE LINES

| Account | ONE Plan Military<br>Includes $10.00 AutoPay Discount | $80.00 |
|---|---|---|
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 964-1068 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 394-6121 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |

### CONNECTED DEVICE

| (442) 354-5252 | T-Mobile Home Internet<br>Includes $5.00 AutoPay Discount | $50.00 |
|---|---|---|

## EQUIPMENT                                                   $26.25

### HANDSET

| (619) 394-6121 | iPhone 12<br>ID: 20230403110759828I, Balance: $472.49, Installment 7 of 24 | $26.25 |
|---|---|---|

## SERVICES                                                    $29.14

### ONE PLAN FEATURES

| (213) 435-2730 | ONE Plus | $10.00 |
|---|---|---|
| (213) 435-2747 | ONE Plus | $10.00 |

## YOU SAVED

| TOTAL | $46.00 |
|---|---|
| AutoPay discounts<br>$5 discount per line for applicable lines on your account | $30.00 |
| Subscription discounts<br>Discounts on subscription services through T-Mobile | $16.00 |

## YOU USED

**847.55**GB
**of unlimited data
with ONE Plan**

| T-Mobile Internet | 772.12GB |
|---|---|
| (213) 435-2747 | 47.73GB |
| (213) 435-2730 | 17.67GB |
| (619) 964-1068 | 7.11GB |
| (619) 394-6121 | 2.92GB |
| (619) 838-4493 | 0.00GB |



**1663 minutes** of talk & **524 messages.**

**But no worries, it's all unlimited with ONE Plan!**

Please see important unlimited plan details below

## T-MOBILE SUBSCRIPTION

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| Account | Netflix Premium with Family Allowances ($25 value) Includes $16.00 Family Discount | $9.00 |
|---|---|---|

## TAXES & FEES

| T-Mobile fees & charges | $0.14 |
|---|---|

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government taxes & fees



The taxes & fees below were summarized as line items above or included in your monthly charges. Here is the breakdown of the individual charges.

## INCLUDED TAXES & FEES

**1705 PETAL DR, San Diego CA 92114-6935**

| ONE Plan Military - before taxes & fees | $78.50 |
|---|---|

**Included T-Mobile fees & charges**

| Regulatory Fee | $0.01 |
|---|---|

**Included Government taxes & fees**

| State 988 | $0.08 |
|---|---|
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

## ADDITIONAL T-MOBILE FEES & CHARGES

| SERVICES | $0.14 |
|---|---|

**1705 PETAL DR, San Diego CA 92114-6935**

| Account | Regulatory Fee | $0.01 |
|---|---|---|
| Account | Federal Universal Service Fund | $0.13 |




Case 2:24-bk-13211-DS    Doc 14    Filed 07/02/24    Entered 07/02/24 12:43:58    Desc
Main Document    Page 110 of 246

Bill issue date
Sep 16, 2023

Account

Page
5 of 6

# WHAT YOU NEED TO KNOW

8 OmPlan recurring cf arges include a$$licable - oOern! ent taxes U 7ees U kG7 obile 7ees U cf arges as deter! ined by your $ri! ate $lace o7useh

## GS VCRL b CL T ThXCN & FCCN

- oOern! ent taxes U 7ees includes sales2use2excise2$ublic utility U m, 55 taxes U goOern! ental cf arges 7hat tf at v e are re_ uired by lav to bill U re! ithkf ese ! ay cf ange v itf out noticeh

## TN\S BDECFCCN & I AhRGCN

kf ese 7ees U cf arges are kG7 obile recoOery cf arges2not goOern! entally i! $osed taxesh C f at is included in tf e 7ees U cf arges ! ay 0ary by locale U rate $lan U is subWct to cf anghkf ese includej

5h &egulatory Progra! s U kelco &eco0ery Fee2collected U retained by usj

  ah &egulatory Progra! s Fee +19h 9 7or 0oice lines2191h53 data only linesl Gde7rays certain costs 7or 7unding U co! $lying v itf goOern! ent ! andates2$rogra! s2U obligations2lipe m, 55 and local nu! ber $ortability

  bh kelco &eco0ery Fee +13h, , 7or 0oice lines2151h3N data only linesl Gde7rays costs and cf arges i! $osed on us by otf er carriers 7or deli0ery o7calls 7ro! our custo! ers to tf eirs and 7or certain netv orp 7acilities +highleasesl2o$erations2 and serOices v e obtain to $ro0ide you serOice

3h ) tate U 7ederal ( ni0ersal ) erOice Fund cf arges +reco0ers cf arges i! $osed on us by tf e goOern! ent to su$$ort uni0ersal serOicelh

. h 8 tf er goOern! ental assess! ents including2v itf out li! itation2gross recei$t U excise taxesh

## EhTC FCCN

Late Fees2v f icf are assessed u$ to tf e f igf est a! ount $er! itted by lav 2! ay a$$ly on un$aid balanceshkf is 7ee is a li_ uidated da! age U not a $enaltyh

## PhYb CL T BY I ACI K

C f en you $ay by cf ecp2you autf oriFe us to eitf er use in7or! ation 7ro! your cf ecp to ! ape a oneOli! e electronic 7und trans7er +nFkl 7ro! your account or to $rocess tf e $ay! ent as a cf ecp transactionhY0v e $rocess your $ay! ent by nFk2tf e 7unds ! ay be v itf draw n tf e sa! e day v e recei0e your cf ecp2U your canceled cf ecp v ill not be returnedhY0$ay! ent is returned un$aid2you autf oriFe us to collect additional 7ees as outlined in tf e ker! s U 6onditions at tG! obilehco! ! cf ecp! s6onditionsh6all +N99I , . VGN, , V v itf any _ uestionsh

## CQUU0Pb CL T PRSTCI T

m_ ui$! ent Protect by Assurant +in Puerto &icoj 6APMI is 7or tf e e_ ui$! ent re$air U re$lace! ent you ! ay f a0e selectedhl ee m_ ui$! ent Protection ker! s U 6onditions at tG! obilehco! ! 7or detailsh

## I SL ThI T UN

6ontact us v itf any _ uestions or dis$utes about your serOice or billj

 PE 8 Om

6all +N99I , . VGN, , V or R55 7ro! your kG7 obile de0ice0kk Y +NVVI 3, RG595Nh

 ? AM

C rite to kG7 obile 6usto! er &elations2PI8hBow. V. N92Albu_ uer_ ue2O? NV5VRGV. N9h

 8 OLN0m

* iev your bill U usage details online by logging into your account at tG! obilehco! ! h

* iev ker! s U 6onditions online at tG! obilehco! ! ater! s6onditions and our 8 $en Mternet Policy at tG! obilehco! ! o$$eninterneth

Partial ! egabytes +? Bl rounded u$h593T ? B = 5 - B
You can contact tf e 6ali7ornia Public ( tilities 6o! ! ission v itf any co! $laints tf at kG7 obile v as unable to resol0e at 6onsu! er A7airs Brancf 2 9 . * an Oess AOe12) an Francisco26A , T5932or by calling +N99I RT, GV . V9 or k@6@+N99I 33, GRNTR2or 0isiting tf eir v ebsite at f tt$j0gv v v h6u6hca0go0co! $laintshMyou f a0e f earing or s$eaping li! itations and v ant assistance 7ro! tf e 6ali7ornia &elay ) erOice2@al V55 or 0isit f tt$j0g ddt$h6u6hca0go0grelayhas$w7or ! ore in7or! ationh

For in7or! ation about tf e 6ali7ornia PPP ) urcf arge2$lease see f tt$sjqatG! olt0oq6P( 6

@uring congestion2tf ea0y data users and custo! ers cf oosing lov erG$rioritiFed $lans ! ay notice lov er s$eeds tf an otf er custo! ! ersh* ideo ty$ically strea! s in )@! art$f oneq tablet at @ @_ uality +TN9$1 2unless you add E @6a$able +59N9$1 $lan@7eatureh Eigf G s$eed tetf ering u$ to allot! ent27any2and tf en ! aw. - s$eedsh) ee $lan 7or detailsh

CHANGE OF ADDRESS

m7ecti0e date

Address

6ity                    ) tate                ZI*

Eo!  e $f one            Business $f one



CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935





# T-Mobile MONEY goes further.

Join in minutes, and say goodbye to checking account and overdraft fees.

**Get started at t-mo.co/MONEYBill**

T Mobile MONEY

ACCOUNTS HELD AT
BankMobile  Member FDIC
A Division of Customers Bank



Please detach this portion and return with your payment. Please make sure address shows through window.

Pay by phone: *PAY(*729)    Pay online: t-mobile.com/pay

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

**Total due by Nov 09, 2023**

$215.39

**You are paying by AutoPay**

**Amount enclosed**

CESAR GARCIA
Account number: 963537851

☐ **Change your address** - Check box and provide new address on reverse side

04096353785111092300002153959211146935



Bill issue date
Sep 16, 2023

Account

Page
1 eo6

## TOTAL DUE
# $215.39

Your bill is due by Oec 09, 2023.

AutoPay is scheduled for Oec 07, 2023 using Visa ****7474.

Thanks for paying your last bill of $215.39 on S o8 07, 2023.

# Hi Cesar,

### Here's your bill for November.

C ith your mS ! Plan plans, you ha8e unliwited talk, tevt and data. Thanks for being an aGesowe T?x obile custower-

## PLANS
# $160.00

5 f V0 CE0CL N=110$0 . 1 I VSSCl | CT TCf 0 CN=50$0

**This month's charges are the same as last month's**

- Account recei8ed a total AutoPay discount of $30.00.
- Duess Ghat@You ha8e unliwited winutes, tevts and data Gith your plan-

DeYur lan inclYds: H

- 5D access at no evtra cost
- Best?in?Gireless scaw protection

Oetails /  t?wo.coqPlans

## EQUIPMENT
# $26.25

1 AhSTLCl N=26$25

**This month's charges are the same as last month's**

- mne wonth closer to oGning your de8ice-

| - s | N e ®ilst ar r lsy: PeY sa: ilPH

- Pay your bill anytiwe qanyGhere
- ( pgrade your phone
- Det 24q7 support

OoGnload the app /  t?wo.coqApp

## SERVICES
# $29.14

2 VSCFEhS UCh| RBCL N=20$0 . 1 | N6 Vx0CLRxLI B0F| 0/S N=9$Lg

**This month's charges are the same as last month's**

- ) all, tevt, and broGse in x evico :  ) anada. So setup. So roawing charges. Your phone Gorks the wowent you arri8e.

Taya and ys4yinWa® ueadH

- Utay connected and up to date in 215M countries : destinations around the Gorld Gith non?stop data and tevts

Oetails /  t?wo.coq8tNoaw

DVR Ahf C
# =g6$0
**IN TOTAL SAVINGS**

miy- PeYur uev eyien: and di: ceYny: , PeY aus : apinW : ev s s4yua ca: - !

# Largest.
# Fastest.
# Most Awarded
# 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

## THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals | | $160.00 | $26.25 | $29.14 | $215.39 |
| Account | | $80.00 | – | $9.14 | $89.14 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 – Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

## DETAILED CHARGES

### PLANS                                                    $160.00

**REGULAR CHARGES**                Nov 17 - Dec 16      $160.00

Charged in advance for bill period Nov 17 - Dec 17. Changes made after Nov 16 will be shown on a future bill.

**VOICE LINES**

| | | |
|---|---|---|
| Account | ONE Plan Military
Includes $10.00 AutoPay Discount | $80.00 |
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+
Includes $5.00 AutoPay Discount | $10.00 |
| (619) 964-1068 | ONE Plan Military 2+
Includes $5.00 AutoPay Discount | $10.00 |
| (619) 394-6121 | ONE Plan Military 2+
Includes $5.00 AutoPay Discount | $10.00 |

**CONNECTED DEVICE**

| | | |
|---|---|---|
| (442) 354-5252 | T-Mobile Home Internet
Includes $5.00 AutoPay Discount | $50.00 |

### EQUIPMENT                                               $26.25

**HANDSET**

| | | |
|---|---|---|
| (619) 394-6121 | iPhone 12
ID: 20230403110759 8281, Balance: $446.24, Installment 8 of 24 | $26.25 |

### SERVICES                                                $29.14

**ONE PLAN FEATURES**

| | | |
|---|---|---|
| (213) 435-2730 | ONE Plus | $10.00 |
| (213) 435-2747 | ONE Plus | $10.00 |

### YOU SAVED

| TOTAL | $46.00 |
|---|---|
| AutoPay discounts
$5 discount per line for applicable lines on your account | $30.00 |
| Subscription discounts
Discounts on subscription services through T-Mobile | $16.00 |

### YOU USED

**1083.67$^{GB}$**
**of unlimited data**
**with ONE Plan**

| T-Mobile Internet | 1006.67$^{GB}$ |
|---|---|
| (213) 435-2730 | 25.78$^{GB}$ |
| (213) 435-2747 | 23.24$^{GB}$ |
| (619) 964-1068 | 16.65$^{GB}$ |
| (619) 394-6121 | 11.33$^{GB}$ |
| (619) 838-4493 | 0.00$^{GB}$ |



## T-MOBILE SUBSCRIPTION

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| Account | Netflix Premium with Family Allowances ($25 value) Includes $16.00 Family Discount | $9.00 |
|---|---|---|

## TAXES & FEES

| T-Mobile fees & charges | $0.14 |
|---|---|

**1020 minutes** of talk & **666 messages.**

**But no worries, it's all unlimited with ONE Plan!**

Please see important unlimited plan details below

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government taxes & fees

 The taxes & fees below were summarized as line items above or included in your monthly charges. Here is the breakdown of the individual charges.

### INCLUDED TAXES & FEES

| 1705 PETAL DR, San Diego CA 92114-6935 | |
|---|---|
| ONE Plan Military - before taxes & fees | $78.50 |

| Included T-Mobile fees & charges | |
|---|---|
| Regulatory Fee | $0.01 |

| Included Government taxes & fees | |
|---|---|
| State 988 | $0.08 |
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

### ADDITIONAL T-MOBILE FEES & CHARGES

| SERVICES | | $0.14 |
|---|---|---|
| 1705 PETAL DR, San Diego CA 92114-6935 | | |
| Account | Regulatory Fee | $0.01 |
| Account | Federal Universal Service Fund | $0.13 |

# WHAT YOU NEED TO KNOW

mS! Plan recurring charges include applicable Do8ernwent taves : fees : T𝗑 obile fees : charges as deterwined by your priwary place of use.

**| - iulNfauyPI enysnyf** For inforwation about blocking third?party charges and Gays to pre8ent fraud you can 8isit t?wobile.cow qresponsibilityqconsuwer?infoqadditional?infoq state?regulatory?inforwation

## GVf CBS b CS| | hXCL & UCCL

Do8ernwent taves : fees includes sales, use, evcise, public utility : ! 911 taves : go8ernwental charges : fees that Ge are re_uired by laG to bill : rewit. These way change Githout notice.

## | N𝔟 V𝗑 Œ CUCCL & I Ah BGCL

These fees : charges are T𝗑 obile reco8ery charges, not go8ernwentally iwposed taves. C hat is included in the fees : charges way 8ary by locale : rate plan : is sub𝗟ct to change. These includej

1. Regulatory Prograw s : Telco Neco8ery Fee, collected : retained by usj
   a. Regulatory Prograw s Fee I$0.50 for 8oice lines, $0.12 data only linesR? defrays certain costs for funding : cow plying Gith go8ernwent wandates, prograws, : obligations, like ! 911 and local nuwber portability
   b. Telco Neco8ery Fee I$2.99 for 8oice lines, $1.2+ data only linesR? defrays costs and charges iwposed on us by other carriers for deli8ery of calls frow our custowers to theirs and for certain netGork facilities Ie.g. leasesꟼ operations, and ser8ices Ge obtain to pro8ide you ser8ice
2. Utate : federal ( ni8ersal Uer8ice Fund charges Ireco8ers charges iwposed on us by the go8ernwent to support uni8ersal ser8iceꟼ
3. mther go8ernwental assessw ents including, Githout liwitation, gross receipt : evcise taves.

## Eh| CUCCL

Late Fees, Ghich are assessed up to the highest awount perwitted by laG, way apply on unpaid balances. This fee is a li_uidated dawage : not a penalty.

## FhDb CS| 𝗑D I ACI K

C hen you pay by check, you authoriꟻe us to either use inforwation frow your check to wake a one?tiwe electronic fund transfer I! FTRfrow your account or to process the paywent as a check transaction. 𝔖 Ge process your payw ent by ! FT, the funds way be GithdraGn the sawe day Ge recei8e your check, : your canceled check Gill not be returned. 𝔖 payw ent is returned unpaid, you authoriꟻe us to collect additional fees as outlined in the Terws : ) onditions of Uer8ice at t?wobile.cow qterws?conditions. ) all I+00R937?+997 Gith any _uestions.

## CQRꟼ𝔟 CS| FBV| CI |

! _uipwent Protect by Assurant Iin Puerto Nicoj ) AP
𝔖 Ris for the e_uipwent repair : replacewent you way ha8e selected. Uee ! _uipwent Protection Terws : ) onditions at t? wobile.cow for details.

## I VS| h I | RL

) ontact us Gith any _uestions or disputes about your ser8ice or billj

 **PE mS!**
) all I+00R937?+997 or 611 frow your T𝗑 obile de8ice. TTY Oial 711 to reach a Nelay Agent.

 **𝗑 A𝔖**
C rite to T𝗑 obile ) ustower Nelations, P.m. Bov 373+0, Albu_uer_ue, S 𝗑 +7176?73+0.

🌐 **mS L𝔖!**
VieG your bill : usage details online by logging into your account at t?wobile.cow.

VieG Terws : ) onditions online at t?wobile.cow qterws?conditions and our mpen 8nternet Policy at t?wobile.cow qopeninternet.

Partial wegabytes I𝗑 BRrounded up. 1024 𝗑 B = 1 DB
You can contact the ) alifornia Public ( tilities ) ow wission Gith any cow plaints that T𝗑 obile Gas unable to resol8e at ) onsuwer Affairs Branch, 505 Van Sess A8e., Uan Francisco, ) A 94102, or by calling I+00R6+9?7570 or TOO I+00R229?6+46, or 8isiting their Gebsite at httpjqqGGG.cpuc.ca.go8qcowplaints. 𝔖 you ha8e hearing or speaking liwitations and Gant assistance frow the ) alifornia Nelay Uer8ice, Oial 711 or 8isit httpjqq ddtp.cpuc.ca.go8qrelay.aspv for w ore inforwation.
For inforwation about the ) alifornia PPP Uurcharge, please see httpsjqt?wo.coqj P( )

Ouring congestion, hea8y data users and custowers choosing loGer?prioritiꟻed plans way notice loGer speeds than other custowers. Video typically streaws on swartphoneq tablet at OVO _uality I4+0pR unless you add E O?capable I10+0pR plancqfeature. E igh? speed tethering up to allotwent, if any, and then wav 3D speeds. Uee plan for details.

**CHANGE OF ADDRESS**

| | ! ffecti8e date |
|---|---|
| Address | |
| | |
| ) ity | Utate    Zꟼ𝔖 |
| Eowe phone | Business phone |



Download the T-Mobile Tuesdays app today.

Get free stuff and
great deals every week.

TUES
DAYS
T-MOBILE

CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935





# T-Mobile MONEY goes further.

Join in minutes, and say goodbye to checking account
and overdraft fees.

**Get started at t-mo.co/MONEYBill**

T Mobile MONEY

ACCOUNTS HELD AT
BankMobile
A Division of Customers Bank    Member FDIC

---

✂

Please detach this portion and return with your payment. Please make sure address shows through window.

Pay by phone: *PAY(*729)    Pay online: t-mobile.com/pay

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

| Total due by Dec 09, 2023 | Amount enclosed |
|---|---|
| **$215.39** | |
| **You are paying by AutoPay** | CESAR GARCIA<br>Account number: 963537851 |

☐ **Change your address** - Check box and provide new address on reverse side

04096353785112092300002153944921146935



## TOTAL DUE
# $215.39

Your bill is due by Jan 09, 2024.

AutoPay is scheduled for Jan 07, 2024 using Visa
****7474.

Thanks for paying your last bill of $215.39
on Dec 07, 2023.

# Hi Cesar,

### Here's your bill for Decet ber.

With your ONE Plan plans, you have unlimited talk, text and data. Thanks for
being an awesome T-Mobile customer!

---

## PLANS
# $160.00

5 VOICE LINES = $110.00   |   1 CONNECTED DEVICE = $50.00

**This t omh's charges are nhe sat e as lasnt omh's**

- Account received a total AutoPay discount of $30.00.
- Guess what? You have unlimited minutes, texts and
  data with your plan!

**Your plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $26.25

1 HANDSET = $26.25

**This t omh's charges are nhe sat e as lasnt omh's**

- One month closer to owning your device!

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $29.14

2 ONE PLAN FEATURES = $20.00   |   1 T-MOBILE SUBSCRIPTION = $9.14

**This t omh's charges are nhe sat e as lasnt omh's**

- Call, text, and browse in Mexico & Canada. No setup.
  No roaming charges. Your phone works the moment
  you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+
  countries & destinations around the world
  with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $46.00
**IN TOTAL SAVINGS**

With your promotions and
discounts, you are saving
some extra cash!

## Largest.
## Fastest.
## Most Awarded
## 5G Network.

YOU ARE COVERED IN
# 215+
**countries & destinations**
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some
areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds
for Q4 2022.



## THIS BILL SUMMARY

|  | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals |  | $160.00 | $26.25 | $29.14 | $215.39 |
| Account |  | $80.00 | – | $9.14 | $89.14 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 – Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

## DETAILED CHARGES

### PLANS                                                                 $160.00

**REGULAR CHARGES**                          Dec 17 – Jan 16        $160.00

Charged in advance for bill period Dec 17 - Jan 16. Changes made after Dec 16 will be shown on a future bill.

**VOICE LINES**

| Account | ONE Plan Military<br>Includes $10.00 AutoPay Discount | $80.00 |
|---|---|---|
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 964-1068 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 394-6121 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |

**CONNECTED DEVICE**

| (442) 354-5252 | T-Mobile Home Internet<br>Includes $5.00 AutoPay Discount | $50.00 |
|---|---|---|

### EQUIPMENT                                                            $26.25

**HANDSET**

| (619) 394-6121 | iPhone 12<br>ID: 20230403110759828l, Balance: $419.99, Installment 9 of 24 | $26.25 |
|---|---|---|

### SERVICES                                                             $29.14

**ONE PLAN FEATURES**

| (213) 435-2730 | ONE Plus | $10.00 |
|---|---|---|
| (213) 435-2747 | ONE Plus | $10.00 |

### YOU SAVED

| TOTAL | $46.00 |
|---|---|
| AutoPay discounts<br>$5 discount per line for applicable lines on your account | $30.00 |
| Subscription discounts<br>Discounts on subscription services through T-Mobile | $16.00 |

### YOU USED

**751.73<sup>GB</sup>**

**of unlimited data with ONE Plan**

| T-Mobile Internet | 719.56<sup>GB</sup> |
|---|---|
| (213) 435-2730 | 16.75<sup>GB</sup> |
| (213) 435-2747 | 12.38<sup>GB</sup> |
| (619) 964-1068 | 1.94<sup>GB</sup> |
| (619) 394-6121 | 1.10<sup>GB</sup> |
| (619) 838-4493 | 0.00<sup>GB</sup> |



## T-MOBILE SUBSCRIPTION

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| | | |
|---|---|---|
| Account | Netflix Premium with Family Allowances ($25 value) | $9.00 |
| | **Includes $16.00 Family Discount** | |

## TAXES & FEES

| | |
|---|---|
| T-Mobile fees & charges | $0.14 |

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government
taxes & fees



The taxes & fees below were summarized as line
items above or included in your monthly charges.
Here is the breakdown of the individual charges.

## INCLUDED TAXES & FEES

**1705 PETAL DR, San Diego CA 92114-6935**

| | |
|---|---|
| ONE Plan Military - before taxes & fees | $78.50 |

**Included T-Mobile fees & charges**

| | |
|---|---|
| Regulatory Fee | $0.01 |

**Included Government taxes & fees**

| | |
|---|---|
| State 988 | $0.08 |
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

## ADDITIONAL T-MOBILE FEES & CHARGES

| SERVICES | | $0.14 |
|---|---|---|
| **1705 PETAL DR, San Diego CA 92114-6935** | | |
| Account | Regulatory Fee | $0.01 |
| Account | Federal Universal Service Fund | $0.13 |

**2015 minutes** of talk &
**748 messages.**

**But no worries, it's all
unlimited with ONE Plan!**
Please see important unlimited plan details
below

Case 2:24-bk-13211-DS    Doc 14    Filed 07/02/24    Entered 07/02/24 12:43:58    Desc
Main Document      Page 120 of 246

Bill issue date
Dec 16, 2023

Account

Page
5 of 6

# WHAT YOU NEED TO KNOW

ONE Plan recurring charges include applicable Government taxes & fees & T-Mobile fees & charges as determined by your primary place of use.

## GOVERNMENT TAXES & FEES
Government taxes & fees includes sales, use, excise, public utility & E911 taxes & governmental charges & fees that we are required by law to bill & remit. These may change without notice.

## T-MOBILE FEES & CHARGES
These fees & charges are T-Mobile recovery charges, not governmentally imposed taxes. What is included in the fees & charges may vary by locale & rate plan & is subject to change. These include:

1. Regulatory Programs & Telco Recovery Fee, collected & retained by us:
   a. Regulatory Programs Fee ($0.50 for voice lines, $0.12 data only lines) - defrays certain costs for funding & complying with government mandates, programs, & obligations, like E911 and local number portability
   b. Telco Recovery Fee ($2.99 for voice lines, $1.28 data only lines) - defrays costs and charges imposed on us by other carriers for delivery of calls from our customers to theirs and for certain network facilities (e.g. leases), operations, and services we obtain to provide you service
2. State & federal Universal Service Fund charges (recovers charges imposed on us by the government to support universal service).
3. Other governmental assessments including, without limitation, gross receipt & excise taxes.

## LATE FEES
Late Fees, which are assessed up to the highest amount permitted by law, may apply on unpaid balances. This fee is a liquidated damage & not a penalty.

## PAYMENT BY CHECK
When you pay by check, you authorize us to either use information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. If we process your payment by EFT, the funds may be withdrawn the same day we receive your check, & your canceled check will not be returned. If payment is returned unpaid, you authorize us to collect additional fees as outlined in the Terms & Conditions of Service at t-mobile.com/terms-conditions. Call (800) 937-8997 with any questions.

## EQUIPMENT PROTECT
Equipment Protect by Assurant (in Puerto Rico: CAPIC) is for the equipment repair & replacement you may have selected. See Equipment Protection Terms & Conditions at t-mobile.com for details.

## CONTACT US
Contact us with any questions or disputes about your service or bill:

 PHONE

Call (800) 937-8997 or 611 from your T-Mobile device. TTY Dial 711 to reach a Relay Agent.

 MAIL

Write to T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380.

 ONLINE

View your bill & usage details online by logging into your account at t-mobile.com.

View Terms & Conditions online at t-mobile.com/terms-conditions and our Open Internet Policy at t-mobile.com/openinternet.

Partial megabytes (MB) rounded up. 1024 MB = 1 GB
You can contact the California Public Utilities Commission with any complaints that T-Mobile was unable to resolve at Consumer Affairs Branch, 505 Van Ness Ave., San Francisco, CA 94102, or by calling (800) 649-7570 or TDD (800) 229-6846, or visiting their website at http://www.cpuc.ca.gov/complaints. If you have hearing or speaking limitations and want assistance from the California Relay Service, Dial 711 or visit http://ddtp.cpuc.ca.gov/relay.aspx for more information.
For information about the California PPP Surcharge, please see https://t-mo.co/CPUC

During congestion, heavy data users and customers choosing lower-prioritized plans may notice lower speeds than other customers. Video typically streams on smartphone/tablet at DVD quality (480p), unless you add HD-capable (1080p) plan/feature. High-speed tethering up to allotment, if any, and then max 3G speeds. See plan for details.

| CHANGE OF ADDRESS | | Effective date | |
|---|---|---|---|
| Address | | | |
| City | | State | ZIP |
| Home phone | | Business phone | |



Download the T-Mobile Tuesdays app today.

Get free stuff and
great deals every week.

TUES
DAYS
T-MOBILE

CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935





# T-Mobile MONEY goes further.

Join in minutes, and say goodbye to checking account
and overdraft fees.

**Get started at t-mo.co/MONEYBill**

T-Mobile MONEY

ACCOUNTS HELD AT
BankMobile  Member FDIC
A Division of Customers Bank

✂ - - - - - - - - - - - - - - - -

Please detach th s port on and return w th your payment. Please make sure address shows through w ndow.

Pay by phone: *PAY(*729)    Pay online: t-mobile.com/pay

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

| Total due by Jan 09, 2024 | Amount enclosed |
|---|---|
| **$215.39** | |
| You are paying by AutoPay | CESAR GARCIA |
| | Account number: 963537851 |

☐ **Change your address** - Check box and provide new address on reverse side

04096353785101092400002153969211146935



## TOTAL DUE
# $215.42

Your bill is due by Jeb 09, 2024.

AutoPay is scheduled for Jeb 07, 2024 using Visa ****7474.

Thanks for paying your last bill of $215.39 on Dan 07, 2024.

# Hi Cesar,

### Here's your bill for January.

With your ONE Plan plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS
# $160.00

δ≤OΙ ŒLⁿΝSⁿL=$o 110|00oTd≤Ι SSLEYLu⌐LOŒLⁿ$o 50|00o

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $30.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**r f pl arec icdrps: HA**

- 5G access at no extra cost
- Best-in-wireless scam protection

@etails / t-mo.coⱢPlans

---

## EQUIPMENT
# $26.25

d⌐ - Su=LY$o 26|25o

**This month's charges are the same as last month's**

- One month closer to owning your device!

**YM Ɏⁿ f t in y eaa n ꟼꞪcⱢf p : eHrFA**

- Pay your bill anytimeⱢanywhere
- Cpgrade your phone
- Get 24Ⱡ7 support

@ownload the app / t-mo.coⱢApp

---

## SERVICES
# $29.17

⌐4 SⱢd⌐N- SⱤL- YB4L=$o 20|00oTd⌐Ɏⁿ Ι xΘLⱤBx=E4ⱭⱲYᶜ S$o 9|17o

**This month's charges are $0.03 more**

**uePe ecs P₂ gꞪcⱲet Ⱡf es A**

- &tay connected and up to date in 215S countries + destinations around the world with non-stop data and texts

@etails / t-mo.coⱮntRoam

---

rlⱭh-ΘL
# 36|00

IN TOTAL SAVINGS

miꞪⱮꟼf pl alf v f Ɦlf cHecs
siꞪⱠf pcꞪ꟦ Ff p el: He! icⱲ
HⱠf v : : gꞪe deHⱮ

# Largest.
# Fastest.
# Most Awarded
# 5G Network.

YOU ARE COVERED IN

# 215+

countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

# THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| **Totals** | | $160.00 | $26.25 | $29.17 | $215.42 |
| Account | | $80.00 | – | $9.17 | $89.17 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 – Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

# DETAILED CHARGES

## PLANS                                                      $160.00

### REGULAR CHARGES                      Jan 17 – Feb 16     $160.00

Charged in advance for bill period Jan 17 – Feb 16. Changes made after Jan 16 will be shown on a future bill.

**VOICE LINES**

| | | |
|---|---|---|
| Account | ONE Plan Military<br>Includes $10.00 AutoPay Discount | $80.00 |
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 964-1068 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 394-6121 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |

**CONNECTED DEVICE**

| | | |
|---|---|---|
| (442) 354-5252 | T-Mobile Home Internet<br>Includes $5.00 AutoPay Discount | $50.00 |

## EQUIPMENT                                                   $26.25

**HANDSET**

| | | |
|---|---|---|
| (619) 394-6121 | iPhone 12<br>ID: 20230403110759828I, Balance: $393.74, Installment 10 of 24 | $26.25 |

## SERVICES                                                    $29.17

**ONE PLAN FEATURES**

| | | |
|---|---|---|
| (213) 435-2730 | ONE Plus | $10.00 |
| (213) 435-2747 | ONE Plus | $10.00 |

---

## YOU SAVED

| **TOTAL** | **$46.00** |
|---|---|
| AutoPay discounts<br>$5 discount per line for applicable lines on your account | $30.00 |
| Subscription discounts<br>Discounts on subscription services through T-Mobile | $16.00 |

## YOU USED

**1187.98<sup>GB</sup>**

of unlimited data with ONE Plan

| | |
|---|---|
| T-Mobile Internet | **1133.46<sup>GB</sup>** |
| (213) 435-2730 | **31.05<sup>GB</sup>** |
| (213) 435-2747 | **17.91<sup>GB</sup>** |
| (619) 964-1068 | **3.32<sup>GB</sup>** |
| (619) 394-6121 | **2.24<sup>GB</sup>** |
| (619) 838-4493 | **0.00<sup>GB</sup>** |





**T-MOBILE SUBSCRIPTION**

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| Account | Netflix Premium - T-Mobile Offer Includes $16.00 Family Discount | $9.00 |
|---|---|---|

**1628 minutes** of talk & **607 messages.**

**But no worries, it's all unlimited with ONE Plan!**

Please see important unlimited plan details below

**TAXES & FEES**

| T-Mobile fees & charges | $0.17 |
|---|---|

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government taxes & fees



The taxes & fees below were summarized as line items above or included in your monthly charges. Here is the breakdown of the individual charges.

**INCLUDED TAXES & FEES**

**1705 PETAL DR, San Diego CA 92114-6935**

| ONE Plan Military - before taxes & fees | $78.50 |
|---|---|

**Included T-Mobile fees & charges**

| Regulatory Fee | $0.01 |
|---|---|

**Included Government taxes & fees**

| State 988 | $0.08 |
|---|---|
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

**ADDITIONAL T-MOBILE FEES & CHARGES**

| SERVICES | $0.17 |
|---|---|

**1705 PETAL DR, San Diego CA 92114-6935**

| Account | Regulatory Fee | $0.03 |
|---|---|---|
| Account | Federal Universal Service Fund | $0.14 |



| Bill issue date | Account | Page |
|---|---|---|
| Dec 16, 2023 | | 5 of 6 |

## WHAT YOU NEED TO KNOW

ONE Plan recurring charges include applicable Government taxes + fees + T-Mobile fees + charges as determined by your primary place of use.

### GOVERNMENT TAXES + FEES
Government taxes + fees includes sales, use, excise, public utility + E911 taxes + governmental charges + fees that we are required by law to bill + remit. These may change without notice.

### T-MOBILE FEES + CHARGES
These fees + charges are T-Mobile recovery charges, not governmentally imposed taxes. What is included in the fees + charges may vary by locale + rate plan + is subject to change. These include:

1. Regulatory Programs + Telco Recovery Jee, collected + retained by us:
   a. Regulatory Programs Jee ($0.50 for voice lines, $0.12 data only lines) - defrays certain costs for funding + complying with government mandates, programs, + obligations, like E911 and local number portability
   b. Telco Recovery Jee ($2.99 for voice lines, $1.28 data only lines) - defrays costs and charges imposed on us by other carriers for delivery of calls from our customers to theirs and for certain network facilities (e.g. leases), operations, and services we obtain to provide you service
2. State + federal Universal Service Jund charges (recovers charges imposed on us by the government to support universal service).
3. Other governmental assessments including, without limitation, gross receipt + excise taxes.

### LATE FEE
Late Jees, which are assessed up to the highest amount permitted by law, may apply on unpaid balances. This fee is a liquidated damage + not a penalty.

### PAYING BY CHECK
When you pay by check, you authorize us to either use information from your check to make a one-time electronic fund transfer (EJT) from your account or to process the payment as a check transaction. If we process your payment by EJT, the funds may be withdrawn the same day we receive your check, + your canceled check will not be returned. If payment is returned unpaid, you authorize us to collect additional fees as outlined in the Terms + Conditions of Service at t-mobile.com\terms-conditions. Hall (800) 937-8997 with any questions.

### EQUIPMENT PROTECTION PROGRAM
Equipment Protect by Assurant (in Puerto Rico: HAPIH) is for the equipment repair + replacement you may have selected. See Equipment Protection Terms + Conditions at t-mobile.com for details.

### NEED HELP?
Hontact us with any questions or disputes about your service or bill:

 PHONE
Hall (800) 937-8997 or 611 from your T-Mobile device. TTY @al 711 to reach a Relay Agent.

 MAIL
Write to T-Mobile Hustomer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380.

 ONLINE
View your bill + usage details online by logging into your account at t-mobile.com.

View Terms + Honditions online at t-mobile.com\terms-conditions and our Open Internet Policy at t-mobile.com\openinternet.

Partial megabytes (MB) rounded up. 1024 MB = 1 GB
You can contact the Halifornia Public Ctilities Hommission with any complaints that T-Mobile was unable to resolve at Honsumer Affairs Branch, 505 Van Ness Ave., San Jrancisco, HA 94102, or by calling (800) 649-7570 or T@@(800) 229-6846, or visiting their website at http:\\www.cpuc.ca.gov\complaints. If you have hearing or speaking limitations and want assistance from the Halifornia Relay Service, @al 711 or visit http:\\ ddtp.cpuc.ca.gov\relay.aspx for more information.
Jor information about the Halifornia PPP &urcharge, please see https:\\t-mo.co\HPCH

@uring congestion, heavy data users and customers choosing lower-prioritized plans may notice lower speeds than other customers. Video typically streams on smartphone\ tablet at @V@quality (480p), unless you add H@capable (1080p) plan\feature. High-speed tethering up to allotment, if any, and then max 3G speeds. See plan for details.

---

## CHANGE OF ADDRESS

| | Effective date |
|---|---|
| Address | |

| Hity | State | ZIP |
|---|---|---|
| Home phone | Business phone | |



Download the T-Mobile Tuesdays app today.

Google Play   App Store

Get free stuff and
great deals every week.

TUES
DAYS
T-MOBILE

CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935



# Keep more of your money.

Join in minutes, and say goodbye to account fees.

## Get started at t-mobilemoney.com

T Mobile
MONEY

POWERED BY   Accounts provided
Bmtx        by Customers Bank
            Member FDIC



✂

Please detach th s port on and return w th your payment. Please make sure address shows through w ndow.

Pay by phone: *PAY(*729)   Pay online: t-mobile.com/pay

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

Total due by Feb 09, 2024 | Amount enclosed
--- | ---
**$215.42** | 

You are paying by AutoPay

CESAR GARCIA
Account number: 963537851

☐ **Change your address** - Check box and provide new address on reverse side

0409635378510209240000215429921146935



Bill issue date    Account    Page
Sep 16, 2023    1 of 6

## TOTAL DUE

# $222¹⁵.

Your bill is due by J ar 09, 2024.

AutoPay is scheduled for J ar 07, 2024 using Visa ****7474.

Thanks for paying your last bill of $215.42 on3 eb 17, 2024.

## 3 9Hi Cesa

### 3 i si rC, ' ys o9ul sl i osyes, 1

D ith your WON Plan plans, you haEe unliv ited talk, temt and data. Thanks for being an ax esov e TwJ obile custov er-

---

## f LAc t

# $PNS¹⁵⁵

T69C0 ' hm6rCn6esgi Cesi n6i Qe0 i eCueOm0 ' hm6rC

- Account receiEed a total AutoPay discount of $M0.00.
- ! uess x hatGYou haEe unliv ited v inutes, temts and data x ith your plan-

r fl anicd sd: il HeAh

- 5! access at no entra cost
- Bestvinw ireless scav protection

? etails @ tw o.co/Plans

---

## EQUIf MEc T

# $2N¹²⁵

T69C0 ' hm6rCn6esgi Cesi n6i Qe0 i eCueOm0 ' hm6rC

- Whe v onth closer to ox ning your deEice-

Ybe Y⁹t f psiey cnn iePAFf l ecA6Fh

- Pay your bill antiv e/anyx here
- Upgrade your phone
- ! et 24/7 support

? ox nload the app @ tw o.co/App

---

## t ERVIHEt

# $. N²⁴

T69C0 ' hm6rCn6esgi Cesi $G0PP 0 ' si

- NffectiEe Canuary 25, the nex discounted rate of your Oetflimsubscription x ill v oEe to $1&00/v o. or v ore inforv ation on your Oetflimbenefit and options, go to https5/x x x .tw obile.cov /support/plansv features/ rs504.

u cPc cdH PegPad4 cpaf cHh

- +tay connected and up to date in 215I countries R destinations around the x orld x ith nonwstop data and temts

? etails @ tw o.co/9ht( oav

---

r I R - M0L

| 56 ⁹⁹

Ic TOTAL t AVIc Gt

WsPo Ff l ana fmf Psf dAcdH
HsA: f l dPA, Ff l ca e Acvsd4
Af me egPac : cAb!

## Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN

# 215+

countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.



Bill issue date
Feb 16, 2024

Account

# THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals | | $160.00 | $26.25 | $36.28 | $222.53 |
| Account | | $80.00 | – | $16.28 | $96.28 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 – Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

# DETAILED CHARGES

## PLANS                                                      $160.00

### REGULAR CHARGES                 Feb 17 - Mar 16      $160.00

Charged in advance for bill period Feb 17 - Mar 18. Changes made after Feb 16 will be shown on a future bill.

### VOICE LINES

| | | |
|---|---|---|
| Account | ONE Plan Military<br>Includes $10.00 AutoPay Discount | $80.00 |
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 964-1068 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 394-6121 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |

### CONNECTED DEVICE

| | | |
|---|---|---|
| (442) 354-5252 | T-Mobile Home Internet<br>Includes $5.00 AutoPay Discount | $50.00 |

## EQUIPMENT                                                 $26.25

### HANDSET

| | | |
|---|---|---|
| (619) 394-6121 | iPhone 12<br>ID: 20230403110759281, Balance: $367.49, Installment 11 of 24 | $26.25 |

## SERVICES                                                  $36.28

### ONE PLAN FEATURES

| | | |
|---|---|---|
| (213) 435-2730 | ONE Plus | $10.00 |
| (213) 435-2747 | ONE Plus | $10.00 |

## YOU SAVED

| TOTAL | $36.99 |
|---|---|
| AutoPay discounts<br>$5 discount per line for applicable lines on your account | $30.00 |
| Subscription discounts<br>Discounts on subscription services through T-Mobile | $6.99 |

## YOU USED

**897.78**GB
**of unlimited data
with ONE Plan**

| T-Mobile Internet | 862.54GB |
|---|---|
| (213) 435-2730 | 23.15GB |
| (213) 435-2747 | 7.42GB |
| (619) 964-1068 | 2.95GB |
| (619) 394-6121 | 1.72GB |
| (619) 838-4493 | 0.00GB |

Case 2:24-bk-13211-DS    Doc 14    Filed 07/02/24    Entered 07/02/24 12:43:58    Desc
Main Document    Page 129 of 246

Bill issue date
Feb 16, 2024

Account

Page
3 of 6



## T-MOBILE SUBSCRIPTION

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| Account | Netflix Premium - T-Mobile Offer Includes $6.99 Family Discount | $16.00 |
|---|---|---|

## TAXES & FEES

| T-Mobile fees & charges | $0.28 |
|---|---|

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government taxes & fees



The taxes & fees below were summarized as line items above or included in your monthly charges. Here is the breakdown of the individual charges.

### INCLUDED TAXES & FEES

**1705 PETAL DR, San Diego CA 92114-6935**

| ONE Plan Military - before taxes & fees | $78.50 |
|---|---|

| Included T-Mobile fees & charges | |
|---|---|
| Regulatory Fee | $0.01 |

| Included Government taxes & fees | |
|---|---|
| State 988 | $0.08 |
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

### ADDITIONAL T-MOBILE FEES & CHARGES

| SERVICES | $0.28 |
|---|---|
| 1705 PETAL DR, San Diego CA 92114-6935 | |
| Account | Regulatory Fee | $0.04 |
| Account | Federal Universal Service Fund | $0.24 |

**2825 minutes** of talk & **536 messages.**

## But no worries, it's all unlimited with ONE Plan!

Please see important unlimited plan details below



| | Bill issue date | Account | Page |
|---|---|---|---|
| | Sep 16, 2023 | | 5 of 6 |

# W3AT YOU cEED TO KcOW

**WON Plan recurring charges** include applicable ! oEernv ent tanes R fees R Twl obile fees R charges as deterv ined by your priv ary place of use.

## =ePVg fd RA
The Oetflimbenefit aEailable for your plan has changed. or v ore details, EisitStw v obile.cov /tEwstreav ing/netflimonwus.

## GI OLB=t L=Y YMXL$ & SLL$
! oEernv ent tanes R fees includes sales, use, encise, public utility R N911 tanes R goEernv ental charges R fees that x e are rej uired by lax to bill R rev it. These v ay change x ithout notice.

## Y°t I x0L SLL$ & E- MBGL$
These fees R charges are Twl obile recoEery charges, not goEernv entally iv posed tanes. D hat is included in the fees R charges v ay Eary by locale R rate plan R is sub:ect to change. These includeS

1. ( egulatory Progav s R Telco ( ecoEery ee, collected R retained by usS
   a. ( egulatory Progav s ee d$0.50 for Eoice lines, $0.12 data only linesHwdefrays certain costs for funding R cov plying x ith goEernv ent v andates, progav s, R obligations, like N911 and local nuv ber portability
   b. Telco ( ecoEery ee d$2.99 for Eoice lines, $1.2) data only linesHwdefrays costs and charges iv posed on us by other carriers for deliEery of calls frov our custov ers to theirs and for certain netx ork facilities 6e.g. leasesHj operations, and serEices x e obtain to proEide you serEice
2. +tate R federal UniEersal +erEice und charges 6recoEers charges iv posed on us by the goEernv ent to support uniEersal serEiceH
M When goEernv ental assessv ents including, x ithout liv itation, gross receipt R encise tanes.

## NMYL SLL$
Late ees, x hich are assessed up to the highest av ount perv itted by lax , v ay apply on unpaid balances. This fee is a lij uidated dav age R not a penalty.

## UM• t L=Y xr E- LEK
D hen you pay by check, you authorize us to either use inforv ation frov your check to x ake a onevtiv e electronic fund transfer 6N THfrov your account or to process the payv ent as a check transaction. 8 x e process your payv ent by N T, the funds v ay be x ithdrax n the sav e day x e receiEe your check, R your canceled check x ill not be returned. 8 payv ent is returned unpaid, you authorize us to collect additional fees as outlined in the Terv s R Honditions of +erEice at tw obile.cov /terv swconditions. Hall 6) 00H9M7w) 997 x ith any j uestions.

---

## LQR0Ut L=YUBI YLEY
Nj uipv ent Protect by Assurant 6n Puerto ( icoSHAP8HHis for the ej uipv ent repair R replacev ent you v ay haEe selected. +ee Nj uipv ent Protection Terv s R Honditions at tw v obile.cov for details.

## EI =YMEYR$
Hontact us x ith any j uestions or disputes about your serEice or billS

 **PF WON**
Hall 6) 00H9M7w) 997 or &11 frov your Twl obile deEice. TTY ? ial 711 to reach a ( elay Agent.

 **J A8L**
D rite to Twl obile Hustov er ( elations, P.W BomM7M) 0, Albuj uerj ue, OJ ) 717&7M) 0.

 **WOL80N**
Viex your bill R usage details online by logging into your account at tw obile.cov .

Viex Terv s R Honditions online at tw obile.cov /terv swconditions and our Wpen 8nternet Policy at tw obile.cov /openinternet.

Partial v egabytes 6J B Hrounded up. 1024 J B = 1 ! B

You can contact the Halifornia Public Utilities Hov v ission x ith any cov plaints that Twl obile x as unable to resolEe at Honsuv er Affairs Branch, 505 Van Oess AEe., +an rancisco, HA 94102, or by calling 6) 00H&49w7570 or T? ? 6) 00H229w&) 4&, or Eisiting their x ebsite at httpS//x x x .cpuc.ca.goE/cov plaints. 8 you haEe hearing or speaking liv itations and x ant assistance frov the Halifornia ( elay +erEice, ? ial 711 or Eisit httpS// ddtp.cpuc.ca.goE/relay.aspmfor v ore inforv ation.

or inforv ation about the Halifornia PPP +urcharge, please see httpsS//tw o.co/HPUH

? uring congestion, heaEy data users and custov ers choosing lox erwprioritized plans v ay notice lox er speeds than other custov ers. Video typically streav s on sv artphone/ tablet at ? V? j uality 64) 0pHunless you add F ? vcapable 610) 0pHplan/feature. F ighw speed tethering up to allotv ent, if any, and then v amM speeds. +ee plan for details.

---

| H3Ac GE Ol ADDREtt | | NffectiEe date | |
|---|---|---|---|
| Address | | | |
| Hity | | +tate | Z8P |
| Fov e phone | | Business phone | |



Download the T-Mobile Tuesdays app today.

Get free stuff and great deals every week.

CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935





# Keep more of your money.

Join in minutes, and say goodbye to account fees.

**Get started at t-mobilemoney.com**

**T Mobile MONEY**

POWERED BY **Bmtx** | Accounts provided by Customers Bank Member FDIC

---

Please detach th s port on and return w th your payment. Please make sure address shows through w ndow.

Pay by phone: *PAY(*729)   Pay online: t-mobile.com/pay



T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

Total due by Mar 09, 2024 | Amount enclosed

**$222.53**

You are paying by AutoPay

CESAR GARCIA
Account number: 963537851

☐ **Change your address** - Check box and provide new address on reverse side

040963537851030924000022253192114 6935





## TOTAL DUE
# $222¹⁵.

Your bill is due by AOr 09, 2023.

AutoPay is scheduled for AOr 07, 2023 using Visa ****7373.

4hanTs for Oaying your last bill of k 222.p$ on 1S ar1D ,2023.

# 3 9Hi Cesa
## 3 i si rC,' yso9uU sl esfc1

S ith your 8 CmPlan Olans, you ha! e unliwited talT, tevt and data. 4hanTs for being an aGesowe 4?5 obile custowerx

## t LAPN
# $S60⁰⁰

G6OI ŒLAaG LS o ф 110TO0oDdsEl ==LEYLuaiLOŒLo φ 50TO0o

Tc?Ch ' mmcrCf ccesgi Cesi nci Œhi eCueŒnh ' mmcrC

- Account recei! ed a total AutoPay discount of k $0.00.
- - uess GhatDYou ha! e unliwited winutes, tevts and data Gith your Olanx

rf l parei d dri s: HA

- p- access at no evtra cost
- Best?ln?Gireless scaw Orotection

@etails /  t?wo.cooPlans

## EQUIt l EPT
# $26¹²⁵

d dh - =u$LYo φ 261?5o

Tc?Ch ' mmcrCf ccesgi Cesi nci Œhi eCueŒnh ' mmcrC

- 8 ne wonth closer to oGning your de! icex

YM YbS f ®mt eaa n yHPfl : eHbPA

- Pay your bill anytiwe опапуGhere
- ( Ograde your Ohone
- - et 23ф7 su00ort

@oGnload the aOO /  t?wo.cooAOO

## NEMRIHEN
# $. 6¹²V

G2d =LGFN- =dL- YRBL$o φ 20TO0oDd1d!S I xOdL&Rx$EBŒFYG =o φ 16T2 o

Tc?Ch ' mmcrCf ccesgi Cesi nci Œhi eCueŒnh ' mmcrC

- ) all, tevt, and broGse in 5 evico :  ) anada. Co setuO. Co roawing charges. Your Ohone GorTs the wow ent you arri! e.

ueye ei s y: gyd 4 e® pf es A

- Utay connected and uO to date in 2MP& countries :  destinations around the Gorld Gith non?stoO data and tevts

@etails /  t?wo.cooMt+oaw

r l Rh -OL

| 56⁷⁹⁹

WoyMPf l papf mf yd i Hei s sdHdf li yH Pfl en Hevd 4 Hf m: : gype deHM

IP TOTAL NARIP 4 N

# Largest.
# Fastest.
# Most Awarded
# 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.



# THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals | | $160.00 | $26.25 | $36.28 | $222.53 |
| Account | | $80.00 | – | $16.28 | $96.28 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 – Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

# DETAILED CHARGES

## PLANS $160.00

### REGULAR CHARGES

| | | Mar 17 - Apr 16 | $160.00 |
|---|---|---|---|

Charged in advance for bill period Mar 17 - Apr 16. Changes made after Mar 16 will be shown on a future bill.

### VOICE LINES

| Account | ONE Plan Military<br>Includes $10.00 AutoPay Discount | $80.00 |
|---|---|---|
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 964-1068 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 394-6121 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |

### CONNECTED DEVICE

| (442) 354-5252 | T-Mobile Home Internet<br>Includes $5.00 AutoPay Discount | $50.00 |
|---|---|---|

## EQUIPMENT $26.25

### HANDSET

| (619) 394-6121 | iPhone 12<br>ID: 20230403110759281, Balance: $341.24, Installment 12 of 24 | $26.25 |
|---|---|---|

## SERVICES $36.28

### ONE PLAN FEATURES

| (213) 435-2730 | ONE Plus | $10.00 |
|---|---|---|
| (213) 435-2747 | ONE Plus | $10.00 |

## YOU SAVED

| TOTAL | $36.99 |
|---|---|
| AutoPay discounts<br>$5 discount per line for applicable lines on your account | $30.00 |
| Subscription discounts<br>Discounts on subscription services through T-Mobile | $6.99 |

## YOU USED

**760.45<sup>GB</sup>**
**of unlimited data**
**with ONE Plan**

| T-Mobile Internet | 731.20<sup>GB</sup> |
|---|---|
| (213) 435-2730 | 22.58<sup>GB</sup> |
| (213) 435-2747 | 4.40<sup>GB</sup> |
| (619) 964-1068 | 2.06<sup>GB</sup> |
| (619) 394-6121 | 0.21<sup>GB</sup> |
| (619) 838-4493 | 0.00<sup>GB</sup> |





**T-MOBILE SUBSCRIPTION**

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| Account | Netflix Premium - T-Mobile Offer Includes $6.99 Family Discount | $16.00 |
|---------|------------------------------------------------------------------|--------|

**TAXES & FEES**

| T-Mobile fees & charges | $0.28 |
|-------------------------|-------|

**2348 minutes** of talk & **450 messages.**

**But no worries, it's all unlimited with ONE Plan!**

Please see important unlimited plan details below

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government taxes & fees



The taxes & fees below were summarized as line items above or included in your monthly charges. Here is the breakdown of the individual charges.

**INCLUDED TAXES & FEES**

| 1705 PETAL DR, San Diego CA 92114-6935 | |
|----------------------------------------|--------|
| ONE Plan Military - before taxes & fees | $78.50 |

| Included T-Mobile fees & charges | |
|----------------------------------|-------|
| Regulatory Fee | $0.01 |

| Included Government taxes & fees | |
|----------------------------------|-------|
| State 988 | $0.08 |
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

**ADDITIONAL T-MOBILE FEES & CHARGES**

| SERVICES | $0.28 |
|----------|-------|
| 1705 PETAL DR, San Diego CA 92114-6935 | |
| Account | Regulatory Fee | $0.04 |
| Account | Federal Universal Service Fund | $0.24 |



| Account | Page |
| --- | --- |
| ▬▬▬▬ | 5d V6 |

# W3 AT GOU PEED TO KPOW

8 CmPlan recurring charges include a0Olicable - o! ernwent taves :  fees :  4?5 obile fees :  charges as deterwined by your Oriwary Olace of use.

## GI OLB= S L= Y Y- XL$ & ULL$

- o! ernwent taves :  fees includes sales, use, evcise, Oublic utility :  m9Mmtaves :  go! ernwental charges :  fees that Ge are re_ uired by laG to bill :  rewit. 4hese way change Github out notice.

## YtS I x0N ULL$ & Eh - BGL$

4hese fees :  charges are 4?5 obile reco! ery charges, not go! ernwentally iw0Osed taves. S hat is included in the fees :  charges way ! ary by locale :  rate Olan :  is sub9Vct to change. 4hese includej

M   +egulatory Prograw s :  4elco +eco! ery Fee R0.p0 for ! oice lines, k0.M2 data only lines6? defrays certain costs for funding :  cow0Iying Gith go! ernwent wandates, Orograw s, :  obligations, liTe m9Mmand local nuw ber Oortability

   a.   +egulatory Prograw s Fee R0.p0 for ! oice lines, k0.M2 data only lines6? defrays certain costs for funding :  cow0Iying Gith go! ernwent wandates, Orograw s, :  obligations, liTe m9Mmand local nuw ber Oortability

   b.   4elco +eco! ery Fee R2.99 for ! oice lines, kM2  data only lines6? defrays costs and charges iw0Osed on us by other carriers for deli! ery of calls frow our custow ers to theirs and for certain netGorT facilities R.g. leases6 o0erations, and ser! ices Ge obtain to ! ide you ser! ice

2.   Utate :  federal ( ni! ersal Uer! ice Fund charges Reco! ers charges iw0Osed on us by the go! ernwent to su00ort uni! ersal ser! ice6

$.   8 ther go! ernwental assessw ents including, Githout liw itation, gross receiOt :  evcise taves.

## N- YL ULL$

Late Fees, Ghich are assessed u0 to the highest aw ount 0erw itted by laG, way a00Iy on un0aid balances. 4his fee is a li_ uidated daw age :  not a 0enalty.

## F- r S L= Y x r  EhLEK

S hen you 0ay by checT, you authoriFe us to either use inforw ation frow your checT to waTe a one?tiwe electronic fund transfer RhF46 frow your account or to 0rocess the 0aywent as a checT transaction. NI Ge 0rocess your 0aywent by nF4, the funds way be Githdra6n the saw e day Ge recei! e your checT, :  your canceled checT Gill not be returned. NI 0aywent is returned un0aid, you authoriFe us to collect additional fees as outlined in the 4erws :  ) onditions of Uer! ice at t?wobile.cow qterws?conditions. ) all R 0069$7? 997 Gith any _ uestions.

## LQRDF$ L= Y FBI  YLEY

m_ uiOw ent Protect by Assurant Rn Puerto +icoj ) APN 6is for the e_ uiOw ent reOair :  reOlacew ent you w ay ha! e selected. Uee m_ uiOw ent Protection 4erws :  ) onditions at t?wobile.cow for details.

## EI = Y- EYR$

) ontact us Gith any _ uestions or disOutes about your ser! ice or billj


PE8 Cm
) all R 0069$7? 997 or I MMfrow your 4?5 obile de! ice. 44Y @al 7MMto reach a +elay Agent.


5 ANL
S rite to 4?5 obile ) ustow er +elations, P.8. Bov $7$  0, Albu_ uer_ ue, C5   7M?I ?7$  0.

🌐 8 CLNCm
VieG your bill :  usage details online by logging into your account at t?wobile.cow.

VieG 4erw s :  ) onditions online at t?wobile.cow qterw s?conditions and our 8 Oen Nnternet Policy at t?wobile.cow q0Oeninternet.

Partial w egabytes R5 B6rounded u0. M023 5 B = M- B
You can contact the ) alifornia Public ( tilities ) ow wission Gith any cow Olaints that 4?5 obile Gas unable to resol! e at ) onsuwer Affairs Branch, p0p Van Cess A! e., Uan Francisco, ) A 93M02, or by calling R 006I 39?7p70 or 4@@R 0062229?I   3I , or ! isiting their Gebsite at httOqqGGG.cOuc.ca.go! qcow Olaints. NI you ha! e hearing or sOeaTing liw itations and Gant assistance how the ) alifornia +elay Uer! ice, @al 7MMor ! isit httOqq ddtOcOuc.ca.go! qrelay.asOv for w ore inforw ation.
For inforw ation about the ) alifornia PPP Uurcharge, Olease see httOsqqt?wo.coqJ P( )

@uring congestion, hea! y data users and custow ers choosing loGer?OrioritiFed Olans way notice loGer sOeeds than other custow ers. Video ty0ically streaw s on sw artOhoneq tablet at @V@_ uality R8  00G, unless you add E @7aOable R80  006Olandqfeature. E igh? sOeed tethering u0 to allotwent, if any, and then wav $-  sOeeds. Uee Olan for details.

Voicew ail to 4evt is not cow Oatible Gith Li! e Voicew ail. 4o continue using the ser! ice, Olease ad9Wst your iPhone settings. For w ore tiOs and su00ort, ! isit t?wo.coqJvoicew ail.

| H3 AP 4 E OF ADDMENN | | nffecti! e date | |
| --- | --- | --- | --- |
| Address | | | |
| ) ity | | Utate | ZN? |
| E ow e Ohone | | Business Ohone | |




Get free stuff and
great deals every week.

Download the T-Mobile Tuesdays app today.

CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935



# Keep more of your money.

Join in minutes, and say goodbye to account fees.

**Get started at t-mobilemoney.com**

**T Mobile**
**MONEY**   POWERED BY **Bmtx** | Accounts provided by Customers Bank Member FDIC



✂

Please detach th s port on and return w th your payment. Please make sure address shows through w ndow.

Pay by phone: *PAY(*729)    Pay online: t-mobile.com/pay

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

Total due by Apr 09, 2024

$222.53

You are paying by AutoPay

Amount enclosed

CESAR GARCIA
Account number: 963537851

☐ **Change your address** - Check box and provide new address on reverse side

0409635378510409240000222530921146935



## TOTAL DUE

# $222.52

Your bill is due by O ay 09, 2023.

AutoPay is scheduled for O ay 07, 2023 using Visa ****7373.

4hanTs for kaying your last bill of p222.$1 on 9\kr$07,\2023.

. 37 Hi Ces

. HeHa r, ' ey 3ou, e Abe31

ith your S 8 C Plan klans, you hame unli!  ited talT, tewt and data. 4hanTs for being an av eso!  e 4GO obile custo!  er?

---

## l LAf S

# $pt m1mm

660l CELeNCL$o ϕ 110T0OoDeLeEl ==LEYLuⱯLOCELo ϕ 50T0Oo

**TP3 N, 60Pᾶi hPCenHi CeHOPHi CN HCi oCi 0N, 60Pᾶ**

- Account receimed a total AutoPay discount of p10.00.
- x uess v hat- You hame unli!  ited !  inutes, tewts and data v ith your klan?

**rfl peani ϕ dal s: HA**

- $x access at no extra cost
- BestGnG v ireless scal  krotection

Details @ tG o.co/Plans

---

## Ec Ug Q Ef T

# $2t 125

dⱢ S=u$LYo ϕ 261250

**TP3 N, 60Pᾶi hPCenHi CeHOPHi CN HCi oCi 0N, 60Pᾶ**

- S ne !  onth closer to ov ning your demice?

**Y-: YNⱢ f ®cɑ t nee a yHPfl : nHᾶPA**

- Pay your bill anyti!  e/anyv here
- ϕk grade your khone
- x et 23/7 sukkort

Dov nload the akk @ tG o.co/Akk

---

## SEI M7ES

# $Rt 12V

621 =LⱯNS=ⱢLSYRBL$o ϕ 20T0OoDeLⱢYNⱢ l x0ⱢLⱢRx$EBⱢFYⱢ =o ϕ 161270

**TP3 N, 60Pᾶi hPCenHi CeH$mimp dHi i**

**u nyn ni s y: gyd 4 n®pf ns A**

- ( tay connected and uk to date in 2) $: countries U destinations around the v orld v ith nonGtok data and tewts

Details @ tG o.co/Hrt&oa!

---

r l R hSOL

| 56.99

g TOTAL SAMⱤf 9 S

Wⱷy- Pf l pepf mfyⱷi Hni s sⱸHdf l i yH Pf l nϕ Hvⱷd 4
Hf m: : gypn dnH+ !

**Largest.**
**Fastest.**
**Most Awarded**
**5G Network.**

YOU ARE COVERED IN

# 215+

countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.



Bill issue date
Apr 16, 2024

Account

## THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals | | $160.00 | $26.25 | $36.27 | $222.52 |
| Account | | $80.00 | – | $16.27 | $96.27 |
| (213) 435-2747 | Voice | Included | – | $10.00 | $10.00 |
| (619) 838-4493 – Suspended | Voice | Included | – | – | $0.00 |
| (213) 435-2730 | Voice | $10.00 | – | $10.00 | $20.00 |
| (619) 964-1068 | Voice | $10.00 | – | – | $10.00 |
| (442) 354-5252 | Mobile Internet | $50.00 | – | – | $50.00 |
| (619) 394-6121 | Voice | $10.00 | $26.25 | – | $36.25 |

## DETAILED CHARGES

### PLANS                                                      $160.00

**REGULAR CHARGES**            Apr 17 - May 16       $160.00

Charged in advance for bill period Apr 17 - May 17. Changes made after Apr 16 will be shown on a future bill.

**VOICE LINES**

| | | |
|---|---|---|
| Account | ONE Plan Military<br>Includes $10.00 AutoPay Discount | $80.00 |
| (213) 435-2747 | ONE Plan Military | Included |
| (619) 838-4493 | ONE Plan Military | Included |
| (213) 435-2730 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 964-1068 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |
| (619) 394-6121 | ONE Plan Military 2+<br>Includes $5.00 AutoPay Discount | $10.00 |

**CONNECTED DEVICE**

| | | |
|---|---|---|
| (442) 354-5252 | T-Mobile Home Internet<br>Includes $5.00 AutoPay Discount | $50.00 |

### EQUIPMENT                                                 $26.25

**HANDSET**

| | | |
|---|---|---|
| (619) 394-6121 | iPhone 12<br>ID: 20230403110759828l, Balance: $314.99, Installment 13 of 24 | $26.25 |

### SERVICES                                                  $36.27

**ONE PLAN FEATURES**

| | | |
|---|---|---|
| (213) 435-2730 | ONE Plus | $10.00 |
| (213) 435-2747 | ONE Plus | $10.00 |

---

### YOU SAVED

| **TOTAL** | **$36.99** |
|---|---|
| **AutoPay discounts**<br>$5 discount per line for applicable lines on your account | $30.00 |
| **Subscription discounts**<br>Discounts on subscription services through T-Mobile | $6.99 |

### YOU USED

**1101.98<sup>GB</sup>**
**of unlimited data**
**with ONE Plan**

| T-Mobile Internet | **1067.34<sup>GB</sup>** |
|---|---|
| (213) 435-2730 | **23.29<sup>GB</sup>** |
| (213) 435-2747 | **8.97<sup>GB</sup>** |
| (619) 964-1068 | **2.25<sup>GB</sup>** |
| (619) 394-6121 | **0.13<sup>GB</sup>** |
| (619) 838-4493 | **0.00<sup>GB</sup>** |



## T-MOBILE SUBSCRIPTION

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| Account | Netflix Premium - T-Mobile Offer<br>Includes $6.99 Family Discount | $16.00 |
|---|---|---|

## TAXES & FEES

| T-Mobile fees & charges | $0.27 |
|---|---|

**2083 minutes** of talk & **613 messages.**

**But no worries, it's all unlimited with ONE Plan!**

Please see important unlimited plan details below

# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government taxes & fees



The taxes & fees below were summarized as line items above or included in your monthly charges. Here is the breakdown of the individual charges.

### INCLUDED TAXES & FEES

**1705 PETAL DR, San Diego CA 92114-6935**

| ONE Plan Military - before taxes & fees | $78.50 |
|---|---|

**Included T-Mobile fees & charges**

| Regulatory Fee | $0.01 |
|---|---|

**Included Government taxes & fees**

| State 988 | $0.08 |
|---|---|
| State 911 | $0.30 |
| CA PPP Surcharge | $1.11 |

### ADDITIONAL T-MOBILE FEES & CHARGES

| SERVICES | | $0.27 |
|---|---|---|
| **1705 PETAL DR, San Diego CA 92114-6935** | | |
| Account | Regulatory Fee | $0.04 |
| Account | Federal Universal Service Fund | $0.23 |




# W. AT YOU f EED TO Kf OW

S8C Plan recurring charges include akklicable x onern! ent taxes U fees U 4GO obile fees U charges as deter! ined by your kri! ary klace of use.

## GI OLB= b L= Y YSXL$ & ULL$

x onern! ent taxes U fees includes sales, use, excise, kublic utility U C9) ) taxes U gonern! ental charges U fees that v e are re_ uired by lav to bill U re! it. 4hese ! ay change v ithout notice.

## YN I x 0XL ULL$ & Eh SBGL$

4hese fees U charges are 4GO obile recovery charges, not gonern! entally i! kosed taxes. hat is included in the fees U charges ! ay nary by locale U rate klan U is sub\t to change. 4hese includej

).  &egulatory Progra!  s U 4elco &econery Fee, collected U retained by usj

a.  &egulatory Progra!  s Fee Ip0.$0 for moice lines, p0.) 2 data only linesRGdefrays certain costs for funding U co! klying v ith gonern! ent ! andates, krogra! s, U obligations, liTe C9) ) and local nu! ber kortability

b.  4elco &econery Fee Ip2.99 for moice lines, p) .2N data only linesRGdefrays costs and charges i! kosed on us by other carriers for delinery of calls fro!  our custo! ers to theirs and for certain netv orT facilities Ie.g. leasesR okerations, and services v e obtain to kronide you service

2.  ( tate U federal qninersal ( ernice Fund charges I reconers charges i! kosed on us by the gonern! ent to sukkort uninersal serniceR

1.  S ther gonern! ental assess! ents including, v ithout li! itation, gross receikt U excise taxes.

## NSYL ULL$

Late Fees, v hich are assessed uk to the highest a! ount ker! itted by lav , ! ay akkly on unkaid balances. 4his fee is a li_ uidated da! age U not a kenalty.

## FSr b L= Y x r Eh LEK

hen you kay by checT, you authoriFe us to either use infor! ation fro!  your checT to ! aTe a one0i! e electronic fund transfer ICF4Rfro!  your account or to krocess the kay! ent as a checT transaction. Mv e krocess your kay! ent by CF4, the funds ! ay be v ithdrav n the sa! e day v e receive your checT, U your canceled checT v ill not be returned. Mf kay! ent is returned unkaid, you authoriFe us to collect additional fees as outlined in the 4er! s U 6onditions of ( ernice at tG obile.co! /ter! sGonditions. 6all IN00R9170N997 v ith any _ uestions.

## LQRGFb L= Y FBI YLEY

C_ uik! ent Protect by Assurant Iin Puerto &icoj 6APMMRis for the e_ uik! ent rekair U reklace! ent you ! ay hane selected. ( ee C_ uik! ent Protection 4er! s U 6onditions at tG ! obile.co!  for details.

----------------------------------------------------------------

## EI = YSEYR$

6ontact us v ith any _ uestions or diskutes about your service or billj

 PES8C

6all IN00R9170N997 or +) ) fro!  your 4GO obile denice. 44Y Dial 7) ) to reach a &elay Agent.

 OAM

rite to 4GO obile 6usto! er &elations, P.S. Bow171N0, Albu_ uer_ ue, 8O N7) 7+G71N0.

🌐 S8L8C

Viev your bill U usage details online by logging into your account at tG obile.co! .

Viev 4er! s U 6onditions online at tG obile.co! /ter! sGonditions and our S ken Mnternet Policy at tG obile.co! /okeninternet.

Partial ! egabytes IO BRrounded uk. ) 023 O B= ) x B
You can contact the 6alifornia Public qtilities 6o! ! ission v ith any co! klaints that 4GO obile v as unable to resolne at 6onsu! er Affairs Branch, $0$ Van 8ess Ane., ( an Francisco, 6A 93) 02, or by calling IN00R+39G7$70 or 4DD IN00R229G-N3+, or misiting their v ebsite at httkj//v v v .ckuc.ca.gonGco! klaints. Mf you hane hearing or skeaTing li! itations and v ant assistance fro!  the 6alifornia &elay ( ernice, Dial 7) ) or nisit httkj//ddtk.ckuc.ca.gonGrelay.askwfor ! ore infor! ation.

For infor! ation about the 6alifornia PPP ( urcharge, klease see httksj//tG o.co/6Pq6

During congestion, heavy data users and custo! ers choosing lov erGkrioritiFed klans ! ay notice lov er skeeds than other custo! ers. Video tykically strea! s on s! artkhone/ tablet at DVD _ uality I3N0kRj unless you add E DGcakable I) 0N0kRklan/feature. EighG skeed tethering uk to allot! ent, if any, and then ! aw1x skeeds. ( ee klan for details.

..............................................................................................

**7. Af 9E OF ADDI ESS** | **Offectine date** _____

Address _____

| 6ity | ( tate | ZM |
|------|--------|-----|
| Eo! e khone | Business khone | |



Check out the latest perks in the T-Life app.

Free stuff & exclusive perks

Great deals on food, gas, entertainment and more—just for being a customer.



CESAR GARCIA
1705 PETAL DR
SAN DIEGO CA 92114-6935



# Keep more of your money.

Join in minutes, and say goodbye to account fees.

## Get started at t-mobilemoney.com

**T Mobile MONEY**

POWERED BY **Bmtx** | Accounts provided by Customers Bank Member FDIC



---

Please detach this portion and return with your payment. Please make sure address shows through window.

Pay by phone: *PAY(*729)   Pay online: t-mobile.com/pay



T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

| Total due by May 09, 2024 | Amount enclosed |
|---|---|
| **$222.52** | |

You are paying by AutoPay

CESAR GARCIA
Account number: 963537851

☐ **Change your address** - Check box and provide new address on reverse side

040963537851050924000022252192114 6935

Dear Counsel,


       The Office of the United States Trustee has reviewed the underlying Petition, Schedules and Statement of Financial Affairs.  Pursuant to 28 U.S.C. § 586(a)(3)(D), the United States Trustee supervises the administration of bankruptcy cases and, when appropriate, takes such action as the United States Trustee deems appropriate to ensure that all schedules, statements, reports and fees required under Title 11 are properly and timely filed.  The United States Trustee is also charged with the responsibility to prosecute motions to dismiss pursuant to 11 U.S.C. § 707.


       In order to verify the information provided in the petition, schedules and form 22A, please provide an explanation and additional information and documentation to this office **on or before May 20, 2024.**


    1.    Please provide the United States Trustee with copies of:

        a.      Most recently filed State and Federal Tax Returns;

        b.      W-2, W-2G and 1099 statements for 2023;

        c.      All pay advices or other proof of income (*full and part time*), including rental, commission and residual statements, SAG, AFTRA and WGA quarterly reports, cash disbursement journals and payroll ledgers and EDD, disability, retirement, pension, child support, trust funds, governmental assistance, **for all members of the Debtor's household**, for the entire period, covering **September 1, 2023 through the date of this letter**;

        d.      Current residential loan/lease agreements and monthly statements in which Debtors are a party for the entire monthly periods covering **September 1, 2023** through the date of this letter;

        e.      Current Vehicle Insurance declarations page and monthly statements, covering **September 1, 2023** through the date of this letter, for all vehicles;

        f.      Monthly bills for the entire period covering **September 1, 2023** through the date of this letter. Please include the bills for:

i.    Childcare and children's education costs (line 8 on Schedule J);

ii.    Medical and dental expenses (Line 11 on Schedule J);

iii.    Transportation (Line 12 on Schedule J);

iv.    Extracurricular activities (Line 21 on Schedule J);

v.    Phone (Line 6c on Schedule J);

g.        A recent copy of Debtor's credit report. Debtors can obtain a free credit report by visiting https://www.annualcreditreport.com/index.action or by calling toll-free, 1-877-322-8228.

Your response should also address any special circumstances or issues that are not readily apparent from the Schedules and Statement of Financial Affairs.  It is important for the United States Trustee to have a complete understanding of the Debtor's financial picture in order to properly evaluate this case.

Please note this production of documents does not waive your obligation to provide the Chapter 7 trustee with the documents required pursuant to 11 U.S.C. § 521(e)(2).

Please direct your response to this letter to Marlene Fouche, Bankruptcy Auditor, **Via Email only - Reply All**, with a copy to the Chapter 7 Trustee.  Responses via zip drives, zip files/folders need to be unlocked/password transmitted.  Email submissions are to be no larger than ***10mbs***. *Omit complete account numbers, **leaving only the <u>last 4 digits</u>** as disclosed on all documents submitted in response to this letter.*

Be advised that if this office does not receive the requested information **on or before May 20, 2024**, the United States Trustee will file a motion with the court requesting that this case be dismissed. If you have any additional questions regarding this letter, please contact Marlene Fouche at Marlene.Fouche@usdoj.gov .

Thank you, for your cooperation.

*Marlene Fouche, Auditor*

*Office of the United States Trustee*

*Region 16 - Los Angeles*

*915 West Wilshire Blvd*

*Suite 1850*

*Los Angeles, CA 90017*

*(213) 894-6811 / 894-2603 (f)*

--

**Benjamin Heston, Esq.**
NEXUS BANKRUPTCY

--

**Benjamin Heston, Esq.**
NEXUS BANKRUPTCY

--

**Benjamin Heston, Esq.**
NEXUS BANKRUPTCY



< Back

# $23.91

O'Reilly Auto Parts, National City, CA
10/15/23, 1:06 PM

| | |
|---|---|
| **Status: Cleared** | |
| Apple Card | •••• 3035 |
| **Total** | **$23.91** |
| 2% Daily Cash | $0.48 |

SHOWN ON STATEMENT AS:

o'reilly 3186



O'Reilly Auto Parts                                    >

Report an Issue



7:59

< Back

# $21.89

O'Reilly Auto Parts, Los Angeles, CA
9/13/23, 3:11 PM

| | |
|---|---|
| **Status: Cleared** | |
| Apple Card | ···· 3035 |
| **Total** | **$21.89** |
| 2% Daily Cash | $0.44 |

SHOWN ON STATEMENT AS:

o'reilly auto parts 30



O'Reilly Auto Parts    >

Report an Issue

‹ **Back**

# $323.01

O'Reilly Auto Parts, Los Angeles, CA
9/13/23, 3:07 PM

| | |
|---|---|
| **Status: Cleared** | |
| Apple Card | •••• 3035 |
| **Total** | **$323.01** |
| 2% Daily Cash | $6.46 |

SHOWN ON STATEMENT AS:

o'reilly auto parts 30



O'Reilly Auto Parts ›

Report an Issue

< Back

# $83.01

O'Reilly Auto Parts, Inglewood, CA
2/4/23, 12:25 PM

| | |
|---|---|
| **Status: Cleared** | |
| Apple Card | •••• 3035 |
| **Total** | **$83.01** |
| 2% Daily Cash | $1.66 |

SHOWN ON STATEMENT AS:

o'reilly auto parts 30



O'Reilly Auto Parts                                >

Report an Issue



# ction History

$16

les, CA

# Patient Treatment Case Report

| | | | | |
|---|---|---|---|---|
| **Patient:** | Villacorta, Gladys | | **Date:** | 10/10/2023 |
| **Provider:** | Nicole Guirguis, DDS | | **Chart #:** | VI0112 |
| **Phone:** | (310)578-5000 | | **Birthdate:** | 9/4/1985 |
| **Office:** | 4292 Lincoln Blvd | | | |
| | Marina Del Rey, CA 90292 | | | |

| | | | | |
|---|---|---|---|---|
| **Case Name:** | Treatment Plan | **Priority:** | None | **Finance Status:** None |
| **Alternate Cases:** | | | | |
| **Status:** | Created | **Last Updated:** | 10/6/2023 | |
| **Comment:** | Case created as a result of newly added procedure | | | |
| **Case Note:** | | | | |

| Ent Date | Prc Date | Visit | Tooth | Surface | Code | Prov | Description | Fee | Pat | Prim Ins | Sec Ins | UCR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/23 | 10/10/23 | 1 | 7 | | D2754 | DD16 | Zarconia Crown | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 1,800.00 |
| 10/10/23 | 10/10/23 | 1 | 7 | | D2950 | DD16 | Core buildup, include any pins | 300.00 | 300.00 | 0.00 | 0.00 | 400.00 |
| 10/10/23 | 10/10/23 | 1 | 7 | | D3310 | DD16 | Endodontic therapy - anterior | 237.60 | 0.00 | 237.60 | 0.00 | 1,350.00 |
| | | | | | | | **Visit: 1  Subtotal:** | 1,537.60 | 1,300.00 | 237.60 | 0.00 | 3,550.00 |

*AFTER INS.*

| Ent Date | Prc Date | Visit | Tooth | Surface | Code | Prov | Description | Fee | Pat | Prim Ins | Sec Ins | UCR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/23 | 10/06/23 | 2 | UP | | D9944 | DD16 | Occlusal Guard Hard Appliance | 350.00 | 350.00 | 0.00 | 0.00 | 1,000.00 |
| | | | | | | | **Visit: 2  Subtotal:** | 350.00 | 350.00 | 0.00 | 0.00 | 1,000.00 |
| | | | | | | | **Total:** | 1,887.60 | 1,650.00 | 237.60 | 0.00 | 4,550.00 |

| | |
|---|---|
| **Treatment Plan Total** | 1,887.60 |
| **Estimated Deductible to be Applied** | 0.00 |
| **Estimated Insurance Payment** | 237.60 |
| **Estimated Patient's Portion** | 1,650.00 |

| Dental Insurance Benefits | | Patient | |
|---|---|---|---|
| | | **Primary** | **Secondary** |
| Annual Plan Benefits | | 0.00 | 0.00 |
| Paid Benefits YTD | | 0.00 | 0.00 |
| Pending Insurance Est. YTD | | 50.60 | 0.00 |
| Est. Benefits Remaining YTD | | 0.00 | 0.00 |
| Benefits Expire | | 12/31/2023 | NA |
| Deductible Owed YTD | Standard | 0.00 | 0.00 |
| | Preventive | 0.00 | 0.00 |
| | Other | 0.00 | 0.00 |
| **Primary Dental Insurance** | Liberty Dental Plan of Ca. | | |
| **Secondary Dental Insurance** | | | |

# EXHIBIT 6

| | | |
|---|---|---|
| **From:** | Fouche, Marlene (USTP) | |
| **To:** | Ben Heston | |
| **Cc:** | Madoyan, Noreen (USTP) | |
| **Subject:** | RE: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04 | |
| **Date:** | Wednesday, May 29, 2024 8:31:00 AM | |
| **Attachments:** | image001.png | |

My apologies, yes, I used a household size of 3.

---

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Wednesday, May 29, 2024 8:28 AM
**To:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Cc:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Subject:** [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Good morning,

Just to clarify, you used a household size of three, right? Your email says 2, but I think we're in agreement on the standardized expenses.

On Wed, May 29, 2024 at 8:03 AM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

Dear Counsel,

After careful review of the petition, schedules, and pay advices, the U.S. Trustee has determined that the presumption of abuse arises under § 707(b)(2) in this case. The U.S. Trustee's calculations were derived from the information provided in the debtor's schedules as well as the documents provided in response to the U.S. Trustee's inquiry. The U.S. Trustee's calculations use the household size of two.

Below is a side-by-side analysis of the debtor's means test compared to the U.S. Trustee's means test:

| INCOME | Debtor | UST | |
|---|---|---|---|
| FORM 122A-1  LINE 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions).  DEBTOR#1 | $3,798.08 | $4,230.78 | |
| FORM 122A-1  LINE 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions).  DEBTOR#2/NFS | $5,455.87 | $5,911.64 | |
| FORM 122A-1  LINE 11.  Total Current Monthly Income | $9,253.95 | $10,142.41 | |
| FORM 122A-1  LINE 12b.  Total Current ANNUAL Income | $111,047.40 | $121,708.96 | |
| **ADJUSTMENTS TO INCOME** | **ABOVE** | **ABOVE** | |
| **EXPENSES** | | | |
| FORM 122A-2  LINE 6 Food, Clothing and Other Items | $1,700.00 | $1,700.00 | |
| FORM 122A-2  LINE 7c Out of Pocket Health Care Allowance | $237.00 | $237.00 | |
| FORM 122A-2  LINE 8 Housing and Utilities - Insurance & Operating Expenses | $799.00 | $799.00 | |
| FORM 122A-2  LINE 9 Housing and Utilities - Mortgage or Rent Expenses | $2,687.00 | $2,687.00 | |
| FORM 122A-2  LINE 12 Vehicle operation expense | $678.00 | $678.00 | |
| FORM 122A-2  LINE 13a. Ownership or leasing costs using IRS Local Standard | $0.00 | $0.00 | |
| FORM 122A-2  LINE 16 Taxes | $1,778.56 | $1,865.60 | |
| FORM 122A-2  LINE 18 Life Insurance | $33.17 | $28.22 | |
| FORM 122A-2  LINE 21 Childcare | $350.00 | $350.00 | |
| FORM 122A-2  LINE 22 Additional Healthcare | $400.00 | $163.00 | |
| FORM 122A-2  LINE 23 Optional Phone Services | $200.00 | | No justification - Monthly phone bill $222.52 |
| FORM 122A-2  LINE 25 | | | |
| Health Insurance | $321.38 | $334.96 | |
| Disability Insurance | $91.20 | $7.68 | |
| Health Savings Account | $80.78 | $87.19 | |
| FORM 122A-2  LINE 30 Additional Food & Clothing | $57.00 | | No justification |
| FORM 122A-2  LINE 36 Chapter 13 Admin expenses | | $120.48 | Per Means Test calculations based on the aggregate of adjustments above |
| FORM 122A-2  LINE 39b Total deductions | $9,413.09 | $9,058.12 | |
| | | | |
| FORM 122A-2 LINE 39c Monthly Disposable Income per 707(b)(2) | ($159.14) | $1,084.30 | |
| FORM 122A-2 LINE 39d TOTAL (multiply line 39c by 60) | ($9,548.40) | $65,057.85 | |
| FORM 122A-2 LINE 41a TOTAL NONPRIORITY UNSECURED DEBT | | $ 43,168.00 | |
| % REPAYMENT OVER 60 MONTHS | | 151% | |

The net result is that the debtor has **an excess monthly income of $1,084.30**. This will allow for the **repayment of 100% of the Schedule E/F debt** ($43,168) over a 60-month period. Therefore, dismissal is warranted under §§ 707(b)(2) and (b)(3).

Please let me know if you would like to stipulate to dismiss this case or convert to a Chapter 13 in lieu of our office taking formal action.  **A response by 06/04/2024 is requested**.

Kindly,

Marlene Fouche
Bankruptcy Auditor

--
Benjamin Heston, Esq.
NEXUS BANKRUPTCY

# EXHIBIT 7

| | |
|---|---|
| **From:** | Ben Heston |
| **To:** | Fouche, Marlene (USTP) |
| **Cc:** | Madoyan, Noreen (USTP) |
| **Subject:** | Re: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04 |
| **Date:** | Wednesday, June 5, 2024 7:42:18 AM |
| **Attachments:** | image001.png |

Good morning,

Yes, and sorry I didn't get back to you yesterday. I got a migraine that just completely wiped me out for the day. In the next day or two I will be filing an amended Means Test which will show that there is a presumption of abuse. I will be also filing a declaration to try and rebut the presumption. After speaking with my client and her husband, it seems that their expenses are already cut back as much as reasonably possible and they do not have any disposable income with which they could make a Chapter 13 payment. Additionally, they will need to be purchasing new vehicles within the coming months and are estimating that these payments will be approximately $400 and $500 dollars per month. My kids are getting out of school early today, so I will not be able to get that filed until tomorrow at the earliest.

On Wed, Jun 5, 2024 at 7:31 AM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

Dear Counsel,

Do you have an update on the response to the UST inquiry?

Regards,

Marlene

---

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Wednesday, May 29, 2024 9:49 AM
**To:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Cc:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Got it. I will review this with my client and get back to you ASAP. Are appearances required for the hearing tomorrow?

On Wed, May 29, 2024 at 8:31 AM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

My apologies, yes, I used a household size of 3.

---

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Wednesday, May 29, 2024 8:28 AM
**To:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Cc:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Subject:** [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Good morning,

Just to clarify, you used a household size of three, right? Your email says 2, but I think we're in agreement on the standardized expenses.

On Wed, May 29, 2024 at 8:03 AM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

Dear Counsel,

After careful review of the petition, schedules, and pay advices, the U.S. Trustee has determined that the presumption of

abuse arises under § 707(b)(2) in this case.  The U.S. Trustee's calculations were derived from the information provided in the debtor's schedules as well as the documents provided in response to the U.S. Trustee's inquiry.  The U.S. Trustee's calculations use the household size of two.

Below is a side-by-side analysis of the debtor's means test compared to the U.S. Trustee's means test:

| INCOME | Debtor | UST | |
|---|---|---|---|
| FORM 122A-1 LINE 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions).  DEBTOR#1 | $3,798.08 | $4,230.78 | |
| FORM 122A-1 LINE 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions).  DEBTOR#2/NFS | $5,455.87 | $5,911.64 | |
| FORM 122A-1 LINE 11.  Total Current Monthly Income | $9,253.95 | $10,142.41 | |
| FORM 122A-1 LINE 12b.  Total Current ANNUAL Income | $111,047.40 | $121,708.96 | |
| ADJUSTMENTS TO INCOME | ABOVE | ABOVE | |
| EXPENSES | | | |
| FORM 122A-2 LINE 6 Food, Clothing and Other Items | $1,700.00 | $1,700.00 | |
| FORM 122A-2 LINE 7c Out of Pocket Health Care Allowance | $237.00 | $237.00 | |
| FORM 122A-2 LINE 8 Housing and Utilities - Insurance & Operating Expenses | $799.00 | $799.00 | |
| FORM 122A-2 LINE 9 Housing and Utilities - Mortgage or Rent Expenses | $2,687.00 | $2,687.00 | |
| FORM 122A-2 LINE 12 Vehicle operation expense | $678.00 | $678.00 | |
| FORM 122A-2 LINE 13a. Ownership or leasing costs using IRS Local Standard | $0.00 | $0.00 | |
| FORM 122A-2 LINE 16 Taxes | $1,778.56 | $1,865.60 | |
| FORM 122A-2 LINE 18 Life Insurance | $33.17 | $28.22 | |
| FORM 122A-2 LINE 21 Childcare | $350.00 | $350.00 | |
| FORM 122A-2 LINE 22 Additional Healthcare | $400.00 | $163.00 | |
| FORM 122A-2 LINE 23 Optional Phone Services | $200.00 | | No justification - Monthly phone bill $222.52 |
| FORM 122A-2 LINE 25 | | | |
| Health Insurance | $321.38 | $334.96 | |
| Disability Insurance | $91.20 | $7.68 | |
| Health Savings Account | $80.78 | $87.19 | |
| FORM 122A-2 LINE 30 Additional Food & Clothing | $57.00 | | No justification |
| FORM 122A-2 LINE 36 Chapter 13 Admin expenses | | $120.48 | Per Means Test calculations based on the aggregate of adjustments above |
| FORM 122A-2 LINE 39b Total deductions | $9,413.09 | $9,058.12 | |
| | | | |
| FORM 122A-2 LINE 39c Monthly Disposable Income per 707(b)(2) | ($159.14) | $1,084.30 | |
| FORM 122A-2 LINE 39d TOTAL (multiply line 39c by 60) | ($9,548.40) | $65,057.85 | |
| FORM 122A-2 LINE 41a TOTAL NONPRIORITY UNSECURED DEBT | | $ 43,168.00 | |
| % REPAYMENT OVER 60 MONTHS | | 151% | |

The net result is that the debtor has **an excess monthly income of $1,084.30.**  This will allow for the **repayment of 100% of the Schedule E/F debt** ($43,168) over a 60-month period.  Therefore, dismissal is warranted under both §§ 707(b)(2) and (b)(3).

Please let me know if you would like to stipulate to dismiss this case or convert to a Chapter 13 in lieu of our office taking formal action.  **A response by 06/04/2024 is requested**.

Kindly,


Marlene Fouche

Bankruptcy Auditor



--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

# EXHIBIT 8



**Earnings Statement**

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Period Beginning: | 03/25/2024 |
| Period Ending: | 04/07/2024 |
| Pay Date: | 04/12/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 23,076.96 |
| **Gross Pay** | | | **$2,884.62** | 22,788.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 2,332.02 |
| | Social Security Tax | -171.96 | 1,364.68 |
| | Medicare Tax | -40.22 | 319.16 |
| | CA State Income Tax | -121.90 | 959.59 |
| | CA SDI Tax | -30.51 | 242.12 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 777.56 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
    CA:                Single
Exemptions/Allowances:
    CA:                0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Advice number: | 00000150039 |
| Pay date: | 04/12/2024 |



Deposited to the account of
GLADYS GRACE VILLACORTA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**



**Earnings Statement**

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 03/11/2024 |
| Period Ending: | 03/24/2024 |
| Pay Date: | 03/29/2024 |

**GLADYS  GRACE  VILLACORTA**
**5421  THORNBURN  STREET**
**LOS  ANGELES  CA  90045**

Filing Status:  Single/Married   filing separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

Social Security  Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 20,192.34 |
| Gross Pay | | | $2,884.62 | 19,903.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 2,035.64 |
| | Social Security Tax | -171.96 | 1,192.72 |
| | Medicare Tax | -40.21 | 278.94 |
| | CA State Income Tax | -121.90 | 837.69 |
| | CA SDI Tax | -30.51 | 211.61 |
| | Other | | |
| | Med 125 Ded | -111.08* | 666.48 |
| | Net Pay | $2,112.58 | |
| | Chkck1 | -2,112.58 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important  Notes**
EMPLOYER   BUSINESS   PH#212-287-4350

BASIS OF PAY: SALARY

**Additional  Tax  Withholding  Information**
Taxable  Marital  Status:
  CA:        Single
Exemptions/Allowances:
  CA:        0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.



BAY  DESIGN  GROUP  LLC
2170  S  TOWNE  CENTRE  PL  SUITE  300
ANAHEIM,  CA  92806

| | |
|---|---|
| Advice number: | 00000130039 |
| Pay date: | 03/29/2024 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GLADYS  GRACE  VILLACORTA | xxxxxx3359 | xxxx  xxxx | $2,112.58 |

**NON-NEGOTIABLE**



# Earnings Statement

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 02/26/2024 |
| Period Ending: | 03/10/2024 |
| Pay Date: | 03/15/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Social Security Number:  XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 17,307.72 |
| **Gross Pay** | | | **$2,884.62** | 17,019.26 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 1,739.26 |
| | Social Security Tax | -171.96 | 1,020.76 |
| | Medicare Tax | -40.22 | 238.73 |
| | CA State Income Tax | -121.90 | 715.79 |
| | CA SDI Tax | -30.51 | 181.10 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 555.40 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
   CA:         Single
Exemptions/Allowances:
   CA:         0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Advice number: | 00000114038 |
| Pay date: | 03/15/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GLADYS GRACE VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**



**Earnings Statement**

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Period Beginning: | 02/12/2024 |
| Period Ending: | 02/25/2024 |
| Pay Date: | 03/01/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 14,423.10 |
| Gross Pay | | | **$2,884.62** | 14,134.64 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 1,442.88 |
| | Social Security Tax | -171.96 | 848.80 |
| | Medicare Tax | -40.22 | 198.51 |
| | CA State Income Tax | -121.90 | 593.89 |
| | CA SDI Tax | -30.51 | 150.59 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 444.32 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:              Single
Exemptions/Allowances:
  CA:              0

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Advice number: | **00000090038** |
| Pay date: | 03/01/2024 |



Deposited to the account of
GLADYS GRACE VILLACORTA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**

# Earnings Statement



*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 01/29/2024 |
| Period Ending: | 02/11/2024 |
| Pay Date: | 02/16/2024 |

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 11,538.48 |
| Gross Pay | | | $2,884.62 | 11,250.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 1,146.50 |
| | Social Security Tax | -171.96 | 676.84 |
| | Medicare Tax | -40.21 | 158.29 |
| | CA State Income Tax | -121.90 | 471.99 |
| | CA SDI Tax | -30.50 | 120.08 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 333.24 |
| | Net Pay | $2,112.59 | |
| | Chkck1 | -2,112.59 | |
| | Net Check | $0.00 | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
    CA:            Single
Exemptions/Allowances:
    CA:            0

© 2000 ADP, Inc.

---

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| Advice number: | 00000070036 |
|---|---|
| Pay date: | 02/16/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GLADYS GRACE VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,112.59 |

**NON-NEGOTIABLE**



**Earnings Statement**

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Period Beginning: | 01/15/2024 |
| Period Ending: | 01/28/2024 |
| Pay Date: | 02/02/2024 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

**GLADYS  GRACE  VILLACORTA**
**5421  THORNBURN  STREET**
**LOS  ANGELES  CA  90045**

Social Security Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 8,653.86 |
| **Gross Pay** | | | **$2,884.62** | 8,365.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 850.12 |
| | Social Security Tax | -171.96 | 504.88 |
| | Medicare Tax | -40.22 | 118.08 |
| | CA State Income Tax | -121.90 | 350.09 |
| | CA SDI Tax | -30.51 | 89.58 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 222.16 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER  BUSINESS  PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable  Marital Status:
    CA:             Single
Exemptions/Allowances:
    CA:             0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | | |
|---|---|---|
| Advice number: | **00000050037** |
| Pay date: | 02/02/2024 |



Deposited to the account of | account number | transit ABA | amount
GLADYS  GRACE  VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,112.57

**NON-NEGOTIABLE**



## Earnings Statement

*BAY DESIGN GROUP LLC*
*2170 S TOWNE CENTRE PL SUITE 300*
*ANAHEIM, CA 92806*

| | |
|---|---|
| Period Beginning: | 01/01/2024 |
| Period Ending: | 01/14/2024 |
| Pay Date: | 01/19/2024 |

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

Social Security Number: XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 5,769.24 |
| **Gross Pay** | | | **$2,884.62** | 5,480.78 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.38 | 553.74 |
| | Social Security Tax | -171.96 | 332.92 |
| | Medicare Tax | -40.22 | 77.86 |
| | CA State Income Tax | -121.90 | 228.19 |
| | CA SDI Tax | -30.51 | 59.07 |
| | **Other** | | |
| | Med 125 Ded | -111.08* | 111.08 |
| | **Net Pay** | **$2,112.57** | |
| | Chkck1 | -2,112.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,773.54
Your CA taxable wages this period are
$2,773.54

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| Advice number: | 00000030038 |
|---|---|
| Pay date: | 01/19/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GLADYS GRACE VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,112.57 |

**NON-NEGOTIABLE**



**Earnings Statement**

3C2   010062   004000

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| Period Beginning: | 12/18/2023 |
|---|---|
| Period Ending: | 12/31/2023 |
| Pay Date: | 01/05/2024 |

GLADYS GRACE VILLACORTA
5421 THORNBURN STREET
LOS ANGELES CA 90045

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

Social Security Number:  XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 2,884.62 |
| Unpaid Time | | 8.00 | -288.46 | |
| **Gross Pay** | | | **$2,596.16** | 2,596.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -257.36 | 257.36 |
| | Social Security Tax | -160.96 | 160.96 |
| | Medicare Tax | -37.64 | 37.64 |
| | CA State Income Tax | -106.29 | 106.29 |
| | CA SDI Tax | -28.56 | 28.56 |
| | **Net Pay** | **$2,005.35** | |
| | Chkck1 | -2,005.35 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sic | 7.98 | |
| Vac Available | 9.24 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
    CA:                Single
Exemptions/Allowances:
    CA:                0

Your federal taxable wages this period are
$2,596.16
Your CA taxable wages this period are
$2,596.16

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| Advice number: | 00000010037 |
|---|---|
| Pay date: | 01/05/2024 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GLADYS GRACE VILLACORTA | xxxxxx3359 | xxxx xxxx | $2,005.35 |



**NON-NEGOTIABLE**



# Earnings Statement

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Period Beginning:     12/04/2023
Period Ending:        12/17/2023
Pay Date:             12/22/2023

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**GLADYS GRACE VILLACORTA**
**5421 THORNBURN STREET**
**LOS ANGELES CA 90045**

Social Security Number:   XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 5,769.24 |
| Unpaid Time | | 8.00 | -288.46 | |
| **Gross Pay** | | | **$2,596.16** | 5,480.78 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -273.48 | 610.42 |
| | Social Security Tax | -160.96 | 339.81 |
| | Medicare Tax | -37.64 | 79.47 |
| | CA State Income Tax | -109.96 | 247.24 |
| | CA SDI Tax | -23.37 | 49.33 |
| | **Net Pay** | **$1,990.75** | |
| | Chkck1 | -1,990.75 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sic | 5.32 | |
| Vac Available | 6.16 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

EMPLOYER  BUSINESS  PH#212-287-4350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable  Marital  Status:
   CA:                 Single
Exemptions/Allowances:
   CA:                 0

Your federal taxable wages this period are
$2,596.16
Your CA taxable wages this period are
$2,596.16

© 2000 ADP, Inc.

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

Advice number:        00000514037
Pay date:             12/22/2023

Deposited  to the account  of

**GLADYS GRACE VILLACORTA**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx3359 | xxxx xxxx | $1,990.75 |



**NON-NEGOTIABLE**



## Earnings Statement

BAY DESIGN GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM, CA 92806

| | |
|---|---|
| Period Beginning: | 11/20/2023 |
| Period Ending: | 12/03/2023 |
| Pay Date: | 12/08/2023 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**GLADYS  GRACE  VILLACORTA
5421  THORNBURN  STREET
LOS  ANGELES  CA  90045**

Social Security  Number:  XXX-XX-5024

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 2,884.62 |
| **Gross Pay** | | | **$2,884.62** | 2,884.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -336.94 | 336.94 |
| | Social Security Tax | -178.85 | 178.85 |
| | Medicare Tax | -41.83 | 41.83 |
| | CA State Income Tax | -137.28 | 137.28 |
| | CA SDI Tax | -25.96 | 25.96 |
| | **Net Pay** | **$2,163.76** | |
| | Chkck1 | -2,163.76 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,884.62
Your CA taxable wages this period are
$2,884.62

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sic | 2.66 | |
| Vac Available | 3.08 | |
| Totl Hrs Worked | 80.00 | |

**Important  Notes**
EMPLOYER  BUSINESS  PH#212-287-4350

BASIS OF PAY: SALARY

**Additional  Tax  Withholding  Information**
Taxable  Marital  Status:
   CA:            Single
Exemptions/Allowances:
   CA:            0

© 2000 ADP, Inc.

BAY  DESIGN  GROUP LLC
2170 S TOWNE CENTRE PL SUITE 300
ANAHEIM , CA 92806

| | |
|---|---|
| Advice number: | 00000490038 |
| Pay  date: | 12/08/2023 |



Deposited  to the account  of
**GLADYS  GRACE  VILLACORTA**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx3359 | xxxx  xxxx | $2,163.76 |

**NON-NEGOTIABLE**



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/24/2024 |
| Period End Date | 04/06/2024 |
| Pay Date | 04/12/2024 |
| Document | 5651905 |
| **Net Pay** | **$2,045.64** |

**Pay Details**

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $601.09 |
| SALARY | 03/25/2024 | 03/25/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/26/2024 | 03/26/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/27/2024 | 03/27/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/28/2024 | 03/28/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/29/2024 | 03/29/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/01/2024 | 04/01/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/02/2024 | 04/02/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/03/2024 | 04/03/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/04/2024 | 04/04/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 04/05/2024 | 04/05/2024 | 8.0000 | $34.1827 | $273.46 | $20,236.04 |

Total Hours Worked  0.0000     Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $338.48 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($150.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $666.48 | $185.82 | $1,486.56 |
| LTD BUY UP EE | No | $3.56 | $28.48 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $282.08 | $13.67 | $109.36 |
| SUPL LIFE CHILD | No | $0.92 | $7.36 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $94.80 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $4.32 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $82.24 | $0.01 | $0.08 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.08 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $13.12 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $173.23 | $1,292.68 |
| Employee Medicare | $37.17 | $306.07 |
| Social Security Employee Tax | $158.93 | $1,308.73 |
| CA State Income Tax | $103.41 | $602.57 |
| CA Disability Employee | $28.19 | $232.19 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 178.1539 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,045.64 |
| Total | | $2,045.64 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $500.93 | $188.03 | **$2,045.64** |
| YTD | $22,477.89 | $21,108.61 | $3,742.24 | $1,354.24 | $17,381.41 |


**HOT TOPIC INC.**

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
| --- | --- |
| Period Start Date | 02/25/2024 |
| Period End Date | 03/09/2024 |
| Pay Date | 03/15/2024 |
| Document | 5623838 |
| **Net Pay** | **$2,095.63** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
| --- | --- | --- | --- | --- |
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| SALARY | 02/26/2024 | 02/26/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/27/2024 | 02/27/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/28/2024 | 02/28/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/29/2024 | 02/29/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/01/2024 | 03/01/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/04/2024 | 03/04/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/05/2024 | 03/05/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/06/2024 | 03/06/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/07/2024 | 03/07/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 03/08/2024 | 03/08/2024 | 8.0000 | $34.1827 | $273.46 | $15,040.30 |

Total Hours Worked  0.0000       Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| HLTH CARE FSA | Yes | $42.31 | $253.86 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($150.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $499.86 | $185.82 | $1,114.92 |
| LTD BUY UP EE | No | $3.56 | $21.36 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $211.56 | $13.67 | $82.02 |
| SUPL LIFE CHILD | No | $0.92 | $5.52 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $71.10 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $3.24 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $61.68 | $0.01 | $0.06 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.06 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $9.84 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $173.23 | $813.98 |
| Employee Medicare | $37.17 | $223.02 |
| Social Security Employee Tax | $158.93 | $953.60 |
| CA State Income Tax | $103.41 | $334.26 |
| CA Disability Employee | $28.20 | $169.19 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 176.9231 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxx3359 | Checking | $2,095.63 |
| Total | | $2,095.63 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,734.60 | $2,563.44 | $500.94 | $138.03 | **$2,095.63** |
| YTD | $16,407.60 | $15,380.64 | $2,494.05 | $978.18 | $12,935.37 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 02/11/2024 |
| Period End Date | 02/24/2024 |
| Pay Date | 03/01/2024 |
| Document | 5614282 |
| **Net Pay** | **$2,045.62** |

**Pay Details**

| | | | |
|---|---|---|---|
| **CALVIN ALFILER GARCIA** | Employee Number 261643 | Pay Group | US HT SALARY |
| 5421 Thornburn St | SSN XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Los Angeles, CA 90045 | Job GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| USA | Pay Rate $34.1827 | Region | HQMER - HQ MERCHANDISING |
| | Pay Frequency Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| SALARY | 02/12/2024 | 02/12/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/13/2024 | 02/13/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/14/2024 | 02/14/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/15/2024 | 02/15/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/16/2024 | 02/16/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/19/2024 | 02/19/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/20/2024 | 02/20/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/21/2024 | 02/21/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/22/2024 | 02/22/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/23/2024 | 02/23/2024 | 8.0000 | $34.1827 | $273.46 | $12,305.70 |

Total Hours Worked 0.0000    Total Hours 80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $211.55 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($100.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $416.55 | $185.82 | $929.10 |
| LTD BUY UP EE | No | $3.56 | $17.80 | – | – |
| PPO (DEN) PREM | Yes | $35.26 | $176.30 | $13.67 | $68.35 |
| SUPL LIFE CHILD | No | $0.92 | $4.60 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $59.25 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $2.70 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $51.40 | $0.01 | $0.05 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.05 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $8.20 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $173.23 | $640.75 |
| Employee Medicare | $37.17 | $185.85 |
| Social Security Employee Tax | $158.94 | $794.67 |
| CA State Income Tax | $103.41 | $230.85 |
| CA Disability Employee | $28.20 | $140.99 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 172.3077 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3359 | Checking | $2,045.62 |
| Total | | $2,045.62 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $500.95 | $188.03 | **$2,045.62** |
| YTD | $13,673.00 | $12,817.20 | $1,993.11 | $840.15 | $10,839.74 |


**HOT TOPIC INC.**

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 01/28/2024 |
| Period End Date | 02/10/2024 |
| Pay Date | 02/16/2024 |
| Document | 5605189 |
| **Net Pay** | **$2,223.53** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | |
|---|---|
| Employee Number | 261643 |
| SSN | XXX-XX-XXXX |
| Job | GRAPHIC DESIGNER |
| Pay Rate | $34.1827 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | US HT SALARY |
| Location | CA - HT HEADQUARTERS |
| GL Company | HTUS - HOT TOPIC USA |
| Region | HQMER - HQ MERCHANDISING |
| Area | MERCH - MERCHANDISING |
| Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $820.38 |
| SALARY | 01/29/2024 | 01/29/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/30/2024 | 01/30/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/31/2024 | 01/31/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/01/2024 | 02/01/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/02/2024 | 02/02/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/05/2024 | 02/05/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/06/2024 | 02/06/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/07/2024 | 02/07/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/08/2024 | 02/08/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 02/09/2024 | 02/09/2024 | 8.0000 | $34.1827 | $273.46 | $9,571.10 |

Total Hours Worked  0.0000      Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $169.24 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($100.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $333.24 | $185.82 | $743.28 |
| LTD BUY UP EE | No | $3.56 | $14.24 | – | – |
| PPO (DEN) PREM | Yes | $35.26 | $141.04 | $13.67 | $54.68 |
| SUPL LIFE CHILD | No | $0.92 | $3.68 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $47.40 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $2.16 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $41.12 | $0.01 | $0.04 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.04 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $6.56 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $116.88 | $467.52 |
| Employee Medicare | $37.17 | $148.68 |
| Social Security Employee Tax | $158.93 | $635.73 |
| CA State Income Tax | $31.86 | $127.44 |
| CA Disability Employee | $28.20 | $112.79 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 167.6923 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,223.53 |
| Total | | $2,223.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $373.04 | $138.03 | $2,223.53 |
| YTD | $10,938.40 | $10,253.76 | $1,492.16 | $652.12 | $8,794.12 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/14/2024 |
| Period End Date | 01/27/2024 |
| Pay Date | 02/02/2024 |
| Document | 5594969 |
| **Net Pay** | **$2,173.54** |

**Pay Details**

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | 01/15/2024 | 01/15/2024 | 8.0000 | $34.1827 | $273.46 | $820.38 |
| SALARY | 01/16/2024 | 01/16/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/17/2024 | 01/17/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/18/2024 | 01/18/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/19/2024 | 01/19/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/22/2024 | 01/22/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/23/2024 | 01/23/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/24/2024 | 01/24/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/25/2024 | 01/25/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/26/2024 | 01/26/2024 | 8.0000 | $34.1827 | $273.46 | $6,836.50 |

Total Hours Worked  0.0000        Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $126.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($50.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $249.93 | $185.82 | $557.46 |
| LTD BUY UP EE | No | $3.56 | $10.68 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $105.78 | $13.67 | $41.01 |
| SUPL LIFE CHILD | No | $0.92 | $2.76 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $35.55 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $1.62 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $30.84 | $0.01 | $0.03 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.03 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $4.92 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $116.88 | $350.64 |
| Employee Medicare | $37.17 | $111.51 |
| Social Security Employee Tax | $158.93 | $476.80 |
| CA State Income Tax | $31.86 | $95.58 |
| CA Disability Employee | $28.19 | $84.59 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 163.0769 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 8.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,173.54 |
| Total | | $2,173.54 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $373.03 | $188.03 | **$2,173.54** |
| YTD | $8,203.80 | $7,690.32 | $1,119.12 | $514.09 | $6,570.59 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/14/2024 |
| Period End Date | 01/27/2024 |
| Pay Date | 02/02/2024 |
| Document | 5594969 |
| **Net Pay** | **$2,173.54** |

### Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | | Area | MERCH - MERCHANDISING |
| | | | Department | 7480 - BUYING SOURCING |

### Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $546.92 |
| HOLIDAY | 01/15/2024 | 01/15/2024 | 8.0000 | $34.1827 | $273.46 | $820.38 |
| SALARY | 01/16/2024 | 01/16/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/17/2024 | 01/17/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/18/2024 | 01/18/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/19/2024 | 01/19/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/22/2024 | 01/22/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/23/2024 | 01/23/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/24/2024 | 01/24/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/25/2024 | 01/25/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/26/2024 | 01/26/2024 | 8.0000 | $34.1827 | $273.46 | $6,836.50 |

Total Hours Worked  0.0000     Total Hours  80.0000

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $42.31 | $126.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($50.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $249.93 | $185.82 | $557.46 |
| LTD BUY UP EE | No | $3.56 | $10.68 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $105.78 | $13.67 | $41.01 |
| SUPL LIFE CHILD | No | $0.92 | $2.76 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $35.55 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $1.62 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $30.84 | $0.01 | $0.03 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.03 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $4.92 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $116.88 | $350.64 |
| Employee Medicare | $37.17 | $111.51 |
| Social Security Employee Tax | $158.93 | $476.80 |
| CA State Income Tax | $31.86 | $95.58 |
| CA Disability Employee | $28.19 | $84.59 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 163.0769 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 8.0000 | 8.0000 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,173.54 |
| Total | | $2,173.54 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,563.44 | $373.03 | $188.03 | $2,173.54 |
| YTD | $8,203.80 | $7,690.32 | $1,119.12 | $514.09 | $6,570.59 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
| --- | --- |
| Period Start Date | 12/31/2023 |
| Period End Date | 01/13/2024 |
| Pay Date | 01/19/2024 |
| Document | 5584148 |
| **Net Pay** | **$2,223.52** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
| --- | --- | --- | --- | --- |
| Employee Number | 261643 | | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | | Area | MERCH - MERCHANDISING |
| | | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| FLEX TIME OFF | 01/02/2024 | 01/02/2024 | 8.0000 | $34.1827 | $273.46 | $546.92 |
| HOLIDAY | 01/01/2024 | 01/01/2024 | 8.0000 | $34.1827 | $273.46 | $546.92 |
| SALARY | 01/03/2024 | 01/03/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/04/2024 | 01/04/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/05/2024 | 01/05/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/08/2024 | 01/08/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/09/2024 | 01/09/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/10/2024 | 01/10/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/11/2024 | 01/11/2024 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 01/12/2024 | 01/12/2024 | 8.0000 | $34.1827 | $273.46 | $4,375.36 |

Total Hours Worked  0.0000     Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| HLTH CARE FSA | Yes | $42.31 | $84.62 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($50.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $83.31 | $166.62 | $185.82 | $371.64 |
| LTD BUY UP EE | No | $3.56 | $7.12 | -- | -- |
| PPO (DEN) PREM | Yes | $35.26 | $70.52 | $13.67 | $27.34 |
| SUPL LIFE CHILD | No | $0.92 | $1.84 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $23.70 | $0.00 | $0.00 |
| SUPL LIFE SPOUS | No | $0.54 | $1.08 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $10.28 | $20.56 | $0.01 | $0.02 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.02 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $3.28 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $116.88 | $233.76 |
| Employee Medicare | $37.17 | $74.34 |
| Social Security Employee Tax | $158.94 | $317.87 |
| CA State Income Tax | $31.86 | $63.72 |
| CA Disability Employee | $28.20 | $56.40 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 158.4615 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxx3359 | Checking | $2,223.52 |
| Total | | $2,223.52 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,734.60 | $2,563.44 | $373.05 | $138.03 | **$2,223.52** |
| YTD | $5,469.20 | $5,126.88 | $746.09 | $326.06 | $4,397.05 |

12/29/23, 11:22 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/03/2023 |
| Period End Date | 12/16/2023 |
| Pay Date | 12/22/2023 |
| Document | 5557113 |
| **Net Pay** | **$2,259.51** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | 12/06/2023 | 12/06/2023 | 8.0000 | $34.1827 | $273.46 | |
| FLEX TIME OFF | 12/13/2023 | 12/13/2023 | 8.0000 | $34.1827 | $273.46 | $1,616.76 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,600.76 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | | | 0.0000 | $0.0000 | $0.00 | $80.02 |
| SALARY | 12/04/2023 | 12/04/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/05/2023 | 12/05/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/07/2023 | 12/07/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/08/2023 | 12/08/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/11/2023 | 12/11/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/12/2023 | 12/12/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/14/2023 | 12/14/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/15/2023 | 12/15/2023 | 8.0000 | $34.1827 | $273.46 | $65,060.24 |

**Total Hours Worked**  0.0000        **Total Hours**  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|

6/29/23, 11:22 AM

| | | | | | |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $1,000.22 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($600.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,821.56 | $156.25 | $4,062.50 |
| LTD BUY UP EE | No | $3.56 | $90.14 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $186.94 | $8.10 | $210.60 |
| PR ACH FUNDING | No | $0.00 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.93 | $24.18 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $282.90 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $109.20 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.26 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $41.54 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,678.73 |
| Employee Medicare | $37.91 | $1,022.30 |
| Social Security Employee Tax | $162.11 | $4,371.21 |
| CA State Income Tax | $36.52 | $1,167.41 |
| CA Disability Employee | $23.53 | $634.53 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 165.2308 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,259.51 |
| Total | | $2,259.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.83 | $86.26 | **$2,259.51** |
| YTD | $73,621.32 | $67,317.90 | $10,874.18 | $6,173.82 | $56,573.32 |

3/29/23, 11:21 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/19/2023 |
| Period End Date | 12/02/2023 |
| Pay Date | 12/08/2023 |
| Document | 5543344 |
| **Net Pay** | **$2,209.50** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | 11/24/2023 | 11/24/2023 | 8.0000 | $34.1827 | $273.46 | $1,069.84 |
| HOLIDAY | 11/23/2023 | 11/23/2023 | 8.0000 | $34.1827 | $273.46 | $1,600.76 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | | | 0.0000 | $0.0000 | $0.00 | $80.02 |
| SALARY | 11/20/2023 | 11/20/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/21/2023 | 11/21/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/22/2023 | 11/22/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/27/2023 | 11/27/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/28/2023 | 11/28/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/29/2023 | 11/29/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/30/2023 | 11/30/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 12/01/2023 | 12/01/2023 | 8.0000 | $34.1827 | $273.46 | $62,872.56 |

Total Hours Worked   0.0000        Total Hours   80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $961.75 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| HOME OFC REIMB | No | $0.00 | ($550.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,751.50 | $156.25 | $3,906.25 |
| LTD BUY UP EE | No | $3.56 | $86.58 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $179.75 | $8.10 | $202.50 |
| PR ACH FUNDING | No | $0.00 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.93 | $23.25 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $271.05 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $105.00 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.25 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $39.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,549.97 |
| Employee Medicare | $37.92 | $984.39 |
| Social Security Employee Tax | $162.11 | $4,209.10 |
| CA State Income Tax | $36.52 | $1,130.89 |
| CA Disability Employee | $23.53 | $611.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 176.6154 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,209.50 |
| Total | | $2,209.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.84 | $136.26 | **$2,209.50** |
| YTD | $70,886.72 | $64,703.22 | $10,485.35 | $6,087.56 | $54,313.81 |

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/05/2023 |
| Period End Date | 11/18/2023 |
| Pay Date | 11/24/2023 |
| Document | 5530862 |

**Net Pay** **$2,259.50**

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | | | 0.0000 | $0.0000 | $0.00 | $80.02 |
| SALARY | 11/06/2023 | 11/06/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/07/2023 | 11/07/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/08/2023 | 11/08/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/09/2023 | 11/09/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/10/2023 | 11/10/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/13/2023 | 11/13/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/14/2023 | 11/14/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/15/2023 | 11/15/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/16/2023 | 11/16/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/17/2023 | 11/17/2023 | 8.0000 | $34.1827 | $273.46 | $60,684.88 |

**Total Hours Worked**  0.0000        **Total Hours**  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $923.28 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($550.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,681.44 | $156.25 | $3,750.00 |
| LTD BUY UP EE | No | $3.56 | $83.02 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $172.56 | $8.10 | $194.40 |
| PR ACH FUNDING | No | $0.00 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.93 | $22.32 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $259.20 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $100.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.24 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $38.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,421.21 |
| Employee Medicare | $37.91 | $946.47 |
| Social Security Employee Tax | $162.11 | $4,046.99 |
| CA State Income Tax | $36.52 | $1,094.37 |
| CA Disability Employee | $23.54 | $587.47 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,259.50 |
| Total | | $2,259.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.84 | $86.26 | **$2,259.50** |
| YTD | $68,152.12 | $62,088.54 | $10,096.51 | $5,951.30 | $52,104.31 |

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

### Pay Statement

| | |
|---|---|
| Period Start Date | 11/13/2023 |
| Period End Date | 11/17/2023 |
| Pay Date | 11/14/2023 |
| Document | 6027003 |

**Net Pay** **$0.00**

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| RETRO PAY | 11/14/2023 | 11/14/2023 | | | $80.02 | $80.02 |
| SALARY | | | 0.0000 | $0.0000 | $0.00 | $57,950.28 |

Total Hours Worked  0.0000       Total Hours  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| HLTH CARE FSA | Yes | $0.00 | $884.81 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($500.00) | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $0.00 | $1,611.38 | $0.00 | $3,593.75 |
| LTD BUY UP EE | No | $0.00 | $79.46 | — | — |
| PPO (DEN) PREM | Yes | $0.00 | $165.37 | $0.00 | $186.30 |
| PR ACH FUNDING | No | $73.18 | $73.18 | $0.00 | $0.00 |
| SUPL LIFE CHILD | No | $0.00 | $21.39 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| SUPL LIFE EE | No | $0.00 | $247.35 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $0.00 | $96.60 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| EAP ER | No | $0.00 | $0.00 | $0.00 | $0.23 |
| LTD CORE ER | No | $0.00 | $0.00 | $0.00 | $36.62 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $3,292.45 |
| Employee Medicare | $1.16 | $908.56 |
| Social Security Employee Tax | $4.96 | $3,884.88 |
| CA State Income Tax | $0.00 | $1,057.85 |
| CA Disability Employee | $0.72 | $563.93 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $80.02 | $80.02 | $6.84 | $73.18 | **$0.00** |
| YTD | $65,417.52 | $59,473.86 | $9,707.67 | $5,865.04 | $49,844.81 |

10/29/23, 11:02 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/22/2023 |
| Period End Date | 11/04/2023 |
| Pay Date | 11/09/2023 |
| Document | 5519444 |
| **Net Pay** | **$2,209.51** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $34.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 10/23/2023 | 10/23/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/24/2023 | 10/24/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/25/2023 | 10/25/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/26/2023 | 10/26/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/27/2023 | 10/27/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/30/2023 | 10/30/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 10/31/2023 | 10/31/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/01/2023 | 11/01/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/02/2023 | 11/02/2023 | 8.0000 | $34.1827 | $273.46 | |
| SALARY | 11/03/2023 | 11/03/2023 | 8.0000 | $34.1827 | $273.46 | $57,950.28 |

Total Hours Worked  0.0000          Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $884.81 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($500.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,611.38 | $156.25 | $3,593.75 |
| LTD BUY UP EE | No | $3.56 | $79.46 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $165.37 | $8.10 | $186.30 |
| SUPL LIFE CHILD | No | $0.93 | $21.39 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $247.35 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $96.60 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.23 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.64 | $36.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.76 | $3,292.45 |
| Employee Medicare | $37.91 | $907.40 |
| Social Security Employee Tax | $162.11 | $3,879.92 |
| CA State Income Tax | $36.52 | $1,057.85 |
| CA Disability Employee | $23.53 | $563.21 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,209.51 |
| Total | | $2,209.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,734.60 | $2,614.68 | $388.83 | $136.26 | **$2,209.51** |
| YTD | $65,337.50 | $59,393.84 | $9,700.83 | $5,791.86 | $49,844.81 |

9/29/23, 11:01 AM

# HOT TOPIC INC.

Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/08/2023 |
| Period End Date | 10/21/2023 |
| Pay Date | 10/27/2023 |
| Document | 5509045 |
| **Net Pay** | **$2,199.57** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 10/09/2023 | 10/09/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/10/2023 | 10/10/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/11/2023 | 10/11/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/12/2023 | 10/12/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/13/2023 | 10/13/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/16/2023 | 10/16/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/17/2023 | 10/17/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/18/2023 | 10/18/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/19/2023 | 10/19/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/20/2023 | 10/20/2023 | 8.0000 | $33.1827 | $265.46 | $55,215.68 |

Total Hours Worked  0.0000        Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|

9/29/23, 11:01 AM

| | | | | | |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $846.34 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($500.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,541.32 | $156.25 | $3,437.50 |
| LTD BUY UP EE | No | $3.45 | $75.90 | — | — |
| PPO (DEN) PREM | Yes | $7.19 | $158.18 | $8.10 | $178.20 |
| SUPL LIFE CHILD | No | $0.93 | $20.46 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $235.50 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $92.40 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.22 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $34.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $3,163.69 |
| Employee Medicare | $36.76 | $869.49 |
| Social Security Employee Tax | $157.15 | $3,717.81 |
| CA State Income Tax | $33.00 | $1,021.33 |
| CA Disability Employee | $22.81 | $539.68 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.0000 | 180.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 8.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,199.57 |
| Total | | $2,199.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.88 | $86.15 | **$2,199.57** |
| YTD | $62,602.90 | $56,779.16 | $9,312.00 | $5,655.60 | $47,635.30 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 09/24/2023 |
| Period End Date | 10/07/2023 |
| Pay Date | 10/13/2023 |
| Document | 5499004 |
| **Net Pay** | **$2,149.58** |

**Pay Details**

CALVIN ALFILER GARCIA
5421 Thornburn St
Los Angeles, CA 90045
USA

| | |
|---|---|
| Employee Number | 261643 |
| SSN | XXX-XX-XXXX |
| Job | GRAPHIC DESIGNER |
| Pay Rate | $33.1827 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | US HT SALARY |
| Location | CA - HT HEADQUARTERS |
| GL Company | HTUS - HOT TOPIC USA |
| Region | HQMER - HQ MERCHANDISING |
| Area | MERCH - MERCHANDISING |
| Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 09/25/2023 | 09/25/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/26/2023 | 09/26/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/27/2023 | 09/27/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/28/2023 | 09/28/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/29/2023 | 09/29/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/02/2023 | 10/02/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/03/2023 | 10/03/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/04/2023 | 10/04/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/05/2023 | 10/05/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 10/06/2023 | 10/06/2023 | 8.0000 | $33.1827 | $265.46 | $52,561.08 |

Total Hours Worked  0.0000        Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $807.87 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,471.26 | $156.25 | $3,281.25 |
| LTD BUY UP EE | No | $3.45 | $72.45 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $150.99 | $8.10 | $170.10 |
| SUPL LIFE CHILD | No | $0.93 | $19.53 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $223.65 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $88.20 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.21 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $33.39 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $3,044.53 |
| Employee Medicare | $36.75 | $832.73 |
| Social Security Employee Tax | $157.15 | $3,560.66 |
| CA State Income Tax | $33.00 | $988.33 |
| CA Disability Employee | $22.81 | $516.87 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 176.0000 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,149.58 |
| Total | | $2,149.58 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.87 | $136.15 | $2,149.58 |
| YTD | $59,948.30 | $54,244.48 | $8,943.12 | $5,569.45 | $45,435.73 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/10/2023 |
| Period End Date | 09/23/2023 |
| Pay Date | 09/29/2023 |
| Document | 5483654 |
| **Net Pay** | **$2,149.58** |

**Pay Details**

| | | | |
|---|---|---|---|
| CALVIN ALFILER GARCIA | Employee Number | 261643 | Pay Group | US HT SALARY |
| 5421 Thornburn St | SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Los Angeles, CA 90045 | Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| USA | Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| | Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 09/11/2023 | 09/11/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/12/2023 | 09/12/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/13/2023 | 09/13/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/14/2023 | 09/14/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/15/2023 | 09/15/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/18/2023 | 09/18/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/19/2023 | 09/19/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/20/2023 | 09/20/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/21/2023 | 09/21/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/22/2023 | 09/22/2023 | 8.0000 | $33.1827 | $265.46 | $49,906.48 |

Total Hours Worked  0.0000        Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $769.40 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,401.20 | $156.25 | $3,125.00 |
| LTD BUY UP EE | No | $3.45 | $69.00 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $143.80 | $8.10 | $162.00 |
| SUPL LIFE CHILD | No | $0.93 | $18.60 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $211.80 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $84.00 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.20 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $31.80 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $2,925.37 |
| Employee Medicare | $36.75 | $795.98 |
| Social Security Employee Tax | $157.15 | $3,403.51 |
| CA State Income Tax | $33.00 | $955.33 |
| CA Disability Employee | $22.81 | $494.06 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 171.3846 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,149.58 |
| Total | | $2,149.58 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.87 | $136.15 | **$2,149.58** |
| YTD | $57,293.70 | $51,709.80 | $8,574.25 | $5,433.30 | $43,286.15 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/27/2023 |
| Period End Date | 09/09/2023 |
| Pay Date | 09/20/2023 |
| Document | 5473195 |
| **Net Pay** | **$500.70** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | 07/29/2023 | 07/29/2023 | | | $845.49 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | | | 0.0000 | $0.0000 | $0.00 | $47,251.88 |

Total Hours Worked **0.0000**      Total Hours **0.0000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $0.00 | $730.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $0.00 | $1,331.14 | $0.00 | $2,968.75 |
| LTD BUY UP EE | No | $0.00 | $65.55 | -- | -- |
| PPO (DEN) PREM | Yes | $0.00 | $136.61 | $0.00 | $153.90 |
| SUPL LIFE CHILD | No | $0.00 | $17.67 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $0.00 | $199.95 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $0.00 | $79.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.00 | $0.19 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $0.00 | $30.21 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $186.01 | $2,806.21 |
| Employee Medicare | $12.26 | $759.23 |
| Social Security Employee Tax | $52.42 | $3,246.36 |
| CA State Income Tax | $86.49 | $922.33 |
| CA Disability Employee | $7.61 | $471.25 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 166.7693 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $500.70 |
| Total | | $500.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $845.49 | $845.49 | $344.79 | $0.00 | **$500.70** |
| YTD | $54,639.10 | $49,175.12 | $8,205.38 | $5,297.15 | $41,136.57 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/27/2023 |
| Period End Date | 09/09/2023 |
| Pay Date | 09/20/2023 |
| Document | 5473195 |
| **Net Pay** | **$500.70** |

## Pay Details

**CALVIN ALFILER GARCIA**
5421 Thornburn St
Los Angeles, CA 90045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 261643 | Pay Group | US HT SALARY |
| SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | Department | 7480 - BUYING SOURCING |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR2BONUS-S | 07/29/2023 | 07/29/2023 | | | $845.49 | $845.49 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | | | 0.0000 | $0.0000 | $0.00 | $47,251.88 |

Total Hours Worked  **0.0000**     Total Hours  **0.0000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $0.00 | $730.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $0.00 | $1,331.14 | $0.00 | $2,968.75 |
| LTD BUY UP EE | No | $0.00 | $65.55 | -- | -- |
| PPO (DEN) PREM | Yes | $0.00 | $136.61 | $0.00 | $153.90 |
| SUPL LIFE CHILD | No | $0.00 | $17.67 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $0.00 | $199.95 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $0.00 | $79.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.00 | $0.19 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $0.00 | $30.21 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $186.01 | $2,806.21 |
| Employee Medicare | $12.26 | $759.23 |
| Social Security Employee Tax | $52.42 | $3,246.36 |
| CA State Income Tax | $86.49 | $922.33 |
| CA Disability Employee | $7.61 | $471.25 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 166.7693 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $500.70 |
| Total | | $500.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $845.49 | $845.49 | $344.79 | $0.00 | **$500.70** |
| YTD | $54,639.10 | $49,175.12 | $8,205.38 | $5,297.15 | $41,136.57 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 08/27/2023 |
| Period End Date | 09/09/2023 |
| Pay Date | 09/15/2023 |
| Document | 5463896 |
| **Net Pay** | **$2,199.57** |

**Pay Details**

| | | | | |
|---|---|---|---|---|
| **CALVIN ALFILER GARCIA** | Employee Number | 261643 | Pay Group | US HT SALARY |
| 5421 Thornburn St | SSN | XXX-XX-XXXX | Location | CA - HT HEADQUARTERS |
| Los Angeles, CA 90045 | Job | GRAPHIC DESIGNER | GL Company | HTUS - HOT TOPIC USA |
| USA | Pay Rate | $33.1827 | Region | HQMER - HQ MERCHANDISING |
| | Pay Frequency | Biweekly | Area | MERCH - MERCHANDISING |
| | | | Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | 09/04/2023 | 09/04/2023 | 8.0000 | $33.1827 | $265.46 | $1,327.30 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 08/28/2023 | 08/28/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/29/2023 | 08/29/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/30/2023 | 08/30/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/31/2023 | 08/31/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/01/2023 | 09/01/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/05/2023 | 09/05/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/06/2023 | 09/06/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/07/2023 | 09/07/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 09/08/2023 | 09/08/2023 | 8.0000 | $33.1827 | $265.46 | $47,251.88 |

Total Hours Worked  0.0000    Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $730.93 | $0.00 | $0.00 |
| HOME OFC REIMB | No | ($50.00) | ($450.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,331.14 | $156.25 | $2,968.75 |
| LTD BUY UP EE | No | $3.45 | $65.55 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $136.61 | $8.10 | $153.90 |
| SUPL LIFE CHILD | No | $0.93 | $17.67 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $199.95 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $79.80 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.19 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $30.21 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $2,620.20 |
| Employee Medicare | $36.75 | $746.97 |
| Social Security Employee Tax | $157.15 | $3,193.94 |
| CA State Income Tax | $33.00 | $835.84 |
| CA Disability Employee | $22.82 | $463.64 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 166.7693 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3359 | Checking | $2,199.57 |
| Total | | $2,199.57 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.88 | $86.15 | **$2,199.57** |
| YTD | $53,793.61 | $48,329.63 | $7,860.59 | $5,297.15 | $40,635.87 |



Hot Topic Merchandising Inc
18305 San Jose Avenue
City of Industry, CA 91748
626-839-4681

| Pay Statement | |
|---|---|
| Period Start Date | 08/13/2023 |
| Period End Date | 08/26/2023 |
| Pay Date | 09/01/2023 |
| Document | 5454048 |
| **Net Pay** | **$2,149.57** |

**Pay Details**

| CALVIN ALFILER GARCIA | | |
|---|---|---|
| 5421 Thornburn St | Employee Number | 261643 |
| Los Angeles, CA 90045 | SSN | XXX-XX-XXXX |
| USA | Job | GRAPHIC DESIGNER |
| | Pay Rate | $33.1827 |
| | Pay Frequency | Biweekly |

| Pay Group | US HT SALARY |
|---|---|
| Location | CA - HT HEADQUARTERS |
| GL Company | HTUS - HOT TOPIC USA |
| Region | HQMER - HQ MERCHANDISING |
| Area | MERCH - MERCHANDISING |
| Department | 7480 - BUYING SOURCING |

**Earnings**

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| FLEX TIME OFF | | | 0.0000 | $0.0000 | $0.00 | $796.38 |
| HOLIDAY | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| HT CA SPSL1 S | | | 0.0000 | $0.0000 | $0.00 | $1,061.84 |
| QTR1BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $862.75 |
| QTR4BONUS-S | | | 0.0000 | $0.0000 | $0.00 | $2,493.46 |
| SALARY | 08/14/2023 | 08/14/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/15/2023 | 08/15/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/16/2023 | 08/16/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/17/2023 | 08/17/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/18/2023 | 08/18/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/21/2023 | 08/21/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/22/2023 | 08/22/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/23/2023 | 08/23/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/24/2023 | 08/24/2023 | 8.0000 | $33.1827 | $265.46 | |
| SALARY | 08/25/2023 | 08/25/2023 | 8.0000 | $33.1827 | $265.46 | $44,862.74 |

Total Hours Worked  0.0000    Total Hours  80.0000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| HLTH CARE FSA | Yes | $38.47 | $692.46 | $0.00 | $0.00 |
| HOME OFC REIMB | No | $0.00 | ($400.00) | $0.00 | $0.00 |
| 401K EE | Yes | $0.00 | $3,185.50 | $0.00 | $0.00 |
| KAIS SO.CA T1 | Yes | $70.06 | $1,261.08 | $156.25 | $2,812.50 |
| LTD BUY UP EE | No | $3.45 | $62.10 | -- | -- |
| PPO (DEN) PREM | Yes | $7.19 | $129.42 | $8.10 | $145.80 |
| SUPL LIFE CHILD | No | $0.93 | $16.74 | $0.00 | $0.00 |
| SUPL LIFE EE | No | $11.85 | $188.10 | $0.00 | $0.00 |
| VISION PREMIUM | Yes | $4.20 | $75.60 | $0.00 | $0.00 |
| EAP ER | No | $0.00 | $0.00 | $0.01 | $0.18 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $530.90 |
| LTD CORE ER | No | $0.00 | $0.00 | $1.59 | $28.62 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.16 | $2,501.04 |
| Employee Medicare | $36.76 | $710.22 |
| Social Security Employee Tax | $157.15 | $3,036.79 |
| CA State Income Tax | $33.00 | $802.84 |
| CA Disability Employee | $22.81 | $440.82 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| HT CA Covid Pos | 0.0000 | 0.0000 |
| HT CA Covid VAC | 0.0000 | 0.0000 |
| Paid Time Off | 4.6154 | 162.1539 |
| Personal Time | 0.0000 | 0.0000 |
| Volunteer Plans | 0.0000 | 8.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3359 | Checking | $2,149.57 |
| Total | | $2,149.57 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,654.60 | $2,534.68 | $368.88 | $136.15 | **$2,149.57** |
| YTD | $51,139.01 | $45,794.95 | $7,491.71 | $5,211.00 | $38,436.30 |

# EXHIBIT 9

**Debtor Name:**    **VILLACORTA, GLADYS GRACE LIAD**
**Case Number:**    732-24-13211

| Payroll Statements | | | #1 | #16 | #25a | | |
|---|---|---|---|---|---|---|---|
| Pay Period Beginning | Pay Period Ending | Pay Date | Gross | Taxes | Health Insurance | Net | YTD |
| | | | | | | | $0.00 |
| 09/11/23 | 09/24/23 | | | | | $0.00 | $0.00 |
| 09/25/23 | 10/08/23 | | | | | $0.00 | $0.00 |
| 10/09/23 | 10/22/23 | | | | | $0.00 | $0.00 |
| 10/23/23 | 11/05/23 | | | | | $0.00 | $0.00 |
| 11/06/23 | 11/19/23 | | | | | $0.00 | $0.00 |
| 11/20/23 | 12/03/23 | 12/08/23 | $2,884.62 | $720.86 | | $2,163.76 | $2,884.62 |
| 12/04/23 | 12/17/23 | 12/22/23 | $2,596.16 | $605.41 | | $1,990.75 | **$5,480.78** |
| 12/18/23 | 12/31/23 | 01/05/24 | $2,596.16 | $590.81 | | $2,005.35 | $2,596.16 |
| 01/01/24 | 01/14/24 | 01/19/24 | $2,884.62 | $660.97 | $111.08 | $2,112.57 | $5,480.78 |
| 01/15/24 | 01/28/24 | 02/02/24 | $2,884.62 | $660.97 | $111.08 | $2,112.57 | $8,365.40 |
| 01/29/24 | 02/11/24 | 02/16/24 | $2,884.62 | $660.95 | $111.08 | $2,112.59 | $11,250.02 |
| 02/12/24 | 02/25/24 | 03/01/24 | $2,884.62 | $660.97 | $111.08 | $2,112.57 | $14,134.64 |
| 02/26/24 | 03/10/24 | 03/15/24 | $2,884.62 | $660.97 | $111.08 | $2,112.57 | $17,019.26 |
| 03/11/24 | 03/24/24 | 03/29/24 | $2,884.62 | $660.96 | $111.08 | $2,112.58 | **$19,903.88** |
| | | | | | | | |
| | | Total | **$25,384.66** | **$5,882.87** | **$666.48** | **$18,835.31** | |
| | | Monthly Avg | **$4,230.78** | **$980.48** | **$111.08** | **$3,139.22** | |

**Debtor 2 or non Filing Spouse**
**Name:**   Calvin Garcia
**Case Number:**   732-24-13211

| Payroll Statements | | | #1 | #16 | #18 | #25a | #25b | #25c | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Period Beginning | Pay Period Ending | Pay Date | Gross | Taxes | Life Insurance | Health Insurance | Disability Insurance | Health Savings Account | Other | Net | YTD |
| | | 09/29/23 | $57,293.70 | $ 8,574.25 | $ 230.40 | $ 1,629.00 | $ 69.00 | $ 769.40 | $ (450.00) | $43,286.15 | $57,293.70 |
| 09/24/23 | 10/07/23 | 10/13/23 | $2,654.60 | $368.87 | $12.78 | $81.45 | $3.45 | $38.47 | ($50.00) | $2,149.58 | $59,948.30 |
| 10/08/23 | 10/21/23 | 10/27/23 | $2,654.60 | $368.88 | $12.78 | $81.45 | $3.45 | $38.47 | ($50.00) | $2,199.57 | $62,602.90 |
| 10/22/23 | 11/04/23 | 11/09/23 | $2,734.60 | $388.83 | $12.78 | $81.45 | $3.56 | $38.47 | | $2,209.51 | $65,337.50 |
| 11/13/23 | 11/17/23 | 11/14/23 | $80.02 | $6.84 | | | | | $73.18 | $0.00 | $65,417.52 |
| 11/05/23 | 11/18/23 | 11/24/23 | $2,734.60 | $388.84 | $12.78 | $81.45 | $3.56 | $38.47 | ($50.00) | $2,259.50 | $68,152.12 |
| 11/19/23 | 12/02/23 | 12/08/23 | $2,734.60 | $388.84 | $12.78 | $81.45 | $3.56 | $38.47 | | $2,209.50 | $70,886.72 |
| 12/03/23 | 12/16/23 | 12/22/23 | $2,734.60 | $388.83 | $12.78 | $81.45 | $3.56 | $38.47 | ($50.00) | $2,259.51 | $73,621.32 |
| | | | $2,734.60 | $388.83 | $12.78 | $81.45 | $3.56 | $38.47 | | $2,209.51 | $2,734.60 |
| 12/17/23 | 12/30/23 | 01/19/24 | $2,734.60 | $373.05 | $13.31 | $128.85 | $3.56 | $42.31 | ($50.00) | $2,223.52 | $5,469.20 |
| 12/31/23 | 01/13/24 | 02/02/24 | $2,734.60 | $373.03 | $13.31 | $128.85 | $3.56 | $42.31 | | $2,173.54 | $8,203.80 |
| 01/14/24 | 01/27/24 | 02/16/24 | $2,734.60 | $373.04 | $13.31 | $128.85 | $3.56 | $42.31 | ($50.00) | $2,223.53 | $10,938.40 |
| 01/28/24 | 02/10/24 | 03/01/24 | $2,734.60 | $500.95 | $13.31 | $128.85 | $3.56 | $42.31 | | $2,045.62 | $13,673.00 |
| 02/11/24 | 02/24/24 | 03/15/24 | $2,734.60 | $500.94 | $13.31 | $128.85 | $3.56 | $42.31 | ($50.00) | $2,095.63 | $16,407.60 |
| 02/25/24 | 03/09/24 | 03/29/24 | $2,734.60 | $500.93 | $13.31 | $128.85 | $3.56 | $42.31 | | $2,045.64 | $19,142.20 |
| | | | | | | | | | | | |
| | | Total | $35,469.82 | $5,310.70 | $169.32 | $1,343.25 | $46.06 | $523.15 | ($226.82) | $28,304.16 | |
| | | Monthly Avg | $5,911.64 | $885.12 | $28.22 | $223.88 | $7.68 | $87.19 | ($37.80) | $4,717.36 | |

# EXHIBIT 10

Bankruptcy Allowable Living Expenses
(Cases Filed Between April 1, 2024 and May 14, 2024, Inclusive)

Local Housing and Utilities Standards*

California

| County | FIPS Code | 1 Person | | 2 People | | 3 People | | 4 People | | 5 or More People | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent |
| Alameda County | 06001 | $606 | $2,636 | $712 | $3,095 | $750 | $3,262 | $837 | $3,636 | $850 | $3,696 |
| Alpine County | 06003 | $797 | $1,612 | $935 | $1,894 | $986 | $1,995 | $1,099 | $2,225 | $1,117 | $2,260 |
| Amador County | 06005 | $645 | $1,411 | $757 | $1,658 | $798 | $1,747 | $890 | $1,948 | $904 | $1,979 |
| Butte County | 06007 | $609 | $1,366 | $715 | $1,604 | $754 | $1,690 | $841 | $1,884 | $854 | $1,915 |
| Calaveras County | 06009 | $708 | $1,463 | $831 | $1,719 | $876 | $1,811 | $977 | $2,019 | $992 | $2,052 |
| Colusa County | 06011 | $628 | $1,262 | $737 | $1,483 | $777 | $1,562 | $866 | $1,742 | $880 | $1,770 |
| Contra Costa County | 06013 | $608 | $2,380 | $714 | $2,795 | $753 | $2,945 | $839 | $3,284 | $853 | $3,337 |
| Del Norte County | 06015 | $579 | $1,023 | $680 | $1,202 | $716 | $1,267 | $799 | $1,412 | $812 | $1,435 |
| El Dorado County | 06017 | $671 | $1,931 | $788 | $2,268 | $831 | $2,389 | $926 | $2,664 | $941 | $2,707 |
| Fresno County | 06019 | $610 | $1,312 | $717 | $1,541 | $755 | $1,624 | $842 | $1,811 | $855 | $1,840 |
| Glenn County | 06021 | $655 | $1,168 | $769 | $1,372 | $810 | $1,446 | $904 | $1,611 | $918 | $1,638 |
| Humboldt County | 06023 | $593 | $1,425 | $696 | $1,675 | $733 | $1,765 | $818 | $1,967 | $831 | $1,999 |
| Imperial County | 06025 | $614 | $1,143 | $721 | $1,342 | $759 | $1,415 | $847 | $1,577 | $860 | $1,603 |
| Inyo County | 06027 | $607 | $1,604 | $713 | $1,883 | $752 | $1,984 | $838 | $2,213 | $852 | $2,248 |
| Kern County | 06029 | $603 | $1,266 | $708 | $1,487 | $746 | $1,567 | $832 | $1,747 | $845 | $1,776 |
| Kings County | 06031 | $608 | $1,188 | $714 | $1,396 | $753 | $1,470 | $839 | $1,640 | $853 | $1,666 |
| Lake County | 06033 | $667 | $1,189 | $783 | $1,397 | $825 | $1,472 | $920 | $1,641 | $935 | $1,668 |
| Lassen County | 06035 | $601 | $1,118 | $706 | $1,313 | $744 | $1,383 | $829 | $1,543 | $843 | $1,567 |
| Los Angeles County | 06037 | $646 | $2,171 | $758 | $2,550 | $799 | $2,687 | $891 | $2,996 | $906 | $3,044 |
| Madera County | 06039 | $607 | $1,284 | $713 | $1,508 | $752 | $1,588 | $838 | $1,771 | $852 | $1,799 |
| Marin County | 06041 | $659 | $3,312 | $774 | $3,890 | $816 | $4,099 | $909 | $4,571 | $924 | $4,645 |
| Mariposa | 06043 | $558 | $1,397 | $655 | $1,641 | $690 | $1,729 | $770 | $1,927 | $782 | $1,959 |

| County | FIPS Code | 1 Person Non-Mortgage | 1 Person Mortgage/Rent | 2 People Non-Mortgage | 2 People Mortgage/Rent | 3 People Non-Mortgage | 3 People Mortgage/Rent | 4 People Non-Mortgage | 4 People Mortgage/Rent | 5 or More People Non-Mortgage | 5 or More People Mortgage/Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| County | | | | | | | | | | | |
| Mendocino County | 06045 | $650 | $1,534 | $764 | $1,801 | $805 | $1,898 | $897 | $2,117 | $912 | $2,150 |
| Merced County | 06047 | $628 | $1,206 | $738 | $1,416 | $778 | $1,492 | $867 | $1,664 | $881 | $1,691 |
| Modoc County | 06049 | $607 | $822 | $713 | $965 | $752 | $1,016 | $838 | $1,133 | $851 | $1,152 |
| Mono County | 06051 | $815 | $1,447 | $957 | $1,700 | $1,008 | $1,792 | $1,124 | $1,998 | $1,142 | $2,030 |
| Monterey County | 06053 | $578 | $2,031 | $679 | $2,385 | $715 | $2,514 | $797 | $2,803 | $810 | $2,848 |
| Napa County | 06055 | $629 | $2,337 | $739 | $2,745 | $779 | $2,892 | $868 | $3,225 | $882 | $3,277 |
| Nevada County | 06057 | $674 | $1,810 | $792 | $2,125 | $834 | $2,240 | $930 | $2,498 | $945 | $2,538 |
| Orange County | 06059 | $594 | $2,438 | $698 | $2,864 | $735 | $3,018 | $820 | $3,365 | $833 | $3,419 |
| Placer County | 06061 | $625 | $2,080 | $735 | $2,442 | $774 | $2,574 | $863 | $2,870 | $877 | $2,916 |
| Plumas County | 06063 | $619 | $1,159 | $727 | $1,362 | $767 | $1,434 | $855 | $1,599 | $869 | $1,625 |
| Riverside County | 06065 | $619 | $1,740 | $727 | $2,043 | $766 | $2,153 | $854 | $2,401 | $867 | $2,440 |
| Sacramento County | 06067 | $629 | $1,638 | $738 | $1,925 | $778 | $2,028 | $868 | $2,261 | $882 | $2,297 |
| San Benito County | 06069 | $622 | $2,263 | $730 | $2,659 | $770 | $2,801 | $858 | $3,124 | $872 | $3,174 |
| San Bernardino County | 06071 | $606 | $1,543 | $712 | $1,812 | $751 | $1,909 | $837 | $2,129 | $850 | $2,164 |
| San Diego County | 06073 | $640 | $2,227 | $752 | $2,615 | $792 | $2,756 | $884 | $3,072 | $898 | $3,122 |
| San Francisco County | 06075 | $662 | $3,237 | $777 | $3,802 | $819 | $4,006 | $913 | $4,467 | $928 | $4,539 |
| San Joaquin County | 06077 | $657 | $1,596 | $771 | $1,875 | $813 | $1,975 | $906 | $2,203 | $921 | $2,238 |
| San Luis Obispo County | 06079 | $570 | $2,079 | $669 | $2,443 | $705 | $2,574 | $786 | $2,870 | $799 | $2,916 |
| San Mateo County | 06081 | $651 | $3,151 | $765 | $3,701 | $806 | $3,900 | $898 | $4,349 | $913 | $4,419 |
| Santa Barbara County | 06083 | $578 | $2,071 | $679 | $2,433 | $715 | $2,564 | $798 | $2,858 | $810 | $2,905 |
| Santa Clara County | 06085 | $658 | $3,150 | $773 | $3,700 | $815 | $3,898 | $909 | $4,346 | $923 | $4,417 |
| Santa Cruz County | 06087 | $653 | $2,528 | $767 | $2,969 | $808 | $3,129 | $901 | $3,489 | $916 | $3,545 |
| Shasta County | 06089 | $632 | $1,251 | $742 | $1,469 | $782 | $1,548 | $872 | $1,726 | $886 | $1,754 |
| Sierra County | 06091 | $584 | $1,093 | $686 | $1,284 | $723 | $1,353 | $807 | $1,508 | $819 | $1,533 |

| County | FIPS Code | Family Size and Expense Type ||||||||| 
| | | 1 Person || 2 People || 3 People || 4 People || 5 or More People ||
| | | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Siskiyou County | 06093 | $630 | $1,048 | $740 | $1,231 | $780 | $1,297 | $870 | $1,446 | $883 | $1,470 |
| Solano County | 06095 | $618 | $1,879 | $726 | $2,206 | $765 | $2,325 | $853 | $2,592 | $867 | $2,634 |
| Sonoma County | 06097 | $632 | $2,187 | $742 | $2,569 | $782 | $2,707 | $872 | $3,018 | $886 | $3,067 |
| Stanislaus County | 06099 | $635 | $1,383 | $746 | $1,624 | $786 | $1,711 | $876 | $1,908 | $890 | $1,939 |
| Sutter County | 06101 | $620 | $1,360 | $728 | $1,597 | $768 | $1,682 | $856 | $1,876 | $870 | $1,906 |
| Tehama County | 06103 | $631 | $1,083 | $741 | $1,272 | $781 | $1,340 | $871 | $1,494 | $885 | $1,518 |
| Trinity County | 06105 | $552 | $1,184 | $647 | $1,391 | $682 | $1,466 | $761 | $1,634 | $773 | $1,661 |
| Tulare County | 06107 | $607 | $1,151 | $713 | $1,352 | $752 | $1,424 | $838 | $1,588 | $852 | $1,613 |
| Tuolumne County | 06109 | $657 | $1,444 | $771 | $1,696 | $813 | $1,787 | $906 | $1,993 | $921 | $2,025 |
| Ventura County | 06111 | $629 | $2,223 | $739 | $2,611 | $779 | $2,751 | $868 | $3,068 | $882 | $3,117 |
| Yolo County | 06113 | $629 | $1,844 | $739 | $2,166 | $779 | $2,282 | $868 | $2,545 | $882 | $2,586 |
| Yuba County | 06115 | $596 | $1,389 | $700 | $1,632 | $738 | $1,719 | $823 | $1,917 | $836 | $1,948 |

* **Note:** The IRS expense figures posted on this Web site are for use in completing bankruptcy forms. They are not for use in computing taxes or for any other tax administration purpose. Expense information for tax purposes can be found on the IRS Web site.

# EXHIBIT 11

IRS National Standards for Allowable Living Expenses

## (Cases Filed Between April 1, 2024 and May 14, 2024, Inclusive)

**Note:** The IRS expense figures posted on this Web site are for use in completing bankruptcy forms. They are not for use in computing taxes or for any other tax administration purpose. Expense information for tax purposes can be found on the IRS Web Site.

## Collection Financial Standards for Food, Clothing and Other Items

| Expense | One Person | Two Persons | Three Persons | Four Persons |
|---|---|---|---|---|
| Food | $466 | $777 | $936 | $1,123 |
| Housekeeping supplies | $47 | $80 | $85 | $90 |
| Apparel & services | $96 | $145 | $207 | $252 |
| Personal care products & services | $43 | $78 | $91 | $97 |
| Miscellaneous | $189 | $309 | $381 | $431 |
| **Total** | **$841** | **$1,389** | **$1,700** | **$1,993** |

| More than four persons | Additional Amount Per Person |
|---|---|
| For each additional person, add to four-person total allowance: | $356 |

**Bankruptcy Allowable Living Expenses – National Standards (See 11 U.S.C. § 707(b)(2)(A)(ii)(I))**

| Expense | One Person | Two Persons | Three Persons | Four Persons |
|---|---|---|---|---|
| Food & Clothing (Apparel & Services)* | $562 | $922 | $1,143 | $1,375 |
| **5% of Food & Clothing** | **$28** | **$46** | **$57** | **$69** |

| More than four persons | Additional Amount Per Person |
|---|---|
| Food & Clothing (Apparel & Services)* | $246 |
| **5% of Food & Clothing** | **$12** |

\* This total may differ from the combination of the two amounts on the table above due to rounding.

# EXHIBIT 12

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1** GLADYS GRACE LIAD VILLACORTA
First Name          Middle Name          Last Name

**Debtor 2**
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Central District of California

Case number 732-24-13211
(If known)

☐ 1. There is no presumption of abuse.

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $ 4230.78 | $ 5911.64 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | |
| Net monthly income from a business, profession, or farm | $454.18 | $_____ | Copy here ➤ | $ 2,454.18 | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here ➤ | $_____ | $_____ |

7. **Interest, dividends, and royalties** | | | $_____ | $_____ |

Debtor 1    GLADYS GRACE LIAD VILLACORTA

First Name    Middle Name    Last Name

Case number *(if known)* 732-24-13211

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____ | $_____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................ ↓

For you ...............................................................  $_____

For your spouse ...............................................  $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

|  | $_____ | $_____ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| _____ | $_____ | $_____ |
|---|---|---|
| _____ | $_____ | $_____ |
| Total amounts from separate pages, if any. | + $_____ | + $_____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 6684.96  **+**  $ 5911.64  **=**  $ 12596.60

**Total current monthly income**

---

**Part 2:**  Determine Whether the Means Test Applies to You

---

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11. ................................................................ **Copy line 11 here** ➔  $ 12,596.60

Multiply by 12 (the number of months in a year).    **x 12**

12b.  The result is your annual income for this part of the form.    12b.  $151159.20

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    CA

Fill in the number of people in your household.    3

Fill in the median family income for your state and size of household. ................................................................13.  $109458.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☑  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

Debtor 1    GLADYS GRACE LIAD VILLACORTA                          Case number (*if known*) 732-24-13211
　　　　　First Name　　Middle Name　　Last Name

| Part 3: | Sign Below |
|---------|------------|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ _____        ✖ _____
Signature of Debtor 1                            Signature of Debtor 2

Date _____                            Date _____
　　　MM / DD   / YYYY                            　　　MM / DD   / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1    GLADYS GRACE LIAD VILLACORTA
_____
First Name          Middle Name              Last Name

Debtor 2    _____
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    732-24-13211
(If known)     _____

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☐ 1. There is no presumption of abuse.

☑ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

---

## Official Form 122A–2

## Chapter 7 Means Test Calculation

04/22

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

### Part 1:    Determine Your Adjusted Income

1. **Copy your total current monthly income.** ................................................................ Copy line 11 from Official Form 122A-1 here ➡ ............ $ 12,596.60

2. **Did you fill out Column B in Part 1 of Form 122A–1?**

   ☐ No. Fill in $0 for the total on line 3.

   ☐ Yes. Is your spouse filing with you?

      ☑ No. Go to line 3.

      ☐ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 for the total on line 3.

   ☐ Yes. Fill in the information below:

   | State each purpose for which the income was used | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | + $_____ |
   | **Total**. ................................................. | $_____0.00 |

   Copy total here ................ ➡  — $_____0.00

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1.

   $ 12,596.60

---

| Debtor 1 | GLADYS GRACE LIAD VILLACORTA | | Case number (*if known*) | 732-24-13211 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| **Part 2:** | Calculate Your Deductions from Your Income |
|---|---|

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   > 3

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

   $ 1,700.00

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

   **People who are under 65 years of age**

   7a.  Out-of-pocket health care allowance per person      $ 79.00

   7b.  Number of people who are under 65      x 3

   7c.  **Subtotal.** Multiply line 7a by line 7b.      $ 237.00     Copy here ➡     $ 237.00

   **People who are 65 years of age or older**

   7d.  Out-of-pocket health care allowance per person      $ _____

   7e.  Number of people who are 65 or older      x _____

   7f.  **Subtotal.** Multiply line 7d by line 7e.      $ _____     Copy here ➡     + $ _____

   7g.  **Total.** Add lines 7c and 7f..........................................................................      $ 237.00     Copy total here ➡     $ 237.00

Debtor 1    GLADYS GRACE LIAD VILLACORTA                                    Case number (if known) 732-24-13211
            First Name    Middle Name    Last Name

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. ...................................................................... $ ____799.00____

9.  **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed
       for your county for mortgage or rent expenses..................................................... $ __2,687.00__

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

      To calculate the total average monthly payment, add all amounts that are
      contractually due to each secured creditor in the 60 months after you file for
      bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | + $ _____ |

                    Total average monthly payment    $ ____0.00____    Copy here ➡    — $ ____0.00____    Repeat this amount on line 33a.

   9c. Net mortgage or rent expense.
       Subtract line 9b (total average monthly payment) from line 9a (mortgage or
       rent expense). If this amount is less than $0, enter $0. ................................    $ __2,687.00__    Copy here ➡    $ __2,687.00__

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    $ _____

    Explain
    why:    _____
            _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

    ☐  0. Go to line 14.
    ☐  1. Go to line 12.
    ☑  2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.    $ ____678.00____

Debtor 1    GLADYS GRACE LIAD VILLACORTA
       First Name     Middle Name     Last Name      Case number *(if known)*  732-24-13211

---

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    Describe Vehicle 1:    2008 Honda Fit

13a. Ownership or leasing costs using IRS Local Standard. ..................................    $_____0.00

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | $_____ |
| **+** _____ | $_____ |

Total average monthly payment    $_____0.00    **Copy here ➡**    — $_____0.00    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0. ...........    $_____0.00    **Copy net Vehicle 1 expense here ..... ➡**    $_____0.00

**Vehicle 2**    Describe Vehicle 2:    2004 Chevrolet Colorado

13d. Ownership or leasing costs using IRS Local Standard. ..................................    $_____0.00

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $_____ |
| **+** _____ | $_____ |

Total average monthly payment    $_____0.00    **Copy here ➡**    — $_____0.00    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from 13d. If this amount is less than $0, enter $0. ...................    $_____0.00    **Copy net Vehicle 2 expense here ... ➡**    $_____0.00

14. **Public transportation expense**: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.    $_____

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.*    $_____

---

Debtor 1 ___GLADYS GRACE LIAD VILLACORTA___  Case number *(if known)* __732-24-13211__

       First Name       Middle Name       Last Name

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
| --- | --- |

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

    Do not include real estate, sales, or use taxes.

$ 1,865.60

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

$_____

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.

$ 28.22

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

$_____

20. **Education:** The total monthly amount that you pay for education that is either required:

    ■ as a condition for your job, or

    ■ for your physically or mentally challenged dependent child if no public education is available for similar services.

$_____

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

    Do not include payments for any elementary or secondary school education.

$_____

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.

$_____

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

+ $_____

24. **Add all of the expenses allowed under the IRS expense allowances.**

    Add lines 6 through 23.

$ 7,994.82

| Debtor 1 | GLADYS GRACE LIAD VILLACORTA | | Case number *(if known)* 732-24-13211 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note*: Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ | 334.96 |
| Disability insurance | $ | 7.68 |
| Health savings account | + $ | 87.19 |
| Total | $ | 429.83 |

Copy total here ➡ ...................................... $ _____429.83_____

Do you actually spend this total amount?

☐ No. How much do you actually spend?          $_____

☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).          $_____

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.          $_____

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.          $_____

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $189.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.          $_____0.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

\* Subject to adjustment on 4/01/25, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.          $_____0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).          + $_____

32. **Add all of the additional expense deductions.**          $_____429.83_____

Add lines 25 through 31.

Debtor 1    GLADYS GRACE LIAD VILLACORTA             Case number *(if known)* 732-24-13211
       First Name       Middle Name       Last Name

---

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  | | Average monthly payment |
|---|---|---|
| **Mortgages on your home:** | | |
| 33a. Copy line 9b here .................................................. ➔ | | $_____0.00 |
| **Loans on your first two vehicles:** | | |
| 33b. Copy line 13b here. ................................................ ➔ | | $_____0.00 |
| 33c. Copy line 13e here. ................................................ ➔ | | $_____0.00 |

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| _____ | _____ | ☑ No<br>☐ Yes | $_____ |
| _____ | _____ | ☑ No<br>☐ Yes | $_____ |
| _____ | _____ | ☑ No<br>☐ Yes | + $_____ |

33e. Total average monthly payment. Add lines 33a through 33d........................

$_____0.00   Copy total here ➔   $_____0.00

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☑ No. Go to line 35.
☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | + $_____ |
| | | Total | | |

$_____0.00   Copy total here ➔   $_____0.00

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☑ No. Go to line 36.
☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ..............................................
$_____   ÷ 60 =   $_____

Debtor 1    GLADYS GRACE LIAD VILLACORTA                               Case number *(if known)* 732-24-13211

      First Name      Middle Name      Last Name

---

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate
instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☐ No. Go to line 37.

☑ Yes. Fill in the following information.

    Projected monthly plan payment if you were filing under Chapter 13      $ _____ 4,172

    Current multiplier for your district as stated on the list issued by the
    Administrative Office of the United States Courts (for districts in Alabama and
    North Carolina) or by the Executive Office for United States Trustees (for all
    other districts).      x _0.10_

    To find a list of district multipliers that includes your district, go online using the
    link specified in the separate instructions for this form. This list may also be
    available at the bankruptcy clerk's office.

    Average monthly administrative expense if you were filing under Chapter 13    $ ___ 417.20   **Copy total here ➤**    $ ___ 417.20

37. **Add all of the deductions for debt payment.**
Add lines 33e through 36. .....................................................................................................................    $ 417.20

---

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS
expense allowances* ......................    $ ___ 7,994.82

Copy line 32, *All of the additional expense deductions* ..........    $ ___ 429.83

Copy line 37, *All of the deductions for debt payment* .............. + $ ___ 417.20

          Total deductions    $ ___ 8,841.85    **Copy total here ➤**    $ ___ 8,841.85

---

| Part 3: | Determine Whether There Is a Presumption of Abuse |
|---------|---------------------------------------------------|

39. **Calculate monthly disposable income for 60 months**

  39a. Copy line 4, *adjusted current monthly income* .....    $ ___ 12,596.60

  39b. Copy line 38, *Total deductions* .......... – $ ___ 8,841.85

  39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).    $ ___ 3,754.75    **Copy here ➤**    $ ___ 3,754.75
       Subtract line 39b from line 39a.

      For the next 60 months (5 years) ..................................................................    x 60

  39d. **Total**. Multiply line 39c by 60. .................................................................    $225,285.00    **Copy here ➤**    $225,285 00

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

☐ **The line 39d is less than $9,075***. On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to
Part 5.

☑ **The line 39d is more than $15,150***. On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You
may fill out Part 4 if you claim special circumstances. Then go to Part 5.

☐ **The line 39d is at least $9,075***, but not more than $15,150***. Go to line 41.

    * Subject to adjustment on 4/01/25, and every 3 years after that for cases filed on or after the date of adjustment.

---

Debtor 1 ___GLADYS GRACE LIAD VILLACORTA_____    Case number *(if known)*___732-24-13211_____
    First Name     Middle Name     Last Name

---

41. 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form.......................................    $ 43,168.00

                                                                          x  .25

    41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).

         Multiply line 41a by 0.25. ..........................................    $ 10,792.00      **Copy here ➤**    $ 10,792.00

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

    Check the box that applies:

    ☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ☑ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

---

| Part 4: | Give Details About Special Circumstances |
|---|---|

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

    ☐ No.  Go to Part 5.

    ☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

        You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

---

| Part 5: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ _____    ✘ _____
    Signature of Debtor 1        Signature of Debtor 2

Date _____    Date _____
    MM / DD  / YYYY        MM / DD  / YYYY

# EXHIBIT 13

| | |
|---|---|
| **From:** | Ben Heston |
| **To:** | Madoyan, Noreen (USTP) |
| **Cc:** | Fouche, Marlene (USTP) |
| **Subject:** | Re: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04 |
| **Date:** | Monday, June 24, 2024 3:12:50 PM |
| **Attachments:** | image001.png |
| | Screenshot 2024-06-20 095242.png |
| | 2nd Car Estimate.PNG |
| | Motor Vehicle Order Agreement.pdf |
| | Auto Insurance Statement.pdf |

See attached.

I will follow up in a little bit with more details since I am on my way out the door right now.

On Thu, Jun 20, 2024 at 10:01 AM Ben Heston <ben@nexusbk.com> wrote:

See attached.

There are only two differences from what I sent you previously: 1) there was a placeholder auto loan listed in what I sent you in the amount of $30,000 which I removed, 2) the debtor and her husband got a quote for a second replacement vehicle which was around $500, not $400.

Also, ECF does not allow you to choose "yes" there is a presumption of abuse, however, we concede this point.



Let me know if there's anything else we can provide. Thanks!

On Tue, Jun 18, 2024 at 11:36 PM Ben Heston <ben@nexusbk.com> wrote:

I didn't see your email until well after close of business. *However*, my client and I were able to complete the necessary amendments along with the declaration regarding the presumption of abuse. See attached. I will have these filed as soon as I can get them signed. Please let me know if there's anything else I can provide.

On Tue, Jun 18, 2024 at 12:14 PM Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov> wrote:

Mr. Heston,

There has been significant delay in this case, given that you have not yet filed the promised declaration. Please do so by close of business today so that the UST can evaluate the merits of the declaration. Otherwise, the UST may move to dismiss this case. In the alternative, if your client chooses to convert the case, as proposed below on May 29, please let me know immediately.

Best,
Noreen

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Monday, June 17, 2024 10:04 AM
**To:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Cc:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Good morning,

Yes, I've been trying to get this completed while on a trip with my kids. As a newly single parent, I might have overestimated my "work hours" for the trip.

My client has provided me with all of the information necessary for us to submit a declaration in support of our rebuttal to the presumption of abuse. I am hoping to get this done ASAP, and I'm planning to make time for it by this evening at the latest .

On Mon, Jun 17, 2024 at 10:01 AM Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov> wrote:

Mr. Heston,

We have not heard back from you. Do you have an update for us.

-N

---

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Tuesday, June 11, 2024 3:03 PM
**To:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Cc:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Would it be possible to get a short extension on this? I have until tomorrow to get a 523/727 complaint filed along with a 707(b) motion, and somehow I'm supposed to drive my kids out to Las Vegas prior to that same deadline. If I could get until Friday, that would be sufficient.

On Thu, Jun 6, 2024 at 10:18 AM Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov> wrote:

> Mr. Heston,
>
> Thank you for the explanation. Please proceed with filing the amended means test and provide the Debtor's declaration in support of rebutting the presumption by Tuesday, June 11, 2024.
>
> Best,
> Noreen

---

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Wednesday, June 5, 2024 7:39 AM
**To:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Cc:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Good morning,

Yes, and sorry I didn't get back to you yesterday. I got a migraine that just completely wiped me out for the day. In the next day or two I will be filing an amended Means Test which will show that there is a presumption of abuse. I will be also filing a declaration to try and rebut the presumption. After speaking with my client and her husband, it seems that their expenses are already cut back as much as reasonably possible and they do not have any disposable income with which they could make a Chapter 13 payment. Additionally, they will need to be purchasing new vehicles within the coming months and are estimating that these payments will be approximately $400 and $500 dollars per month. My kids are getting out of school early today, so I will not be able to get that filed until tomorrow at the earliest.

On Wed, Jun 5, 2024 at 7:31 AM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

> Dear Counsel,
>
> Do you have an update on the response to the UST inquiry?
>
> Regards,
>
> Marlene

---

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Wednesday, May 29, 2024 9:49 AM
**To:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Cc:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Got it. I will review this with my client and get back to you ASAP. Are appearances required for the hearing tomorrow?

On Wed, May 29, 2024 at 8:31 AM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

My apologies, yes, I used a household size of 3.

**From:** Ben Heston <ben@nexusbk.com>
**Sent:** Wednesday, May 29, 2024 8:28 AM
**To:** Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov>
**Cc:** Madoyan, Noreen (USTP) <Noreen.Madoyan@usdoj.gov>
**Subject:** [EXTERNAL] Re: VILLACORTA, GLADYS GRACE LIAD 24-13211-DS Response due 06/04

Good morning,

Just to clarify, you used a household size of three, right? Your email says 2, but I think we're in agreement on the standardized expenses.

On Wed, May 29, 2024 at 8:03 AM Fouche, Marlene (USTP) <Marlene.Fouche@usdoj.gov> wrote:

Dear Counsel,

After careful review of the petition, schedules, and pay advices, the U.S. Trustee has determined that the presumption of abuse arises under § 707(b)(2) in this case. The U.S. Trustee's calculations were derived from the information provided in the debtor's schedules as well as the documents provided in response to the U.S. Trustee's inquiry. The U.S. Trustee's calculations use the household size of two.

Below is a side-by-side analysis of the debtor's means test compared to the U.S. Trustee's means test:

| INCOME | Debtor | UST | |
|---|---|---|---|
| FORM 122A-1 LINE 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). DEBTOR#1 | $3,798.08 | $4,230.78 | |
| FORM 122A-1 LINE 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). DEBTOR#2/NFS | $5,455.87 | $5,911.64 | |
| FORM 122A-1 LINE 11. Total Current Monthly Income | $9,253.95 | $10,142.41 | |
| FORM 122A-1 LINE 12b. Total Current ANNUAL Income | $111,047.40 | $121,708.96 | |
| ADJUSTMENTS TO INCOME | ABOVE | ABOVE | |
| EXPENSES | | | |
| FORM 122A-2 LINE 6 Food, Clothing and Other Items | $1,700.00 | $1,700.00 | |
| FORM 122A-2 LINE 7c Out of Pocket Health Care Allowance | $237.00 | $237.00 | |
| FORM 122A-2 LINE 8 Housing and Utilities - Insurance & Operating Expenses | $799.00 | $799.00 | |
| FORM 122A-2 LINE 9 Housing and Utilities - Mortgage or Rent Expenses | $2,687.00 | $2,687.00 | |
| FORM 122A-2 LINE 12 Vehicle operation expense | $678.00 | $678.00 | |
| FORM 122A-2 LINE 13a. Ownership or leasing costs using IRS Local Standard | $0.00 | $0.00 | |
| FORM 122A-2 LINE 16 Taxes | $1,778.56 | $1,865.60 | |
| FORM 122A-2 LINE 18 Life Insurance | $33.17 | $28.22 | |
| FORM 122A-2 LINE 21 Childcare | $350.00 | $350.00 | |
| FORM 122A-2 LINE 22 Additional Healthcare | $400.00 | $163.00 | |
| FORM 122A-2 LINE 23 Optional Phone Services | $200.00 | | No justification - Monthly phone bill $222.52 |
| FORM 122A-2 LINE 25 | | | |
| Health Insurance | $321.38 | $334.96 | |
| Disability Insurance | $91.20 | $7.68 | |
| Health Savings Account | $80.78 | $87.19 | |
| FORM 122A-2 LINE 30 Additional Food & Clothing | $57.00 | | No justification |
| FORM 122A-2 LINE 36 Chapter 13 Admin expenses | | $120.48 | Per Means Test calculations based on the aggregate of adjustments above |
| FORM 122A-2 LINE 39b Total deductions | $9,413.09 | $9,058.12 | |
| | | | |
| FORM 122A-2 LINE 39c Monthly Disposable Income per 707(b)(2) | ($159.14) | $1,084.30 | |
| FORM 122A-2 LINE 39d TOTAL (multiply line 39c by 60) | ($9,548.40) | $65,057.85 | |
| FORM 122A-2 LINE 41a TOTAL NONPRIORITY UNSECURED DEBT | | $  43,168.00 | |
| % REPAYMENT OVER 60 MONTHS | | 151% | |

The net result is that the debtor has **an excess monthly income of $1,084.30.**  This will allow for the **repayment of 100% of the Schedule E/F debt** ($43,168) over a 60-month period.  Therefore, dismissal is warranted under both §§ 707(b)(2) and (b)(3).

Please let me know if you would like to stipulate to dismiss this case or convert to a Chapter 13 in lieu of our office taking formal action.  **A response by 06/04/2024 is requested.**

Kindly,

Marlene Fouche

Bankruptcy Auditor

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY

--

Benjamin Heston, Esq.
NEXUS BANKRUPTCY



**2019 Lexus RX Hybrid**
Mileage: 83,077 · Inglewood, CA (2 mi away)

$30,197
🟢 **GREAT DEAL**
$2,813 Below market

## Pricing

**$30,197**
🟢 **GREAT DEAL**

$33,010
Avg. market price (IMV)

**This car is $2,813 below market price.** We compared this car with similar 2019 Lexus RX Hybrid based on price, mileage, features, condition, dealer reputation, and other factors.

**Price decreased**
Price went down by $1,801.

**18 days at this dealership**
18 days on CarGurus · 0 saves

Show price history

## Finance in advance

🟢 Estimate your payment
🟢 Get pre-qualified
🟢 Shop with real, personalized rates

Your estimated payment* is

**$579** /mo est ⓘ
APR of 9.29%

Down payment (3%)

$1,000

Credit score

| Rebuilding <640 | Fair 641-699 | Good 700-749 | Excellent 750-850 |
|---|---|---|---|

Loan term

| 36 mo | 48 mo | 60 mo | 72 mo |
|---|---|---|---|

2024165154316 0

CALVIN A GARCIA
5421 THORNBURN ST
LOS ANGELES          CA  90045-2224

Dear Member:

Congratulations! Your **NEW VEHICLE** _____ loan has been preapproved for an amount not to exceed
$ __37,000.00__ (subject to the terms and conditions below). Preapproved loan Item No. __0219921361__ is attached.

When the preapproved loan Item is properly made out and endorsed by you (and your co-borrower/guarantor, if any) and the payee (authorized when known from whom you buy your vehicle, Navy Federal Credit Union ("Navy Federal") will honor the Item for any amount up to their shown above if negotiated by __09/11/24__ so long as Navy Federal has not revoked this preapproval. (To maximize your negotiating leverage, do **not** divulge the upper limit of your preapproved credit to the authorized vehicle dealer.) Navy Federal may revoke this approval and choose not to honor the attached Item at any time in Navy Federal's sole discretion without notice to you prior to dishonoring the attached Item.

You can use your preapproved loan Item like a check when you have decided on the vehicle you wish to buy and have negotiated the best price with the dealer. **The Item may only be payable to a dealership, and the Item will NOT be paid unless ALL the necessary information and endorsements on the front AND reverse of the Item have been completed** and Navy Federal has not revoked this preapproval. This includes the "Promissory Note Instrument" on the reverse of the Item. It will be replaced by the Promissory Note, Security Agreement, and Disclosure (Promissory Note) that will be provided to you for completion as soon as we receive the negotiated Item through the banking system. Signing the Promissory Note consummates the credit agreement and replaces the Promissory Note Instrument.

The loan has been preapproved based on the following **estimates** in __72__ monthly installments in __5.290__ %
Annual Percentage Rate (APR), the rate currently in effect for the loan terms you have requested, with payments to be made by __DIRECT REMITTANCE__, starting approximately 30 days after the preapproved loan Item is paid by Navy Federal. These estimates, including the APR, are based on the terms you requested, and could change if your loan terms change or if you choose a vehicle in a class (new/used/late model used) that differs from your application (see page 3 for additional information).

Interest begins to accrue on your permanent loan as of the date the Item is paid by Navy Federal. If the interest rate remains the same as shown above, and if payments are made at exactly 30-day intervals, your **estimated** monthly payment will be at the rate of $ __1.62635__ per $100 borrowed. If you selected Guaranteed Asset Protection at the time of application, the flat enrollment fee of $399 for a new or used car will be added to the Item when received by Navy Federal, thereby increasing your loan amount by the enrollment fee and impacting the corresponding monthly payment.

☐   The preapproved credit amount stated above is in addition to the outstanding balance on your existing loan(s), which currently is
    $ _____ . The balance of that loan as of the date the preapproved Item is paid by Navy Federal will be
    combined with your new loan(s) at the appropriate APR when conversion to permanent financing is accomplished.

☐   You have designated _____ as your co-borrower/guarantor. Be sure
    he/she has read the *Notice to Co-Signer (Guarantor) (NFCU 768)* before signing the "Promissory Note Instrument" on
    the back of the Item.

If you have elected Guaranteed Asset Protection (GAP), **please refer to the enclosed Guaranteed Asset Protection Agreement and Disclosure** for details. GAP is voluntary and not required in order to obtain credit. We will not consider whether or not you elect the program in making our credit decision. If you elected GAP during your application, it will be reflected on your Promissory Note. You may cancel by contacting Navy Federal Credit Union toll-free in the U.S. at 1-888-842-6328. For toll-free numbers when overseas, visit navyfederal.org. Use 1-703-255-8837 for collect international calls. If you cancel within 60 days of enrolling in the program, we will credit the outstanding balance for any fees charged for the program. You should carefully read the Guaranteed Asset Protection Agreement and Disclosure for a full explanation of terms and conditions of the program; there are eligibility requirements, conditions, and exclusions that could prevent you from receiving benefits.

Also enclosed is a *Preapproved Vehicle Loan Instructions form (NFCU 478)* that you and the dealer must follow to cash your preapproved loan Item. **Be sure to follow these instructions carefully and completely to ensure payment of the Item.** (See enclosed "Additional Instructions for Vehicle Loans" for additional information.)

Again, congratulations on your forthcoming purchase of a vehicle. Should you have any questions about your preapproved loan, please call us by contacting Navy Federal Credit Union toll-free in the U.S. at 1-888-842-6328. For toll-free numbers when overseas, visit navyfederal.org. Use 1-703-255-8837 for collect international calls.

Sincerely,

**Navy Federal Credit Union**

Enclosures:



# Motor Vehicle Order Agreement

## Vehicle Configuration

**Customer Information**

Calvin Garzia

90045

(213) 435-2747

fromthecalvin@gmail.com

| Description | Total in USD |
|---|---|
| Model 3 Rear-Wheel Drive | $38,990 |
| Solid Black Paint | $1,500 |
| 18'' Photon Wheels | Included |
| Black Premium Interior | Included |
| Autopilot | Included |
| Cold Weather Feature | Included |
| **Subtotal** | **$40,490** |
| Destination Fee | $1,390 |
| Order Fee | $250 |
| **Total** | **$42,130** |

**Order Number**      RN122004916

**Order Fee**      $250

**Order placed with electronically accepted terms**      06/15/2024

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.



# Motor Vehicle Order Agreement
## Terms & Conditions

**Documentation.**  Your Motor Vehicle Order Agreement (the "Agreement") is made up of the following documents:

1.  **Vehicle Configuration:**  The Vehicle Configuration describes the vehicle that you configured and ordered, including pricing (excluding taxes and official or government fees).

2.  **Final Price Sheet:**  The Final Price Sheet will be provided to you as your delivery date nears. It will include final pricing based on your final Vehicle Configuration and will include taxes and official or governmental fees.

3.  **Terms & Conditions:**  These Terms & Conditions are effective as of the date you place your order and make your Order Fee (the "Order Date").

**Agreement to Purchase.**  You agree to purchase the vehicle (the "Vehicle") described in your Vehicle Configuration from Tesla, Inc. or its affiliate ("we", "us" or "our"), pursuant to the terms and conditions of this Agreement. Your Vehicle is priced and configured based on features and options available at the time of order and you can confirm availability with a Tesla representative. Options, features or hardware released or changed after you place your order may not be included in or available for your Vehicle.  If you are purchasing a used Vehicle, it may exhibit signs of normal wear and tear in line with its respective age and mileage.

**Purchase Price, Taxes and Official Fees.**  The purchase price of the Vehicle is indicated in your Vehicle Configuration. This purchase price does not include taxes and official or government fees, which could amount to up to 10% or more of the Vehicle purchase price. Because these taxes and fees are constantly changing and will depend on many factors, such as where you register the Vehicle, they will be calculated closer to the time of delivery and indicated on your Final Price Sheet. You are responsible for paying these additional taxes and fees. If Tesla is registering your Vehicle, this will be due when you pay the purchase price. If you are registering your Vehicle in a self-registration state, the sales tax and state-applicable registration fees may be due at time of registration. If you present a check for any payment, we may process the payment as a normal check transaction, or we may use information from your check to make a one-time electronic fund transfer from your account, in which case your bank account will reflect this transaction as an Electronic Fund Transfer. If you are purchasing a used Vehicle, your Order Deposit will be applied to your Purchase Price.

**Order Process; Cancellation; Changes.**  After you submit your completed order, we will begin the process of preparing and coordinating your Vehicle delivery.  At this point, you agree that any paid Order Fee, Order Deposit and Transportation fee have been earned.   If you cancel your order or breach this Agreement and we cancel your order, you agree that we may retain as liquidated damages the Order Fee, Order Deposit and Transportation Fee, to the extent not otherwise prohibited by law. You acknowledge that the Order Fee, Order Deposit and Transportation Fee are a fair and reasonable estimate of the actual damages we have incurred or may incur in transporting, remarketing, and reselling the Vehicle, costs which are otherwise impracticable or extremely difficult to determine. If you make changes to your order, you may be subject to potential price increases for any pricing adjustments made since your original Order Date. Any changes made by you to your Vehicle Configuration, including changes to the delivery location or estimated delivery date, will be reflected in a subsequent Vehicle Configuration that will form part of this Agreement. The Order Fee, Order Deposit, Transportation Fee and this Agreement are not made or entered into in anticipation of or pending any conditional sale contract.

**Delivery; Transfer of Title.**  If you are picking up your Vehicle in a state where we are licensed to sell the Vehicle, we will notify you of when we expect your Vehicle to be ready for delivery at your local Tesla Delivery Center, or other location as we may agree to. You agree to schedule and take delivery of your Vehicle within three (3) days of this date. If you do not respond to our notification or are unable to take delivery within the specified period, your Vehicle may be made available for sale to other customers. For new vehicles, if you do not take delivery within fourteen (14) days of our first attempt to notify you, Tesla may cancel your order and keep your Order Fee.

If you wish to pick up your Vehicle in a state where we are not licensed to sell the Vehicle, you agree that the sale is transacted in the state listed in the Seller's address above (the "Contracting State"). In such a case, the risk of loss of the Vehicle transfers to you in the Contracting State, and legal title to the Vehicle transfers to you in the Contracting State, at the time that Tesla receives your final payment in its entirety. If available, Tesla may, on your behalf and at your cost, coordinate the shipment of your Vehicle to you, generally from our factory in California or another state where we are licensed to sell the Vehicle. In such a case, you agree that this is a shipment contract under which Tesla will coordinate the shipping of the Vehicle to you via a third-party common carrier or other mode of transport. Upon the transfer of title, your Vehicle will be insured at no cost to you, and you will be the beneficiary of any claims for damage to the Vehicle or losses occurring while the Vehicle is in transit. To secure your final payment and performance



under the terms of this Agreement, we will retain a security interest in the Vehicle and all proceeds therefrom until your obligations have been fulfilled.

The estimated delivery date of your Vehicle, if provided, is only an estimate as we do not guarantee when your Vehicle will actually be delivered. Your actual delivery date is dependent on many factors, including your Vehicle's configuration and manufacturing availability.

**Incentives.** Tesla makes no promises, warranties or guarantees regarding fund availability or your eligibility for any incentives, rebates and tax credits (the "Incentives") related to the Vehicle. If Tesla has credited your Purchase Price for the amount of an Incentive, but you do not qualify for the Incentive, you shall reimburse Tesla for the amount of the credit. Failure to reimburse Tesla will constitute a default under this Agreement at which time Tesla may exercise any remedies available to it, including repossession of the Vehicle.

---

**Agreement to Arbitrate.** Please carefully read this provision, which applies to any dispute between you and Tesla, Inc. and its affiliates, (together "Tesla").

If you have a concern or dispute, please send a written notice describing it and your desired resolution to resolutions@tesla.com.

If not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and Tesla will not be decided by a judge or jury but instead by a single arbitrator in an arbitration administered by the American Arbitration Association (AAA) under its Consumer Arbitration Rules. This includes claims arising before this Agreement, such as claims related to statements about our products. You further agree that any disputes related to the arbitrability of your claims will be decided by the court rather than an arbitrator, notwithstanding AAA rules to the contrary.

To initiate the arbitration, you will pay the filing fee directly to AAA and we will pay all subsequent AAA fees for the arbitration, except you are responsible for your own attorney, expert, and other witness fees and costs unless otherwise provided by law. If you prevail on any claim, we will reimburse you your filing fee. The arbitration will be held in the city or county of your residence. To learn more about the Rules and how to begin an arbitration, you may call any AAA office or go to www.adr.org.

The arbitrator may only resolve disputes between you and Tesla, and may not consolidate claims without the consent of all parties. The arbitrator cannot hear class or representative claims or requests for relief on behalf of others purchasing or leasing Tesla vehicles. In other words, you and Tesla may bring claims against the other only in your or its individual capacity and not as a plaintiff or class member in any class or representative action.  If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief or remedy, then that claim or remedy (and only that claim or remedy) must be brought in court and any other claims must be arbitrated.

If you prefer, you may instead take an individual dispute to small claims court.

You may opt out of arbitration within 30 days after signing this Agreement by sending a letter to: Tesla, Inc.; P.O. Box 15430; Fremont, CA  94539-7970, stating your name, Order Number or Vehicle Identification Number, and intent to opt out of the arbitration provision. If you do not opt out, this agreement to arbitrate overrides any different arbitration agreement between us, including any arbitration agreement in a lease or finance contract.

---

**Connectivity.** Standard Connectivity is included in your Vehicle, at no additional cost, for eight (8) years beginning on the first day your Vehicle was delivered as new by Tesla, or the first day it is put into service (for example used as a demonstrator or company vehicle), whichever comes first. A trial of Premium Connectivity will be included following delivery of the Vehicle. Once this trial is over as detailed at www.tesla.com/support/connectivity, you may subscribe to Premium Connectivity or your Vehicle will return to Standard Connectivity. Features included in Premium Connectivity are subject to change and may be limited or unavailable due to Obsolete Hardware. You understand and agree that the cellular or other network needed for any Connectivity is provided by your local telecommunications company and other external providers, and that we are not liable for any parts, software, upgrades or any other costs (including labor) needed to use or maintain network connectivity or compatibility with any features or services externally supplied to the Vehicle. Any connectivity issues (including for quality, functionality or coverage) or gaps in service unrelated to a hardware fault or failure are not covered by Tesla warranties.

**Obsolete Hardware and Future Firmware Updates.** The Vehicle will regularly receive over-the-air software updates that add new features and enhance existing ones over Wi-Fi. Future software updates may not be provided for your Vehicle, or may not include all



existing or new features or functionality, due to your Vehicle's age, configuration, data storage capacity or parts, after the expiration of your Warranty. We are not liable for any parts or labor or any other cost needed to update or retrofit the Vehicle so that it may receive these updates, or any Vehicle issues occurring after the installation of any software updates due to obsolete, malfunctioning (except as covered by your Warranty) or damaged hardware.

**Privacy Policy; Payment Terms for Services; Supercharger Fair Use Policy.**  Tesla's Customer Privacy Policy; Payment Terms for Services and Supercharger Fair Use Policy are incorporated into this Agreement and can be viewed at www.tesla.com/about/legal.

**Warranty.**  You will receive access to the Tesla New Vehicle Limited Warranty or the Tesla Used Vehicle Limited Warranty, as applicable, at or prior to the time of Vehicle delivery or pickup. The warranty version applicable to your Vehicle is that which was in effect when the Vehicle was first delivered or picked up from Tesla directly, including by any previous owners. You may also obtain a written copy of your warranty from us upon request and view the current version at our website.

**Limitation of Liability.**  We are not liable for any incidental, special or consequential damages arising out of this Agreement. Your sole and exclusive remedy under this Agreement will be limited to reimbursement of your Order Fee, Order Deposit and Transportation Fee.

**No Resellers; Discontinuation; Cancellation.**  Tesla and its affiliates sell cars directly to end-consumers, and we may unilaterally cancel any order that we believe has been made with a view toward resale of the Vehicle or that has otherwise been made in bad faith, and we'll keep your Order Fee, Order Deposit and Transportation Fee. This includes orders for which a third-party is facilitating or brokering the sale, or if the vehicles are to be exported to somewhere other than where you tell us you will be registering the Vehicle. We may also cancel your order and refund your Order Fee, Order Deposit and Transportation Fee if we discontinue a product, feature or option after the time you place your order. We work to fulfill your order as quickly as we can. If you become unresponsive to us or fail to complete a requested action to progress towards delivery of your Vehicle, we may cancel your order and keep your Order Fee, Order Deposit and Transportation Fee. Alternatively, Tesla may give you the option to reconfigure your Vehicle at the current pricing.

**Default and Remedies.** You will be in default and/or breach of this Agreement if any one of the following occurs (except as prohibited by law): you fail to perform an obligation that you have undertaken in the Agreement; or we, in good faith, believe that you cannot, or will not pay or perform the obligations you have agreed to in this Agreement. You will also be in default and/or breach of this Agreement if you provide false or misleading information in your order, or do anything else the law says is a default. If you are in default, we may, after any legally required notice or waiting period: (i) do anything to protect our interest in the Vehicle, including repossessing the Vehicle using legally permitted means, (ii) locate and disable the Vehicle electronically using our remote dynamic vehicle connection described in our Privacy Policy,  (iii) sue you for damages or to get the Vehicle back, and/or (iv) charge you for amounts we spend taking these actions, including but not limited to attorney fees and costs.

**Governing Law; Integration; Assignment.**  Except as provided below, the terms of this Agreement are governed by, and to be interpreted according to, the laws of the State in your address indicated on your Vehicle Configuration. Prior agreements, oral statements, negotiations, communications or representations about the Vehicle sold under this Agreement are superseded by this Agreement. Terms relating to the purchase not expressly contained herein are not binding. We may assign this Agreement at our discretion to one of our affiliated entities.

**State-Specific Provisions.**  You acknowledge that you have read and understand the provisions applicable to you in the State-Specific Provisions attachment to this Agreement.

This Agreement is entered into and effective as of the date you accept this Agreement, by electronic means or otherwise.  By confirming and accepting this Agreement, you agree to the terms and conditions of this Agreement.



## State Specific Provisions

For **NEW YORK** residents:  If the Vehicle is not delivered in accordance with the Agreement within 30 days following the estimated delivery date, you have the right to cancel the Agreement and receive a full refund, unless the delay in delivery is attributable to you.

If this motor vehicle is classified as a used motor vehicle, the dealer named above certifies that the entire vehicle is in condition and repair to render, under normal use, satisfactory and adequate service upon the public highway at the time of delivery.

The dealer named above further certifies that this vehicle complies with the inflatable restraint system requirements found in section 419-a of New York State Vehicle and Traffic Law.

The amount indicated on the sales contract or lease agreement for registration and title fees is an estimate. In some instances, it may exceed the actual fees due the Commissioner of Motor Vehicles. The dealer will automatically, and within 60 days of securing such registration and title, refund any amount overpaid for such fees.

For **MASSACHUSETTS** residents:  ATTENTION PURCHASER:  All vehicles are WARRANTED as a matter of state law. They must be fit to be driven safely on the roads and must remain in good running condition for a reasonable period of time. If you have significant problems with the Vehicle or if it will not pass a Massachusetts inspection, you should notify us immediately. We may be required to fix the car or refund your money. THIS WARRANTY IS IN ADDITION TO ANY OTHER WARRANTY GIVEN BY US.

For **MICHIGAN** residents and purchasers:  The terms of this Agreement are governed by, and are to be interpreted according to, Michigan law.  The sale of your vehicle will be transacted outside of Michigan, and in a state in which Tesla has a license to sell vehicles, as explained in the body of the Agreement.

For **WASHINGTON, D.C.** residents:

NOTICE TO PURCHASER

IF, AFTER A REASONABLE NUMBER OF ATTEMPTS, THE MANUFACTURER, ITS AGENT, OR AUTHORIZED DEALER IS UNABLE TO REPAIR OR CORRECT ANY NON-CONFORMITY, DEFECT, OR CONDITION WHICH RESULTS IN SIGNIFICANT IMPAIRMENT OF THE MOTOR VEHICLE, THE MANUFACTURER, AT THE OPTION OF THE CONSUMER, SHALL REPLACE THE MOTOR VEHICLE WITH A COMPARABLE MOTOR VEHICLE, OR ACCEPT RETURN OF THE MOTOR VEHICLE FROM THE CONSUMER AND REFUND TO THE CONSUMER THE FULL PURCHASE PRICE, INCLUDING ALL SALES TAX, LICENSE FEES, REGISTRATION FEES, AND ANY SIMILAR GOVERNMENT CHARGES. IF YOU HAVE ANY QUESTIONS CONCERNING YOUR RIGHTS, YOU MAY CONTACT THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS.

Seller certifies that the information contained in the itemization of the purchase price, including the Vehicle Configuration, and required by Chapter 3 (Buying, Selling and Financing Motor Vehicles) of Title 16 of the Code of D.C. Municipal Regulations, is true to the best of our knowledge.

For **RHODE ISLAND** residents: Rhode Island law requires that all motor vehicles sold at retail must be in such condition as to pass a State safety inspection at the time of sale so as to protect consumers.

For **VIRGINIA** residents: **IF YOU ARE FINANCING THIS VEHICLE, PLEASE READ THIS NOTICE: YOU ARE PROPOSING TO ENTER INTO A RETAIL INSTALLMENT SALES CONTRACT WITH THE DEALER. PART OF YOUR CONTRACT INVOLVES FINANCING THE PURCHASE OF YOUR VEHICLE. IF YOU ARE FINANCING THIS VEHICLE AND THE DEALER INTENDS TO TRANSFER YOUR FINANCING TO A FINANCE PROVIDER SUCH AS A BANK, CREDIT UNION OR OTHER LENDER, YOUR VEHICLE PURCHASE DEPENDS ON THE FINANCE PROVIDER'S APPROVAL OF YOUR PROPOSED RETAIL INSTALLMENT SALES CONTRACT. IF YOUR RETAIL INSTALLMENT SALES CONTRACT IS APPROVED WITHOUT A CHANGE THAT INCREASES THE COST OR RISK TO YOU OR THE DEALER, YOUR PURCHASE CANNOT BE CANCELLED. IF YOUR RETAIL INSTALLMENT SALES CONTRACT IS NOT APPROVED, THE DEALER WILL NOTIFY YOU VERBALLY OR IN WRITING. YOU CAN THEN DECIDE TO PAY FOR THE VEHICLE IN SOME OTHER WAY OR YOU OR THE DEALER CAN CANCEL YOUR**



**PURCHASE. IF THE SALE IS CANCELLED, YOU NEED TO RETURN THE VEHICLE TO THE DEALER WITHIN 24 HOURS OF VERBAL OR WRITTEN NOTICE IN THE SAME CONDITION IT WAS GIVEN TO YOU, EXCEPT FOR NORMAL WEAR AND TEAR. ANY DOWN PAYMENT OR TRADE-IN YOU GAVE THE DEALER WILL BE RETURNED TO YOU. IF YOU DO NOT RETURN THE VEHICLE WITHIN 24 HOURS OF VERBAL OR WRITTEN NOTICE OF CANCELLATION, THE DEALER MAY LOCATE THE VEHICLE AND TAKE IT BACK WITHOUT FURTHER NOTICE TO YOU AS LONG AS THE DEALER FOLLOWS THE LAW AND DOES NOT CAUSE A BREACH OF THE PEACE WHEN TAKING THE VEHICLE BACK. IF THE DEALER DOES NOT RETURN YOUR DOWN PAYMENT AND ANY TRADE-IN WHEN THE DEALER GETS THE VEHICLE BACK IN THE SAME CONDITION IT WAS GIVEN TO YOU, EXCEPT FOR NORMAL WEAR AND TEAR, THE DEALER MAY BE LIABLE TO YOU UNDER THE VIRGINIA CONSUMER PROTECTION ACT.**

## Interinsurance Exchange of the Autom

June 20, 2024

### AUTO INSURANCE POLICY CHANGE
### Policy Number: CAA 156006235



GARCIA, CALVIN
1705 PETAL DR
SAN DIEGO  CA  92114-6935

Thank you for your 6 years of membership with the Auto Club.  A change was recently made to your auto policy. The enclosed declarations page reflects this change.

**This policy change will increase your premium by $390.00 for the remainder of this policy period.**

*Your account will be adjusted to reflect this premium change for future payments.  Your scheduled payment will continue to be processed automatically through our AAA Auto Pay payment plan.*

A new set of **Proof of Insurance cards** is included.  Please destroy your previous set, which are no longer valid, and replace them with the new set.

We are pleased to have the opportunity to be of service to you.  If you have any questions, please call one of our Policy Service Representatives at the number below, weekdays from 7 a.m. to 9 p.m. or Saturday from 8 a.m. to 5 p.m. or visit your local Auto Club branch.

Respectfully,

Interinsurance Exchange of the Automobile Club

### Billing Status
### (THIS IS NOT A BILL)

| | |
|---|---|
| Prior Balance:* | $236.02 |
| Current Balance:* | $626.02 |
| Minimum Due:* | $118.89 |
| Current Due Date:* | 06/23/2024 |

**Your account will be adjusted to reflect this premium change for future payments.  Your scheduled payment will continue to be processed automatically through our AAA Auto Pay payment plan.**

*Billing information is subject to change if additional changes or transactions are applied to the policy.

### POLICYHOLDER SAVINGS DIVIDEND

**Get money back just for insuring your car with us.**  Qualifying auto policyholders have received a Policyholder Savings Dividend in each year since 1990.

**Last year, you received a Policyholder Savings Dividend of:**

### $75

As a convenience, your dividend was applied to reduce the premium balance at the beginning of your current policy period.

---

**Click** AAA.com/myaccount to access your policy and **pay your bill online** | **Visit** or call your local Auto Club branch AAA.com/branches | **Call** (877) 422-2100

*Insurance provided to qualified Auto Club members by the Interinsurance Exchange of the Automobile Club.*



CAA0195A.3
E20220921
062024 i

# Interinsurance Exchange of the Automobile Club

## Automobile Insurance Policy Coverages and Limits
### Policy Change Declarations

Insurance is in effect only for the vehicles, coverages, and limits of liability shown on this declarations page and as set forth in the insurance policy and endorsements. These declarations, together with the contract and the endorsements in effect, complete your policy.

**NAMED INSURED (Item 1.)**

GARCIA, CALVIN
1705 PETAL DR
SAN DIEGO  CA  92114-6935

**AUTO POLICY NUMBER: CAA 156006235**
POLICY PERIOD (PACIFIC STANDARD TIME)
**POLICY EFFECTIVE DATE:** 08-23-23 12:01 A.M.
**POLICY EXPIRATION DATE:** 08-23-24 12:01 A.M.
**POLICY CHANGE EFFECTIVE DATE:** 06-20-24 12:01 A.M.

**SUBJECT OF POLICY CHANGE**

ADD/CHANGE VEHICLE
AUTO - CORRECTION
ANNUAL MILEAGE CHG

**THIS IS NOT A BILL**
This policy change will increase your premium by $390.

**VEHICLES**

| VEH. NO. | YEAR | MAKE | MODEL | IDENTIFICATION NUMBER | VEHICLE USE | GARAGE ZIP CODE | ANNUAL MILES | VERIFIED MILEAGE | SALVAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2008 | HOND | FIT SW SPORT | JHMGD38628S063290 | PLEASURE | 92114 | 1,501 - 2,500 | VERIFIED | NO |
| 2 | 2024 | TESL | MODEL 3 EV 4D 2WD | 5YJ3E1EA2RF762959 | PLEASURE | 92114 | 12,501 - 15,000 | VERIFIED | NO |

**COVERAGES AND LIMITS**
Coverage is not in effect unless a premium or the word "included" is shown.

**ANNUAL PREMIUMS**

| COVERAGES | LIMITS OF LIABILITY | | Vehicle 1 | Vehicle 2 | Vehicle | Vehicle | Vehicle |
|---|---|---|---|---|---|---|---|
| **Liability** | | | | | | | |
| Bodily Injury | $25,000 each person/ | $50,000 each occurrence | $ 131 | $ 270 | | | |
| Property Damage | $50,000 | each occurrence | $ 96 | $ 214 | | | |
| **Medical** | | | No Coverage | No Coverage | | | |

**Physical Damage** (Actual Cash Value unless otherwise stated, less deductible)

| | Vehicle 1 | Vehicle 2 | Vehicle | Vehicle | Vehicle | | | |
|---|---|---|---|---|---|---|---|---|
| Comprehensive | ACV | ACV | | | | $ 74 | $ 410 | |
| (Less Deductible) | $500 | $500 | | | | | | |
| Collision | ACV | ACV | | | | $ 206 | $ 1901 | |
| (Less Deductible) | $500 | $500 | | | | | | |
| Car Rental Expense (Per Day) | No Coverage | No Coverage | | | | No Coverage | No Coverage | |

| **Uninsured Motorist** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bodily Injury - Uninsured & Underinsured Vehicles | $25,000 each person/ | $50,000 each accident | $ 84 | $ 165 | | | |
| Uninsured Deductible Waiver | | | Included | Included | | | |
| Uninsured Collision | | | No Coverage | No Coverage | | | |
| **Total Premium** | | | $ 591 | $ 2960 | | | |

**PREMIUM DISCOUNTS**
Please refer to the enclosed document entitled "Premium Discounts Applied to Your Automobile Policy."

"No Coverage" indicates coverage not purchased.

| | |
|---|---|
| Adjusted Total Annual Premium* (Includes all applicable discounts.) | $ 3551 |
| Less Policyholder Savings Dividend (Previously applied to your premium balance) | $ 75 |
| **Adjusted Net Annual Premium*** (Balance after previous dividend) | $ 3476 |

**\* If at any time you choose to pay less than the full balance outstanding, finance charges of up to 1.5% per month of the balance outstanding will apply as explained in your billing statements, which are part of these declarations.**


CAA0200A
E20210301
062024

PROCESS DATE 06-19-24        PLEASE ATTACH TO YOUR POLICY        (SEE REVERSE)

# Interinsurance Exchange of the Automobile Club

## Automobile Insurance Policy Coverages and Limits
### Policy Change Declarations (continued)

Insurance is in effect only for the vehicles, coverages, and limits of liability shown on this declarations page and as set forth in the insurance policy and endorsements.  These declarations, together with the contract and the endorsements in effect, complete your policy.

---

| NAMED INSURED (Item 1.) | |
|---|---|
| GARCIA, CALVIN<br>1705 PETAL DR<br>SAN DIEGO  CA  92114-6935 | **AUTO POLICY NUMBER: CAA 156006235**<br>POLICY PERIOD (PACIFIC STANDARD TIME)<br>**POLICY EFFECTIVE DATE:**  08-23-23  12:01 A.M.<br>**POLICY EXPIRATION DATE:**  08-23-24  12:01 A.M.<br>**POLICY CHANGE EFFECTIVE DATE:**  06-20-24  12:01 A.M. |

| SUBJECT OF POLICY CHANGE | THIS IS NOT A BILL |
|---|---|
| ADD/CHANGE VEHICLE<br>AUTO - CORRECTION<br>ANNUAL MILEAGE CHG | This policy change will increase your premium by $390. |

---

### VEHICLES

| VEH. NO. | YEAR | MAKE | MODEL | IDENTIFICATION NUMBER | VEHICLE USE | GARAGE ZIP CODE | ANNUAL MILES | VERIFIED MILEAGE | SALVAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

---

### COVERAGES AND LIMITS
Coverage is not in effect unless a premium or the word "included" is shown.

ANNUAL PREMIUMS

| COVERAGES | LIMITS OF LIABILITY | | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle |
|---|---|---|---|---|---|---|---|
| **Liability** | | | | | | | |
| Bodily Injury | $25,000 | each person/  $50,000   each occurrence | | | | | |
| Property Damage | $50,000 | each occurrence | | | | | |
| **Medical** | | | | | | | |
| **Physical Damage** (Actual Cash Value unless otherwise stated, less deductible) | | | | | | | |
| | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle | | |
| Comprehensive (Less Deductible) | | | | | | | |
| Collision (Less Deductible) | | | | | | | |
| Car Rental Expense (Per Day) | | | | | | | |
| **Uninsured Motorist** | | | | | | | |
| Bodily Injury - Uninsured & Underinsured Vehicles | $25,000 | each person/  $50,000   each accident | | | | | |
| Uninsured Deductible Waiver | | | | | | | |
| Uninsured Collision | | | | | | | |
| **Total Premium** | | | | | | | |

---

**PREMIUM DISCOUNTS**
Please refer to the enclosed document entitled "Premium Discounts Applied to Your Automobile Policy."

**\* If at any time you choose to pay less than the full balance outstanding, finance charges of up to 1.5% per month of the balance outstanding will apply as explained in your billing statements, which are part of these declarations.**

"No Coverage" indicates coverage not purchased.

| | |
|---|---|
| Adjusted Total Annual Premium*<br>(Includes all applicable discounts.) | $ 3551 |
| Less Policyholder Savings Dividend<br>(Previously applied to your premium balance) | $ 75 |
| **Adjusted Net Annual Premium\***<br>(Balance after previous dividend) | **$ 3476** |

---


CAA0200A
E20210301
062024

PROCESS DATE 06-19-24          PLEASE ATTACH TO YOUR POLICY          (SEE REVERSE)

# Interinsurance Exchange of the Automobile Club

## Premium Discounts Applied to Your Automobile Policy

Auto Policy Number: CAA 156006235

The following automobile premium discounts are available from the Interinsurance Exchange.  If you meet the discount requirements, an "**X**" will appear in the box next to the discount name and you will receive a premium reduction on all coverages that qualify for the discount.

| | | | |
|---|---|---|---|
| ☐ | MULTI-POLICY | | |
| ☒ | MULTI-VEHICLE | | |
| ☐ | SELECT PROFESSIONALS & GROUPS | | |
| ☒ | LOYALTY | | |
| ☐ | DRIVING COURSE | | |
| ☐ | MATURE DRIVER | | |
| ☐ | STUDENT AWAY | | |
| ☐ | GOOD STUDENT | | |
| ☒ | GOOD DRIVER | GARCIA, CALVIN | VILLACORTA, GLADYSGRACE |
| ☒ | VERIFIED MILEAGE | 2008 HOND FIT SW SPORT | 2024 TESL MODEL 3 EV 4D 2WD |

If you need additional information about any of the above discounts, please refer to the **Available Automobile Premium Discounts** insert included with your renewal offer (or the insert provided with your application).  If you have additional questions about premium discounts or your auto policy, please call us at 1-877-422-2100.

2005417201150067  4-6 CAA156006235

PROOF OF INSURANCE




## PROOF OF INSURANCE
### Interinsurance Exchange of the Automobile Club
### NAIC # 15598

**VEHICLES ON POLICY**

| YEAR | MAKE | VEH I.D. # |
|------|------|-----------|
| 2008 | HOND | JHMGD38628S063290 |
| 2024 | TESL | 5YJ3E1EA2RF762959 |

Named Insured          Policy Number:  CAA 156006235

GARCIA, CALVIN

FOLD HERE

**DRIVERS ON POLICY**
GARCIA, CALVIN
VILLACORTA, GLADYSGRACE
GARCIA, ANITA
GARCIA, CHERLLINE
GARCIA, CHRISTOPHER
GARCIA, CESAR

Effective Date: 08-23-23     Expiration Date: 08-23-24

This policy provides at least the minimum amounts of liability insurance required by the CA VEH CODE SECTION 16056 for the specified vehicles and named insureds. Coverage subject to policy terms and limits.

---

## PROOF OF INSURANCE
### Interinsurance Exchange of the Automobile Club
### NAIC # 15598

**VEHICLES ON POLICY**

| YEAR | MAKE | VEH I.D. # |
|------|------|-----------|
| 2008 | HOND | JHMGD38628S063290 |
| 2024 | TESL | 5YJ3E1EA2RF762959 |

Named Insured          Policy Number:  CAA 156006235

GARCIA, CALVIN

FOLD HERE

**DRIVERS ON POLICY**
GARCIA, CALVIN
VILLACORTA, GLADYSGRACE
GARCIA, ANITA
GARCIA, CHERLLINE
GARCIA, CHRISTOPHER
GARCIA, CESAR

Effective Date: 08-23-23     Expiration Date: 08-23-24

This policy provides at least the minimum amounts of liability insurance required by the CA VEH CODE SECTION 16056 for the specified vehicles and named insureds.  Coverage subject to policy terms and limits.


**Get your digital proof of insurance & membership card**
**Download the app.**  Click AAA.com/app75

Electronic proof of insurance may not be valid as proof in all states. Please keep your hard copy version on hand.  Must be a current AAA member and insured through AAA to use this feature. Available for iPhone® and smartphones for Android™. Message, data and roaming rates may apply.




## PROOF OF INSURANCE
### Interinsurance Exchange of the Automobile Club
### NAIC # 15598

**VEHICLES ON POLICY**

| YEAR | MAKE | VEH I.D. # |
|------|------|-----------|
| 2008 | HOND | JHMGD38628S063290 |
| 2024 | TESL | 5YJ3E1EA2RF762959 |

Named Insured          Policy Number:  CAA 156006235

GARCIA, CALVIN

FOLD HERE

**DRIVERS ON POLICY**
GARCIA, CALVIN
VILLACORTA, GLADYSGRACE
GARCIA, ANITA
GARCIA, CHERLLINE
GARCIA, CHRISTOPHER
GARCIA, CESAR

Effective Date: 08-23-23     Expiration Date: 08-23-24

This policy provides at least the minimum amounts of liability insurance required by the CA VEH CODE SECTION 16056 for the specified vehicles and named insureds.  Coverage subject to policy terms and limits.

---



## PROOF OF INSURANCE
### Interinsurance Exchange of the Automobile Club
### NAIC # 15598

**VEHICLES ON POLICY**

| YEAR | MAKE | VEH I.D. # |
|------|------|-----------|
| 2008 | HOND | JHMGD38628S063290 |
| 2024 | TESL | 5YJ3E1EA2RF762959 |

Named Insured          Policy Number:  CAA 156006235

GARCIA, CALVIN

FOLD HERE

**DRIVERS ON POLICY**
GARCIA, CALVIN
VILLACORTA, GLADYSGRACE
GARCIA, ANITA
GARCIA, CHERLLINE
GARCIA, CHRISTOPHER
GARCIA, CESAR

Effective Date: 08-23-23     Expiration Date: 08-23-24

This policy provides at least the minimum amounts of liability insurance required by the CA VEH CODE SECTION 16056 for the specified vehicles and named insureds.  Coverage subject to policy terms and limits.

CAA0850A
E20210305
062024

56408 12/20

**IF YOU HAVE AN ACCIDENT CALL OUR 24/7 AAA CLAIMS HOTLINE 1-800-672-5246**

After an accident, exchange information with the other party and follow these 5 easy steps:

**Step 1:** Pull vehicle over to a safe place. Get the names, addresses, and phone numbers of all persons involved in the accident, e.g., pedestrians, witnesses, other passengers, etc.

**Step 2:** Take photos of or write down the other person's driver's license information and other vehicle's license plate number, including states of registration.

**Step 3:** Take photos of or write down the other person's insurance card information.

**Step 4:** Take photos of the vehicles involved, damages and surrounding area of the accident, if it is safe to do so.

**Step 5:** Call our AAA Claims Hotline at 800-672-5246 to report the loss. If necessary, we will arrange to have your vehicle towed. Our provider's tow trucks always display the AAA emblem.

*Do not admit responsibility for or discuss the circumstances of the accident with anyone other than the police or an authorized Auto Club claims representative. Do not disclose your policy limits to anyone.*

For questions or changes to your policy, call 1-877-422-2100, Monday through Friday from 7 a.m. to 9 p.m. or Saturday from 8 a.m. to 5 p.m.

---

**IF YOU HAVE AN ACCIDENT CALL OUR 24/7 AAA CLAIMS HOTLINE 1-800-672-5246**

After an accident, exchange information with the other party and follow these 5 easy steps:

**Step 1:** Pull vehicle over to a safe place. Get the names, addresses, and phone numbers of all persons involved in the accident, e.g., pedestrians, witnesses, other passengers, etc.

**Step 2:** Take photos of or write down the other person's driver's license information and other vehicle's license plate number, including states of registration.

**Step 3:** Take photos of or write down the other person's insurance card information.

**Step 4:** Take photos of the vehicles involved, damages and surrounding area of the accident, if it is safe to do so.

**Step 5:** Call our AAA Claims Hotline at 800-672-5246 to report the loss. If necessary, we will arrange to have your vehicle towed. Our provider's tow trucks always display the AAA emblem.

*Do not admit responsibility for or discuss the circumstances of the accident with anyone other than the police or an authorized Auto Club claims representative. Do not disclose your policy limits to anyone.*

For questions or changes to your policy, call 1-877-422-2100, Monday through Friday from 7 a.m. to 9 p.m. or Saturday from 8 a.m. to 5 p.m.

Place a Proof of Insurance card in each vehicle insured under your policy. In addition, we suggest that each listed driver carry a card. Under California law, drivers and owners of a motor vehicle must be able to show proof of financial responsibility at all times. These cards become invalid and should be destroyed on the expiration or termination date of the policy.

*Call our AAA Claims Hotline at 1-800-672-5246*

---

**IF YOU HAVE AN ACCIDENT CALL OUR 24/7 AAA CLAIMS HOTLINE 1-800-672-5246**

After an accident, exchange information with the other party and follow these 5 easy steps:

**Step 1:** Pull vehicle over to a safe place. Get the names, addresses, and phone numbers of all persons involved in the accident, e.g., pedestrians, witnesses, other passengers, etc.

**Step 2:** Take photos of or write down the other person's driver's license information and other vehicle's license plate number, including states of registration.

**Step 3:** Take photos of or write down the other person's insurance card information.

**Step 4:** Take photos of the vehicles involved, damages and surrounding area of the accident, if it is safe to do so.

**Step 5:** Call our AAA Claims Hotline at 800-672-5246 to report the loss. If necessary, we will arrange to have your vehicle towed. Our provider's tow trucks always display the AAA emblem.

*Do not admit responsibility for or discuss the circumstances of the accident with anyone other than the police or an authorized Auto Club claims representative. Do not disclose your policy limits to anyone.*

For questions or changes to your policy, call 1-877-422-2100, Monday through Friday from 7 a.m. to 9 p.m. or Saturday from 8 a.m. to 5 p.m.

---

**IF YOU HAVE AN ACCIDENT CALL OUR 24/7 AAA CLAIMS HOTLINE 1-800-672-5246**

After an accident, exchange information with the other party and follow these 5 easy steps:

**Step 1:** Pull vehicle over to a safe place. Get the names, addresses, and phone numbers of all persons involved in the accident, e.g., pedestrians, witnesses, other passengers, etc.

**Step 2:** Take photos of or write down the other person's driver's license information and other vehicle's license plate number, including states of registration.

**Step 3:** Take photos of or write down the other person's insurance card information.

**Step 4:** Take photos of the vehicles involved, damages and surrounding area of the accident, if it is safe to do so.

**Step 5:** Call our AAA Claims Hotline at 800-672-5246 to report the loss. If necessary, we will arrange to have your vehicle towed. Our provider's tow trucks always display the AAA emblem.

*Do not admit responsibility for or discuss the circumstances of the accident with anyone other than the police or an authorized Auto Club claims representative. Do not disclose your policy limits to anyone.*

For questions or changes to your policy, call 1-877-422-2100, Monday through Friday from 7 a.m. to 9 p.m. or Saturday from 8 a.m. to 5 p.m.

# EXHIBIT 14

 CARVANA    Search Cars    Sell/Trade    Financing    

Denver, CO

Sort by Recommended    |    ♡ Save Search



FEDERAL USED EV TAX CREDIT                                    ✕

**Save up to $4,000 on used EVs and PHEVs**

Show Eligible Matches | Learn More



**2016 Toyota RAV4**

Limited Hybrid • 58k miles



**2016 Lexus NX**

300h • 77k miles

**$23,990**

Estimated $494/mo
$0 cash down ⓘ

● **Free Shipping** • Get it Thursday

**$23,990**

Shipping: $1,090 • Get it Friday





### 2017 Nissan Rogue

SV Hybrid (2017.5) • 72k miles

**$16,590**

Shipping: $1,290 • Get it Saturday

Price Drop

### 2019 Nissan Rogue

SV Hybrid • 69k miles

was $20,990

 **$20,590**

Shipping: $1,090 • Get it Friday



**Finance with Carvana**

Price Drop

## 2021 Ford Escape

SE Hybrid • 24k miles

was ~~$22,990~~

 **$22,590**

Shipping: $1,090 • Get it Friday



Real, personalized financing terms in less than 2 minutes, with no impact to your credit.

GET PRE-QUALIFIED NOW



Price Drop

## 2021 Ford Escape

SE Hybrid • 69k miles

was ~~$19,590~~

**$18,990**

Shipping: $1,090 • Get it Friday



Price Drop

## 2020 Ford Escape

SE Sport • 85k miles

was ~~$19,590~~

**$18,990**

Shipping: $1,090 • Get it Friday

🔔

## SAVE YOUR SEARCH

Matching vehicles straight to your inbox.
Over 1,000 added every day!

SAVE THIS SEARCH



🔍 Search Make, Model, or Keyword                              Filter 4



Price Drop

### 2021 Ford Escape

SE Hybrid • 55k miles

was $21,990
🟢 **$21,590**

Shipping: $1,290 • Get it Friday



Price Drop

### 2020 Ford Escape

SE Sport • 70k miles

was $21,590
🟢 **$20,990**

Shipping: $1,090 • Get it Friday



### 2021 Ford Escape

SEL Hybrid • 72k miles

was ~~$21,990~~



### 2021 Ford Escape

SE Hybrid • 87k miles

was ~~$19,990~~

$21,590

Shipping: $1,090 • Get it Friday

$19,590

Shipping: $1,090 • Get it Friday



Price Drop

### 2020 Ford Escape

Titanium Hybrid • 70k miles

was ~~$21,990~~

$21,590



### 2022 Ford Escape

SE Hybrid • 53k miles

$20,990

Shipping: $1,090 • Get it Friday

Shipping: $1,590 • Get it Saturday





### 2020 Ford Escape

SE Sport • 39k miles

**$21,590**

Shipping: $1,290 • Get it Saturday

Price Drop

### 2021 Ford Escape

SE Hybrid • 81k miles

was $19,590

**$18,990**

Shipping: $1,590 • Get it Saturday



### 2020 Ford Escape



# TRADE IN YOUR CAR WITH CARVANA

GET YOUR OFFER



Titanium Hybrid • 31k miles

**$23,590**

Shipping: $1,290 • Get it Saturday



**2020 Ford Escape**

SE Sport • 48k miles

**$21,990**

Shipping: $1,290 • Get it Saturday



**2021 Ford Escape**

SE Hybrid • 43k miles

**$22,990**

Shipping: $1,590 • Get it Saturday



Save $1,500+ with these great deals



Browse cars that save you $1,500 or
more vs. Kelley Blue Book® Typical
Listing Price.

SHOP NOW

**$23,590**

Shipping: $1,590 • Get it Saturday

1    2    

---

FINANCING

Get Pre-Qualified

SELL/TRADE

Get an Offer

Carvana Value Tracker

HOW IT WORKS

Buying From Carvana

Selling or Trading In

Finance With Carvana

ABOUT CARVANA

About Us

Logistics Hubs

Customer Reviews

SUPPORT

Support & Contact

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

In re:
  Gladys Grace Liad Villacorta,
      Debtor(s).

Case No.: 24-13211
Chapter: 7

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 07/02/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

Villacorta // Mtn to Dismiss 707b

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/02/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Gladys Grace Liad Villacorta 24-13211**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17151 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626, United States of America, bhestonecf@gmail.com | **First Class** |
| 17151 | Gladys Grace Liad Villacorta, 5421 Thornburn St, LOS ANGELES-CA, Los Angeles, CA, 90045-2224, United States of America | **First Class** |
| 17151 | U.S. Bankruptcy Court, Hon. Deborah J. Saltzman, 255 E. Temple Street, Suite 1634, Los Angeles, CA, 90012 | **First Class** |