Certificate Number: 14912-CAC-DE-038698247

Bankruptcy Case Number: 24-13211



14912-CAC-DE-038698247

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2024, at 12:53 o'clock AM EDT, Gladys Grace Villacorta completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  July 24, 2024

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor