PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574r
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
email:  Noreen.Madoyan@usdoj.gov

**FILED & ENTERED**

**JUL 25 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLADYS GRACE LIAD VILLACORTA,<br><br>　　　　Debtor. | Case No. 2:24-bk-13211-DS<br><br>Chapter 7<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(b)(1), (b)(2) AND (3)(B) AND CONTINGENT MOTION TO EXTEND BAR DATE FOR FILING COMPLAINT UNDER 11 U.S.C. § 727 OBJECTING TO DEBTOR'S DISCHARGE**<br><br>Hearing:<br>Date:　July 25, 2024<br>Time:　11:30 a.m.<br>Place:　Courtroom 1639 (via ZoomGov)<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012 |

　　　A hearing was held at the above time and place on the "United States Trustee's Notice of Motion and Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. §707(b)(1), (b)(2) and (3)(B)" (the "Motion," Docket No. 14). Appearances were noted on the record.  Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

/ / /

- 1 -

IT IS HEREBY ORDERED that:

1. This case is immediately converted to one under chapter 13.

2. Any and all filing deadlines applicable to the United States Trustee related to a motion to dismiss under 11 U.S.C. §§ 707(b)(2) and/or 707(b)(3) or a complaint to deny the debtor's discharge under 11 U.S.C. § 727 are tolled for the duration of the chapter 13 case until the entry of a chapter 13 discharge.

### # # #

Date: July 25, 2024

Deborah J. Saltzman
United States Bankruptcy Judge