United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-13211-DS |
| Gladys Grace Liad Villacorta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 26, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gladys Grace Liad Villacorta, 5421 Thornburn St, Los Angeles, CA 90045-2224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Gladys Grace Liad Villacorta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Heide Kurtz (TR) | trustee@hkurtzco.com  C169@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  MICHAEL JONES, State Bar No. 271574r
    ASSISTANT UNITED STATES TRUSTEE
 3  NOREEN A. MADOYAN, State Bar No. 279227
    TRIAL ATTORNEY
 4  OFFICE OF THE UNITED STATES TRUSTEE
    915 Wilshire Boulevard, Suite 1850
 5  Los Angeles, California 90017
    Telephone No. (202) 934-4064
 6  Facsimile No. (213) 894-2603
    email:  Noreen.Madoyan@usdoj.gov
 7
```

**FILED & ENTERED**

**JUL 25 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell  **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

GLADYS GRACE LIAD VILLACORTA,

Debtor.

Case No. 2:24-bk-13211-DS

Chapter 7

**ORDER GRANTING UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(b)(1), (b)(2) AND (3)(B) AND CONTINGENT MOTION TO EXTEND BAR DATE FOR FILING COMPLAINT UNDER 11 U.S.C. § 727 OBJECTING TO DEBTOR'S DISCHARGE**

Hearing:
Date:  July 25, 2024
Time:  11:30 a.m.
Place: Courtroom 1639 (via ZoomGov)
       255 East Temple Street
       Los Angeles, California 90012

A hearing was held at the above time and place on the "United States Trustee's Notice of Motion and Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. §707(b)(1), (b)(2) and (3)(B)" (the "Motion," Docket No. 14). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

/ / /

- 1 -

IT IS HEREBY ORDERED that:

1. This case is immediately converted to one under chapter 13.

2. Any and all filing deadlines applicable to the United States Trustee related to a motion to dismiss under 11 U.S.C. §§ 707(b)(2) and/or 707(b)(3) or a complaint to deny the debtor's discharge under 11 U.S.C. § 727 are tolled for the duration of the chapter 13 case until the entry of a chapter 13 discharge.

### # # #

Date: July 25, 2024

Deborah J. Saltzman
United States Bankruptcy Judge