KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Gladys Grace Liad Villacorta | CASE NO.: LA24-13211-SK |
| DEBTOR(S) | **NOTICE OF RESCHEDULED CONFIRMATION HEARING**<br><br>DATE: October 24, 2024<br>TIME: 10:00 am<br>PLACE: Roybal Building<br>Courtroom 1575 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now occur at the time and place listed above.**

Dated:  8/23/24

*/s/ Kathy A. Dockery/*

_____

**Kathy A. Dockery
Chapter 13 Trustee**