KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Gladys Grace Liad Villacorta | CASE NO.: LA24-13211-SK |
| | **NOTICE OF CONTINUED CONFIRMATION HEARING** |
| | DATE: 11/21/24 |
| | TIME: 10:00 am |
| | PLACE: Roybal Building |
| | Courtroom 1575 15th Floor |
| | 255 East Temple Street |
| DEBTOR(S) | Los Angeles, CA 90012 |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the confirmation hearing for the referenced case has been continued. The hearing will occur at the time and place listed above.

Dated: 10/24/24

_____
Kathy A. Dockery,    Chapter 13 Trustee