**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**GLADYS GRACE LIAD VILLACORTA**<br><br><br>DEBTOR(S). | Case No: 2:24-bk-13211-SK<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>Docket # (37) |

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
|  | CASE NUMBER: **2:24-bk-13211-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF CONTINUED CONFIRMATION HEARING**", Docket # (37) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 10/28/24, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/28/24 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

**Service List**

## Notice of Electronic Filing Service

| Benjamin Heston | bhestonecf@gmail.com;benheston@recap.email;NexusBankruptcy@jubileebk.net |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

### U.S. Mail Service

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF CONTINUED CONFIRMATION HEARING**", Docket # (37) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 10/28/24, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/28/24 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  F 9013-3.1

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

## Service List

### U.S. Mail Service

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Gladys Grace Liad Villacorta  
DEBTOR 2 NAME:  

CASE NUMBER: 2413211  
PRINT JOB ID: 229943

I ___Robert J Wallace, Jr.___ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___10/28/2024___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

Gladys Grace Liad Villacorta;5421 Thornburn St;Los Angeles, CA  90045-2224  
NEXUS BANKRUPTCY;3090 BRISTOL STREET #400;COSTA MESA, CA  92626

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___10/28/2024___        Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Gladys Grace Liad Villacorta | CASE NO.: LA24-13211-SK |
| DEBTOR(S) | NOTICE OF CONTINUED CONFIRMATION HEARING<br><br>DATE: 11/21/24<br>TIME: 10:00 am<br>PLACE: Roybal Building<br>Courtroom 1575 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been continued. The hearing will occur at the time and place listed above.

Dated: 10/24/24

Kathy A. Dockery,    Chapter 13 Trustee