**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

**DEC 03 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**GLADYS GRACE LIAD VILLACORTA,**<br><br>Debtor. | Case No: 2:24-bk-13211-SK<br><br>Chapter 13<br><br>**ORDER ON MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**<br><br>**[No Hearing Held]** |

The Debtor filed a motion on October 23, 2024 entitled "Motion to Convert Chapter 13 Case to Chapter 7" (Motion). Docket # 35. This Motion was filed with notice and opportunity to be heard pursuant to Local Bankruptcy Rule 9013-1(o), and no opposition or request for hearing has been filed. For good cause shown,

IT IS HEREBY ORDERED that the Motion is granted. The above-captioned case is hereby converted to a case under Chapter 7, effective as of the entry date of this Order.

Date: December 3, 2024

Sandra R. Klein
United States Bankruptcy Judge