United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-13211-SK |
| Gladys Grace Liad Villacorta | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gladys Grace Liad Villacorta, 5421 Thornburn St, Los Angeles, CA 90045-2224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Gladys Grace Liad Villacorta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Heide Kurtz (TR) | trustee@hkurtzco.com C169@ecfcbis.com |
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

DEC 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:24-bk-13211-SK |
| **GLADYS GRACE LIAD VILLACORTA,** | Chapter 13 |
| Debtor. | ORDER ON MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 |
| | **[No Hearing Held]** |

The Debtor filed a motion on October 23, 2024 entitled "Motion to Convert Chapter 13 Case to Chapter 7" (Motion). Docket # 35. This Motion was filed with notice and opportunity to be heard pursuant to Local Bankruptcy Rule 9013-1(o), and no opposition or request for hearing has been filed. For good cause shown,

IT IS HEREBY ORDERED that the Motion is granted. The above-captioned case is hereby converted to a case under Chapter 7, effective as of the entry date of this Order.

Date: December 3, 2024

Sandra R. Klein
United States Bankruptcy Judge