KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**FILED & ENTERED**

DEC 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

IN RE:

**GLADYS GRACE LIAD VILLACORT**

DEBTOR(S).

CASE NO.: 2:24-bk-13211-SK

CHAPTER 13

**ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE**

[NO HEARING REQUIRED]

Based on the Application for Payment of Final Fees and/or Expenses (Application) filed on 12/5/24 as docket number 43, the court orders as follows:

1. ☒ The Application is granted and the Chapter 13 Trustee is allowed the sum of $150.00 as compensation for the Trustee's administrative fee.

2. ☐ The Application is set for hearing on: (date) at (time).

3. ☐ The Chapter 13 Trustee must file and serve appropriate notice of the hearing on Debtor and Debtor's counsel, if applicable.

4. ☐ The Application is denied.

5. ☐ Other (specify):

Date: December 26, 2024

_Sandra R. Klein_
Sandra R. Klein
United States Bankruptcy Judge