| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>X  CHAPTER 13 TRUSTEE<br>☐ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GLADYS GRACE LIAD VILLACORTA<br><br><br><br>Debtor(s). | CASE NO.:  2:24-bk-13211-SK<br>CHAPTER: 13<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ■ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (date): 12/6/2024    Movant(s) filed a motion or application (Motion) entitled: _____
   MOTION TO EXTEND TIME TO FILE THE FINAL REPORT DUE TO CHAPTER 7 CONVERSION (45)

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (date): 12/09/2024    Movant(s), served a copy of ☐ the notice of motion or ■ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 14 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                          F 9013-1.2.NO.REQUEST.HEARING.DEC

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 12/27/2024

*[Signature]*

Signature

KATHY A. DOCKERY, CHAPTER 13 TRUSTEE
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                      Page 2                    F 9013-1.2.NO.REQUEST.HEARING.DEC

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

IN RE:

**GLADYS GRACE LIAD VILLACORTA**

DEBTOR(S).

Case No: 2:24-bk-13211-SK

CHAPTER 13

**NOTICE OF MOTION AND MOTION TO EXTEND TIME BY 60 DAYS TO FILE THE CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT DUE TO CONVERSION OF CASE TO CHAPTER 7 BANKRUPTCY**

[NO HEARING REQUIRED]

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee Kathy A. Dockery ("Trustee") will move this Court for an Order Extending Time by 60 Days to File the Chapter 13 Trustee's Final Report and Account Due to Conversion of the Case to Chapter 7 Bankruptcy ("Motion").

Pursuant to Local Bankruptcy Rule 9013-1(o)(1), any party filing a response to this Motion must file with the court and serve on the Trustee a written response and request for hearing on the Motion. If you fail to file a written response within 14 days of the date of service of this notice, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the Motion.

DATED: 12/6/2024

_____
KATHY A. DOCKERY, CHAPTER 13 TRUSTEE

**MEMORANDUM OF POINTS AND AUTHORITIES**

**THE COURT IS AUTHORIZED TO EXTEND THE TIME TO FILE A FINAL REPORT.**

*Federal Bankruptcy Rule* 1019(5)(B)(ii) provides as follows:

(B) *Conversion of Chapter 13 Case*. <u>Unless the court directs otherwise</u>, if a chapter 13 case is

converted to chapter 7,

(ii) the trustee, not later than 30 days after conversion of the case, shall file and transmit to

the United States trustee a final report and account"  [Emphasis Added.]

In the instant case, the Trustee requires further time to file her final report and account in order to file an accurate final report for the court, the debtor and all other parties in interest.  Specifically, cause exists to extend time by 60 days beyond the statutory 30 day period because all disbursement checks issued to pay administrative fees pursuant to *Local Bankruptcy Rule* 3015-1(q)(6)(A) and any refund due to the debtor(s) have not been negotiated and all parties have 60 days to do so upon issuance of the disbursement check

---

[1] *Local Bankruptcy Rule* 3015-1(q)(6)(A) provides in pertinent part as follows:  The chapter 13 trustee must hold any remaining property until at least 14 days have passed after entry of the order dismissing or converting the case. Within 14 days of dismissal or conversion any person or entity asserting an administrative expense under  11 U.S.C. § 503 (including, without limitation, a claim for professional fees), or a claim under §1326(a)(2) and (3), must file an application, motion or other written request for payment thereof, set it for hearing if required, serve it pursuant to the applicable rules, and, if the document is not filed electronically, deliver it to the chapter 13 trustee so that it is received before the end of such 14-day period.

**DECLARATION OF KATHY A. DOCKERY**

I, Kathy A. Dockery, declare as follows:

1.  I am the standing Chapter 13 Trustee in this matter and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2.  On 12/3/2024 the instant case was converted to chapter 7 bankruptcy.

3.  The administrative expense disbursement checks and/or the debtor's refund check have not been negotiated or the 30 day period to file an objection to the Notice of Intent to File Final Report has not expired and I require an additional 60 days beyond the statutory 30 day period to ensure that all checks are deposited and accounted for accurately in the Trustee's Final Report and Account.

I, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 12/6/24

_____
KATHY A. DOCKERY, CHAPTER 13 TRUSTEE

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>**GLADYS GRACE LIAD VILLACORTA**<br><br><br>DEBTOR(S). | Case No: 2:24-bk-13211-SK<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF TRUSTEE'S MOTION TO EXTEND TIME TO FILE THE CHAPTER 13 TRUSTEE'S FINAL REPORT**<br><br>Docket # (45) |

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**TRUSTEE'S MOTION TO EXTEND TIME TO FILE THE CHAPTER 13 TRUSTEE'S FINAL REPORT**", Docket # (45)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 12/9/24, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/9/24 | Katherine Bamaca | *Katherine Bamaca* (signature) |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-3.1

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

**Service List**

## Notice of Electronic Filing Service

| Benjamin Heston | bhestonecf@gmail.com;benheston@recap.email;NexusBankruptcy@jubileebk.net |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

### U.S. Mail Service

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

HEIDE KURTZ (TR)
2515 S WESTERN AVE #11
SAN PEDRO, CA 90732

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                               **F 9013-3.1**

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
|  | CASE NUMBER: **2:24-bk-13211-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**TRUSTEE'S MOTION TO EXTEND TIME TO FILE THE CHAPTER 13 TRUSTEE'S FINAL REPORT**", Docket # (45)   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 12/9/24, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/9/24 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                  F 9013-3.1

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

## Service List

### U.S. Mail Service

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

HEIDE KURTZ (TR)
2515 S WESTERN AVE #11
SAN PEDRO, CA 90732

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                       **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Gladys Grace Liad Villacorta                    CASE NUMBER: 2413211
DEBTOR 2 NAME:                                                 PRINT JOB ID:   232525

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __12/9/2024__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

Gladys Grace Liad Villacorta;5421 Thornburn St;Los Angeles, CA  90045-2224
HEIDE KURTZ (TR);2515 S WESTERN AVE #11;SAN PEDRO, CA  90732
NEXUS BANKRUPTCY;3090 BRISTOL STREET #400;COSTA MESA, CA  92626

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __12/9/2024__            Signature : _____[signature: Robert J. Wallace, Jr.]_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>GLADYS GRACE LIAD VILLACORTA<br><br>DEBTOR(S). | Case No: 2:24-bk-13211-SK<br><br>CHAPTER 13<br><br>**NOTICE OF MOTION AND MOTION TO EXTEND TIME BY 60 DAYS TO FILE THE CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT DUE TO CONVERSION OF CASE TO CHAPTER 7 BANKRUPTCY**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee Kathy A. Dockery ("Trustee") will move this Court for an Order Extending Time by 60 Days to File the Chapter 13 Trustee's Final Report and Account Due to Conversion of the Case to Chapter 7 Bankruptcy ("Motion").

Pursuant to Local Bankruptcy Rule 9013-1(o)(1), any party filing a response to this Motion must file with the court and serve on the Trustee a written response and request for hearing on the Motion. If you fail to file a written response within 14 days of the date of service of this notice, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the Motion.

DATED: 12/6/2024

_____
KATHY A. DOCKERY, CHAPTER 13 TRUSTEE

**MEMORANDUM OF POINTS AND AUTHORITIES**

**THE COURT IS AUTHORIZED TO EXTEND THE TIME TO FILE A FINAL REPORT.**

*Federal Bankruptcy Rule* 1019(5)(B)(ii) provides as follows:

(B) *Conversion of Chapter 13 Case.* <u>Unless the court directs otherwise</u>, if a chapter 13 case is

converted to chapter 7,

(ii) the trustee, not later than 30 days after conversion of the case, shall file and transmit to

the United States trustee a final report and account" [Emphasis Added.]

In the instant case, the Trustee requires further time to file her final report and account in order to file an accurate final report for the court, the debtor and all other parties in interest. Specifically, cause exists to extend time by 60 days beyond the statutory 30 day period because all disbursement checks issued to pay administrative fees pursuant to *Local Bankruptcy Rule* 3015-1(q)(6)(A) and any refund due to the debtor(s) have not been negotiated and all parties have 60 days to do so upon issuance of the disbursement check

---

[1] *Local Bankruptcy Rule* 3015-1(q)(6)(A) provides in pertinent part as follows: The chapter 13 trustee must hold any remaining property until at least 14 days have passed after entry of the order dismissing or converting the case. Within 14 days of dismissal or conversion any person or entity asserting an administrative expense under 11 U.S.C. § 503 (including, without limitation, a claim for professional fees), or a claim under §1326(a)(2) and (3), must file an application, motion or other written request for payment thereof, set it for hearing if required, serve it pursuant to the applicable rules, and, if the document is not filed electronically, deliver it to the chapter 13 trustee so that it is received before the end of such 14-day period.

## DECLARATION OF KATHY A. DOCKERY

I, Kathy A. Dockery, declare as follows:

1. I am the standing Chapter 13 Trustee in this matter and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2. On 12/3/2024 the instant case was converted to chapter 7 bankruptcy.

3. The administrative expense disbursement checks and/or the debtor's refund check have not been negotiated or the 30 day period to file an objection to the Notice of Intent to File Final Report has not expired and I require an additional 60 days beyond the statutory 30 day period to ensure that all checks are deposited and accounted for accurately in the Trustee's Final Report and Account.

I, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 12/6/24

KATHY A. DOCKERY, CHAPTER 13 TRUSTEE