United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-13211-SK |
| Gladys Grace Liad Villacorta | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1
Date Rcvd: Dec 26, 2024      Form ID: pdf042      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gladys Grace Liad Villacorta, 5421 Thornburn St, Los Angeles, CA 90045-2224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Gladys Grace Liad Villacorta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Heide Kurtz (TR) | trustee@hkurtzco.com  C169@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**FILED & ENTERED**

DEC 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

IN RE:

**GLADYS GRACE LIAD VILLACORT**

DEBTOR(S).

CASE NO.: 2:24-bk-13211-SK

CHAPTER 13

**ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE**

[NO HEARING REQUIRED]

Based on the Application for Payment of Final Fees and/or Expenses (Application) filed on 12/5/24 as docket number 43, the court orders as follows:

1. ☒ The Application is granted and the Chapter 13 Trustee is allowed the sum of $150.00 as compensation for the Trustee's administrative fee.

2. ☐ The Application is set for hearing on: (date) at (time).

3. ☐ The Chapter 13 Trustee must file and serve appropriate notice of the hearing on Debtor and Debtor's counsel, if applicable.

4. ☐ The Application is denied.

5. ☐ Other (specify):

Date: December 26, 2024

_____
Sandra R. Klein
United States Bankruptcy Judge