KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| Gladys Grace Liad Villacorta | CASE NO.: 2:24-bk-13211-SK |
| DEBTOR(S). | **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court. Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable. Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report. In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 1/14/2025

_____
Kathy A. Dockery, Trustee

**Gladys Grace Liad Villacorta**

**2:24-bk-13211-SK**
**PETITION FILED:  7/26/24**

**(b) CONVERTED TO CH7 PRE-CONFIRMATION**

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Gladys Grace Liad Villacorta | | | | | $75.00 | |
| ATTY | | NEXUS BANKRUPTCY | ATTORNEY FEE | $2,500.00 | $2,500.00 | | | |
| | 8323 | CITICARDS CBNA | UNSECURED | $232.00 | $0.00 | | | |
| 2 | 4381 | CAPITAL ONE N.A.<br>Filed: 08/07/24 | UNSECURED | $5,783.00 | $5,915.45 | | | |
| 3 | 8768 | CAPITAL ONE N.A.<br>Filed: 08/07/24 | UNSECURED | $7,409.00 | $7,589.09 | | | |
| 4 | 6602 | CITIBANK, NA<br>Filed: 08/08/24 | UNSECURED | $1,533.00 | $1,599.08 | | | |
| 5 | 2047 | JPMORGAN CHASE BANK, NA<br>Filed: 08/15/24 | UNSECURED | $1,464.00 | $1,578.26 | | | |
| 6 | 1193 | NAVY FEDERAL CREDIT UNION<br>Filed: 08/29/24 | UNSECURED | $21,777.00 | $21,777.63 | | | |
| 7 | 5804 | SYNCHRONY BANK<br>Filed: 10/01/24 | UNSECURED | $4,970.00 | $5,011.42 | | | |
| 1 | 5024 | US DEPARTMENT OF EDUCATION<br>Filed: 08/01/24 | UNSECURED OMITTED | $0.00 | $0.00 | | | |
| TTE | | Trustee Fee | | | | | $150.00 | |

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

| | | |
|---|---|---|
| **TOTAL RECEIPTS** | | $225.00 |
| | CHAPTER 13 TRUSTEE FEES | $150.00 |
| | DEBTOR ATTORNEY FEES | $0.00 |
| | SECURED CLAIMS | $0.00 |
| | OTHER PRIORITY CLAIMS | $0.00 |
| | UNSECURED NON-PRIORITY CLAIMS | $0.00 |
| | NET DEBTOR REFUNDS | $75.00 |
| **TOTAL DISBURSEMENTS** | | $225.00 |
| **UNDISTRIBUTED BALANCE ON HAND** | | $0.00 |

*** Disbursement Summary Includes Interest Paid on Allowed Claims**