**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**GLADYS GRACE LIAD VILLACORTA**<br><br><br>DEBTOR(S). | Case No: 2:24-bk-13211-SK<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE**<br><br>Docket # (54) |

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE** ", Docket # (54)   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/15/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/15/25 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                    **F 9013-3.1**

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

**Service List**

## Notice of Electronic Filing Service

| Benjamin Heston | bhestonecf@gmail.com;benheston@recap.email;NexusBankruptcy@jubileebk.net |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

### U.S. Mail Service

CAPITAL ONE N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA, N.A.
PO BOX 15368
WILMINGTON, DE 19850

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

CITIBANK, NA
6716 GRADE LN BLG 9 STE 910-PY DEPT
LOUISVILLE, KY 40213-3439

HEIDE KURTZ (TR)
2515 S WESTERN AVE #11
SAN PEDRO, CA 90732

NAVY FEDERAL CREDIT UNION
P O BOX 3000
MERRIFIELD, VA 22119-3000

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX 77210-4457

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE** ", Docket # (54)   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/15/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 1/15/25 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                  **F 9013-3.1**

| | |
|---|---|
| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
| | CASE NUMBER: **2:24-bk-13211-SK** |

## Service List

### U.S. Mail Service

CAPITAL ONE N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA, N.A.
PO BOX 15368
WILMINGTON, DE 19850

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

CITIBANK, NA
6716 GRADE LN BLG 9 STE 910-PY DEPT
LOUISVILLE, KY 40213-3439

HEIDE KURTZ (TR)
2515 S WESTERN AVE #11
SAN PEDRO, CA 90732

NAVY FEDERAL CREDIT UNION
P O BOX 3000
MERRIFIELD, VA 22119-3000

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX 77210-4457

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Gladys Grace Liad Villacorta                                   CASE NUMBER: 2413211
DEBTOR 2 NAME:                                                                PRINT JOB ID:   234547

I  ____Robert J Wallace, Jr.____  certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  __1/15/2025__  :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

CAPITAL ONE N.A.;BY AMERICAN INFOSOURCE LP AS AGENT;PO BOX 71083;CHARLOTTE, NC  28272-1083
CITIBANK, NA;6716 GRADE LN BLG 9 STE 910-PY DEPT;LOUISVILLE, KY  40213-3439
Gladys Grace Liad Villacorta;5421 Thornburn St;Los Angeles, CA  90045-2224
HEIDE KURTZ (TR);2515 S WESTERN AVE #11;SAN PEDRO, CA  90732
JPMORGAN CHASE BANK, NA;S/B/M/T CHASE BANK USA, N.A.;PO BOX 15368;WILMINGTON, DE  19850
NAVY FEDERAL CREDIT UNION;P O BOX 3000;MERRIFIELD, VA  22119-3000
NEXUS BANKRUPTCY;3090 BRISTOL STREET #400;COSTA MESA, CA  92626
SYNCHRONY BANK;BY AIS INFOSOURCE LP AS AGENT;PO BOX 4457;HOUSTON, TX  77210-4457

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :  __1/15/2025__                Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| Gladys Grace Liad Villacorta | CASE NO.: 2:24-bk-13211-SK |
| DEBTOR(S). | **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court. Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable. Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report. In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 1/14/2025

_____
Kathy A. Dockery, Trustee

**Gladys Grace Liad Villacorta**

**2:24-bk-13211-SK**
**PETITION FILED: 7/26/24**

**(b) CONVERTED TO CH7 PRE-CONFIRMATION**

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Gladys Grace Liad Villacorta | | | | | $75.00 | |
| ATTY | | NEXUS BANKRUPTCY | ATTORNEY FEE | $2,500.00 | $2,500.00 | | | |
| | 8323 | CITICARDS CBNA | UNSECURED | $232.00 | $0.00 | | | |
| 2 | 4381 | CAPITAL ONE N.A.<br>Filed: 08/07/24 | UNSECURED | $5,783.00 | $5,915.45 | | | |
| 3 | 8768 | CAPITAL ONE N.A.<br>Filed: 08/07/24 | UNSECURED | $7,409.00 | $7,589.09 | | | |
| 4 | 6602 | CITIBANK, NA<br>Filed: 08/08/24 | UNSECURED | $1,533.00 | $1,599.08 | | | |
| 5 | 2047 | JPMORGAN CHASE BANK, NA<br>Filed: 08/15/24 | UNSECURED | $1,464.00 | $1,578.26 | | | |
| 6 | 1193 | NAVY FEDERAL CREDIT UNION<br>Filed: 08/29/24 | UNSECURED | $21,777.00 | $21,777.63 | | | |
| 7 | 5804 | SYNCHRONY BANK<br>Filed: 10/01/24 | UNSECURED | $4,970.00 | $5,011.42 | | | |
| 1 | 5024 | US DEPARTMENT OF EDUCATION<br>Filed: 08/01/24 | UNSECURED OMITTED | $0.00 | $0.00 | | | |
| TTE | | Trustee Fee | | | | | $150.00 | |

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **TOTAL RECEIPTS** | **$225.00** |
| CHAPTER 13 TRUSTEE FEES | $150.00 |
| DEBTOR ATTORNEY FEES | $0.00 |
| SECURED CLAIMS | $0.00 |
| OTHER PRIORITY CLAIMS | $0.00 |
| UNSECURED NON-PRIORITY CLAIMS | $0.00 |
| NET DEBTOR REFUNDS | $75.00 |
| **TOTAL DISBURSEMENTS** | **$225.00** |
| **UNDISTRIBUTED BALANCE ON HAND** | **$0.00** |

* Disbursement Summary Includes Interest Paid on Allowed Claims