KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES,CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
 c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**To**:	CLERK, UNITED STATES BANKRUPTCY COURT

**Re**:	UNDISTRIBUTED FUNDS - 3011

**Case No.**:	**LA24-13211-DS**

**Debtor(s)**:	Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

<u>Explanation of Source:</u>    Transmitted herewith for deposit into the Court registry is the check identified below.  Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds.  Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT | CHECK NUMBER |
|---|---|---|
| Gladys Grace Liad Villacorta | $75.00 | 1315331 |

5421 Thornburn St
Los Angeles, CA 90045

DATED: July 25, 2025

Kathy A. Dockery
Chapter 13 Trustee

Chapter 13 Trustee
KATHY A. DOCKERY
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA  90017
(213)996-4400

Check No.: 1315331
Check Date: Jul 25, 2025
Check Amt: 75.00

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 2413211 | | Gladys Grace Liad Villacorta | XXX-XX-5024 | $0.00 | $0.00 | $75.00 | $75.00 |
| | Claim #: 00000 | | | | | | |
| | | **TOTALS** | | 0.00 | 0.00 | 75.00 | 75.00 |