KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| IN RE:<br><br>Gladys Grace Liad Villacorta<br>5421 Thornburn St<br>Los Angeles, CA 90045-2224<br><br>DEBTOR(S). | CHAPTER 13<br><br>Case No: 2:24-bk-13211-DS<br><br>**DECLARATION RE: NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT AND ACCOUNT** |
|---|---|

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE:**

On 01/14/2025, this Office served upon the interested parties a "Notice of Intent to File Trustee's Final Report and Account". This Office has not received any objection (s) to the Trustee's Final Report and Account within the period permitted by F.R.B.P. Rule 5009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 8/19/25 at Los Angeles, California.

_/s/ Kathy A. Dockery_
Kathy A. Dockery, Standing Chapter 13 Trustee