**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| IN RE:<br><br>**GLADYS GRACE LIAD VILLACORTA**<br><br>DEBTOR(S). | Case No: 2:24-bk-13211-DS<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT AND ORDER DISCHARGING CASE OR PETITION TO DISCHARGE CASE**<br><br>Docket # (62) |
|---|---|

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT AND ORDER DISCHARGING CASE OR PETITION TO DISCHARGE CASE** ", Docket # (62)   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 8/22/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 8/22/25 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 9013-3.1**

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-DS** |

**Service List**

### Notice of Electronic Filing Service

| Benjamin Heston | bhestonecf@gmail.com;benheston@recap.email;NexusBankruptcy@jubileebk.net |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

### U.S. Mail Service

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

HEIDE KURTZ (TR)
2515 S WESTERN AVE #11
SAN PEDRO, CA 90732

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: 2:24-bk-13211-DS |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT AND ORDER DISCHARGING CASE OR PETITION TO DISCHARGE CASE** ", Docket # (62)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 8/22/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 8/22/25 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                F 9013-3.1

| In re: **GLADYS GRACE LIAD VILLACORTA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-13211-DS** |

## Service List

### U.S. Mail Service

Gladys Grace Liad Villacorta
5421 Thornburn St
Los Angeles, CA 90045-2224

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

HEIDE KURTZ (TR)
2515 S WESTERN AVE #11
SAN PEDRO, CA 90732

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Gladys Grace Liad Villacorta  CASE NUMBER: 2413211
DEBTOR 2 NAME:  PRINT JOB ID:   248840

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __8/22/2025__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

Gladys Grace Liad Villacorta;5421 Thornburn St;Los Angeles, CA  90045-2224
HEIDE KURTZ (TR);2515 S WESTERN AVE #11;SAN PEDRO, CA  90732
NEXUS BANKRUPTCY;3090 BRISTOL STREET #400;COSTA MESA, CA  92626

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :__8/22/2025__        Signature : __[signature: Robert J. Wallace, Jr.]__

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

UNITED STATES BANKRUPTCY COURT
CALIFORNIA CENTRAL DISTRICT

| In re:                        | Case No. 24-13211-DS |
|-------------------------------|----------------------|
| Gladys Grace Liad Villacorta  |                      |
| Debtor(s)                     |                      |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathy A. Dockery, chapter 13 trustee, submits the following Final Report and Account of administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2024, and was converted to chapter 13 on 07/26/2024.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan NA.

5) The case was converted on 12/03/2024.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,000.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $225.00 |
| Less amount refunded to debtor | $75.00 |

**NET RECEIPTS:** $150.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $150.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $150.00

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE N.A. | Unsecured | 5,783.00 | 5,915.45 | 5,915.45 | 0.00 | 0.00 |
| CAPITAL ONE N.A. | Unsecured | 7,409.00 | 7,589.09 | 7,589.09 | 0.00 | 0.00 |
| CITIBANK, NA | Unsecured | 1,533.00 | 1,599.08 | 1,599.08 | 0.00 | 0.00 |
| CITICARDS CBNA | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, NA | Unsecured | 1,464.00 | 1,578.26 | 1,578.26 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 21,777.00 | 21,777.63 | 21,777.63 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 4,970.00 | 5,011.42 | 5,011.42 | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,470.93** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $150.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$150.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administ matters for which the trustee is responsible have been completed. The trustee requests that the tru: be discharged and granted such relief as may be just and proper.

Dated: 08/21/2025            By: /s/ Kathy A. Dockery
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**